# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 9/13/2022
Case: 22–02384–LT11          Form ID: 184          Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Tania M. Moyron     tania.moyron@dentons.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     BORREGO COMMUNITY HEALTH FOUNDATION,     587 Palm Canyon Dr.     Suite 208     Borrego Springs, CA 92004

TOTAL: 1