DAVID A. ORTIZ, TRIAL ATTORNEY #167587
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>　　　　　　Debtor. | Case No.: 22-02384-LT11<br><br>**UNITED STATES TRUSTEE'S RULE 2007.2(c) NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN** |
|---|---|

　　　　Pursuant to 11 U.S.C. § 333 and Rule 2007.2(c) of the Federal Rules of Bankruptcy Procedure, the United States Trustee appoints **Jacob Nathan Rubin, M.D., 4955 Van Nuys Boulevard, #308, Sherman Oaks CA 91403**, as the patient care ombudsman to carry out the duties set forth in 11 U.S.C. § 333(b) as follows:

　　　　(a)　　monitor the quality of patient care provided to patients of the debtor, to the extent necessary under the circumstances, including interviewing patients and physicians;

　　　　(b)　　not later than 60 days after the date of appointment, and not less frequently than at 60-day intervals thereafter, report to the court after notice to

the parties in interest, at a hearing or in writing, regarding the quality of patient care provided to patients of the debtor; and

(c) if such ombudsman determines that the quality of patient care provided to patients of the debtor is declining significantly or is otherwise being materially compromised, file with the court a motion or a written report, with notice to the parties in interest immediately upon making such determination.

Dr. Rubin is qualified to serve as the patient care ombudsman in this case based upon his highly regarded credentials and substantial experience as a licensed medical doctor, and in hospital operations and management spanning 30 years. Moreover, Dr. Rubin has previously served as a patient care ombudsman, most recently in the jointly administered cases of *In re Verity Health System of California, Inc. et. al,* (lead case number 2:18-bk-20151-ER, C.D. Cal.). Pursuant to Rule 2007.2(c), the verified statement of Dr. Rubin is filed contemporaneously with this Notice.

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Date: September 15, 2022        /s/ Tiffany L. Carroll
                                Tiffany L. Carroll