DAVID A. ORTIZ, TRIAL ATTORNEY #167587
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 22-02384-LT11 |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>        Debtor. | **VERIFIED STATEMENT OF PATIENT CARE OMBUDSMAN PURSUANT TO RULE 2007.2(c); DECLARATION OF DISINTEREST** |

I, Jacob Nathan Rubin, M.D., declare as follows:

1. I am a medical doctor licensed by the State of California. I currently serve as the Chief of Staff at both Sherman Oaks Hospital and Encino Hospital Medical Center. I have substantial experience as a licensed medical doctor and in hospital operations and management spanning 30 years. Attached to this verified statement is a true and correct copy of my curriculum vitae.

2. I previously served as a patient care ombudsman in multiple cases, including most recently in the jointly administered cases of *In re Verity Health System of California, Inc. et. al,* (lead case number 2:18-bk-20151-ER, C.D. Cal.).

In re Borrego Community Health Foundation, 22-02384-LT11
Verified Statement of Patient Care Ombudsman Pursuant to
FRBP 2007.2(c); Declaration of Disinterest

3. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code, in that:

    (a) I am not a creditor, an equity security holder, or an insider of the debtor;

    (b) I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

    (c) I do not have any interest materially adverse to the interest of the estate of any class of creditor or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor of for any other reason.

4. In addition, I have no connections with the debtor, creditors, patients, any other party in interest, their respective attorneys and accountants, the acting United States Trustee, and any person employed in the Office of the United States Trustee.

5. I believe that I am qualified to serve as a patient care ombudsman in this case. In performing my duties as patient care ombudsman, I intend to apply for compensation for professional services rendered in connection with these cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, United States Trustee Guidelines, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses. My current hourly rate is $750.00.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sherman Oaks, California.

Dated: September 15, 2022

                                            Jacob Nathan Rubin, M.D.

OFFICE OF THE UNITED STATES TRUSTEE

# CURRICULUM VITAE

I. <u>PERSONAL INFORMATION</u>

    Name: J. Nathan Rubin, M.D., F.A.C.C.

    Business Address: 4955 Van Nuys Boulevard # 308
    Sherman Oaks, CA 91403

    Business Phone: (818) 501-1455

II. <u>EDUCATION</u>

    Fellowship: Los Angeles County
University of Southern California
Medical Center, School of Medicine
Cardiovascular Diseases
July, 1985-June, 1988

    Residency: Wadsworth Veterans Administration Hospital
Resident, Internal Medicine
July, 1983- June, 1985

    Internship: Wadsworth Veterans Administration Hospital
Resident, Internal Medicine
July, 1982- June, 1983

    Medical School: University of Southern California
School of Medicine, Doctor of Medicine
August, 1980- June, 1982

    University of Oklahoma
School of Medicine
August, 1978-June, 1982

    University: University of California, Los Angeles
A.B. magna cum laude-Economics
September, 1975-December, 1977

    High School: Fairfax High School
Los Angeles, CA
Highest Honors
September, 1972-June, 1975

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 2.

### III. HONORS AND AWARDS

Patient Care Ombudsman
Appointed by Office of U.S. Trustee
Department of Justice
Multiple cases including Verity Healthcare Systems

Federal Aviation Administration
Aeromedical Examiner, No. 20620-9
Designated June 25, 1999

Expert Medical Reviewer
Medical Board of California
(at Board's invitation), December, 1996

Elected to Fellowship,
American College of Cardiology
August, 1991

Laverne B. Titus Young Investigators Forum
September, 1987

Phi Beta Kappa
June, 1978

Phi Gamma Mu (Social Sciences Honorary)
March, 1977

Omicron Delta Epsilon
June, 1976

Phi Eta Sigma (Freshman Honorary)
January, 1976

Honors Program, Letters and Sciences
University of California, Los Angeles
December, 1975

Dean's List, University of California
Los Angeles
September, 1975- December, 1977

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 3.

    Alumni Scholar, University of California
    Los Angeles
    March, 1975

    Life Member of California Scholarship
    Federation
    June, 1975

IV. **LICENSURE**

    State of California Medical License   No. G053079
    DEA Registration No. AR2956716
    National Provider Identifier No. 1437151180

V. **BOARD CERTIFICATION**

    Diplomate, American Board of Internal Medicine
    Cardiovascular Diseases-1989

    Diplomate, American Board of Internal Medicine -1985

    Diplomate, National Board of Medical Examiners
    Part I- June, 1980 (Medical School year 2)
    Part II- May, 1982 (Medical School year 4)
    Part III- May, 1983 (Internship)

VI. **SOCIETY MEMBERSHIPS**

National:

    Fellow, American College of Cardiology
    Member, American College of Physicians
    Member, American Heart Association

Local:

    California Medical Association
    Los Angeles County Medical Association

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 4.

## VII. HOSPITAL POSITIONS AND COMMITTEES

Current:

1. Chief of Staff, Sherman Oaks Hospital (SOH)
2. Chief of Staff, Encino Hospital Medical Center (EHMC)
3. Chair of Bioethics, SOH and EHMC
4. Chair of Physician Well Being, SOH and EHMC

Previous:

1. Vice Chief of Staff, Sherman Oaks Hospital
2. Chairman, Credentials Committee, Sherman Oaks Hospital
3. Chairman, Bylaws, Sherman Oaks Hospital
4. Chairman, Peer Review, Sherman Oaks Hospital
5. Director Cath Lab/ Interventional Cardiology, Granada Hills Hospital
6. Vice Chief of Medicine, Tarzana Regional Medical Center
7. ICU Chairman and Director of Cardiology, Sherman Oaks Hospital
8. Credentials Committee Chairman, Valley Presbyterian Hospital
9. Medical Executive Committee, Valley Presbyterian Hospital
10. ICU Co-Chairman, Medical Center of North Hollywood