SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924

Proposed Attorneys for Chapter 11 Debtor and
Debtor In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-LT11<br><br>Chapter 11 Case<br><br>**NOTICE OF CONTINUED HEARING ON EMERGENCY FIRST DAY MOTION REGARDING INSIDER COMPENSATION**<br><br>Judge: Honorable Laura S. Taylor<br><br>Date:    September 27, 2022<br>Time:   3:00 p.m.<br>Place:  Jacob Weinberger United States Courthouse<br>        325 West F Street<br>        San Diego, California 92101 |

122357225\V-1

## NOTICE OF CONTINUED HEARING ON EMERGENCY FIRST DAY MOTION

**PLEASE TAKE NOTICE** that on September 27, 2022, at 3:00 p.m., the Court will hold a continued hearing on the *Emergency First Day Motion of Debtor for Entry of Order Setting Insider Compensation* [Docket No. 11] (the "Motion") in Courtroom 129, Jacob Weinberger United States Courthouse, 325 West F Street, San Diego, California, 92101.

**PLEASE TAKE FURTHER NOTICE** that this Notice will be served upon parties required under Rule 9013(9)(d) and Appendix D-1 of the Local Rules for the Bankruptcy Court for the Southern District of California, on September 20, 2022, via email, facsimile, personal service or other electronic means, or Express or Overnight Mail, and that the Motion was previously served in this same manner.

**PLEASE TAKE FURTHER NOTICE** any opposition(s) to the Motion must be filed no later than 12:00 p.m. P.T. on Monday, September 26, 2022, and replies may be filed or made at the hearing as set forth on the record.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings in the Case may be obtained from the Court's website or through PACER (https://pacer.uscourts.gov/) or for free at https://www.kccllc.net/BorregoHealth. If any parties desire a hard copy of the Motion, Related Pleadings, and other papers filed in support of the Motion, parties may contact proposed counsel to the Debtor whose contact information whose contact information is set forth in the upper-left hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

122357225\V-1

Dated: September 20, 2022

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By: /s/ *Tania M. Moyron*
      Tania M. Moyron

Proposed Attorneys for the Chapter 11 Debtor and Debtor In Possession

- 3 -

122357225\V-1