1  DAVID ORTIZ, ATTORNEY #167587
   TRIAL ATTORNEY
2  OFFICE OF THE UNITED STATES TRUSTEE
   880 FRONT STREET, ROOM 3230
3  SAN DIEGO, CA 92101
   (619) 557-5013
4
   Attorney for
5  TIFFANY L. CARROLL
   ACTING UNITED STATES TRUSTEE
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                       Southern District of California

10 In re                           )   Case No. 22-02384-LT11
                                    )
11 BORREGO COMMUNITY HEALTH         )   APPOINTMENT OF THE OFFICIAL
   FOUNDATION,                      )   COMMITTEE OF UNSECURED
12                                  )   CREDITORS
                                    )
13              Debtor.             )
                                    )
14 ────────────────────────────────)

15        Pursuant to 11 U.S.C. §1102, the United States Trustee hereby appoints the following

16 members to serve on the Official Committee of Unsecured Creditors:

17    **CREDITOR**                        **REPRESENTATIVE**

18
   McKesson Corporation               Pamela M. Craik
19 Attn: Pamela M. Craik,             Pamela.craik@McKesson.com
   Regional Credit Director           916-373-5222
20 3775 Seaport Blvd.
   West Sacramento, CA 95691
21

22 Greenway Health, LLC               Stephen Janes
   Attn: Stephen Janes                Stephen.janes@greenwayhealth.com
23 4301 W. Boy Scout Blvd., Suite 800 813-557-6241
   Tampa, FL  33607
24
   We Klean Inc.                      Aracelis Gutierrez
25 1444 Main Street, #581             agutierrez@weklean.org
   Ramona, CA  92065                  nleal@weklean.org
26                                    619-375-1822
27

28

                                      1

Mustafa Bilal, DDS, Inc.
1210 S. Brookhurst St.
Anaheim, CA 92804

Mustafa Bilala, DDS
VillageDentalGrouponline@yahoo.com
714-606-8395

Vista Village Family Dentistry
Attn: Mehrnaz Irani, DDS
950 Civic Center Dr., Suite B
Vista, CA 92083

Mehrnaz Irani, DDS
info@vistavillagefamilydentistry.com
760-208-4030

Vitamin D Public Relations, LLC
Attn: Denise Gitsham
2534 Mankas Corner Rd.
Fairfield CA 94534

Denise Gitsham
dgitsham@gmail.com
202-369-1619

Pourshirazi & Youssefi Dental Corporation
31569 Canyon Estates Dr. Suite 120
Lake Elsinore, CA 92532

Homayoun Pourshirazi
Drhpemail@gmail.com
951-775-5536

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: September 26, 2022

By:/s/ David A. Ortiz
David A. Ortiz
Trial Attorney for the
Acting United States Trustee

2