1   DAVID B. GOLUBCHIK (SBN 185520)
    KRIKOR J. MESHEFEJIAN (SBN 255030)
2   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
    2818 La Cienega Avenue
3   Los Angeles, CA 90034
    Tel: (310) 229-1234
4   Fax: (310) 229-1244
    Email: DBG@LNBYG.com; KJM@LNBYG.com
5
6   Proposed Attorneys for Jacob Nathan Rubin, MD, FACC, Patient Care Ombudsman

7                  **UNITED STATES BANKRUPTCY COURT**

8                  **SOUTHERN DISTRICT OF CALIFORNIA**

9
    In re:                                  )   Case No.: 22-02384-LT11
10                                          )
    BORREGO COMMUNITY HEALTH                )
11  FOUNDATION,                             )   Chapter 11 Case
                                            )
12          Debtor and Debtor In Possession. )
                                            )   **APPLICATION OF PATIENT CARE**
13                                          )   **OMBUDSMAN TO EMPLOY LEVENE,**
                                            )   **NEALE, BENDER, YOO & GOLUBCHIK**
14                                          )   **L.L.P. AS BANKRUPTCY COUNSEL**
                                            )   **EFFECTIVE AS OF SEPTEMBER 16,**
15                                          )   **2022; DECLARATION IN SUPPORT**
                                            )   **THEREOF**
16                                          )
17                                          )   Judge: Hon. Laura S. Taylor
                                            )
18                                          )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23                                          )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26                                          )
                                            )
27                                          )
                                            )
28

                                    - 1 -

Jacob Nathan Rubin, MD, FACC, the Patient Care Ombudsman ("PCO") appointed under Section 333 of the Bankruptcy Code in the above-referenced chapter 11 bankruptcy case of the affected debtor and debtor in possession ("Debtor"), hereby submits his application ("Application") for Court approval of his employment of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel, at the expense of the Debtor's estate, with compensation determined and paid pursuant to 11 U.S.C. § 330 and orders of this Court, effective as of September 16, 2022, the date that the Office of the United States Trustee (the "UST") appointed the PCO through the filing of that certain "*Notice of Appointment of Patient Care Ombudsman*" [Dkt. 25]. In support of this Application, the PCO hereby alleges as follows:

**A.       Brief Description Of The Debtor And Its Business.**

The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 12, 2022 ("Petition Date"). Since the Petition Date, the Debtor has operated its business and managed its affairs as a debtor-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

According to the Debtor, the Debtor is a nonprofit federally qualified health center that provides health care services to low income and rural patients (collectively, "Patients") in San Diego and Riverside Counties through a system of at least eleven clinics, two pharmacies, and six mobile units [Dkt. 3]. In 2021, the Debtor provided approximately 386,000 patient care visits to over 94,000 patients. *Id*. The Debtor's services include comprehensive primary care, urgent care, behavioral care, veteran's health, chiropractic services, tele-health, and pharmacy. *Id.* As a result of the Debtor providing these services, the Debtor qualifies as a "health care business" as that term is defined in Bankruptcy Code § 101(27)(A).  Accordingly, under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, a patient care ombudsman must be appointed in the bankruptcy of a "health care business" to ensure that the medical care provided to patients is not declining or being materially compromised during the bankruptcy.

**B.       Appointment Of Jacob Nathan Rubin, MD, FACC As PCO.**

Following due diligence and interviews by UST and based on his highly regarded credentials and substantial experience as a licensed medical doctor and in hospital operations and management

1  spanning over 30 years, on September 16, 2022, the office of the United States Trustee (the "<u>UST</u>")

2  filed its "*Notice Of Appointment Of A Patient Care Ombudsman*" [Dkt. 25], pursuant to which the

3  UST appointed Jacob Nathan Rubin, MD, FACC, to serve as the PCO in the Debtors' cases.

4  **C.    The PCO's Need And Request To Employ Bankruptcy Counsel.**

5         The PCO requires the assistance of bankruptcy counsel to adequately and efficiently discharge

6  his duties, understand the scope of his duties as well as the activities and events of the cases which

7  are relevant to performing such duties, analyze, draft and file his reports and other documents in the

8  Debtor's case, and with regard to discussions, negotiations, meetings or Court hearings that relate to

9  his duties as the PCO.

10        The PCO is a licensed medical professional. In order for the PCO to timely and competently

11 comply with his duties within the relatively small amount of time allotted for him to do so under the

12 applicable Bankruptcy Code and Bankruptcy Rule provisions, he must be given an opportunity to

13 focus primarily on patient care issues without having to spend any significant time on the legal and

14 procedural aspects of these cases. Having bankruptcy counsel will streamline the PCO's ability to

15 focus primarily on patient care issues, while facilitating his need to understand the relevant facts and

16 circumstances of these cases and timely reporting to the Court as to patient care matters.

17        Bankruptcy courts within the Ninth Circuit, routinely authorize patient care ombudsmen to

18 retain professionals. *See, e.g.*, *In re Plaza Healthcare LLC, et al.*, (Bankr. C.D. Cal. Case No. 8:14-

19 bk-11335-CB); *In re Synergy Hematology-Oncology Med. Assocs.*, 433 B.R. 316, 318 (Bankr. C.D.

20 Cal. 2009) (holding a PCO could employ counsel to assist in a health care bankruptcy case); *In re*

21 *Fairfax MRI Ctr.*, (Bankr. C.D. Cal. Case No. 2:07-bk-17992 ER); *In re Ehab A. Mohamed Medical*

22 *Corp., Inc.*, (Bankr. C.D. Cal. Case No. 8:08-bk-18104 GM); *In re Kenneth Lawenda OD*, (Bankr.

23 C.D. Cal Case No. 2:08-bk-10796-RN); *Robert W. Hunt, A Medical Corp.*, (Bankr. C.D. Cal. Case

24 No.: Case 2:11-bk-58228-ER); *Michael M. Kamrava*, (Bankr. C.D. Cal. Case No. 2:11-bk-62013-

25 TD); *In re Renaissance Surgical Arts At. Newport Harbor, LLC*, (Bankr. C.D. Cal. Case No. 8:11-

26 bk-19749-SC); *In re Huntington Pointe Surgery Center LLC*, (Bankr. C.D. Cal. Case No. 8:08-BK-

27 14237-RK); *In re Pacifica of the Valley Corp.*, (Bankr. C.D. Cal. Case No. 1:09-bk-11678-MT); *In*

28 *re Glen Robert Justice & Jane Grace Justice*, (Bankr. C.D. Cal. Case No. 8:11-bk-26252-CB); *In re*

*OC Neonatal Group Inc.*, (Bankr. C.D. Cal. Case No. 8:11-bk-25202-MW); *In re Mendocino Coast Health Care District*, (Bankr. N.D. Cal. Case No. 1:12-bk-12753-AJ); *In re Florence Hospital at Anthem*, (Bankr. D. Ariz. Case Nos. 13-03201-BMW and Case No. 2:18-bk-04537-BMW); *In re Gilbert Hospital, LLC*, (Bankr. D. Ariz. Case No.14-bk 01451-MCW and Case No. 4:18-bk-04557-BMW); *In Re Primecare Nevada Inc. dba Nye Regional Medical Center*, (Bankr. D. Nev. Case No.: 13-BK20348); *In re Community Healthcare of Douglas, Inc.*, (Bankr. D. Ariz. Case No. 4:13-BK-01738-BMW); *see also 3 Collier on Bankruptcy*, ¶ 333.05[1], at 333-01 (15th ed. rev. 2006) ("If the healthcare business is large or complicated, the ombudsman could be expected to retain professionals to assist in the discharge of the ombudsman's duties.").

A patient care ombudsman's duties differ substantially from the interests of any of the parties in interest, such as the debtor or a committee of creditors. Consequently, a patient care ombudsman should not be required to rely on counsel for the Debtor or a committee for legal advice or legal services in carrying out the duties of ombudsman. Thus, in an appropriate case, it is important that a patient care ombudsman have separate legal counsel to advise on the duties under § 333 and to assist in presentations to the Court pursuant to the statutory requirements. *See Synergy*, 433 B.R. at 319; *see also, In re Renaissance Hosp.-- Grand Prairie, Inc.*, 399 B.R. 442, 448 (Bankr. N.D. Tex. 2008) ("As it is doubtful that every suitable candidate for the ombudsman role will possess not only the qualifications necessary to 'monitor the quality of patient care' but also the expertise necessary to prepare legal documents and appear in court, it seems clear that Congress must have anticipated that an ombudsman would, on occasion, have to have the assistance of counsel.").

**D.**     **LNBYG's Qualifications, Disinterestedness And Compensation.**

***Qualifications***.  LNBYG is currently comprised of approximately twenty-five lawyers who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law, and commercial litigation matters, and, thus, is highly qualified to represent the PCO in connection with this bankruptcy case.

Additionally, the lawyers of LNBYG have been involved in a large number of healthcare bankruptcy cases in a large number of different roles. For instance, LNBYG represented the 19 debtors in *In re Plaza Healthcare LLC* (Bankr. C.D. Cal. Case No. 8:14-bk-11335-CB), the debtors

in *Pleasant Care Corporation et al.* (Bankr. C.D. Cal. Case No. 2:10-bk-12312-EC) (which were two of the largest skilled nursing facility cases ever filed in the Bankruptcy Court for the Central District of California); the debtor in *Bethel Healthcare, Inc.* (Bankr. C.D. Cal. Case No. 1:11-bk-11180-GM); the debtor in *Corinthian Sub-Acute & Rehabilitation Center, Inc.* (Bankr. C.D. Cal. Case No. 1:11-11185-GM); the trustee in *In re Ridgecrest Healthcare, Inc.* (Bankr. C.D. Cal. Case No. 2:13-33058-DS); and the patient care ombudsman in *In re Verity Health System of California, Inc. et. al*, (lead case number 2:18-bk-20151-ER, C.D. Cal.).  In addition, the lawyers of LNBYG have represented other debtors, trustees, creditors, buyers, creditors' committees, and other interested parties in a variety of other health care business cases and cases related to healthcare businesses.  In all of these cases, LNBYG lawyers have worked and interfaced productively with a number of patient care ombudsman.

***__Disinterestedness__***. As set forth in the annexed declaration, to the best of LNBYG's knowledge, other than as set forth therein, LNBYG does not hold or represent any interest adverse to the Debtor or the Debtor's estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

By manner of full disclosure, LNBYG, through attorneys Gary E. Klausner and Krikor J. Meshefejian, provided consultation services for the Debtor regarding its financial situation and issues involving certain of its creditors, from February 2021 through March 2022. However, LNBYG does not maintain any claims against the Debtor stemming from such consultation services and its relationship with the Debtor terminated in March 2022.  In addition, Gary Klausner will have no involvement in LNBYG's services in connection with this case.  Finally, since the PCO is not a creditor or equity holder of the Debtor, and does not hold any interests adverse to the Debtor, there are no issues of conflict with respect to LNBYG.  Finally, prior to filing this Application, LNBYG reached out to the Debtor to inquire whether the Debtor has any concerns or objection if LNBYG serves as counsel to the PCO and LNBYG was advised that the Debtor has no objection to such employment in this case.

In addition to the foregoing, LNBYG represented the PCO in connection with the *In re Verity Health System of California, Inc. et. al*, (lead case number 2:18-bk-20151-ER, C.D. Cal.) case and, as a result, has synergies with the PCO to ensure efficient representation herein.

Other than as set forth above and in the annexed declaration, to the best of LNBYG's knowledge, LNBYG has no prior connection with the Debtor or their estates, the PCO, the UST or any person employed by the UST.

LNBYG is not a creditor, an equity security holder or an insider of the Debtor.

LNBYG is not and was not an investment banker for any outstanding security of the Debtor. LNBYG has not been within three (3) years before the petition date an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

Neither LNBYG nor any of its attorneys are, or were, within two (2) years before the petition date, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

Neither LNBYG nor any of its attorneys are a relative or an employee of the UST or a Bankruptcy Judge.

LNBYG has not shared or agreed to share its compensation for representing the PCO with any other person or entity, except among its members.

As set forth in the annexed declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

***Compensation.*** LNBYG will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBYG from and after September 16, 2022. LNBYG recognizes that all payments of its earned fees and expenses will be subject to interim and final approval of the Court after notice and a hearing.

LNBYG will bill its time for its representation of the PCO on an hourly billing basis in accordance with LNBYG's standard hourly billing rates. LNBYG will provide monthly billing statements to the PCO that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month. LNBYG will seek reimbursement of expenses in accordance with the rates set forth in the guidelines previously promulgated by the UST.  As aforementioned, the PCO expects that David B. Golubchik and Krikor J. Meshefejian will be the primary attorneys at LNBYG responsible for the representation of the PCO in the Debtor's cases. The current hourly billing rates for all LNBYG attorneys and paraprofessionals are attached hereto as **Exhibit "1."**  The resumes for LNBYG's professionals and paraprofessionals are collectively attached hereto as **Exhibit "2."**

In order to ensure the most efficient representation of the Debtor, unless otherwise necessary based on the role or involvement of the PCO, LNBYG intends to request Court authority to appear at hearings remotely to avoid the time and expense of physical travel to Court.  LNBYG requests that the Court authorize LNBYG to appear at hearings in this case remotely unless absolutely necessary.

In addition, LNBYG has been advised by the PCO that the PCO lacks the necessary software and resources for recording and maintaining billing records.  As a result, the PCO will provide his handwritten billing information to LNBYG, who will maintain the PCO's time records through the efforts of a junior lower-billing professional or para-professional employed by LNBYG.

LNBYG understands the provisions of 11 U.S.C. Section 330 which require, among other things, Court approval of the PCO's employment of LNBYG as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBYG will receive from the Debtor and the Debtor's estate.

In accordance with Local Bankruptcy Rule 9034-1, LNBYG has submitted this Application to the Office of the United States Trustee in order to obtain a Statement of Position from the Office of the United States Trustee.

Based on all of the foregoing, the PCO believes that his employment of LNBYG upon the terms and conditions set forth above is fair, reasonable and warranted under the facts and circumstances of the Debtors' cases.

**WHEREFORE**, the PCO respectfully requests that the Court enter an order (1) approving this Application, (2) approving the PCO's employment of LNBYG as his bankruptcy counsel, at the expense of the Debtor's estate, and upon the terms and conditions set forth above, effective as of September 16, 2022, and (3) affording such other and further relief as is warranted under the circumstances.

Dated: September 23, 2022

JACOB NATHAN RUBIN, PATIENT CARE
OMBUDSMAN.

_____
Jacob Nathan Rubin, Patient Care Ombudsman

Submitted by:

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.


By: ___*/s/ David B. Golubchik*_____
        DAVID B. GOLUBCHIK
        KRIKOR J. MESHEFEJIAN
Proposed Attorneys for Patient Care Ombudsman

- 8 -

## DECLARATION OF DAVID B. GOLUBCHIK, ESQ.

I, DAVID B. GOLUBCHIK, Esq., hereby declare as follows:

1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P ("LNBYG").  I am an attorney licensed to practice law in the State of California and before this Court.  I have represented hundreds of debtors in chapter 11.

3.      I make this Declaration in support of the Application to which this Declaration is attached.  Unless otherwise stated, all capitalized terms herein have the same meaning as in the Application.

4.      Jacob Nathan Rubin, MD, FACC has been appointed to serve as the Patient Care Ombudsman ("PCO") in the Debtor's case.  As the PCO, he requires the assistance of bankruptcy counsel to adequately and efficiently discharge his duties, understand the scope of his duties as well as the activities and events of the cases which are relevant to performing such duties, analyze, drafti and file his reports and other documents in the Debtor's case, and with regard to discussions, negotiations, meetings or Court hearings that relate to his duties as the PCO.

5.      The PCO is a licensed medical professional. In order for the PCO to timely and competently comply with his duties within the relatively small amount of time allotted for him to do so under the applicable Bankruptcy Code and Bankruptcy Rule provisions, he must be given an opportunity to focus primarily on patient care issues without having to spend any significant time on the legal and procedural aspects of these cases. Having bankruptcy counsel will streamline the PCO's ability to focus primarily on patient care issues, while facilitating his need to understand the relevant facts and circumstances of these cases and timely reporting to the Court as to patient care matters.

6.      ***Qualifications***.   LNBYG is currently comprised of approximately twenty-five lawyers who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law, and commercial litigation matters, and, thus, is highly qualified to represent the PCO.

- 9 -

7.    Additionally, the lawyers of LNBYG have been involved in a large number of healthcare bankruptcy cases in and outside of this District, in a large number of different roles. For instance, LNBYG represented the 19 debtors in *In re Plaza Healthcare LLC* (Bankr. C.D. Cal. Case No. 8:14-bk-11335-CB), the debtors in *Pleasant Care Corporation et al.* (Bankr. C.D. Cal. Case No. 2:10-bk-12312-EC) ) (which were two of the largest skilled nursing facility cases ever filed in this District); the debtor in *Bethel Healthcare, Inc.* (Bankr. C.D. Cal. Case No. 1:11-bk-11180-GM); the debtor in *Corinthian Sub-Acute & Rehabilitation Center, Inc.* (Bankr. C.D. Cal. Case No. 1:11-11185-GM); the trustee in *In re Ridgecrest Healthcare, Inc.* (Bankr. C.D. Cal. Case No. 2:13-33058-DS); and the patient care ombudsman in *In re Verity Health System of California, Inc. et. al*, (lead case number 2:18-bk-20151-ER, C.D. Cal.). In addition, lawyers of LNBYG have represented other debtors, trustees, creditors, buyers, creditors' committees, and other interested parties in a variety of other health care business cases and cases related to healthcare businesses.  In all of these cases, LNBYG lawyers have worked and interfaced productively with a number of patient care ombudsman.

8.    ***Disinterestedness***.  LNBYG, through attorneys Gary E. Klausner and Krikor J. Meshefejian, provided consultation services for the Debtor regarding its financial situation and issues involving certain of its creditors, from February 2021 through March 2022. However, LNBYG does not maintain any claims against the Debtor stemming from such consultation services and its relationship with the Debtor terminated in March 2022.  In addition, Gary Klausner will have no involvement in LNBYG's services in connection with this case.  Finally, since the PCO is not a creditor or equity holder of the Debtor, and does not hold any interests adverse to the Debtor, I believe that there are no issues of conflict with respect to LNBYG.  Finally, prior to filing this Application, I reached out to the Debtor's counsel to inquire whether the Debtor has any concerns or objection if LNBYG serves as counsel to the PCO and I was advised that the Debtor has no objection to such employment in this case.

9.    In addition to the foregoing, LNBYG represented the PCO in connection with the *In re Verity Health System of California, Inc. et. al*, (lead case number 2:18-bk-20151-ER, C.D. Cal.)

case and, as result, I believe that LNBYG has synergies with the PCO to ensure efficient representation herein.

10.     To the best of my knowledge, except as set forth herein, LNBYG does not hold or represent any interest adverse to the Debtor or the Debtor's estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

11.     To the best of my knowledge, other than as set forth herein, LNBYG has no prior connection with the Debtor or its estate, the PCO, the UST or any person employed by the UST.

12.     LNBYG is not a creditor, an equity security holder or an insider of the Debtor.

13.     LNBYG is not and was not an investment banker for any outstanding security of the Debtor. LNBYG has not been within three (3) years before the petition date an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

14.     Neither LNBYG nor any of its attorneys are, or were, within two (2) years before the petition date, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

15.     Neither LNBYG nor any of its attorneys are a relative or an employee of the UST or the Bankruptcy Judge presiding herein.

16.     LNBYG has not shared or agreed to share its compensation for representing the PCO with any other person or entity, except among its members.

17.     To the best of my knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

18.     ***Compensation.*** LNBYG will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBYB from and after September 16, 2022. I have been advised and understand that the Debtor will be filing a *Knudsen* motion to address compensation issues. LNBYG recognizes that all payments of its earned fees and expenses will be subject to interim and final approval of the Court after notice and a hearing.

19.     In order to ensure the most efficient representation of the Debtor, unless otherwise necessary based on the role or involvement of the PCO, LNBYG intends to request Court authority to appear at hearings remotely to avoid the time and expense of physical travel to Court. LNBYG requests that the Court authorize LNBYG to appear at hearings in this case remotely unless absolutely necessary.

20.     In addition, I have been advised by the PCO that the PCO lacks the necessary software and resources for recording and maintaining billing records.  As a result, the PCO will provide his handwritten billing information to LNBYG, who will maintain the PCO's time records through the efforts of a junior lower-billing professional or para-professional employed by LNBYG.

21.     LNBYG will bill its time for its representation of the PCO on an hourly billing basis in accordance with LNBYG's standard hourly billing rates. LNBYG will provide monthly billing statements to the PCO that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month. LNBYG will seek reimbursement of expenses in accordance with the rates set forth in the guidelines previously promulgated by the UST.  As aforementioned, Krikor J. Meshefejian and I will be the primary attorneys at LNBYG responsible for the representation of the PCO in the Debtor's case. The current hourly billing rates for all LNBYG attorneys and paraprofessionals are attached hereto as **Exhibit "1."**  The resumes for LNBYG's professionals and paraprofessionals are collectively attached hereto as **Exhibit "2."**

22.     LNBYG understands the provisions of 11 U.S.C. Section 330 which require, among other things, Court approval of the PCO's employment of LNBYG as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBYG will receive from the Debtor and the Debtor's estate.

23.     In accordance with Local Bankruptcy Rule 9034-1, LNBYG has submitted this Application to the Office of the United States Trustee in order to obtain a Statement of Position from the Office of the United States Trustee.

/ / /

/ / /

/ / /

1    I declare and verify under penalty of perjury that the foregoing is true and correct to the best

2    of my knowledge.

3    Executed on this 28th day of September, 2022, at Los Angeles, California.

4

5    /s/ David B. Golubchik
     DAVID B. GOLUBCHIK

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

| ATTORNEYS | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| DAVID W. LEVENE | 625 | 635 | 635 | 650 |
| DAVID L. NEALE | 625 | 635 | 635 | 650 |
| RON BENDER | 625 | 635 | 635 | 650 |
| MARTIN J. BRILL | 625 | 635 | 635 | 650 |
| TIMOTHY J. YOO | 625 | 635 | 635 | 650 |
| GARY E. KLAUSNER | 625 | 635 | 635 | 650 |
| EDWARD M. WOLKOWITZ | 625 | 635 | 635 | 650 |
| DAVID B. GOLUBCHIK | 625 | 635 | 635 | 650 |
| BETH ANN R. YOUNG | 595 | 610 | 620 | 635 |
| MONICA Y. KIM | 595 | 610 | 620 | 635 |
| DANIEL H. REISS | 595 | 610 | 620 | 635 |
| PHILIP A. GASTEIER | 595 | 610 | 620 | 635 |
| EVE H. KARASIK | 595 | 610 | 620 | 635 |
| TODD A. FREALY | 595 | 610 | 620 | 635 |
| KURT RAMLO | 595 | 610 | 620 | 635 |
| RICHARD P. STEELMAN, JR. | | 610 | 620 | 635 |
| JULIET Y. OH | 580 | 595 | 605 | 620 |
| TODD M. ARNOLD | 580 | 595 | 605 | 620 |
| CARMELA T. PAGAY | 580 | 595 | 605 | 620 |
| ANTHONY A. FRIEDMAN | 580 | 595 | 605 | 620 |
| KRIKOR J. MESHEFEJIAN | 580 | 595 | 605 | 620 |
| JOHN-PATRICK M. FRITZ | 580 | 595 | 605 | 620 |
| JOSEPH ROTHBERG | | | 605 | 620 |

| | | | | |
|---|---|---|---|---|
| JEFFREY KWONG | 450 | 495 | 525 | 575 |
| LINDSEY L. SMITH | 495 | 510 | 525 | 550 |
| JONATHAN GOTTLIEB | | | 350 | 350 |
| PARAPROFESSIONALS | 250 | 250 | 250 | 250 |

# EXHIBIT "2"

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES



L N B Y & B

## Professional Resume

**PROFESSIONAL POSITIONS**

1995 to Present: Co-founder and counsel to Levene, Neale, Bender, Yoo & Brill L.L.P., a nationally recognized business reorganization, commercial litigation and bankruptcy law firm. Also Mr. Levene is the founder of Levene Mediation, an alternative dispute resolution firm specializing in mediation. Mr. Levene has developed over the years a reputation of being a peacemaker, creative problem solver and someone adept at bringing parties and professionals together to reach agreed resolution and thereby avoid or curtailing the time, expense and turmoil associated with litigation.

1983 to 1995: Founder of Levene & Eisenberg, P.C., a law firm also specializing in matters of business reorganization, commercial litigation and bankruptcy.

1974 to 1983: Shareholder with BuchalterNemer, a full service law firm with a commercial law and bankruptcy section.

**HONORS**

Multiple inclusions in the Los Angeles Business Journal listing of "100 Most Prominent Business Attorneys."
Regularly listed as a "Super Lawyer" in the annual peer review surveys.
Designated "AV Preeminent" in Martindale-Hubbell.

**EDUCATION**

Loyola University School of Law, J.D.
University of Southern California, M.B.A., Finance & Marketing
University of Southern California, B.S., Business Administration

**BAR ADMISSIONS**

State Bar of California
United States District Court for the Northern District of California
United States District Court for the Central District of California
United States District Court for the Eastern District of California
United States District Court for the Southern District of California
United States Court of Appeals for the Ninth Circuit



### DAVID W. LEVENE
dwl@lnbyb.com

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067 ■ TEL: 310.229.1234 FAX: 310.229.1244 WWW.LNBYB.COM



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

# DAVID W. LEVENE
## PROFESSIONAL RESUME
continued from page 1

**MEMBERSHIPS AND AFFILIATIONS**
- Southern California Mediation Association
- American Bar Association (Alternative Dispute Resolution Section)
- Beverly Hills Bar Association (Alternative Dispute Resolution Section and Past Chair of Bankruptcy Section)
- Los Angeles County Bar Association (past member: Executive Committee, Commercial Law and Bankruptcy Section; Bankruptcy Subcommittee)
- Federal Bar Association
- Financial Lawyers Conference
- California Bankruptcy Forum
- American Bankruptcy Institute
- Turnaround Management Association

**GUEST LECTURES**
- Frost & Sullivan, Inc. – "Loan Workouts, LBOs and Bankruptcy"
- The Banking Law Institute – "Loan Workouts, Restructures and Bankruptcy"
- Drexel Burnham Lambert – "Chapter 11"
- Financial Lawyers Conference – "Fraudulent Conveyances"
- Los Angeles Bankruptcy Forum – "Out of Court Reorganizations"
- Orange County Bankruptcy Forum – "Restructuring Financially Troubled Businesses"
- Jewelers Board of Trade – "Consignment Issues in Bankruptcy"
- Turnaround Management Association – "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"
- Turnaround Management Association – "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"
- Young Presidents Organization – "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"
- The Counselors of Real Estate Convention – "Chapter 11 and the Role of the Real Estate Advisor"
- Association of Insolvency Accountants Valuation Conference – "Valuation Issues in Chapter 11 Cases
- Orange County Bankruptcy Forum – "Workouts"
- American Society of Appraisers – "Role of Appraisers in Bankruptcy and Reorganization Cases"
- Fulcrum Information Services – "Workouts and Restructuring"

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ▪  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.



**DAVID L. NEALE**
dln@lnbyg.com

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as <u>Future Media Productions</u>, a manufacturer of blank CDs and DVDs; <u>California Aircraft & Engines, Inc.</u>, a manufacturer of aircraft engine parts with claimants from around the world; <u>DCC Compact Classics, Inc.</u>, a manufacturer of specialty CDs and recordings; <u>Fernandes Guitars</u>, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (<u>Chinois Restaurant</u>, successful Chapter 11 reorganization for a Las Vegas restaurant; <u>Café-Melisse Valencia</u>, successful out-of court workout and orderly liquidation; <u>Galletti Brothers Foods</u>, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) <u>Crunchies Food Company</u>, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for <u>Rock & Waterscape, Inc.</u>, builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for <u>Roosevelt Lofts, LLC</u>, involving a condominium conversion in downtown Los Angeles; <u>North Silver Lake Lodge, LLC</u>, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; <u>IDM Corporation</u> and its affiliates requiring the restructuring of over $1 billion in debt; and <u>Galletti Brothers Investments</u>, a real estate partnership with multiple properties. He has also represented <u>Ritter Ranch Development</u>, the owner of an 11,000-acre development property in Palmdale; and <u>National Enterprises, Inc.</u> and <u>San Diego Investments</u>, real estate management and development companies with properties across the United States); **Energy** (representing the <u>California Independent System Operator Corporation</u> in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; <u>Evergreen Oil</u>, an oil re-refining company operating throughout California); **Banking and finance** (<u>Imperial Credit Industries,</u>

continued. . .                                                  pg 1 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affil-iates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in sev-eral states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully rep-resented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

continued. . .                                                                 pg 2 of  4

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

L N B Y & G

Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .                                                                pg 3 of  4

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 3



- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RON BENDER** is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad and diverse Chapter 11 and insolvency debtor experience includes the representation of hundreds of Chapter 11 debtors including Zacky and Sons Poultry (a large grower, processor, packager and seller of chicken and turkey related products that was sold for approximately $40 million); West Coast Distribution (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry that was sold); Tatung Company of America (a manufacturer and distributor of consumer electronics with over $20 million assets that successfully reorganized); NAI Capital (well-known commercial real estate brokerage firm that was successfully sold); Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that was sold for $25.25 million); Rdio (a digital music service provider that was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million that was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field that was sold); Matterhorn Group (a large manufacturer of novelty



**RON BENDER**
rb@lnbyg.com

continued. . .

pg 1 of 4

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



ice cream products that was sold); <u>Fat Burger</u> (a well-known chain of hamburger restaurants that were sold); <u>Westcliff Medical Laboratories</u> (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that was sold for $57.5 million); <u>LifeMasters Supported Selfcare</u> (a national disease management company with annual revenue of $80 million that was sold); <u>Bodies in Motion</u> (a chain of fitness facilities that was sold for approximately $10 million); <u>Max Equipment Rental</u> (an equipment rental company that successfully reorganized); <u>Nelson & Associates</u> (a manufacturers' representative in the electrical industry that successfully restructured its debt); <u>Douglas Furniture</u> (a large furniture manufacturer); <u>Padilla Construction</u> (a plastering company that successfully reorganized); <u>Lamas Beauty</u> (a manufacturer of beauty supply products that was sold); <u>Paramount Scaffolding</u> (a large scaffolding rental company that was sold); <u>Alin Party Supply</u> (a retail chain of party supplies that successfully reorganized); <u>Lake San Marcos Resort & Country Club</u>; <u>Krystal Air</u> (an aircraft leasing company that was sold); <u>Pacific High Reach</u> (a large construction equipment rental company that was sold for $17 million); <u>Krystal Koach</u> (a large manufacturer of limousines and shuttle buses that was sold); <u>Small World Toys</u> (a toy company that was sold for approximately $16 million); <u>Intervisual</u> (a children's book company that was sold for approximately $10 million); <u>LightPointe Communications</u> (a manufacturer of wireless networking equipment that successfully reorganized); <u>Nicola</u> (a large olive importer and distributor that successfully reorganized); <u>Krispy Kreme</u> (an owner and operator of Krispy Kreme Doughnut Stores that successfully reorganized); <u>Pleasant Care</u> (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that was sold for approximately $17 million); <u>Aura Systems</u> (a publicly-traded manufacturer of a mobile power generator that successfully reorganized); <u>Sega GameWorks</u> (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that was sold for approximately $8 million); <u>Alliant Protection Services</u> (a commercial and residential alarm services company with 16,000 customers that was sold for $14.5 million); <u>The Walking Company</u> (a national chain of 101 retail stores selling specialty shoes and footwear that successfully reorganized involving $22 million of cash, debt and stock); <u>Shoe Pavilion</u> (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that was sold); <u>Gadzoox Networks</u> (a publicly-traded

continued. . .

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly-traded publishers of thirteen national magazines that were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million that engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, that was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt that was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry that was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California that was sold for $25 million); Marbella Golf and Country Club (a golf and country club located in San Juan Capistrano that successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside that successfully reorganized); Servall Packaging Industries (a contract packaging company that was sold); Polaris Networks (a telecommunications networks and software company that successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories that was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

**LNBY&G**

bankruptcy case of <u>Trigem America</u> (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and <u>Robinson Golf Holdings</u> (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11 that have resulted in successful sales or reorganizations. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors (ABC's), having represented assignees and buyers in more than one hundred assignments.

pg 4 of 4

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**TIMOTHY J. YOO**
tjy@lnbyg.com

**TIMOTHY YOO,** a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.

**TIMOTHY J. YOO**  ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM  DIRECT: 310.229.3365

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



L N B Y & B

## Professional Resume

**MARTIN J. BRILL.** Mr. Brill has devoted his over 35 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), 360 Global Wine Company and 360 Viansa, LLC (publicly held holding company and its operating wholly-owned subsidiary in the winery business in Sonoma, California), Agua Dulce Vineyards, LLC (operating vineyard and winery in Los Angeles County), Copper King Mining Corporation and Western Utah Mining Company (public holding company and its wholly-owned operating subsidiary in the copper mining business), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc. (publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc., Vista Hospital Systems, Inc. and Downey Regional Medical Center (hospitals), Ronco Corporation and Ronco Marketing Corporation (consumer products and marketing), and T-Asset



MARTIN J. BRILL
mjb@lnbyb.com

continued...

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



# Martin J. Brill
## Professional Resume
continued from page 1

Acquisition Corporation and its related entities (the owner of the *Terminator* film franchise). In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings, including the successful out-of-court debt restructuring for Carolco Pictures, Inc. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association (Chairman from 2002-2003) and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999

- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000

- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000

- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000

- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004

- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004

- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004

- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009

- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

**DAVID B. GOLUBCHIK**  ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM  DIRECT: 310.229.3393

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) "' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .

# GARY E. KLAUSNER
## PROFESSIONAL RÉSUMÉ
continued from page 1



Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

## Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

## KEY REPRESENTATIONS
### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

GARY E. KLAUSNER  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

**PROFESSIONAL AFFILIATIONS**

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

**HONORS AND RECOGNITIONS**

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

**KEY REPRESENTATIONS**
**Committee Representations**

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

**Significant Creditor/Party In Interest Representations**

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

**GARY E. KLAUSNER** ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).



**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

continued. . .

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** <u>San Paolo U.S. Holding Company v. 816 South Figueroa Company</u> (1998) 62 Cal. App. 4th 1010, 1026; and <u>Ziello v. First Federal Bank</u> (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



**BETH ANN R. YOUNG**
bry@lnbyg.com

**BETH ANN R. YOUNG**  ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM  DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.



**PHILIP A. GASTEIER**
pag@lnbyg.com

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .                                                                 pg 1 of 2

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**PHILIP A. GASTEIER**

**PROFESSIONAL RÉSUMÉ**

continued from page 1



Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–1992). He has been active in civic affairs, and is a past President (2008–2009), Vice President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DANIEL H. REISS**
dhr@lnbyg.com

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .

pg 1 of 3

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

pg 3 of 3

**DANIEL H. REISS**  ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM  DIRECT: 310.229.3338

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

## L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .                                                                                     pg 1 of  2



**TODD A. FREALY**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

pg 2 of 2

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RICHARD P. STEELMAN, JR.**
rps@lnbyg.com

**RICKY STEELMAN** is a senior litigator at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

continued. . .

**RICHARD P. STEELMAN, JR.**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

L N B Y & G

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Health-care Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

pg 2 of 2

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com

**JULIET Y. OH**  ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM  DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

**TODD M. ARNOLD**  ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM  DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

**ANTHONY A. FRIEDMAN**  ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM  DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**KURT RAMLO**

kr@lnbyg.com

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .

**KURT RAMLO**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



(California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various actions representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include United States Pac. Ins. Co. v. United States Dep't of Interior, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); Secretary of HUD v. Sky Meadow Assoc., 117 F. Supp. 2d 970 (C.D. Cal. 2000); Yunis v. United States, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and United States Dep't of Educ. v. Wallace (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO**  ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.



**EVE H. KARASIK**
ehk@lnbyg.com

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .                                                                                           pg 1 of 4

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



Settlement Trust, the <u>Thorpe Insulation Company Settlement Trust</u>, <u>Plant Insulation Settlement Trust</u>, and the <u>Western Asbestos Settlement Trust</u> (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

**L N B Y & G**

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019, Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

pg 4 of 4

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&B, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal.* Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com

## LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ**  ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.

**KRIKOR J. MESHEFEJIAN**
kjm@lnbyg.com

**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.

**LINDSEY L. SMITH**
lls@lnbyg.com

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JEFFREY S. KWONG** (鄺世傑) joined LNBYG as an associate in 2014. Mr. Kwong represents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include *Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc.,* and *Green Fleet Systems, LLC.* Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the *Berkeley Journal of International Law* and a Senior Articles Editor for the *Asian American Law Journal.* He received his undergraduate degree, *summa cum laude,* from the University of California, San Diego.

He is a member of the Beverly Hills Bar Association, Turnaround Management Association, Los Angeles Bankruptcy Forum, Association for Corporate Growth, Southern California Chinese Lawyers Association, and Asian Pacific CPA Association. He also serves as Legal Advisor to the Soo Yuen Fraternal Association of Southern California.



**JEFFREY S. KWONG**
jsk@lnbyg.com

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

**JOSEPH M. ROTHBERG** ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM  DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JONATHAN D. GOTTLIEB** joined LNBYG as a Summer Intern in May 2020, and began working as an associate in September 2021. Prior to that, Mr. Gottlieb was a summer extern for Judge Scott C. Clarkson in the Central District of California – Bankruptcy Court located in Santa Ana, CA. In May 2021, Mr. Gottlieb obtained his J.D. from the University of California – Hastings College of the Law. There, Mr. Gottlieb served as a member of the Federalist Society. In 2018, Mr. Gottlieb obtained a B.A. from the University of Wisconsin – Madison where he majored in History, with an emphasis on Empire Building and United States Foreign Policy.



**JONATHAN D. GOTTLIEB**
jdg@lnbyg.com

pg 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **APPLICATION OF PATIENT CARE OMBUDSMAN TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS BANKRUPTCY COUNSEL EFFECTIVE AS OF SEPTEMBER 16, 2022; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christine E. Baur    christine@baurbklaw.com, admin@baurbklaw.com**
- **Anthony Dutra    adutra@hansonbridgett.com, SSingh@hansonbridgett.com**
- **Michael I. Gottfried    mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,myuen@elkinskalt.com,1648609420@filings.docketbird.com**
- **Bernard M. Hansen    bernardmhansen@sbcglobal.net**
- **Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com**
- **Tania M. Moyron    tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov**
- **Michael B. Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com**
- **Andrew B. Still    astill@swlaw.com, kcollins@swlaw.com**
- **Kelly Ann Mai Khanh Tran    kelly@smalllawcorp.com, stefanny@smalllawcorp.com**
- **United States Trustee    ustp.region15@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **September 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 28, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| September 28, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

Borrego Community Health Foundation
File No. 9832
Debtor, OUST, Secureds, Top 20

*Debtor*
Borrego Community Health Foundation
587 Palm Canyon Dr., Suite 208
Borrego Springs, CA 92004

Office of the U.S. Trustee
Attn: David Ortiz
880 Front Street, Suite 3230
San Diego, CA 92101

**Secured Creditors**

Ally Auto
PO Box 78369
Phoenix, AZ 85062-8369

Ally Auto
6716 Grade Lane
Building No 9, Suite 910
Louisville, KY 40213

Enterprise Fleet Management
6330 Marindustry Dr, Ste 210
San Diego, CA 92121

First American Equipment Finance
211 High Point Drive
Victor, NY 14564

Ricoh USA
PO Box 31001-0850
Pasadena, CA 91110

Ricoh USA
70 Valley Stream Pkwy
Malvern, PA 19355

VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Wells Fargo Dealer Services
420 Montgomery Street
San Francisco, CA 94104

**Top 20 Unsecured Creditors**

Premier Healthcare Management
124 West Main Street, Suite 120
El Cajon, CA 92020

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Internal Revenue Service
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

American Express
200 Vesey Street
New York, NY 10285

Greenway Health, LLC
4301 West Boy Scout Blvd.
Suite 800
Tampa, FL 33607

We Klean Inc.
427 S. Citrus Avenue
Escondido, CA 92027

Mustafa Bilal
1210 S. Brookhurst Street
Anaheim, CA 92804

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Rajesh Shah
115 N. McKinley Street, Suite 105
Corona, CA 92879

Oz Group Inc d/b/a Customer
Contact Services
14525 Highway 7, Suite 315
Minnetonka, MN 55345

Mohamed Dowaidari
1635 N. Mountain Avenue
Upland, CA 91785

Mehrnaz Irani
Vista Village Family Dentistry
950 Civic Center Dr, Suite #B
Vista, CA 92083

Ehab Samaan
Corona Family Dental Group
1358 W. 6th Street, Suite 101
Corona, CA 92882

Gallagher Benefit Services, Inc
500 N. Brand Blvd, Suite 100
Glendale, CA 91203

Arthur Santos
Smile Dental
12110 Woodside Ave
Lakeside, CA 92040

Vitamin D Public Relations, LLC
5900 Balcones Dr., Suite 100
Austin, TX 78731-4298

Pourshirazi & Youssefi Dental
Corporation
31569 Canyon Estates Dr, Suite 120
Lake Elsinore, CA 92532

Tejas Modi
Heritage Plaza Dental
28039 Scott Road, Suite 1
Murrieta, CA 92563

MPower TelePacific
303 Colorado St., Suite 2075
Austin, TX 78701

California Deept of Health Care Services
Health Care Delivery Systems
P.O. Box 997413, MS 0010
Sacramento, CA 95899