UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE SUPPLEMENTAL DECLARATION OF ISAAC LEE RE INSIDER COMPENSATION; NOTICE OF CONTINUED HEARING; AND SCHEDULE EXTENSION MOTION**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Aljaira Duarte, do declare and state as follows:

1.      I am a Consultant at Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2.      On September 20, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

1

- *Supplemental Declaration of Isaac Lee, Chief Restructuring Officer, in Support of Debtor's Emergency First-Day Motion Regarding Insider Compensation* [Docket No. 41]
- *Notice of Continued Hearing on Emergency First Day Motion Regarding Insider Compensation* [Docket No. 43]

3. On September 20, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document via Facsimile upon the service list attached hereto as **Exhibit E**:

- *Notice of Continued Hearing on Emergency First Day Motion Regarding Insider Compensation* [Docket No. 43]

4. On September 20, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served Email upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- *Debtor's Ex Parte Motion for Entry of an Order Extending Time for the Debtor to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 44]

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 29th day of September, 2022, at El Segundo, CA.

/s/ *Aljaira Duarte*
Aljaira Duarte

2

# EXHIBIT A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank, c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Top Creditor | American Express | Attn Laureen E Seeger | phxcreditcorebk@aexp.com |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | yoko_miyai@yahoo.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| Top Creditor | California Department of Health Care Services (DHCS) | Attn Jon-Paul Valcarenghi | Jon-Paul.Valcarenghi@dhcs.ca.gov |
| Top Creditor | Cardinal Health | Attn Steve Falk | steve.falk@cardinalhealth.com |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Top Creditor | Ehab Samaan | | ehabminerva@aol.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | bernardmhansen@sbcglobal.net; steve@fitchlawfirm.com |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | Michelle_Gonzalez@ajg.com |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | karen.mulroe@greenwayhealth.com |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | gregory.s.moxley@irs.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Proposed Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | dkirby@kirbymac.com |
| Counsel Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney & Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | lori.schechter@mckesson.com |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | info@vistavillagefamilydentistry.com |
| Top Creditor | Mohamed Dowaidari | | dds1.upland@gmail.com |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | Steve.Wexler@tpx.com |
| Top Creditor | Mustafa Bilal | | mbdds@sbcglobal.net |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | AGelectronicservice@doj.ca.gov |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | Jennifer.Kim@doj.ca.gov |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | Kenneth.Wang@doj.ca.gov |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | chris.rosales@yourccsteam.com |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | doctor_pourshirazi@msn.com |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | daryl@priesthomes.com |
| Top Creditor | Rajesh Shah | | ajitpatel156@yahoo.com |
| Secured Creditors | Ricoh USA | | sales@ricoh-usa.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top Creditor | Tejas Modi | | drtejasmodi@yahoo.com |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | afmaul@maulfirm.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Top Creditor | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Top Creditor | We Klean Inc | Attn Aracelis Gutierrez | agutierrez@weklean.org |

In re Borrego Community Health Foundation, Case No. 22-02384 (LST)

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| City National Bank | Priscilla Lopez, VP, Account Officer | Priscilla.lopez@cnb.com |
| Community Valley Bank (CVB) | Jon A. Edney, President & CEO and Corina Garcia, Operations Manager | Jedney@yourcvb.com |

In re Borrego Community Health Foundation, Case No. 22-02384 (LST)    Page 1 of 1

# EXHIBIT C

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank, c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, XXXXXXXX5851, XXXXXX9419 | Oklahoma City | OK | 73118 |
| Secured Creditors | Ally Auto | | PO Box 78369 | | Phoenix | AZ | 85062-8369 |
| Secured Creditors | Ally Auto | | 6716 Grade Lane | Building No 9, Suite 910 | Louisville | KY | 40213 |
| Top Creditor | American Express | Attn Laureen E Seeger | 200 Vesey Street | | New York | NY | 10285 |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | 12110 Woodside Avenue | | Lakeside | CA | 92040 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| California Department of Health Care Services | CA Department of Health Care Services | | 1501 Capitol Avenue, Suite 4510 | | Sacramento | CA | 95814 |
| California Department of Industrial Relations | CA Department of Industrial Relations | Labor Law Enforcement | 1550 West Main Street | | El Centro | CA | 92243-2105 |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | PO Box 997377, MS 0500 | | Sacramento | CA | 95899-7377 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Special Operations Bankruptcy Team, MIC 74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 |
| California Division of Labor Standards Enforcement | CA Division of Labor Standards Enforcement | | 7575 Metropolitan Drive, Ste 210 | | San Diego | CA | 92108-4424 |
| California Employment Development Department | CA Employment Development Department | Bankruptcy Unit, MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| California Employment Development Department | CA Employment Development Department | | PO Box 120831 | | San Diego | CA | 92112-0831 |
| California Employment Development Department | CA Employment Development Office | | 800 Capitol Mall | | Sacramento | CA | 95814 |
| California Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section | PO Box 2952 | MS A-340 | Sacramento | CA | 95812-2952 |
| California Secretary of State | CA Secretary of State | | 1500 11th Street | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | CA State Board of Pharmacy | | 1625 North Market Boulevard | | Sacramento | CA | 95834 |
| Top Creditor | California Department of Health Care Services (DHCS) | Attn Jon-Paul Valcarenghi | PO Box 997413, MS 0010 | Health Care Delivery Systems Department of Health Care Services | Sacramento | CA | 95899 |
| Top Creditor | Cardinal Health | Attn Steve Falk | 7000 Cardinal Place | | Dublin | OH | 43017 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | 90 - 7th Street, Suite 5-300 | | San Francisco | CA | 94103-6706 |
| Department of Health Care Services | Department of Health Care Services | | PO Box 997412 | MS 4704 | Sacramento | CA | 95899-7412 |
| Top Creditor | Ehab Samaan | | Corona Family Dental Group | 1358 W 6th Street Suite 101 | Corona | CA | 92882 |
| Secured Creditors | Enterprise Fleet Management | | 6330 Marindustry Dr, Ste 210 | | San Diego | CA | 92121 |
| Secured Creditors | First American Equipment Finance | | 211 High Point Drive | | Victor | NY | 14564 |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | 3465 Camino Del Rio South, Suite 250 | | San Diego | CA | 92108-3905 |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | 500 N Brand Boulevard Suite 100 | | Glendale | CA | 91203 |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | 4301 West Boy Scout Boulevard | Suite 800 | Tampa | FL | 33607 |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | PO Box 7346 | Insolvency Operations Unit | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service (IRS) | Internal Revenue Service (IRS) | Chief, Special Procedures, Section - Insolvency | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | 707 Broadway, Suite 1750 | | San Diego | CA | 92101-4515 |
| Counsel Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney | 450 B Street | Suite 1410 | San Diego | CA | 92101 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LST)

Page 1 of 2

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | 2305 Historic Decatur Rd | Suite 100 | San Diego | CA | 92106 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | 6555 North State Highway 161 | | Irving | TX | 75039 |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | 950 Civic Center Drive Suite #B | | Vista | CA | 92083 |
| Top Creditor | Mohamed Dowaidari | | 1635 N Mountain Avenue | | Upland | CA | 91785 |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | 303 Colorado St Suite 2075 | | Austin | TX | 78701 |
| Top Creditor | Mustafa Bilal | | 1210 S Brookhurst Street | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101-3702 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | 14525 Highway 7 Suite 315 | d/b/a Customer Contact Services | Minnetonka | MN | 55345 |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr, Suite 120 | | Lake Elsinore | CA | 92532 |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | 124 West Main Street Suite 120 | | El Cajon | CA | 92020 |
| Top Creditor | Rajesh Shah | | 115 N McKinley Street Suite 105 | | Corona | CA | 92879 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Secured Creditors | Ricoh USA | | PO Box 31001-0850 | | Pasadena | CA | 91110 |
| Secured Creditors | Ricoh USA | | 70 Valley Stream Pkwy | | Malvern | PA | 19355 |
| SEC Regional Office | Securities & Exchange Commission | Bankruptcy Counsel | 444 South Flower Street, Ste 900 | | Los Angeles | CA | 90071-9591 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Top Creditor | Tejas Modi | | 28039 Scott Road, Suite 1 | Heritage Plaza Dental | Murrieta | CA | 92563 |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | 101 Broadway | Suite 3A | Oakland | CA | 94607 |
| United States District Court - Southern District of California | United States District Court - Southern District of CA | | 333 West Broadway, Suite 420 | | San Diego | CA | 92101 |
| US Attorney General | US Attorney General | US DOJ | PO Box 683 | Ben Franklin Station | Washington | DC | 20044 |
| US Attorneys Office - Central District of California | US Attorneys Office - Central District of CA | | 312 North Spring Street, Suite 1200 | | Los Angeles | CA | 90012 |
| US Attorneys Office - Central District of California, Riverside Branch Office | US Attorneys Office - Central District of CA | | 3403 Tenth Street, Suite 200 | | Riverside | CA | 92501 |
| US Attorneys Office - Southern District of California | US Attorneys Office - Southern District of CA | | 880 Front Street, Suite 6293 | | San Diego | CA | 92101 |
| US Department of Health & Human Services | US Department of Health & Human Services | | 200 Independence Avenue, SW | | Washington | DC | 20201 |
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 90 - 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Secured Creditors | VAR Technology Finance | | 2330 Insterstate 30 | | Mesquite | TX | 75150 |
| Top Creditor | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 5900 Balcones Dr Suite 100 | | Austin | TX | 78731-4298 |
| Top Creditor | We Klean Inc | Attn Aracelis Gutierrez | 427 S Citrus Avenue | | Escondido | CA | 92027 |
| Secured Creditors | Wells Fargo Dealer Services | | PO Box 51963 | | Los Angeles | CA | 90051-6263 |
| Secured Creditors | Wells Fargo Dealer Services | | 420 Montgomery Street | | San Francisco | CA | 94104 |

# EXHIBIT D

**Exhibit D**
**Banks Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| City National Bank | Priscilla Lopez, VP, Account Officer | 3484 Central Avenue | Riverside | CA | 92506 |
| Community Valley Bank (CVB) | Jon A. Edney, President & CEO and Corina Garcia, Operations Manager | 571 A Palm Canyon Drive | Borrego Springs | CA | 92004 |

# EXHIBIT E

**Exhibit E**
**Core/2002 Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| Counsel for Ally Bank, c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 817-461-8070 | Successful |
| Secured Creditors | Ally Auto | | 844-546-2585 | Successful |
| Top Creditor | American Express | Attn Laureen E Seeger | 212-619-8942 | Unsuccessful |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 202-307-6777 | Unsuccessful |
| Top Creditor | Ehab Samaan | | 951-734-1646 | Successful |
| Secured Creditors | Enterprise Fleet Management | | 314-512-5930 | Unsuccessful |
| Secured Creditors | First American Equipment Finance | | 585-598-0908 | Successful |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 | Successful |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | Successful |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | 619-685-4004 | Successful |
| Counsel Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney | 619-600-5144 | Successful |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 858-876-9480 | Successful |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | 760-650-0098 | Successful |
| Top Creditor | Mohamed Dowaidari | | 909-982-3350 | Unsuccessful |
| Top Creditor | Mustafa Bilal | | 714-535 2354 | Unsuccessful |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | 213-897-2805 | Successful |
| Top Creditor | Rajesh Shah | | 951-738-0393 | Successful |
| Secured Creditors | Ricoh USA | | 610-644-1574 | Unsuccessful |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 | Successful |
| US Attorneys Office - Central District of California | US Attorneys Office - Central District of CA | | 213-894-0141 | Unsuccessful |
| US Department of Health & Human Services | US Department of Health & Human Services | | 202-690-7203 | Successful |
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 415-437-8188 | Unsuccessful |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 619-557-5339 | Successful |
| Secured Creditors | VAR Technology Finance | | 972-755-8210 | Unsuccessful |
| Secured Creditors | Wells Fargo Dealer Services | | 844-879-0544 | Successful |

# EXHIBIT F

**Exhibit F**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank, c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, | Oklahoma City | OK | 73118 |
| Secured Creditors | Ally Auto | | PO Box 78369 | | Phoenix | AZ | 85062-8369 |
| Secured Creditors | Ally Auto | | 6716 Grade Lane | Building No 9, Suite 910 | Louisville | KY | 40213 |
| Top Creditor | American Express | Attn Laureen E Seeger | 200 Vesey Street | | New York | NY | 10285 |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | 12110 Woodside Avenue | | Lakeside | CA | 92040 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| California Department of Health Care Services | CA Department of Health Care Services | | 1501 Capitol Avenue, Suite 4510 | | Sacramento | CA | 95814 |
| California Department of Industrial Relations | CA Department of Industrial Relations | Labor Law Enforcement | 1550 West Main Street | | El Centro | CA | 92243-2105 |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | PO Box 997377, MS 0500 | | Sacramento | CA | 95899-7377 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Special Operations Bankruptcy Team, MIC 74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 |
| California Division of Labor Standards Enforcement | CA Division of Labor Standards Enforcement | | 7575 Metropolitan Drive, Ste 210 | | San Diego | CA | 92108-4424 |
| California Employment Development Department | CA Employment Development Department | Bankruptcy Unit, MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| California Employment Development Department | CA Employment Development Department | | PO Box 120831 | | San Diego | CA | 92112-0831 |
| California Employment Development Department | CA Employment Development Office | | 800 Capitol Mall | | Sacramento | CA | 95814 |
| California Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section | PO Box 2952 | MS A-340 | Sacramento | CA | 95812-2952 |
| California Secretary of State | CA Secretary of State | | 1500 11th Street | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | CA State Board of Pharmacy | | 1625 North Market Boulevard | | Sacramento | CA | 95834 |
| Top Creditor | California Department of Health Care Services (DHCS) | Attn Jon-Paul Valcarenghi | PO Box 997413, MS 0010 | Health Care Delivery Systems Department of Health Care Services | Sacramento | CA | 95899 |
| Top Creditor | Cardinal Health | Attn Steve Falk | 7000 Cardinal Place | | Dublin | OH | 43017 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | 90 - 7th Street, Suite 5-300 | | San Francisco | CA | 94103-6706 |
| Department of Health Care Services | Department of Health Care Services | | PO Box 997412 | MS 4704 | Sacramento | CA | 95899-7412 |
| Top Creditor | Ehab Samaan | | Corona Family Dental Group | 1358 W 6th Street Suite | Corona | CA | 92882 |
| Secured Creditors | Enterprise Fleet Management | | 6330 Marindustry Dr, Ste 210 | | San Diego | CA | 92121 |
| Secured Creditors | First American Equipment Finance | | 211 High Point Drive | | Victor | NY | 14564 |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | 3465 Camino Del Rio South, Suite 250 | | San Diego | CA | 92108-3905 |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | 500 N Brand Boulevard Suite 100 | | Glendale | CA | 91203 |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | 4301 West Boy Scout Boulevard | Suite 800 | Tampa | FL | 33607 |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | PO Box 7346 | Insolvency Operations | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Internal Revenue Service (IRS) | Chief, Special Procedures, Section - Insolvency | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | 707 Broadway, Suite 1750 | | San Diego | CA | 92101-4515 |
| Counsel Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney & Jeffrey Harris | 2305 Historic Decatur Road | Suite 100 | San Diego | CA | 92101 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | 6555 North State Highway 161 | | Irving | TX | 75039 |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | 950 Civic Center Drive Suite #B | | Vista | CA | 92083 |
| Top Creditor | Mohamed Dowaidari | | 1635 N Mountain Avenue | | Upland | CA | 91785 |

**Exhibit F**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top Creditor | MPower TelePacific | Attn Steve Wexler | 303 Colorado St Suite 2075 | | Austin | TX | 78701 |
| Top Creditor | Mustafa Bilal | | 1210 S Brookhurst Street | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101-3702 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | 14525 Highway 7 Suite 315 | d/b/a Customer Contact | Minnetonka | MN | 55345 |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr, Suite 120 | | Lake Elsinore | CA | 92532 |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | 124 West Main Street Suite 120 | | El Cajon | CA | 92020 |
| Top Creditor | Rajesh Shah | | 115 N McKinley Street Suite 105 | | Corona | CA | 92879 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Secured Creditors | Ricoh USA | | PO Box 31001-0850 | | Pasadena | CA | 91110 |
| Secured Creditors | Ricoh USA | | 70 Valley Stream Pkwy | | Malvern | PA | 19355 |
| SEC Regional Office | Securities & Exchange Commission | Bankruptcy Counsel | 444 South Flower Street, Ste 900 | | Los Angeles | CA | 90071-9591 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Top Creditor | Tejas Modi | | 28039 Scott Road, Suite 1 | Heritage Plaza Dental | Murrieta | CA | 92563 |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | 101 Broadway | Suite 3A | Oakland | CA | 94607 |
| United States District Court - Southern District of California | United States District Court - Southern District of CA | | 333 West Broadway, Suite 420 | | San Diego | CA | 92101 |
| US Attorney General | US Attorney General | US DOJ | PO Box 683 | Ben Franklin Station | Washington | DC | 20044 |
| US Attorneys Office - Central District of California | US Attorneys Office - Central District of CA | | 312 North Spring Street, Suite 1200 | | Los Angeles | CA | 90012 |
| US Attorneys Office - Central District of California, Riverside Branch Office | US Attorneys Office - Central District of CA | | 3403 Tenth Street, Suite 200 | | Riverside | CA | 92501 |
| US Attorneys Office - Southern District of California | US Attorneys Office - Southern District of CA | | 880 Front Street, Suite 6293 | | San Diego | CA | 92101 |
| US Department of Health & Human Services | US Department of Health & Human Services | | 200 Independence Avenue, SW | | Washington | DC | 20201 |
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 90 - 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Secured Creditors | VAR Technology Finance | | 2330 Insterstate 30 | | Mesquite | TX | 75150 |
| Top Creditor | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 5900 Balcones Dr Suite 100 | | Austin | TX | 78731-4298 |
| Top Creditor | We Klean Inc | Attn Aracelis Gutierrez | 427 S Citrus Avenue | | Escondido | CA | 92027 |
| Secured Creditors | Wells Fargo Dealer Services | | PO Box 51963 | | Los Angeles | CA | 90051-6263 |
| Secured Creditors | Wells Fargo Dealer Services | | 420 Montgomery Street | | San Francisco | CA | 94104 |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐  Chapter 7 Trustee:

☐  For Chpt. 7, 11, & 12 cases:       ☐  For ODD numbered Chapter 13 cases:       ☐  For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE              THOMAS H. BILLINGSLEA, JR., TRUSTEE              DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov            Billingslea@thb.coxatwork.com                    admin@ch13.sdcoxmail.com
                                                                                    dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____     _____
             (Date)                     (Typed Name and Signature)

                                        _____
                                        (Address)

                                        _____
                                        (City, State, ZIP Code)

CSD 3010