UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE NOTICE OF CHAPTER 11 BANKRUPTCY CASE**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Heather Fellows, do declare and state as follows:

1.    I am a Senior Operations Clerk at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

*(Continued on Next Page)*

1

2. On or before October 6, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

- *Notice of Chapter 11 Bankruptcy Case* [attached hereto as Exhibit A]

3. Between October 7, 2022 and October 13, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit C**:

- *Notice of Chapter 11 Bankruptcy Case* [attached hereto as Exhibit A]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 14th day of October, 2022, at El Segundo, CA.

/s/ *Heather Fellows*
Heather Fellows

2

# EXHIBIT A

| Information to identify the case: | | |
|---|---|---|
| Debtor | BORREGO COMMUNITY HEALTH FOUNDATION, <br> Name | EIN: 33−0440021 |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: 11   9/12/22 |
| Case number: | 22−02384−LT11 | |

Official Form 309F1

# Notice of Chapter 11 Bankruptcy Case

12/15/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

**The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.**

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | BORREGO COMMUNITY HEALTH FOUNDATION, | |
| 2. **All other names used in the last 8 years** | aka Desert Home Care | |
| 3. **Address** | 587 Palm Canyon Dr. <br> Suite 208 <br> Borrego Springs, CA 92004 | |
| 4. **Debtor's attorney** <br> Name and address | Tania M. Moyron <br> Dentons US LLP <br> 601 S. Figueroa, Suite 2500 <br> Suite 500 <br> Los Angeles <br> Los Angeles, CA 90017 | Contact phone 213−243−6101 <br> Email tania.moyron@dentons.com |
| 5. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse <br> 325 West F Street <br> San Diego, CA 92101−6991 | Hours open <br> 8:30am − 4:30pm <br><br> Contact phone 619−557−5620 <br><br> Date: 9/13/22 |
| 6. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **October 18, 2022 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **To access the telephonic 341 meeting, call 877−874−4964 and enter, passcode 9790041# when prompted** |

Official Form 309F1 (For Corporations or Partnerships)   Notice of Chapter 11 Bankruptcy Case   page 1 For more information, see page 2

Debtor  **BORREGO COMMUNITY HEALTH FOUNDATION,**                            Case number **22−02384−LT11**

| | | |
|---|---|---|
| 7. | Proof of claim deadline | **Deadline for filing proof of claim: 11/21/22**  For a governmental unit: **3/13/23** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.casb.uscourts.gov/html/csdforms/410.pdf or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | Exception to discharge deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judiciary proceeding by filing a complaint by the deadline stated below. |
| | | **Deadline for filing the complaint:   12/19/22** |
| 9. | Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | Dismissal of Case | Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to Federal Rules of Bankruptcy Procedure 1006(b). Also, notice is given that the case may be dismissed if the petition was filed by an unrepresented debtor without including a legible photocopy of the filer's government issued photo identification (such as driver's license or passport). This dismissal may occur without further notice. Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting, or a "small business debtor" fails to timely comply with 11 U.S.C. §1116(1),(2) and (3) that the Court, Trustee or U.S. Trustee will move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. |

**If you have any questions related to this notice, please call (866) 967-0670 (U.S./ Canada) or (310) 751-2670 (International) for international callers. You may access documents and case information at http://www.kccllc.net/borregohealth.**

# EXHIBIT B

Exhibit B
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address | City | State |
|---|---|---|---|---|
| Amy Colleen French | | Address Redacted | | |
| BlueEQ LLC | | 3300 N Ashton Blvd Ste 450 | Lehi | |
| Brendha Flores | | Address Redacted | | |
| California Telehealth Resource Center | Kathy Chorba, Executive Director | PO Box 1663 | Folsom | |
| Chow Now | | 4859 W Slauson Ave Ste A | Los Angeles | |
| Christina Reaves | | Address Redacted | | |
| Customer Contact Services | | 14525 Highway 7 Ste 315 | Minnetonka | |
| Cynthia Rocha | | Address Redacted | | |
| David Flick | | Address Redacted | | |
| David M. Flick, MD | | Address Redacted | | |
| Deanna Townsend | | Address Redacted | | |
| Dixon Pest Control, Inc. | | 13829 Park Ave # 100 | Victorville | |
| Evelyn Garcia | | Address Redacted | | |
| Fabiola Mota Carreon | | Address Redacted | | |
| Genaro Figueroa | | Address Redacted | | |
| Gioi N. Smith-Nguyen, MD., Facog | | Address Redacted | | |
| Inland Empire Health Information Organization | Attn Chief Executive Officer | PO Box 2425 | Riverside | |
| Irma Garcia | | Address Redacted | | |
| Janette Guadarrama | | Address Redacted | | |
| Jayne Antolin | | Address Redacted | | |
| Jennifer Boyzo | | Address Redacted | | |
| Jerry Vega | | Address Redacted | | |
| Jessica Cardenas | | Address Redacted | | |
| Jilbert Bakramian, D.D.S. | | Address Redacted | | |
| Jorge Capo Rodriguez | | Address Redacted | | |
| Joshua Thompson | | Address Redacted | | |
| Karla Muro | | Address Redacted | | |
| Kathy Brahier | | Address Redacted | | |
| Kelli Komada | | Address Redacted | | |
| Khadija Hamisi | | Address Redacted | | |
| Levene, Neale, Bender, Yoo & Brill L.L.P | | 2818 La Cienega Ave Ste 200 | Los Angeles | |
| Linh Ngo | | Address Redacted | | |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LST)

Page 1 of 2

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State |
|---|---|---|---|---|
| Manal Alalaq | | Address Redacted | | |
| Marleni Baranda | | Address Redacted | | |
| Martha Trejo | | Address Redacted | | |
| Matthew Fagan | | Address Redacted | | |
| Megan Brinkman | | Address Redacted | | |
| Michelle Cregg | | Address Redacted | | |
| Mojave Auto Group | | 631 W Main St | | Barstow |
| Noor Alsendi | | Address Redacted | | |
| Pacific Alarm Service, Inc, Arlanza - Under SSD Alarm | | 1740 N Lemon St | | Anaheim |
| Pacific Alarm Services | | 1740 N Lemon St | | Anaheim |
| Pedro Alvarez | | Address Redacted | | |
| Pueblo Unido CDC | | 78080 Calle Amigo Ste 103 | | La Quinta |
| Rajanae Eason | | Address Redacted | | |
| Regina Castillo | | Address Redacted | | |
| Roy Legarreta | | Address Redacted | | |
| Saara Kamel | | Address Redacted | | |
| Sandra Mancilla | | Address Redacted | | |
| Sandra Veliz | | Address Redacted | | |
| Selene Mora | | Address Redacted | | |
| Sherazi Momin | | Address Redacted | | |
| Soufyan G Alogaidi | | Address Redacted | | |
| Sports Boosters, Inc. | | 7960 Silverton Ave Ste 201 | | San Diego |
| Steven Gunther | | Address Redacted | | |
| Tamatha Bailey | | Address Redacted | | |
| Teresa Gonzalez | | Address Redacted | | |
| The Inline Group, LLC | Attn Accounts Receivable | 1826 Lakeway Dr | | Lewisville |
| The Inspectors Company | | 2122 Mission Rd | | Escondido |
| Theodore Marbley | | Address Redacted | | |
| Wiam Badr | | Address Redacted | | |
| Yolie Pacheco | | Address Redacted | | |

# EXHIBIT C

**Exhibit C**

**Creditor Matrix**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Collins Family Trust | 1234 E 480 N | Orem | UT | 84097-5418 |
| Pacific Alarm Service | 1740 N Lemon St | Anaheim | CA | 92801-1007 |
| The First Tee of Silicon Valley | 2797 Park Ave Ste 207 | Santa Clara | CA | 95050-6063 |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

**BANKRUPTCY NO.**

Plaintiff(s)

**ADVERSARY NO.**

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐    Chapter 7 Trustee:

☐    For Chpt. 7, 11, & 12 cases:      ☐  For ODD numbered Chapter 13 cases:      ☐  For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE            DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com                  admin@ch13.sdcoxmail.com
                                                                                 dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____     _____
                (Date)    (Typed Name and Signature)

                                              _____
                                                (Address)

                                                _____
                                                (City, State, ZIP Code)

CSD 3010