Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: Case No. 22-02384-LT11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| | **DECLARATION OF CYNTHIA NELSON IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF OCTOBER 7, 2022** |
| Debtor and Debtor in Possession. | |
| | [Relates to Docket No. 120] |

I, Cynthia Nelson, declare as follows:

1.     I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), an international consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor-in-possession (collectively, the "Debtor"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[1]

2.    In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtor, its affiliates, and certain entities holding large claims against, or equity interests in, the Debtor that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[2] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.    Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to the Debtor or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtor's case for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtor's case, nor does FTI's involvement in this cases compromise its ability to continue such consulting services.

4.    As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtor's chapter 11 case. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in this chapter 11 case in matters unrelated to the Debtor and this case. Based on our current knowledge of the professionals involved,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1]  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[2]  For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

DOCS_LA:345789.2 10283/002

and to the best of my knowledge, none of these relationships create interests adverse to the Debtor's estate and none are in connection with the Debtor's chapter 11 case.

5.      FTI is not a "creditor" of the Debtor within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtor; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtor; or (c) has any interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtor's estate. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

6.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

7.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, as set forth in the Application, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

8.      To the extent FTI utilizes independent or third party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such

DOCS_LA:345789.2 10283/002

Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in this chapter 11 case as required by the Bankruptcy Code and Bankruptcy Rules.

9.      According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtor.

10.      To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with this case other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with this chapter 11 case.

11.      The Committee and FTI intend that FTI's services will be appropriately directed by the Committee to avoid duplication of efforts among the other professionals retained by the Committee in this chapter 11 case and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

12.      To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of October, 2022, at Ketchum, Idaho.

*/s/ Cynthia Nelson*
Cynthia Nelson

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:345789.2 10283/002

# EXHIBIT A

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## EXHIBIT A

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtor**
Borrego Community Health Foundation
Desert Home Care

**Director**
Cipriano Martinez
Frank Figueroa
Gabriel Maldonado
Greg Rodriguez
Jenna Risa Lecomte-Hinely
Jose Campos
Martha Deichler
Nakita M. Hooper
Neftali Galarza
Sandra Hansberger

**Directors & Officers**
Alfredo Ratniewski
Alva Alvarado
Anna Navarro
Chuck Kimball
Cipriano Martinez
Corina Velasquez
Cynthia Preciado
Dan Anderson
Dana Erwin
Daniel P Anderson
Dauod Ghafari
David Baldwin
David Hernandez
Diana Troncoso-Thompson
Doug Habig
Dr. Kenneth Soda
Frank Figueroa
Gabriel Maldonado
Greg Rodriguez
Isaac Lee
Jan Sullivan
Jenna Risa Lecomte-
John Heydt
Jose Campos
Keenan Freeman
Keenan Freeman
Lorena Newsom
Mark Connelly
Martha Deichler

Michael Hickok
Mikia Wallis
Nakita M. Hooper
Nancy Blevins
Nancy Pealing
Neftali Galarza
Pam Sime
Rose Macisaac
Sandra Hansberger
Sarah Rogers
Timothy Martinez
Victor Madero
Victoria Huisman

**Banking Institutions**
City National Bank
Community Valley Bank (CVB)

**Contract Counterparties**
1111/1121/ 1151 E. Washington Ave. (Washington Square) - Escondido/ Admin/ Call Center
1131 East Washington Ave, Suites B And C, Escondido
124 West Main St, El Cajon
155 W Main St El Cajon - Pharmacy
1588 Yaqui Drive, Borrego Springs, CA
1600 Iowa Avenue, Suite 210/220/250
1610 Las Casitas Borrego Springs - Rams Hill - Active Residential Lease
1695 S. San Jacinto Ave, Suite L, San Jacinto, CA - Valley Medical Bldg.
1700 (And 1600) Iowa Ave Riverside
1700 Iowa Avenue Riverside Suite 280/290
1970 University Ave
24/7 Mobile Locksmith Service
2401 Stirrup Rd Suite C Borrego Springs
2721 Washington St - Julian Medical Clinic
396 N. Magnolia Ave - El Cajon Admin. Office
58581 Highway 371 - Anza
587 Palm Canyon Dr. Suites
590 Palm Canyon Dr. - Woolcott Dental - Borrego Springs
651 North State St - San Jacinto
655 West Palm Canyon Drive - Borrego Springs
66695 Pierson Blvd, DHS

DOCS_LA:345789.2 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| 1 | 69-175 Ramon Rd - Centro Medico - Cathedral Village Shopping Center | Ana Sobero |
| | | Andrew Gellens |
| 2 | 83971 Date Ave Indio CA - Marthas Village And Kitchen | Andro N. Sharobiem |
| | | Andrzej Lubczuk |
| 3 | 8856 Arlington Ave Riverside | Angel Figueras |
| | 88-775 Avenue 76, Thermal, CA | Angelica Beltran |
| 4 | 90 Lot Borrego Springs Unit A | Anh Tran |
| | 9325 Sky Park Court, Suite 100 | Ankura Consulting Group, LLC |
| 5 | 955 Harbor Island Drive - Sunroad Resort Marina | Anthem Blue Cross |
| | AB Staffing Solutions | Anthem Blue Cross  PPO - Prudent Buyer |
| 6 | ABC Recovery Center | Anthony Nguyen |
| | Access Clinic Services | Anthony P. Garofalo, A Dental Corporation |
| 7 | Ace Pediatrics | Anza Valley Pharmacy/Wellpartner |
| | Acuna-Loera, Jaime DDS - Spring Valley | Apex Medical Group |
| 8 | Acuna-Loera, Jaime, DDS - San Diego | Argo Capital Group |
| | Adap/Prep-Ap Enrollment Site Contract | Ark Homes Agency |
| 9 | Adelanto Elementary School District | Arlanza Family Health Center |
| | Adessa Solutions, LLC | Arlanza Health Center |
| 10 | Adverse Childhood Experiences | Arrechea, Raul DDS - National City |
| | Aetna | Arredondo, Manuel DDS - Chula Vista |
| 11 | African American Health Coalition | Arteaga, Anamaria DDS - Rialto |
| | Afsaneh Zokaei | Arthur D Santos |
| 12 | Aghaloo, Inc. | Arthur J. Gallagher & Co |
| | Aghaloo, Javad DDS - El Centro - EC | Aruba Airwave |
| 13 | Aghaloo, Javad DDS - Indio | Asembia |
| | Aghaloo, Javad DDS - Shadow Hills - DHS | Attest Health Care Advisors, LLC |
| 14 | Aguilar, Myrna DDS - Poway | Ayoub, Wissam DDS - Huntington Beach - DHS |
| | Ahmad Sabbagh | Bactes - Imaging - Sharecare |
| 15 | Ahmed Al-Tameemi | Baek, Jin Nam DDS - Joshua Tree |
| | Ahn, Sung DDS - Hesperia - DHS | Banning Unified School District |
| 16 | Ahwal, Wadie DDS - La Mesa | Baraiya, Ramji DDS - San Jacinto |
| | Aids Healthcare Foundation F.K.A. Hillcrest Pharmacy, Inc. | Barry Tischler |
| 17 | | Barstow Community Hospital - Medical Staff Association |
| | Airgas Puritan Medical | |
| 18 | AKW Medical, Inc. - Medical Equipment Calibration And Maintenance | Barstow Unified School District |
| | | Bay Alarm Company - 1688236 |
| 19 | Alaniz, Roberto DDS - Mv - DHS | BCHF Supplemental Savings Plan |
| | Alberto Cruz Rodriguez | Beacon |
| 20 | Albertsons LLC | Beacon Health |
| | Alborz Mehdizadeh | Behjou, Shahriyar DDS - El Monte |
| 21 | Alejandra Morett | Berhanu-Demissie, Amy DDS - Banning |
| | Alexander A. Villarasa | Berhanu-Demissie, Amy DDS - SB |
| 22 | Ali Shahzad-Ghajar | Bernard Wosk |
| | Alinea Medical Imaging | Beverly Radiology Medical Group |
| 23 | Al-Jidui, Abbas DDS - Ontario - DHS | Bhagat, Rajiv DDS - Baseline |
| | Ally Financial | Bhagat, Rajiv DDS - Cherry Ave |
| 24 | Alpha Care Medical Group | Bhagat, Rajiv DDS - Rancho |
| | Alpha Fund Beta Corp | Bilal, Mustafa DDS - Anaheim - DHS |
| 25 | Alphacare Medical Group | Bioplus Specialty Pharmacy Services, Inc. |
| | Ambrosia Healthcare | Bland, Emily DDS - EC |
| 26 | American Internet Services / NFINIT | Blue Shield |
| | American Medical Association | Blue Shield - Promise.  Formally Known As Care 1St. San Diego County |
| 27 | Amerisource Bergen Drug Corporation | |
| | AMS Connect | Blue Shield of California |
| 28 | Ana Meigs | Blue Shield Promise |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
Bo Suh
Bond, Wendell Barrington DDS - Perris - DHS
2
Bond, Wendell Barrington DDS - Riverside - DHS
Borrego Art Institute
3
Borrego Community Health Foundation
Borrego Management Services Organization
4
Borrego Pharmacy - Barstow - Envisionrx - Rx
Options Inc.
5
Borrego Pharmacy - Cathedral City - Envisionrx -
Rx Options Inc.
6
Borrego Springs Children's Center
Borrego Valley Endowment Fund
7
Botrous, Matta DDS - DHS
Bradley University
8
Braille Institute
Brand New Day
9
Brand New Day - Universal Care
Bravo Dental of Banning
10
Bravo-Espinoza, Maria Virginia DDS - DHS
Brian & Larina Chu DDS Inc
11
Brodwell Behavioral Health Services, Inc.
Brownstein Hyatt Farber Schreck
12
Bruce Janzen
Burke, Williams & Sorensen LLP
13
Burquez, Dr. Florencio DDS
Burrell College of Osteopathic Medicine
14
CA Dept of Public Health
Cal State University San Marcos
15
Calhipso Service Partner Program
California Baptist University
16
California Call Center
California Health & Wellness Plan
17
California Health And Wellness
California Nurses Educational Institute
18
California Special Patrol
California State University Long Beach
19
California Telehealth Resource Center
Calixto, Eduardo Luis DDS - EC
20
Call 4 Health - Over The Phone Triage Co.
Calmed Force
21
Canchola, Trejo Juan Antonio DDS - Riveside
Capitol Administrators, Inc.
22
Cardinalhealth
Care 1St Health Plan
23
Carepoint, Inc
Carium, Inc.
24
Carlos Rivas
Carmen Hernadez
25
Carrillo, Victor DDS - EC
Castro, Christine DDS - EC
26
Cathedral City Shopping Center
Cathedral Village Shopping Center, LLLP
27
Catherine Le
Center For Care Innovations
28
Centers For Medicare & Medicaid Services

Centro Medico
Centurylink
Cep America
Ceridian HCM, Inc.
Certificate of Liability Insurance
Chang, Szu-Tsung DDS - Montclair - DHS
Chang, Yoonho DDS - Apple Valley
Chang, Yoonho DDS - Yucca - DHS
Chapcare
Charles Lee
Cheema, Sandeep DDS - Murrieta - DHS
Cheema, Sandeep DDS - Temecula - DHS
CHG
Chhotu, Krupal DDS - DHS
Choice Medical Group - Horizons Valley Medical
Group.
Choice Physicians Network/Choice Medical
Group
Chtchyan, Suren DDS - La
Chu, Larina DDS - Apple Valley
Chulhwe Koo
CHW, LLP
Cigna
Cigna Accent
Cigna Behavioral Health
Cigna Health Care Proclaim
Cip-Chiropractic Integrative Partner
Citrix Systems
Citrix Xenapp
City of Adelanto
City of Desert Hot Springs
Clyde Houghton Beck Jr.
CMCC
CMK Palm Canyon, LLC
CML Del Valley Medical Group
Coachella Valley Housing Coalition
Coachella Valley Unified School District
College of The Desert
Collins Family Trust
Commercial Protective Services, Inc
Community Health Action Network (Chan)
Community Health Association Inland Southern
Region
Community Health Group
Community Hospital of San Bernardino
Commvault
CompHealth
Comprehensive Behavioral Care, Inc.
Concilio Child Development Centers
Concur Technologies Inc.
Consejosano Inc.
Contextmedia Health
Corodata Media Storage, Inc
Cortes, Claudia DDS - DHS
Council of Community Clinics

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| County Medical Services - San Diego | Deyner Zapata |
| County Mental Health Services-UBH | Deza, Anthony DDS - Moreno Valley |
| County of Riv. Misp | Deza, Anthony DDS - San Bernardino |
| County of Riverside | Deza, Anthony DDS - San Jacinto |
| County of Riverside Department of Public Health | Dhafir Petros |
| County of San Diego DEH | DHS Health & Wellness |
| County of San Diego Mental Health - Through | DHS Speciality |
| United Behavioral Health | Diaz, Eduardo DDS - EC |
| Coventry / First Health - CCN | Dib Pharmaceutical Inc. |
| Cradlepoint Cloud | Dinkha, William DDS - EC |
| Cruz Rodriguez | Dipak Kumar Vasoya |
| Crystal Ball Room | DLG380G7 |
| CSU San Bernardino | DocuSign Inc |
| Culligan of Escondido | Dogon - The Neighborhood Medical Clinic of |
| Customer Contact Services | Riverside, Inc. |
| CVS Pharmacy, Inc. | Dongo, Carlos DDS |
| Dalloul And Altamimi DDS - EC | Don's Drugs/ Wellpartner |
| Dana Erwin | Dora Gallego |
| Daniel Pearce | Douglas Ness |
| Daniel Vasquez | Dowaidari, Mohamed DDS - DHS |
| Darfur Contracting Act | Drago, Jose DDS - EC |
| Dason, Ash DDS - DHS | Drexel University |
| Dat Vo | DRP Holdings LLC |
| David L. Oleksow | Drug Pricing Program |
| David M. Flick | Eastside Health Center |
| David Mceldowney | Eastside/Arlanza |
| David Medina | ECG Management Consultants |
| David Park | Echo-Software System |
| David Toma | ECRI Institute |
| DCS - Deaf Community Services | Edgar Alfaro-Mcfield |
| De Jesus, Dexter DDS | Edgenet Consulting, LLC |
| Debbie Rieger | Eduardo Garza |
| Deborah Streletz | Edward Nichols |
| Deep Freeze | Eftekhari, Abbas DDS - Upland - DHS |
| Deirmenjian, Barouir DDS - Victorville | EHS, Inc / Greenway |
| Delta Dental | Eisenhower Medical Center |
| Delta Drugs/Wellpartner | El Cajon Express Pharmacy/Wellpartner |
| Dennis F. Roberts | El Mirador Medical Plaza Pharmacy - Dba Desert |
| Deragobian, Ankin DDS | Hosp Out Patient Phcy |
| Derakhsh Fozouni OB Hospital Coverage | Electronic Health Care Systems |
| Desert Aids Project - DAP - Ryan White - HIV | Elisa S. Rogers, M.D. Inc. |
| Aids | Elise Brown, Md - Now UC San Diego Health |
| Desert Community College District of Riverside | Elizabeth Vallejo V. BCHF |
| County | Emd Serono - Serostim |
| Desert Healthcare Foundation | Empire Physicians Medical Group |
| Desert Hot Springs Wellness Center | Enrique Jacome |
| Desert Medical Group Inc/ Desert Oasis | Enterix Inc. |
| Healthcare Med | Enterprise Fleet Management |
| Desert Medical Imaging | Epic - Insurance Brokers |
| Desert Pain - Tobias Moeller-Bertram | Epifania Nicolas |
| Desert Regional Medical Center | EPMG |
| Desert Sands Unified School District | Equiscript, LLC |
| Design Benefits | Erin Metcalf |
| Desktop Central | Esparza, Blanca DDS - Chino - DHS |
| Devinderpal Nagra | Esparza, Blanca DDS - Rialto |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Eugene Washington Pcori/ Regents of The University of California - Riverside Campus | Greenway Health |
| | Gregory Langford |
| Evan Schwenk | Gregrory Langford |
| Evans-Louka, Brenda DDS - EC | Grigoryan, Vahan DDS - Del Rosa |
| Evans-Louka, Brenda DDS - SB | Grigoryan, Vahan DDS - Fontana - DHS |
| Evans-Louka, Brenda DDS - SD | Grigoryan, Vahan DDS - Upland |
| Exclusive Surgeries Solutions | Grossmont Imaging |
| Express Pharmacy | Grow Well Crecer Bien Project - HSR |
| Express Scripts | Guadalupe Marquez |
| Falconstor | Guillermo Rodriguez |
| Figueroa, Manuel DDS - DHS | Guillermo Saenz Zavala |
| Find Food Bank | Guzman, Jose DDS |
| First 5 Riverside - Riverside County Children And Families Commission | Hafar, Summer DDS - DHS |
| | Hamed Firoozi |
| First Desert Obstetrics & Gynecology Medical Associates | Hanger Prosthetics & Orthotics |
| | Hanger Storage |
| First Grossmont Properties, L.P. | Hanh Pham |
| First Health / CCN / Coventry Health Care | Hani Hermes |
| First Insurance Funding Corp. | Hareesh |
| Fisher & Phillips, LLP | Hareesh, H. DDS - Perris - DHS |
| Florance Ugboh | Hareesh, Hareesh DDS - SJ |
| Florencio Burquez | Harold Portilla |
| Foothills Psychological Services, Inc. | Hart, Harry DDS - DHS |
| Ford Motor Company | Hart, Harry DDS - Yucca |
| Foroutan, John DDS - Reseda | Hashem, Ayman DDS - DHS |
| Frank J. Goicoechea | Hawatmeh Dental Group |
| Frank Recruitment Group, Inc | Health Center Partners of Southern California |
| Freddy Zambrano | Health Net |
| FTCA | Health Net of California Refunds |
| Gabriel Martinez-Partner | Health To Hope Clinics |
| Gallego, Dora Elena DDS - EC | Healthasyst LLC |
| Gamez, Yadira DDS - EC | Healthysteps |
| Garden Grove Community Pharmacy | Hearing Aid Healthcare |
| Gary Rotto | Heather Corliss And Sdsu |
| Garza, Rosendo DDS - DHS | Hector Gomez |
| Gemini Diversified Services, Inc | Helendale School District |
| George Gati | Hemet Unified School District |
| George Jared | Hemet Valley Medical Center |
| Georgei, Rania DDS - DHS | Heritage Provider Network |
| Ghaly, Hany DDS - DHS | Heritage Victor Valley Medical |
| Ghorbanian, Hamed DDS | Hermes, Henry Hani DDS |
| Gibson, Glenn DDS - EC | Hernandez, Carmen DDS |
| Gilda's Club Desert Cities | Herrera, Mercedes DDS - Indio |
| Gill, Harpreet DDS - Colton | Herrera, Mercedes DDS - Mall - DHS |
| Gill, Harpreet DDS - Ontario | Herzing University |
| Gioi Smith-Nguyen | Hesham El Mokadem |
| GoDaddy | Hilo, Elmer DDS - Diamond Bar |
| Gomez, Ublester DDS - Pomona | Hoang, Huyen Tea Dds |
| Gonzalez, Pedro DDS - Rialto | Hong, James DDS - Garden Grove - DHS |
| Gonzalez, Pedro DDS - SB | Hope Through Housing Foundation |
| Goodwin Proctor LLP | Horizon Valley Medical Group |
| Gordon Rees Scully Mansukhani | HP Fiber Channel Switches |
| Greater Hope Foundation | HR Vantage Point, LLC |
| Greenfield Management Strategies | Humana Health Care Plans |
| Greenway - Intergy | Husam E. Aldairi |

I2I Population Health
I2I Systems
IEHP
IEHP - Specialty Services
IEHP - Urgent Care
IEHP Behavioral Health
IEHP Direct PCP
IEHP Medi-Cal
IEHP Vision Agreement
Iheanacho Emeruwa
Im, Ted DDS - DHS
Imperial Health Holdings Medical Group, Inc.
Indemand Interpreting
Indiana Pharmacy
Infobeyond Technologies
Inland Empire Health Plan
Inland Wellness Information Network
Inland Women Care
Inmar Rx Solutions
Inner Images
Inpatient Services
Insurance Certificate of Coverage - For Medical And Dental Personnel
Integral Healthcare Services
IPA Primary  Care Participating
Irani, Mehrnaz DDS - EC
Iron Mountain
Istorage San Bernardino
Jackson & Coker
Jaime Acuna
Jamal, Manar DDS - Fontana - DHS
Jamal, Manar DDS - Hemet - DHS
Jamal, Manar DDS - Pomona - DHS
James Huot
James O. Jessie Desert Highland Unity Center
James Sumilat
Jandali, Azza DDS - DHS
Jang, Saehoon DDS - DHS
Jared, George DDS - EC
Jay Hoffman Dental Clinic
Jay Lee
Jennifer Winesburg
Jenny Tsai
Jeong, Won DDS - Downey
Jeong, Won DDS - La - DHS
Jessamine T. Sunglao
JFK Memorial Hospital
Jodiann Ledford
Joel Berchin
Joel Hodgell
John Maroon
Jorge Hernandez Zamudio
Jorge Otanez Cervantes
Jorge Urrea
Jose Guzman

Jose Lopez
Jose Sosa
Jose Torres Uribe
Joshi, Bijal DDS
Julian Barn
Julian Medical Clinic
Juniper Ex3300
Jurupa Unified School District - Troth St. Elementary
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
Kaiser Permanente
Kaplan College
Karia, Atul DDS - DHS
Kashani, Jamshid Dds
Kathryn Stewart
Kazoo, Inc
KBH Healthcare Consulting
Keith Murphy
Kelly Maldonado
Ken Clayton
Keyurkumar Patel
Khalid Yacoub
Kim, Hyun June DDS - San Bernardino
Kim, Jin Hyuk DDS - Victorville
Kim, Soo-Hyun DDS - LA
Kim, Soo-Hyun DDS - Reseda
Kim, Soyoung DDS
Kmart Pharmacy - Sears Holding Mgmt Corp.
Kounang, Yvonne DDS - DHS
KPC Healthcare
KPSP - Local Channel 2
Kumar, Anil DDS - WUHS
Kwon Dental Corporation DDS - Mv
Kwon Dental Corporation DDS - Perris
Kwon, O.J DDS - Montclair
Kwon, Oh J DDS - Rialto
Kwon, Oh Jae DDS - Lake Elsinore
Kwon, Oj DDS - Riverside
La Buena Vida Pharmacy
La Department of Public Health
La Mesa Ob-Gyn Medical Group
La Mesa Pediatrics Medical Group
La Salle Medical Ipa
Labcorp - Anza - 04564400
Lac T. Vu
Lai, James DDS
Lake Elsinore Clinica Medica Familiar
Lali Reddy
Lamar Companies
Lantzsch, Norma DDS
Lars Stensman
Lasalle Medical Associates
Laura Sevilla
Layton (Sam) Phillips

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Le, Catherine DDS - San Diego
Le, Catherine DDS - Santee
Lee, Charles Dds
Lee, Jay K.
Lee, Kyoung DDS - Barstow
Lee, Sangeun DDS - 29Palms
Lee, Sangeun DDS - Highland
Lee, Yong DDS - Victorville
Life Point Medical Group And Urgent Care
Lifesigns Inc.
Lilia Larin
Lim, Andrew DDS - Hesperia
Lim, Andrew DDS - Rancho Cucamonga
LinkedIn Corporation
Lisa Bordon
Liza Arias
Logmein USA, Inc
Loma Linda University
Lopez And Noyes Dental
Lopez, Jose L. Dds
Lopez, Patricia DDS - West Covina
Lu, Benjamin DDS - Alhambra - DHS
Lu, Benjamin DDS - Temple City
Luis Eduardo Calixto
Luis Real - Real Dental Corp.
Lumen
Macro Helix LLC
Magaly Velasquez
Maged Ibrahim
Magella Medical Group, Inc
Magellan Behavioral Health
Magellan Health Services of California
Maghiran, Vivien DDS - Fontana
Maghiran, Vivien DDS - Rancho Cucamonga
Magnolia Clinica Medica Familiar
Mahtab Saadatmandi
Makadia & Shah
Makadia, Dinesh DDS - Mira Loma
Makadia, Dinesh DDS - Sb - DHS
Makadia, Pravinchandra DDS - Pomona - DHS
Makbulahmed Patel
Maloo, Huzaifa DDS - DHS
Manageengine
Manalese, Jose Joel DDS - DHS
Manar Jamal-Fontana & Hemet
Manifest Medex
Manlio Orozco
Mansour, Raymond DDS - EC
Manuel Soto Valenzuela
Marcelo Toledo
Maricela Uriarte
Marjan Rashedi
Marlene Thompson
Maroon-Lopez, Denise DDS - EC
Marquez, Guadalupe DDS - EC

Marsh & McLennan Agency
Marshall B. Ketchum University
Martha Daniels
Martha Morett
Marthas Village And Kitchen
Martin Hodes
Martinez, Gabriel DDS - Pomona
Martinez, Gabriel DDS - SB
Martinez, Gabriel DDS - Yucaipa
Mary Foley
Mary Sullivan
Maryam Poursartip
Maryville University
Mauritha Allen
Mayfield College
Mayora-Mejia, Gloria DDS - EC
McAlister Institute
McKesson
Mearl A. Naponic
Mecca Community Pharmacy
Mecca Travel Center
Med Tech Solutions
Medina DDS Inc - Upland
Medina, David DDS - Riverside
Medpilot Pharmacy
Megan Ward
Mehdizadeh, Alborz DDS - Riverside
Mehrnaz Irani
Meigs, Ana DDS - EC
Melissa Global Intelligence
Meltwater Services
Mental Health Network
Mental Health Network (MHN)
Mercedes Herrera
Mercer (US) Inc.
Mercy Air
Mercy Care Pharmacy
Mercy Physicians Medical Group
Meritain Health
MGMA
Mhaskar, Supriya DDS - DHS
Michael Hoang
Michael Min
Microsoft NDA
Mike Caruso
Miller, E. Brenda DDS - DHS
Min Swe
Min, Michael J Dds
Mirzoyan, Lilit DDS - Glendale
Misako Hirota
Mobilia, Adrian DDS - RC - DHS
Modi & Shah
Modi, Tejas DDS - Perris
Mokhayeri, Saeed DDS - Fullerton

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. Molina Health Care - San Diego - Urgent Care Agreement
2. Molina Health Care of California
   Molina Healthcare of Ca
3. Molina Healthcare of Ca  Behavioral Health
   Molina Healthcare of California
4. Monica Modi Md
   Moreno Valley Unified School District
5. Morett, Alejandra DDS - EC
   Morett, Martha DDS - EC
6. Morgan, Daniel DDS - Riverside
   Morgan, Daniel DDS - Sb
7. MSO-Pitney Bowes 8000-9090-0726-5692
   Multiplan
8. Mushroom Networks, Inc
   Naik, Suneal DDS - DHS
9. Nargizyan, Hovsep DDS - Indio - DHS
   Nargizyan, Hovsep DDS - San Bernandino - DHS
10. Nargizyan, Hovsep DDS - Van Nuys - DHS
    National Council For Behavioral Health
11. Navex Global, Inc. - Policytech - Ethicspoint
    HRIS Integration
12. Neighborhood Healthcare
    Neil Patel
13. Ness Dental Corporation DDS - EC
    NetApp
14. NetFortris/Fonality
    NetSuite
15. Networks By Design
    New Directions
16. New Directions Behavioral Health
    New Innovations, Inc.
17. Nguyen, Jimmy DDS - DHS
    Nichols, Edward DDS - DHS
18. Nicolas Transito
    Nicolas, Epifania DDS - Redlands - DHS
19. Nicolas, V. Epifania DDS Inc - Blythe - DHS
    Nigoghosian, Harry DDS - Upland
20. Nikjoo, Ebi DDS - Whittier - DHS
    Nonahal, Behnaz DDS - Anaheim - DHS
21. North County Women's Health Services
    North County Women's Specialists
22. North Rialto Drug
    Noteware & Rosa Government Relations
23. Nudo's Pharmacy
    Nuview Union School District
24. Oasis Mobile Home Park
    OB Hospitalist Group
25. Object Health, LLC
    Occupational Services, Inc.
26. Off Duty Officers Incorporated
    Office of Statewide Health Planning And
27. Development  - Song-Brown Grant AGMT
    Oh, Albert DDS - San Gabriel - DHS
28. Oh, Albert DDS - Santa Ana - DHS

Oh, Albert DDS - Sb - DHS
Olympic Public Storage
One Ring Networks
Optum - United Behavioral Health
Optum Health - Private Sector
Optum Pharmacy - Avella of Deer Valley, Inc. And Briovarx of Maine, Inc.
Oracle America, Inc.
Oro Grande School District
Orozco, Manlio Dds
Ortola, Joseph DDS - DHS
Our Community - I Care - LGBT
Ovsepian, Narek Dds
Pacific Alarm Service, EHC Bldg B(Under SSD Alarm)
Pacific Alarm Services
PacifiCare
PacifiCare - PPO
PacifiCare Behavioral Health
Pallavi A. Danforth
Palm Canyon Dr.
Palm Care Pharmacy
Palm Springs Unified School District
Palomar Medical Center
Palomar Pomerado Health
Pamela McEvoy
Paradise Shores Aquarium Professionals
Park, D.S DDS - El Centro
Park, David DDS - Huntington Park - DHS
Park, David DDS - Lancaster
Park, David DDS - Murrieta
Park, David DDS - Norwalk
Park, David DDS - Palmdale
Park, David DDS - Sun Valley
Parke Vista Pharmacy/Wellpartner
Parkview Medical Plaza/ Wellpartner
Parul Mehta
Patel & Shah
Patel, Jalpa DDS - Inland - DHS
Patel, Keyurkumar DDS - Corona - DHS
Patel, Makbulahmed DDS - Rancho Cucamonga - DHS
Patel, Makbulahmed DDS - Rialto - DHS
Patel, Makbulahmed DDS - Riverside
Patel, Neil DDS - DHS
Patel, Rita DDS - Monte Vista
Patel, V. Shefali DDS - DHS
Patricia Roberts
Paul Gorgis
Paul Pyka
Paula Nguyen Saunders
Paz-Casanova, Rody DDS - El Monte
Pedro Pablo Gonzalez
Peg Leg Mini Storage
Perris Elementary School District

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Petros, Dhafir DDS - EC | Rancho Medical Clinic |
| Pfizer Inc. | Ranjeev Salwan |
| Pharmacy First - Borrego Pharmacies | Rasheed, Marjan - DDS - EC |
| Philip D. Szold | Real Dental Care Dds |
| PHSI Pure Water Finance | Rebeca Sandova |
| Physician Health Network Medical Corp. | Recall - Secure Destruction Services Agreement |
| Physicians For Healthy Hospitals | Regal Medical Group |
| Pierce Leahy Archives | Regents of The University of California, Riverside |
| Pillpack | Regents of The University of Colorado |
| Pima Medical Institute | Regulatory, Risk, Compliance Specialists, Inc |
| PJN Pharmacies | Renova Energy Corp. |
| Pointcare | Retail Management Solutions (Rms) |
| Portilla, Harold DDS - EC | Retinopathy Screening Program Agreement |
| Pourshirazi & Homayoun | RevenueHealth Systems - PMG Technologies |
| Pourshirazi & Youssefi | Reynolds, Taran DDS - DHS |
| Pourshirazi & Youssefi Dental Corporation DDS - Lake Elsinore | Richard Lim |
| | Richard Shih |
| Pourshirazi, H DDS - Sun City | Ricoh # 13673708 |
| Pourshirazi, Homayoun DDS - Menifee | Rios, Sandra DDS Inc - EC |
| Pourshirazi, Homayoun DDS - SB | Rite Aid - Thrifty Payless Inc. |
| Pratik Shah | Rivas, Carlos DDS Inc - DHS |
| Premier And Summit Healthcare Management | Riverside  Latino Commission On Alcohol And Drug Abuse Services |
| Premier Health Care Management | |
| Premier Healthcare Management | Riverside Community Health Foundation |
| Premier Specialty Pharmacy | Riverside Community Hospital |
| Prevention And Early Intervention (Pei) Ethnically And Culturally Specific Community Mental Health Promotion Program (CMHPP) | Riverside Community Hospital - Graduate Medical Education Faculty |
| | Riverside County Office of Education |
| Primary Care Health Network | Riverside District Office |
| Priyanka Manwani | Riverside Recovery Resources |
| Project Echo | Riverside Unified School District |
| Promenade Square, LLC | Riverside University Health System |
| Propio Language Services | Roadrunner - Wright  & Company |
| Prospect Medical Systems (Formerly Vantage Medical Group) | Robert Haynes |
| | Robert Segnit |
| PRTG | Roberto Salazar |
| Prudencio Troncoso | Rocky Vista Medical Facility |
| Psych Centers of San Diego | Rodolfo Rey |
| Psychiatric Centers of San Diego | Rodriguez, Alberto DDS - LQ - DHS |
| Purdy Clean Car Wash & Storage | Rodriguez, Guillermo DDS - EC |
| Pure Water Technology of San Diego | Romoland School District |
| Putrus, Waiel - DDS - EC | Ross Manoukian |
| Pyango, LLC | Roth Staffing Companies, LP |
| Quantix Consulting, Inc | Roy's Desert Resource Center |
| Quantum Corporation | Rural Health Care |
| Quantum Tape Library | Saadatmandi, DDS Inc - Rose |
| Quench Rental Agreement | Saadatmandi, Mahtab DDS - Washington |
| Quest Diagnostics - 42027189 | Safoura Massoumi Professional Dental Corporation Dba Children's Primary Dental Care And Adult Dental |
| Rady Children's Hospital | |
| Rafael Arcone | |
| Rajul Shah | Sagman, Saad DDS - Claremont |
| Ramin Amani | Sagman, Saad DDS - Redlands - DHS |
| Ramiz Elias | Saint George's University |
| Ramona Crossings LLC. | Samaan, Ehab DDS - Corona - DHS |
| Ramona Medical Diagnostic Services | Samaan, Ehab DDS - Lakewood - DHS |

Samuel Soliven
San Bernardino City Unified School District
San Bernardino County Preschool Services
San Bernardino District Office
San Bernardino Project Connect
San Diego Health Connect Health Information Exchange
San Diego Hunger Coalition
San Diego North District Office
San Diego Regional Healthcare Information Exchange
San Diego South District Office
San Diego State University
San Jacinto Unified School District
San Marcos Medical Group, Inc. - Metropolitan Family Medical Clinic
San Ysidro Health Center
Sandra Rios
Sang Shin
Sangeun Lee
Sangsurasak, Chanchai DDS - DHS
Santa Barbara Business College
Santa Ysabel Counseling
Santiago A. Rojo
Santos, Arthur DDS - Jr - EC
Santos, Arthur DDS - Sr
Saryan, Khachatur DDS - Glendale - DHS
Saucedo, Sergio DDS - DHS
SBCUSD
School Aged-Gap Elimination Initiative, Inc.
Scrip World
Scripps
Sentinel Security Systems
Sergio Bautista
Sergio Saucedo
Set 4 School Program
Setareh Jones
Sevilla, Laura DDS - EC
Shah, Ami Shirish DDS - DHS
Shah, Pratik DDS Inc - DHS
Shah, Rajesh DDS - Sb
Shah, Rajesh Makadia DDS - Corona - DHS
Shamrock Consulting
Sharma, Suraj DDS - Van Buren - DHS
Sharp Grossmont Hospital
Sharp Health Plan
Sheetal Luthra
Sheila Sales
Shih, Jeng-Kang Richard Dds
Shin, Sang DDS - DHS
Shodhan, Harin DDS - Yucaipa - DHS
Sierra Medical Imaging
Silas Gyimah
Silver Valley Unified School District
SimonMed Imaging

SJ Medical Group
Skinny Gene Project
Smile Factory
Sobero, Ana DDS - DHS
Solanki, S.S DDS - Ontario - DHS
Soliven, Samuel DDS - EC
Sonicwall
Sosa, Jose M, DDS - EC
Sound Physicians
Sourcewell
Southern California Real Estate Services
Spectrum Enterprise
St. Bernardine Hospital
Stanley H. Schwartz
Statement of Commitment To Graduate Medical Education
Stephan, Waleed DDS - Magnolia - EC
Stericycle  6150121 - EHC Bldg B
Stewart Wilkey
Stonewall Pharmacy
Storquest - Cathedral City / Date Palm
Sueldo & Perleche DDS - Perris
Sueldo & Perleche DDS - Riverside
Summit Healthcare Management
Sunglao, Jessamine DDS - EC
Sunline Transit Agency
Super Complicated Test Example
Super Storage
Susan G. Komen - Inland Empire
Swati Panse
Sylvia Searleman
Taarif Hussain
Tableau Software, Inc.
Tadeo, Enmer DDS - DHS
Tadros, Sameeh DDS - Laguna Hills - DHS
Taran Reynolds
Tegile
Teletrac Subscriber Agreement
Temecula Valley Hospital
The Fisher Consulting Group
The Frugal Coyote
The Inline Group, LLC
The Reinalt-Thomas Corporation - Discount Tire/America's Tire
Thomas E Freese
Thomas J. Murphy
Thomas Toma
Thompson, Marlene DDS - 1018 - EC
Thompson, Marlene DDS - 126 - EC
Threat Blaster Media
Toledo, Marcelo DDS - Colton
Toledo, Marcelo DDS - Ps
Toledo, Marcelo DDS - Rialto - DHS
Toma & Petros
Toma, David DDS - Lg - EC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| 1 | Toma, David DDS - SV - EC | Val Verde Unified School District |
| | Toma, Omeed DDS - EC | Valenz Health Care |
| 2 | Toma, Silvia DDS - EC | Valley Auto -Anza |
| | Tower Energy Group | Valley Radiology Consultants Medical Group, Inc |
| 3 | TPAC | Vantage Medical Group |
| | TPX Communications - 279814 - EC | Vasoya, Dipakkumar DDS - DHS |
| 4 | Tracie L. Davis | Vasquez, Daniel DDS - EC |
| | Tran, Anh DDS - EC | Velasquez, Magaly Dds |
| 5 | Tran, Jana DDS - DHS | Velazquez, Alfredo Dds |
| | Tran, Kevin Dds | Ventegra, Inc. |
| 6 | Tran, Tien DDS - DHS | Vijaya Prabhu |
| | Transfirst | Villamor Usita |
| 7 | Transito, Nicolas Dds | Virginia Commonwealth University |
| | Travelers | Vision Y Compromiso |
| 8 | Trend Micro | Vista Hill Dba Smartcare Integrated Behavioral |
| | Tricare - Health Net Federal Services - Tricare | Health Services |
| 9 | Tricare Program | Vista Village Pediatrics |
| | Triwest | Vitamin D Public Relations, LLC |
| 10 | Triwest-Ca - Tricare - United Healthcare | Vivien Maghiran |
| | Truepill | Vmware |
| 11 | Truevolution - Ryan White | Vo, Dat DDS Inc - DHS |
| | Tsai, Jenny Dds | Vu, Hong DDS - Long Beach - DHS |
| 12 | Turning Point Crisis Center - Community | Waiel Putrus |
| | Research Foundation And Julian Medical Ctr | Waleed Stephan |
| 13 | U.S.  Behavioral Health Plan | Walgreens Pharmacy |
| | U.S. Geological Agreement | Walmart Pharmacy |
| 14 | Uber Health | Washburn University |
| | UC Davis | Waste Management - 17-25770-03009 |
| 15 | UCLA And The California Primary Care | WCHS, Inc. D.B.A. Colton Comprehensive |
| | Association (CPCA) | Treatment Clinic |
| 16 | UCR Health - University of California, Riverside | We Clean, Inc. |
| | Health | We Klean Inc. |
| 17 | Ultrasound Institute Medical | Webiplex, Inc |
| | Unifirst Corporation | Wellpartner |
| 18 | United Healthcare | Wellpoint Military Care Corporation |
| | United Healthcare - Community Health Plan | Western Pharmacy Group |
| 19 | University of California Berkeley Optometric Eye | Western University - Mou |
| | Center | Western University of Health Sciences |
| 20 | University of California Regents | White Cross Pharmacy |
| | University of California Riverside | Wildcard Certificate |
| 21 | University of California San Francisco | William Z. Dinkha |
| | University of California, San Diego | Wilmer Yabar |
| 22 | University of Phoenix | WIPFLI LLP |
| | University of San Diego | Wolters Kluwer Health / UpToDate, Inc. |
| 23 | University of Southern California | Wolver Family Trust |
| | University of St. Augustine | Women's Health And Wellness Center - La Mesa |
| 24 | University Preferred Health Partners | Woolcott Dental |
| | Urrea, Jorge DDS - EC | Yabar, Wilmer DDS - Corona - DHS |
| 25 | US Behavioral Health - Optum Health - Private | Yabar, Wilmer DDS - Riverside University - DHS |
| | Sector | Yabar, Wilmer DDS - Van Buren - DHS |
| 26 | US Behavioral Health - Optum Health - Public | Yacoub A Professional Dental Corp DDS - EC |
| | Sector | Yashwant Chaudhri, APC - Behavioral Health |
| 27 | USA  Communications - 201-294478 - Bwd | YC Power Systems |
| | USA  Communications- Antilles Wireless LLC | Yelp, Inc. |
| 28 | Usita, Villamor DDS - DHS | Yetenekian-Gettas, Araxie DDS - Glendale |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yetenekian-Gettas, Araxie DDS - Pico - DHS
Yetenekian-Gettas, Araxie DDS - Santa Monica - DHS
YEXT, Inc.
Yvonne C. Goff
Zambrano, Freddy DDS - Riverside
Zambrano, Freddy, DDS - SB
Zamudio, Jorge H. DDS Inc - Riverside
Zareh, Negar DDS - Tustin - DHS
Zeljka Kostich
Zhao, Zhiwei DDS
Zito Business - Commercial Services Billing - C-Borcom

**Insurance Providers/Employee Benefit Plans**
Allied World National Assurance Company
Anthem Blue Cross
Anthem Blue Cross (Blue View Vision)
Beta Healthcare
Colonial Life Insurance Company
Evanston Insurance Company
Gallagher Benefit Services, Inc
General Security Indemnity Company of Arizona
Marsh McLennan Agency (MMA)
Mercer Insurance Company
Pacific Life Insurance Company
PacifiCare Health Systems
Palomar Excess And Surplus Insurance Company
Philadelphia Insurance Companies
Principal Life Insurance Company
Starr Indemnity & Liability Company
Transwestern Insurance Administrators, Inc.
UnitedHealthcare

**Judges**
Christopher Latham
Laura Taylor
Margaret Mann

**Lessors - Real Estate**
Alfred Santos And Barbara Santos, Trustees of The Alfred And Barbara Santos Trust
Cathedral Village Shopping Center, LLLP
CMK Palm Canyon, LLC
Coachella Valley Unified School Dist.
Cook Street Office, LP
Cynthia Marchant D.B.A. Anza Valley Auto
DRC Citrus Office LP
DRP Holdings LLC
First Grossmont Properties, L.P.
Gentry Plaza, LLC
Inland Valley Investments, LLC
James L. Wermers
La Mesa Pediatric Medical Group
Martha's Village And Kitchen

Palm Plaza Property
Parallel Capital Partners
Promenade Square, LLC
Ramona Crossings LLC.
San Marcos Medical Group, Inc
Tenet Health System Desert, Inc.
Tower Energy Group
Washington Square Shopping Center LLC

**Official Creditors' Committee Attorneys**
Pachulski, Stang, Ziehl And Jones

**Official Creditors' Committee Members**
Greenway Health, LLC
McKesson Corporation
Mustafa Bilal
Pourshirazi & Youssefi Dental Corporation
Vista Village Family Dentistry
Vitamin D Public Relations, LLC
We Klean Inc.

**Official Creditors' Committee Members' Attorneys**
Brinkman Law Group
Buchalter
Law Office of Christine Baur

**Top Unsecured Creditor**
American Express
Arthur Santos
California Department of Health Care Services (DHCS)
Cardinal Health
Ehab Samaan
Gallagher Benefit Services, Inc
Internal Revenue Service
Mehrnaz Irani
Mohamed Dowaidari
Mpower TelePacific
Oz Group Inc D/B/A Customer Contact Services
Premier Healthcare Management
Rajesh Shah
Tejas Modi

**Professionals**
Ankura Consulting Group, LLC
Arthur J. Gallagher & Co
Berkeley Research Group, LLC
CHW, LLP
Dentons US LLP
Edgenet Consulting, LLC
Feldesman Tucker Leifer Fidell LLP
Fisher & Phillips, LLP
Forvis, LLP
Gallagher Benefit Services, Inc

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Gordon & Rees LLP
Greenberg Glusker Fields Claman & Machtinger LLP
Higgs, Fletcher & Mack LLP
Hooper, Lundy & Bookman, P.C.
Jarrard Phillips Cate & Hancock
KPA Strategies, Inc
Kurtzman Carson Consultants LLC
Vasquez & Company LLP
WIPFLI LLP

**Regulatory Authorities**
California Attorney General
California Department of Health Care Services
California Department of Labor
California Health And Human Services
California Secretary of State
Centers For Medicare & Medicaid Services
Environmental Protection Agency
Health Resources And Services Administration
Occupational Safety And Health Administration
Office of The United States Attorney General
United States Department of Labor
United States Equal Employment Opportunity Commission

**Secured Creditors (Including Capital Leases)**
Enterprise Fleet Management
First American Equipment Finance
Ricoh USA
Var Technology Finance

**Taxing Authorities**
California Department of Tax And Fee Administration (CDTFA)
Florida Department of Revenue
Internal Revenue Service
Ohio Department of Taxation
Riverside County Treasurer - Tax Collector
San Diego County Treasurer-Tax Coll
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
United States Department of Justice
United States Department of Treasury

**Top 40 Trade Vendors (as of 8/26/2022)**
Ability Network, Inc.
American Internet Services
Americorp Financial, LLC
Berkeley Research Group, LLC
Cardinal Health
CDW-G
Chief
Cloudmed
Colonial Life & Accident Insurance Co.

Comphealth
Data Software
EHS, Inc
Gallagher Benefit Services, Inc
Henry Schein
Kazoo, Inc
Kelly Hohenbrink
La Mesa Pediatric Medical Group Peds
McKesson
Metropolitan Family Medical Clinic
Navex Global, Inc
Office Depot BSD
Patient & Vendor Refunds Checks Not Cashed
Riverside Public Utilities
Riverside Unified School District
Stericycle
Talent Advisory Group
The Home Depot
The Inline Group, LLC
Theracom
Tower Energy Group
Valley Radiology Consultants Medical Group, Inc
Vertical Visions, Inc
Vista Village Pediatrics
Vitamin D Public Relations, LLC
Yashwant Chaudrhri, M.D. A Prof. Corp
Zoro Tools

**US Trustee**
Anisa Lodhi
Christina Dougherty
Corina Pandeli
David Ortiz
Elmer Blanco-Wilkins
Haeji Hong
Jee Cha
Micahel West
Tiffany Carroll
Todd Tappe

**Utility Providers**
ADT
Airgas
American Internet Services
Anza ECI
AT&T
Athens Services
Borrego Water District
Burrtec Environmental SF
Burrtec Waste & Recycling Services
Burrtec Waste Industries, Inc.
Centurylink
City of Coachella
City of Desert Hot Springs
City of Escondido - Utility Billing

| | |
|---|---|
| Cox Communications | Primus Cable |
| CR&R Incorporated | Republic Services |
| Desert Valley Disposal, Inc. | Riverside Public Utilities |
| DirecTV, LLC | SDG&E |
| Dish Network | SoCalGas |
| Ferrellgas | Southern Ca Edison |
| Frontier Communications | Southwest Corporation |
| Golden State Water Company | Spectrum |
| Imperial Irrigation District | SSD Alarm |
| Mission Springs Water District | T-Mobile |
| Mpower TelePacific | Verizon Wireless |
| Nuevo Water Company | Waste Management |
| One Ring Networks | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:345789.2 10283/002

# EXHIBIT B

## EXHIBIT B

### Listing of Parties-in-Interest Noted for Court Disclosure

### Relationships in Matters Related to These Proceedings

**None**

### Relationships in Unrelated Matters - Current

**Banking Institutions**
City National Bank

**Contract Counterparties**
Aetna
Albertsons LLC
Ally Financial
Amerisource Bergen Drug Corporation
Anthem Blue Cross
Arthur J. Gallagher & Co
Blue Shield
Blue Shield of California
Brownstein Hyatt Farber Schreck
Cardinalhealth
Centurylink
Cigna
Cigna Behavioral Health
Citrix Systems
County of Riverside
CVS Pharmacy, Inc.
Delta Dental
Eisenhower Medical Center
Express Scripts
Fisher & Phillips, LLP
Ford Motor Company
Goodwin Proctor LLP
Gordon Rees Scully Mansukhani
IEHP
Inland Empire Health Plan
Iron Mountain
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
Kaiser Permanente
LinkedIn Corporation
Lumen
McKesson
Microsoft NDA
Microsoft
Molina Health Care of California
Molina Healthcare of Ca
Molina Healthcare of California

NetApp
Optum - United Behavioral Health
Optum Health - Private Sector
Pfizer Inc.
Quantum Corporation
Riverside Community Hospital
Scripps
Sharp Health Plan
Tableau Software, Inc.
Travelers
Trend Micro
United Healthcare
University of California Regents
University of Southern California
Vmware

**Insurance Providers/Employee Benefit Plans**
Allied World National Assurance Company
Anthem Blue Cross
Evanston Insurance Company
Gallagher Benefit Services, Inc
General Security Indemnity Company of Arizona
Philadelphia Insurance Companies
Principal Life Insurance Company
Starr Indemnity & Liability Company
UnitedHealthcare

**Official Creditors' Committee Attorneys**
Pachulski, Stang, Ziehl and Jones

**Top Unsecured Creditors**
American Express
Cardinal Health
Gallagher Benefit Services, Inc
Internal Revenue Service
Rajesh Shah

**Professionals**
Arthur J. Gallagher & Co
Dentons US LLP
Fisher & Phillips, LLP

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

DOCS_LA:345789.2 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Gallagher Benefit Services, Inc
Higgs, Fletcher & Mack LLP
Hooper, Lundy & Bookman, P.C.

**Regulatory Authorities**
California Attorney General

**Secured Creditors (Including Capital Leases)**
Ricoh USA

**Taxing Authorities**
Internal Revenue Service
United States Department of Treasury

United States Department of Justice

**Top 40 Trade Vendors (as of 8/26/2022)**
CDW-G
Gallagher Benefit Services, Inc

Henry Schein
McKesson
Stericycle
The Home Depot

**Utility Providers**
ADT
Airgas
AT&T
Centurylink
Cox Communications
DirecTV, LLC
Dish Network
Ferrellgas
Frontier Communications
Republic Services
T-Mobile
Verizon Wireless

**Relationships in Unrelated Matters –
Former Clients (Last Two Years)**

**Contract Counterparties**
Drexel University
Greenway Health
Rady Children's Hospital
TPX Communications - 279814 - EC
University of Phoenix

**Official Creditors' Committee Members**
Greenway Health, LLC

**Official Creditors' Committee Members'
Attorneys**
Buchalter

**Professionals**
Greenberg Glusker Fields Claman & Machtinger
LLP

**Utility Providers**
Southern Ca Edison
Waste Management

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF CYNTHIA NELSON IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF OCTOBER 7, 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christine E. Baur**    christine@baurbklaw.com, admin@baurbklaw.com
- **Daren Brinkman**    dbrinkman@brinkmanlaw.com, office@brinkmanlaw.com;7764052420@filings.docketbird.com
- **Anthony Dutra**    adutra@hansonbridgett.com, SSingh@hansonbridgett.com
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **David B. Golubchik**    dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com,
  rzur@elkinskalt.com,cavila@elkinskalt.com,myuen@elkinskalt.com,1648609420@filings.docketbird.com
- **Bernard M. Hansen**    bernardmhansen@sbcglobal.net
- **Teddy Kapur**    tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com
- **Dean T. Kirby**    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- **Tania M. Moyron**    tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **David Ortiz**    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- **Jeffrey N. Pomerantz**    jpomerantz@pszjlaw.com; tkapur@pszjlaw.com;sgolden@pszjlaw.com, scho@pszjlaw.com
- **Michael B. Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Olivia Scott**    olivia.scott3@bclplaw.com, theresa.macaulay@bclplaw.com
- **Andrew B. Still**    astill@swlaw.com, kcollins@swlaw.com
- **Kelly Ann Mai Khanh Tran**    kelly@smalllawcorp.com, stefanny@smalllawcorp.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Kenneth K. Wang**    kenneth.wang@doj.ca.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 27, 2022 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |