CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

DAVID A. ORTIZ, ATTORNEY #167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Order Entered on
October 26, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

BANKRUPTCY NO. 22-02384-LT11

Date of Hearing: EX-PARTE
Time of Hearing: EX-PARTE
Name of Judge: Laura S. Taylor

**ORDER**

**APPROVING STIPULATION TO EXTEND TIME FOR THE U.S. TRUSTEE
TO FILE STATEMENTS OF POSITION FOR CERTAIN APPLICATIONS TO EMPLOY
PROFESSIONALS FILED BY DEBTOR**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __115__

//
//
//
//
//
//

DATED: October 26, 2022

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
(Firm name)

By: David A. Ortiz
Attorney for  [X] Movant   [ ] Respondent

CSD 1001A

**ORDER APPROVING STIPULATION TO EXTEND TIME FOR THE U.S. TRUSTEE TO FILE STATEMENTS OF POSITION FOR CERTAIN APPLICATIONS TO EMPLOY PROFESSIONALS FILED BY DEBTOR**

DEBTOR: BORREGO COMMUNITY HEALTH FOUNDATION                    CASE NO: 22-02384-LT11

This matter came before the Court on the Stipulation to Extend Time for the Acting U.S. Trustee to File Statements of Position for Certain Applications to Employ Professionals Filed by Debtor ("Stipulation"). Based upon the Stipulation, and for good cause,

**IT IS HEREBY ORDERED** that the Stipulation to Extend Time for the Acting U.S. Trustee to File Statements of Position for Certain Applications to Employ Professionals Filed by Debtor is APPROVED.

**IT IS FURTHER ORDERED** that the time within which the Acting U.S. Trustee may file her Statements of Position for: a) Dentons US LLP as general bankruptcy counsel (docket # 86), b) Hooper, Lundy & Bookman P.C. as Debtor's healthcare regulatory counsel (docket # 89), and c) Ankura Consulting Group, LLC, to provide a Chief Restructuring Officer and certain other personnel (docket # 87), is extended up to and including November 1, 2022.

United States Bankruptcy Court
Southern District of California

In re:  Case No. 22-02384-LT
BORREGO COMMUNITY HEALTH FOUNDATION,  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.          Page 1 of 2
Date Rcvd: Oct 26, 2022       Form ID: pdfO4        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Still | on behalf of Creditor Blue Shield of California Promise Health Plan astill@swlaw.com kcollins@swlaw.com |
| Andrew B. Still | on behalf of Creditor California Physicians' Service dba Blue Shield of California astill@swlaw.com kcollins@swlaw.com |
| Anthony Dutra | on behalf of Creditor Philip D. Szold M.D., Inc. dba La Mesa Pediatrics adutra@hansonbridgett.com, SSingh@hansonbridgett.com |
| Bernard M. Hansen | on behalf of Creditor Premier Healthcare Management Inc. bernardmhansen@sbcglobal.net |
| Christine E. Baur | on behalf of Creditor Greenway Health LLC christine@baurbklaw.com, admin@baurbklaw.com |
| Daren Brinkman | |

District/off: 0974-3 — User: Admin. — Page 2 of 2
Date Rcvd: Oct 26, 2022 — Form ID: pdfO4 — Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Pourshirazi & Youssefi Dental Corporation dbrinkman@brinkmanlaw.com office@brinkmanlaw.com;7764052420@filings.docketbird.com |
| David Ortiz | on behalf of United States Trustee United States Trustee david.a.ortiz@usdoj.gov USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov |
| David B. Golubchik | on behalf of Ombudsman Patient Care Jacob Nathan Rubin dbg@lnbyg.com, dbg@ecf.inforuptcy.com |
| Dean T. Kirby, Jr. | on behalf of Creditor Ramona Crossings LLC dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com |
| Jeffrey Garfinkle | on behalf of Interested Party McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey N. Pomerantz | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com scho@pszjlaw.com |
| Kelly Ann Mai Khanh Tran | on behalf of Creditor Anna Navarro kelly@smalllawcorp.com stefanny@smalllawcorp.com |
| Kenneth K. Wang | on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov |
| Michael B. Reynolds | on behalf of Creditor Blue Shield of California Promise Health Plan mreynolds@swlaw.com kcollins@swlaw.com |
| Michael B. Reynolds | on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com kcollins@swlaw.com |
| Michael I. Gottfried | on behalf of Creditor Tower Energy Group Inc. mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,myuen@elkinskalt.com,1648609420@filings.docketbird.com |
| Olivia Scott | on behalf of Creditor AB Staffing Solutions LLC olivia.scott3@bclplaw.com, theresa.macaulay@bclplaw.com |
| Tania M. Moyron | on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| Tania M. Moyron | on behalf of Debtor BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| Teddy Kapur | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 21