DAVID A. ORTIZ, TRIAL ATTORNEY #167587
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 22-02384-LT11 |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor. | **SECOND STIPULATION TO EXTEND TIME FOR ACTING UNITED STATES TRUSTEE TO FILE STATEMENTS OF POSITION FOR CERTAIN APPLICATIONS TO EMPLOY PROFESSIONALS FILED BY DEBTOR** |

## RECITALS

1. On October 12, 2022, Borrego Community Health Foundation ("Debtor") filed applications to employ professionals to assist the Debtor with its duties in the above-captioned chapter 11 case, as follows: a) Dentons US LLP as general bankruptcy counsel (docket # 86), b) Hooper, Lundy & Bookman P.C. as Debtor's healthcare regulatory counsel (docket # 89), and c) Ankura Consulting Group, LLC, to provide a Chief Restructuring Officer and certain other personnel (docket # 87) (collectively the "Applications").

2. The Acting United States Trustee ("UST") and proposed counsel for the Debtor (collectively the "Parties") have met and conferred regarding questions raised by the UST with respect to the Applications. That process is ongoing and the Parties desire additional time to work through those questions.

3. The last day by which the UST must file her Statements of Position relative to each of the Applications is currently November 1, 2022. The Parties request the Court extend that deadline to November 10, 2022.

## STIPULATION

Wherefore, the UST and Debtor hereby stipulate and agree that the deadline by which the UST shall file her Statements of Position as they relate to the Applications, shall be extended up to and including November 10, 2022.

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: November 1, 2022            By: /s/ David A. Ortiz
                                       David A. Ortiz
                                       Attorney for the
                                       Acting United States Trustee


DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

Dated: November 1, 2022            By: /s/ Samuel R. Maizel
                                       Samuel R. Maizel
                                       Proposed Attorneys for
                                       Borrego Community Health Foundation

OFFICE OF THE UNITED STATES TRUSTEE

2

In re Borrego Community Health Foundation, 22-02384-LT11
Second Stipulation to Extend Time for UST to File Statements of Position