TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: BORREGO COMMUNITY HEALTH FOUNDATION

Number: 22-02384-LT11

Hearing: 11:00 AM  Monday, November 21, 2022

Motion: MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR MONTHLY PAYMENT OF FEES AND EXPENSE REIMBURSEMENT FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION (ON SHORTENED TIME)

Hear.