Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (*Pro Hac Vice* Pending)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jpomerantz@pszjlaw.com
         tkapur@pszjlaw.com
         sgolden@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>***AMENDED* NOTICE OF HEARING ON APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF SEPTEMBER 30, 2022**<br><br>*Previous Hearing Date*<br>Date:     December 15, 2022<br>Time:    11:00 a.m.<br>Place:    Jacob Weinberger United States Courthouse<br>              325 West F Street<br>              Dept. 3, Room 129<br>              San Diego, CA 92101<br>Judge:   Hon. Laura S. Taylor<br><br>*Current Hearing Date*<br>Date:     December 7, 2022<br>Time:    2:00 p.m.<br>Place:    Jacob Weinberger United States Courthouse<br>              325 West F Street<br>              Dept. 3, Room 129<br>              San Diego, CA 92101<br>Judge:   Hon. Laura S. Taylor<br><br>[Relates to Docket Nos. 113, 137, and 151] |

DOCS_DE:241454.1 10283/002

**PLEASE TAKE NOTICE** that the date and time of the hearing for the Court to consider the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of September 30, 2022* [Docket No. 113] has been changed from December 15, 2022 at 11:00 a.m. to **December 7, 2022** at **2:00 p.m.** The hearing will take place in Department 3, Room 129 of the Jacob Weinberger United States Courthouse, 325 West F Street, San Diego, California 92101**,** before the Honorable Laura S. Taylor.

Dated: November 28, 2022           PACHULSKI STANG ZIEHL & JONES LLP

                                   By   */s/ Jeffrey N. Pomerantz*
                                        Jeffrey N. Pomerantz

                                        [Proposed] Counsel to the Official
                                        Committee of Unsecured Creditors

2

DOCS_DE:241454.1 10283/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**
A true and correct copy of the foregoing document entitled **AMENDED NOTICE OF HEARING ON APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF SEPTEMBER 30, 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christine E. Baur**     christine@baurbklaw.com, admin@baurbklaw.com
- **Daren Brinkman**     dbrinkman@brinkmanlaw.com, office@brinkmanlaw.com;7764052420@filings.docketbird.com
- **Shawn Christianson**     schristianson@buchalter.com, cmcintire@buchalter.com
- **Anthony Dutra**     adutra@hansonbridgett.com, SSingh@hansonbridgett.com
- **Christine M. Fitzgerald**     christine.fitzgerald@usdoj.gov, brenda.seyler@usdoj.gov;Efile.dkt.civ@usdoj.gov
- **Jeffrey Garfinkle**     jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **David B. Golubchik**     dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- **Michael I. Gottfried**     mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,myuen@elkinskalt.com,1648609420@filings.docketbird.com
- **Bernard M. Hansen**     bernardmhansen@sbcglobal.net
- **Teddy Kapur**     tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com
- **Dean T. Kirby**     dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- **H. Mark Mersel**     mark.mersel@bryancave.com, ginny.hamel@bryancave.com
- **Tania M. Moyron**     tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **David Ortiz**     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- **Jeffrey N. Pomerantz**     jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com, scho@pszjlaw.com
- **Michael B. Reynolds**     mreynolds@swlaw.com, kcollins@swlaw.com
- **Olivia Scott**     olivia.scott3@bclplaw.com, theresa.macaulay@bclplaw.com
- **Andrew B. Still**     astill@swlaw.com, kcollins@swlaw.com
- **Kelly Ann Mai Khanh Tran**     kelly@smalllawcorp.com, stefanny@smalllawcorp.com
- **United States Trustee**     ustp.region15@usdoj.gov
- **Kenneth K. Wang**     kenneth.wang@doj.ca.gov
- **Helen Yang**     helen.yang@squirepb.com, helen-h-yang-8259@ecf.pacerpro.com;PHX_DCKT@squirepb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2022 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |