UNITED STATES BANKRUPTCY COURT
Southern District of California San Diego

In re:
 BORREGO COMMUNITY HEALTH FOUNDATION,,
  Debtor(s).

Case No.: 22-02384
Chapter: 11

## CERTIFICATE OF SERVICE

I, Guadalupe Bolanos, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on December 21, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Acting United States Trustee's Opposition to Motion for Entry of Order: Authorizing (I) Key Employee Retention Program and (II) Key Employee Incentive Program

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
December 21, 2022

Guadalupe Bolanos
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

## Exhibit A - Certificate of Service
## BORREGO COMMUNITY HEALTH FOUNDATION, 22-02384

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 6334 | Andrew B. Still, SNELL & WILMER, L.L.P., 600 Anton Blvd., Suite 1400, mhogan&#064;swlaw.com, Costa Mesa, CA, 92626, United States of America, astill@swlaw.com | First Class |
| 6334 | Anthony Dutra, Hanson Bridgett LLP, 425 Market St 26th Fl, San Fransciso, CA, 94105, United States of America, adutra@hansonbridgett.com | First Class |
| 6334 | Bernard M. Hansen, Law Office of Bernard M Hansen, 3465 Camino Del Rio South, Suite 250, San Diego, CA, 92108, United States of America, bernardmhansen@sbcglobal.net | First Class |
| 6334 | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, SAN DIEGO-CA, Borrego Springs, CA, 92004, United States of America | First Class |
| 6334 | Christine E. Baur, Law Office of Christine E. Baur, 4653 Carmel Mountain Road, Suite 308 #332, San Diego, CA, 92130, United States of America, christine@baurbklaw.com | First Class |
| 6334 | Christine M. Fitzgerald, DOJ-USAO, 880 Front Street, Ste 6293, San Diego, CA, 92101, United States of America, christine.fitzgerald@usdoj.gov | First Class |
| 6334 | Daren R. Brinkman, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA, 93065, United States of America, dbrinkman@brinkmanlaw.com | First Class |
| 6334 | David B. Golubchik, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA, 90034, United States of America, dbg@lnbyg.com | First Class |
| 6334 | Dean T. Kirby, Jr., Kirby & McGuinn, A P.C., 707 Broadway, Suite 1750, San Diego, CA, 92101, United States of America, dkirby@kirbymac.com | First Class |
| 6334 | H. Mark Mersel, Bryan Cave Leighton Paisner LLP, 1200 Main Street Suite 3500, Kansas City, MO, 64105, United States of America, mark.mersel@bryancave.com | First Class |
| 6334 | Helen Yang, Squire Patton Boggs (US) LLP, 555 So. Flower Street, Ste 3100, Los Angeles, CA, 90071, United States of America, helen.yang@squirepb.com | First Class |
| 6334 | Jeffrey Garfinkle, Buchalter Nemer, APC, 18400 Von Karman Avenue, Suite 800, Irvine, CA, 92612-0514, United States of America, jgarfinkle@buchalter.com | First Class |
| 6334 | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA, 90067, United States of America, jpomerantz@pszjlaw.com | First Class |
| 6334 | Kelly Ann Mai Khanh Tran, Small Law PC, 501 W. Broadway, Ste. 1360, San Diego, CA, 92101, United States of America, kelly@smalllawcorp.com | First Class |
| 6334 | Kenneth K. Wang, Office ot the Attorney General, 300 So. Spring St., Suite 1702, Los Angeles, CA, 90013, United States of America, kenneth.wang@doj.ca.gov | First Class |
| 6334 | Leslie Gardner, Office of the U.S. Attorney, 880 Front Street, Room 6293, San Diego, CA, 92101, United States of America, leslie.gardner2@usdoj.gov | First Class |
| 6334 | Michael B. Reynolds, SNELL & WILMER, L.L.P., 600 Anton Blvd., Suite 1400, Costa Mesa, CA, 92626, United States of America, mreynolds@swlaw.com | First Class |
| 6334 | Michael I. Gottfried, Elkins Kalt Weintraub Reuben Gartside LLP, 10345 West Olympic Boulevard, Los Angeles, CA, 90064, United States of America, MGottfried@elkinskalt.com | First Class |
| 6334 | Olivia Scott, Bryan Cave Leighton Paisner LLP, 1200 Main Street Suite 3500, Kansas City, MO, 64105, United States of America, olivia.scott3@bclplaw.com | First Class |
| 6334 | Randye B. Soref, Polsinelli PC, 2049 Century Park E #2300, Los Angeles, CA, 90067, United States of America, rsoref@polsinelli.com | First Class |
| 6334 | Samuel Ruven Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA, 90017, United States of America, samuel.maizel@dentons.com | First Class |
| 6334 | Shawn Christianson, Buchalter Nemer, APC, 55 2nd St. 17th Fl., San Francisco, CA, 94105, United States of America, schristianson@buchalter.com | First Class |
| 6334 | Tania M. Moyron, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA, 90017, United States of America, tania.moyron@dentons.com | First Class |
| 6334 | Tanya Behnam, Polsinelli PC, 2049 Century Park E #2300, Los Angeles, CA, 90067, United States of America, tbehnam@polsinelli.com | First Class |