SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   213 623 9300
Facsimile:   213 623 9924

*Attorneys for the Chapter 11 Debtor and Debtor In Possession*

HAEJI HONG (Bar No. 198503)
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
800 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

*Attorneys for Tiffany L. Carroll Acting United States Trustee*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Debtor and Debtor in Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**STIPULATION BETWEEN THE DEBTOR AND THE UNITED STATES TRUSTEE TO EXTEND DEADLINE TO FILE REPLIES** |

Borrego Community Health Foundation, the debtor and debtor in possession in the above-captioned case (the "Debtor") and Tiffany L. Carroll, the Acting United States Trustee for Region 15 (the "UST" and collectively with the Debtor, the "Parties"), hereby agree and stipulate as follows:

## RECITALS

WHEREAS, on September 12, 2022, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing the above referenced bankruptcy case (the "Bankruptcy Case") in the

1

122907178\V-2

United States Bankruptcy Court for the Southern District of California (the "Court");

WHEREAS, on December 6, 2022, the Debtor filed *Debtor's Motion for an Order Authorizing the Debtor to Retain and Compensate Professionals Utilized by the Debtor in the Ordinary Course of Business; Memorandum of Points and Authorities in Support Thereof* [Docket No. 271] (the "OCP Motion").

WHEREAS, on December 7, 2022, the Debtor filed the *Debtor's Motion for Entry of Order: Authorizing (I) Key Employee Retention Program and (II) Key Employee Incentive Program; Memorandum of Points and Authorities in Support Thereof* [Docket No. 279] (the "KEIP/KERP Motion," collectively with the OCP Motion, the "Motions");

WHEREAS, the Motions are both set for hearing on January 18, 2023, at 2:00 p.m.;

WHEREAS, on December 21, 2022, the UST filed (i) its objection to the KEIP/KERP Motion [Docket No. 324] and (ii) its objection to the OCP Motion [Docket No. 325] (collectively, the "Objections");

WHEREAS, pursuant to the Court's local rules (the "Local Rules"), the current deadline for Debtor to file its replies in support of the Motions is December 28, 2023;

WHEREAS, the Debtor requested extension of time to file its replies to January 6, 2023 in light of the holidays in December 2022 and January 2023;

WHEREAS, in light of the foregoing, the Parties have jointly agreed to extend the deadline for Debtor to file its replies in support of the Motions.

///
///
///
///
///
///
///

2

122907178\V-2

## STIPULATION

**NOW THEREFORE**, subject to approval of the Court, the Parties hereby agree and stipulate as follows:

1. The deadline for the Debtor to file replies in support of the Motions will be extended to January 6, 2023.

2. No other deadlines shall be affected by this stipulation unless further agreed to by the Parties.

**IT IS SO STIPULATED.**

SEEN AND AGREED:

Dated: December 23, 2022

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON


By  */s/ Tania M. Moyron*
    *Tania M. Moyron*

Attorneys for the Chapter 11 Debtor and Debtor In Possession


AND

Dated: December 23, 2022

OFFICE OF THE UNITED STATES TRUSTEE
HAEJI HONG
TRIAL ATTORNEY


By: /s/Haeji Hong
    Haeji Hong, Trial Attorney for Tiffany L. Carroll, the Acting United States Trustee for Region 15

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

3

122907178\V-2

**(Proposed Order)**

**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.
SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BORREGO COMMUNITY HEALTH FOUNDATION
   Debtor and Debtor in Possession

Debtor.

BANKRUPTCY NO. 22-02384-11

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER ON
## STIPULATION BETWEEN THE DEBTOR AND THE UNITED STATES TRUSTEE TO EXTEND DEADLINE TO FILE REPLIES

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON STIPULATION BETWEEN THE DEBTOR AND THE UNITED STATES TRUSTEE TO EXTEND DEADLINE TO FILE REPLIES
DEBTOR: BORREGO COMMUNITY HEALTH FOUNDATION                                    CASE NO: 22-02384-11
          Debtor and Debtor in Possession

The Court having considered the Stipulation Between the Borrego Community Health Foundation (the "Debtor") and Tiffany L. Carroll, the Acting United States Trustee for Region 15 (the "UST") to Extend Deadline to File Replies (the "Stipulation" [Docket No. _] filed by the Debtor and records in this case; the Court having found that good and sufficient cause exists for granting the Stipulation;

IT IS HEREBY ORDERED that:

1. The Stipulation is granted.

IT IS SO ORDERED.

CSD 1001A