Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
           tkapur@pszjlaw.com
           sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>**PACHULSKI STANG ZIEHL & JONES LLP'S FIRST MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 30, 2022 – OCTOBER 31, 2022** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CSD 1143 (04/28/96)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR:      Borrego Community Health Foundation

Petition Date:  September 12, 2022

Case No: 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:       Pachulski Stang Ziehl & Jones LLP

REPRESENTING:   The Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT**:  Docket No. 287

| CATEGORY | APPLICATION PERIOD:  September 30, 2022 – October 31, 2022 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Asset Disposition | 6.00 | $5,400.00 |
| Bankruptcy Litigation | 29.30 | $25,357.50 |
| Case Administration | 28.30 | $19,921.50 |
| Claims Admin/Objections | 0.10 | $49.50 |
| Financial Filings | 4.90 | $3,073.50 |
| General Creditors Committee | 37.80 | $28,066.50 |
| Meeting of Creditors | 1.10 | $990.00 |
| PSZ&J Retention | 9.40 | $5,706.00 |
| Ret. of Prof/Other | 8.00 | $5,985.00 |
| **TOTAL** | | **$94,549.50**[1] |

[1]PSZJ has agreed with the Committee to seek professional compensation at a blended hourly rate of $900.  The standard hourly rates of the PSZ J professionals designated to represent the Committee are: Jeffrey N. Pomerantz ($1,445.00 per hour); Debra I. Grassgreen ($1,425.00 per hour); Teddy M. Kapur ($975.00 per hour); and Steven W. Golden ($775.00 per hour).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:241686.1 10283/002

## **MONTHLY FEE APPLICATION**

Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") submits its First Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period September 30, 2022 – October 31, 2022 (the "Application Period").  In support of the Application, PSZJ respectfully represents as follows:

1.     The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee").  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.     The Firm billed a total of $97,293.08 during the Application Period.  The total fees represent 124.90 hours expended during the Application Period.  These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| September 30, 2022 – October 31, 2022 | $94,549.50 | $2,743.58 | $97,293.08 |

3.     Accordingly, the Firm seeks allowance of interim compensation in the total amount of $78,383.18 at this time.   This total is comprised as follows: $75,639.60 (80% of the fees totaling $94,549.50 for services rendered), plus $2,743.58 (100% of the expenses incurred).

4.     As this is the Firm's First Monthly Fee Application, no amounts have been paid to the Firm to date.

5.     Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period and the hourly rate for each such professional.  Attached hereto as **Exhibit "2"** is the detailed time and expense statements for the Application Period.

6.     The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and

DOCS_DE:241686.1 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about December 27, 2022.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about December 27, 2022.

7.     Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated:  December 27, 2022     PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ Jeffrey N. Pomerantz*
       Jeffrey N. Pomerantz

       Counsel to the Official Committee of
       Unsecured Creditors

## EXHIBIT "1"

**Summary of Hours by Professional for Application Period
(September 30, 2022 – October 31, 2022)**

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| Pomerantz, Jeffrey N. | Partner | 12.90 | $900.00 | $11,610.00 |
| Grassgreen, Debra I. | Partner | 4.00 | $900.00 | $3,600.00 |
| Kapur, Teddy M. | Partner | 16.30 | $900.00 | $14,670.00 |
| Brandt, Gina F. | Counsel | 0.90 | $900.00 | $810.00 |
| Golden, Steven W. | Associate | 46.70 | $900.00 | $42,030.00 |
| Forrester, Leslie A. | Law Librarian | 2.90 | $495.00 | $1,435.50 |
| Dassa, Beth D. | Paralegal | 41.20 | $495.00 | $20,394.00 |
| **TOTAL** | | **124.90** | | **$94,549.50** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:241686.1 10283/002

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT "2"

**Detailed Time and Expense Statement for Application Period
(September 30, 2022 – October 31, 2022)**

DOCS_DE:241686.1 10283/002

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

|  |  |
|---|---|
| | October 31, 2022 |
| Invoice | 131394 |
| Client | 10283 |
| Matter | 00002 |
| | **JNP** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2022

| | |
|---|---|
| FEES | $94,549.50 |
| EXPENSES | $2,743.58 |
| **TOTAL CURRENT CHARGES** | **$97,293.08** |
| **TOTAL BALANCE DUE** | **$97,293.08** |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:     2

Invoice 131394

October 31, 2022

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 41.20 | $20,394.00 |
| DG | Grassgreen, Debra I. | Partner | 900.00 | 4.00 | $3,600.00 |
| GFB | Brandt, Gina F. | Counsel | 900.00 | 0.90 | $810.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 900.00 | 12.90 | $11,610.00 |
| LAF | Forrester, Leslie A. | Other | 495.00 | 2.90 | $1,435.50 |
| SWG | Golden, Steven W. | Associate | 900.00 | 46.70 | $42,030.00 |
| TMK | Kapur, Teddy M. | Partner | 900.00 | 16.30 | $14,670.00 |
| | | | | 124.90 | $94,549.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:     3

Invoice 131394

October 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 6.00 | $5,400.00 |
| BL | Bankruptcy Litigation [L430] | 29.30 | $25,357.50 |
| CA | Case Administration [B110] | 28.30 | $19,921.50 |
| CO | Claims Admin/Objections[B310] | 0.10 | $49.50 |
| FF | Financial Filings [B110] | 4.90 | $3,073.50 |
| GC | General Creditors Comm. [B150] | 37.80 | $28,066.50 |
| MC | Meeting of Creditors [B150] | 1.10 | $990.00 |
| PR | PSZ&J Retention | 9.40 | $5,706.00 |
| RPO | Ret. of Prof./Other | 8.00 | $5,985.00 |
| | | 124.90 | $94,549.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    -00002

Page:    4
Invoice 131394
October 31, 2022

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Auto Travel Expense [E109] | $973.87 |
| Federal Express [E108] | $696.96 |
| Filing Fee [E112] | $213.00 |
| Lexis/Nexis- Legal Research [E | $159.65 |
| Pacer - Court Research | $130.50 |
| Postage [E108] | $431.20 |
| Reproduction Expense [E101] | $4.40 |
| Reproduction/ Scan Copy | $94.00 |
| Travel Expense [E110] | $40.00 |
| | $2,743.58 |

Pachulski Stang Ziehl & Jones LLP

Page:    5

Borrego Comm. Health Found OCC

Invoice 131394

10283    -00002

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 10/19/2022 | SWG | AD | Call with N. Ganti re: sale process discussions | 0.40 | 900.00 | $360.00 |
| 10/21/2022 | JNP | AD | Conference with M. Bilbao regarding case status. | 0.20 | 900.00 | $180.00 |
| 10/24/2022 | SWG | AD | Call with FTI team re: sale issues | 0.20 | 900.00 | $180.00 |
| 10/25/2022 | JNP | AD | Review email regarding FTI discussion on Ankura regarding sale process. | 0.10 | 900.00 | $90.00 |
| 10/26/2022 | JNP | AD | Conference with Steven W. Golden regarding sale process and related issues. | 0.40 | 900.00 | $360.00 |
| 10/26/2022 | SWG | AD | Receive and respond to email from FTI re: bid process. | 0.20 | 900.00 | $180.00 |
| 10/26/2022 | SWG | AD | Call with J. Pomerantz re: bid procedures and asset sale matters. | 0.40 | 900.00 | $360.00 |
| 10/27/2022 | JNP | AD | Conference with Steven W. Golden and FTI regarding case issues, sale and related matters. | 0.50 | 900.00 | $450.00 |
| 10/27/2022 | SWG | AD | Review and comment on Debtor's proposed bidding procedures/motion. | 1.30 | 900.00 | $1,170.00 |
| 10/27/2022 | SWG | AD | Conference with J. Pomerantz and FTI regarding case issues, sale and related matters. | 0.50 | 900.00 | $450.00 |
| 10/28/2022 | JNP | AD | Conference with Dentons and Steven W. Golden regarding sale process and related matters. | 0.70 | 900.00 | $630.00 |
| 10/28/2022 | SWG | AD | Conference with J. Pomerantz and Dentons regarding sale process and related matters | 0.70 | 900.00 | $630.00 |
| 10/31/2022 | SWG | AD | Edit and send proposed bidding procedures to Debtor | 0.20 | 900.00 | $180.00 |
| 10/31/2022 | SWG | AD | Call with FTI team re: sale process | 0.20 | 900.00 | $180.00 |
| | | | | **6.00** | | **$5,400.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/01/2022 | SWG | BL | Begin drafting statement in support of TRO | 0.30 | 900.00 | $270.00 |
| 10/02/2022 | JNP | BL | Review emails regarding information requests, monitor response, potential litigation issues. | 0.30 | 900.00 | $270.00 |
| 10/02/2022 | TMK | BL | Confer with S. Golden regarding case status and hearing on Debtor's emergency motion re DHCS violation of automatic stay. | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    6

Invoice 131394

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2022 | TMK | BL | Review pleadings and status of hearing Debtor's emergency motion re DHCS violation of automatic stay. | 0.80 | 900.00 | $720.00 |
| 10/02/2022 | SWG | BL | Confer with T. Kapur regarding case status and hearing on Debtor's emergency motion re DHCS violation of automatic stay | 0.30 | 900.00 | $270.00 |
| 10/02/2022 | SWG | BL | Call with Debtors' counsel re: Thursday hearing on stay adversary | 0.20 | 900.00 | $180.00 |
| 10/03/2022 | JNP | BL | Review summary of State position regarding injunction and email to and from Steven W. Golden regarding same. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | BDD | BL | Calls with courtroom deputy re 10/6 hearing on adv proceeding (.20); emails S. Golden re same (.10) | 0.30 | 495.00 | $148.50 |
| 10/03/2022 | SWG | BL | Begin drafting Statement in support of TRO motion | 1.50 | 900.00 | $1,350.00 |
| 10/03/2022 | SWG | BL | Call with Debtor's counsel re: stay dispute with DHCS | 0.20 | 900.00 | $180.00 |
| 10/04/2022 | BDD | BL | Work with S. Golden, T. Kapur and N. Brown re Statement ISO Debtor's TRO Motion | 0.80 | 495.00 | $396.00 |
| 10/04/2022 | BDD | BL | Work on service list re re Statement ISO Debtor's TRO Motion and emails N. Brown, G. Downing and S. Lee re same | 0.40 | 495.00 | $198.00 |
| 10/04/2022 | TMK | BL | Review docket pleadings and revise Committee joinder to Debtor's motion re DHCS stay violation; confer with S. Golden regarding same. | 0.90 | 900.00 | $810.00 |
| 10/04/2022 | TMK | BL | Finalize and coordinate filing of joinder; confer with B. Dassa and S. Golden regarding service list. | 0.60 | 900.00 | $540.00 |
| 10/04/2022 | SWG | BL | Continue drafting statement in support of TRO | 0.70 | 900.00 | $630.00 |
| 10/04/2022 | SWG | BL | Review pleadings filed by DHCS in stay litigation | 1.20 | 900.00 | $1,080.00 |
| 10/05/2022 | BDD | BL | Email N. Brown re COS re Statement of C'tee ISO Motion to Enforce Automatic Stay | 0.10 | 495.00 | $49.50 |
| 10/05/2022 | TMK | BL | Review pleadings and prepare for hearing on Debtor's emergency motion re DHCS stay violation. | 2.20 | 900.00 | $1,980.00 |
| 10/06/2022 | JNP | BL | Review emails regarding result of injunction hearing. | 0.10 | 900.00 | $90.00 |
| 10/06/2022 | TMK | BL | Prepare for and participate in hearing on Debtor's emergency motion re DHCS stay violation. | 6.30 | 900.00 | $5,670.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    -00002

Page:      7
Invoice 131394
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/2022 | TMK | BL | Confer with S. Golden regarding hearing and next steps. | 0.30 | 900.00 | $270.00 |
| 10/06/2022 | SWG | BL | Call with Debtor's counsel re: stay adversary | 0.30 | 900.00 | $270.00 |
| 10/06/2022 | SWG | BL | Review filings, including tentative ruling, in adversary proceeding | 0.80 | 900.00 | $720.00 |
| 10/06/2022 | SWG | BL | Participate in hearing on stay matter. | 1.80 | 900.00 | $1,620.00 |
| 10/06/2022 | SWG | BL | Confer with T. Kapur regarding hearing and next steps | 0.30 | 900.00 | $270.00 |
| 10/16/2022 | SWG | BL | Call with FTI stratcom team. | 0.70 | 900.00 | $630.00 |
| 10/17/2022 | SWG | BL | Call with T. Moyron re: DHCS issues | 0.20 | 900.00 | $180.00 |
| 10/17/2022 | SWG | BL | Begin drafting letter to DHCS | 1.00 | 900.00 | $900.00 |
| 10/18/2022 | DG | BL | Review and comment on letter to DCHS (.3) and revised version (.2) | 0.50 | 900.00 | $450.00 |
| 10/18/2022 | TMK | BL | Review and revise letter to DHCS and confer with S. Golden. | 0.50 | 900.00 | $450.00 |
| 10/18/2022 | SWG | BL | Continue drafting letter to DHCS | 1.20 | 900.00 | $1,080.00 |
| 10/20/2022 | SWG | BL | Call with C. Baur re: letter to DHCS. | 1.20 | 900.00 | $1,080.00 |
| 10/20/2022 | SWG | BL | Edit letter to DHCS | 0.80 | 900.00 | $720.00 |
| 10/21/2022 | SWG | BL | Call with PCO and counsel. | 0.50 | 900.00 | $450.00 |
| 10/23/2022 | SWG | BL | Edit letter to DHCS | 0.30 | 900.00 | $270.00 |
| 10/24/2022 | JNP | BL | Review and execute final letter to DHCS | 0.10 | 900.00 | $90.00 |
| 10/26/2022 | BDD | BL | Email S. Golden re Modified Order on Emerg Motion to Enforce Automatic Stay | 0.10 | 495.00 | $49.50 |
| 10/26/2022 | BDD | BL | Review Order re Findings of Facts and Conclusions of Law re Emerg Motion to Enforce Automatic Stay and email S. Golden re same | 0.20 | 495.00 | $99.00 |
| 10/31/2022 | BDD | BL | Review local/federal rules re 2004 examinations and emails S. Golden re same | 0.60 | 495.00 | $297.00 |
| 10/31/2022 | SWG | BL | Begin drafting 2004 Notice to DHCS | 0.30 | 900.00 | $270.00 |
| | | | | **29.30** | | **$25,357.50** |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Borrego Comm. Health Found OCC

Invoice 131394

10283    - 00002

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 09/30/2022 | BDD | CA | Email S. Golden re case tasks | 0.10 | 495.00 | $49.50 |
| 10/01/2022 | JNP | CA | Conference with S.. Maizel and  T. Moyren regarding background and strategy. | 0.80 | 900.00 | $720.00 |
| 10/01/2022 | BDD | CA | Prepare Committee contact list and emails S. Golden re same | 1.30 | 495.00 | $643.50 |
| 10/01/2022 | BDD | CA | Email S. Golden re ECF notifications | 0.10 | 495.00 | $49.50 |
| 10/01/2022 | BDD | CA | Review docket and prepare initial critical dates memorandum (1.2); emails S. Golden re same (.10) | 1.40 | 495.00 | $693.00 |
| 10/02/2022 | TMK | CA | Emails with Debtor's counsel and S. Golden regarding case strategy. | 0.20 | 900.00 | $180.00 |
| 10/02/2022 | TMK | CA | Call with S. Golden re case status | 0.50 | 900.00 | $450.00 |
| 10/02/2022 | SWG | CA | Call with T. Kapur re: case status | 0.50 | 900.00 | $450.00 |
| 10/03/2022 | BDD | CA | Further review of docket and update critical dates memo re same (.30); email PSZJ team re same (.10) | 0.40 | 495.00 | $198.00 |
| 10/03/2022 | BDD | CA | Email to/call with B. Downing re critical dates memo | 0.10 | 495.00 | $49.50 |
| 10/03/2022 | BDD | CA | Prepare Notice of Appearance and emails S. Golden, M. Kulick and N. Brown re same | 0.80 | 495.00 | $396.00 |
| 10/03/2022 | BDD | CA | Attend to multiple calendaring matters with B. Anavim and M. Kulick | 0.50 | 495.00 | $247.50 |
| 10/03/2022 | BDD | CA | Emails M. Kulick re ECF notifications per filed Notice of Appearance | 0.10 | 495.00 | $49.50 |
| 10/03/2022 | BDD | CA | Revisions to contact list and emails S. Golden re same | 0.90 | 495.00 | $445.50 |
| 10/03/2022 | BDD | CA | Email P. Craik re contact list | 0.10 | 495.00 | $49.50 |
| 10/03/2022 | BDD | CA | Review USBC and USDC procedures re pro hac vice applications (.30) and prepare S. Golden pro hac vice application (.80); emails S. Golden and M. Kulick re same (.20) | 1.30 | 495.00 | $643.50 |
| 10/03/2022 | SWG | CA | Review first day motions filed in case. | 0.90 | 900.00 | $810.00 |
| 10/04/2022 | BDD | CA | Attend to matters with N. Brown, M. Kulick and V. Arias re S. Golden pro hac vice application | 0.30 | 495.00 | $148.50 |
| 10/04/2022 | BDD | CA | Review procedural information USBC, Southern | 0.40 | 495.00 | $198.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:        9

Invoice 131394

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | District and Judge Taylor's guidelines |  |  |  |
| 10/04/2022 | TMK | CA | Confer with S. Golden regarding case tasks and strategy. | 0.40 | 900.00 | $360.00 |
| 10/05/2022 | BDD | CA | Email S. Golden re ECF notifications | 0.10 | 495.00 | $49.50 |
| 10/05/2022 | BDD | CA | Call with N. Brown re ECF notifications for J. Pomerantz, S. Golden, and T. Kapur | 0.20 | 495.00 | $99.00 |
| 10/06/2022 | DG | CA | Review update on hearing (.1); call with S. Golden re: same (.1) | 0.20 | 900.00 | $180.00 |
| 10/06/2022 | BDD | CA | Emails to/call with N. Brown re S. Golden pro hac vice | 0.20 | 495.00 | $99.00 |
| 10/06/2022 | BDD | CA | Email S. Golden re pro hac vice application | 0.10 | 495.00 | $49.50 |
| 10/06/2022 | SWG | CA | Draft and send email to Debtor's counsel re: pending matters | 0.10 | 900.00 | $90.00 |
| 10/07/2022 | BDD | CA | Email S. Golden re pro hac vice application | 0.10 | 495.00 | $49.50 |
| 10/07/2022 | BDD | CA | Emails to/call with N. Brown re S. Golden pro hac vice application | 0.30 | 495.00 | $148.50 |
| 10/07/2022 | BDD | CA | Email S. Golden re finalized pro hac vice application | 0.10 | 495.00 | $49.50 |
| 10/09/2022 | JNP | CA | Call with Steven W. Golden regarding case strategy. | 0.80 | 900.00 | $720.00 |
| 10/09/2022 | JNP | CA | Participate in call with PSZJ and FTI teams regarding case strategy. | 0.50 | 900.00 | $450.00 |
| 10/09/2022 | TMK | CA | Participate on strategy meeting with FTI and PSZJ teams. | 0.50 | 900.00 | $450.00 |
| 10/09/2022 | SWG | CA | Call with J. Pomerantz re: case strategy | 0.80 | 900.00 | $720.00 |
| 10/09/2022 | SWG | CA | Participate in call with PSZJ and FTI teams re: case strategy | 0.50 | 900.00 | $450.00 |
| 10/11/2022 | BDD | CA | Email S. Golden re 10/20 status conference and continued hearing on cash management motion | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | CA | Work with N. Brown re S. Golden ECF notifications and emails N. Brown re same | 0.20 | 495.00 | $99.00 |
| 10/11/2022 | BDD | CA | Revisions to critical dates memo | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | CA | Call to R. Paluso at BK court re 10/20 status conference hearing | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | SWG | CA | Call with C. Nelson re: case status | 0.20 | 900.00 | $180.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    10
Invoice 131394
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2022 | SWG | CA | Call with Debtor's counsel re: case status | 0.50 | 900.00 | $450.00 |
| 10/11/2022 | SWG | CA | Call with FTI team re: case status and strategy | 0.80 | 900.00 | $720.00 |
| 10/12/2022 | JNP | CA | Call with Steven W. Golden regarding: debrief on calls with Debtor and case strategy. | 0.60 | 900.00 | $540.00 |
| 10/12/2022 | BDD | CA | Call with R. Paluso at BK court re 10/20 status conference and Zoom appearances | 0.10 | 495.00 | $49.50 |
| 10/12/2022 | SWG | CA | Call with J. Pomerantz re: debrief on calls with Debtor and case strategy | 0.60 | 900.00 | $540.00 |
| 10/13/2022 | BDD | CA | Review docket re updated pleadings (.20) and emails S. Golden re same (.10) | 0.30 | 495.00 | $148.50 |
| 10/14/2022 | JNP | CA | Call with Steven W. Golden regarding: case strategy and upcoming discussion with Debtor's professionals. | 0.20 | 900.00 | $180.00 |
| 10/14/2022 | BDD | CA | Email S. Golden re critical dates memo | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | BDD | CA | Emails to/call with N. Brown re S. Golden receipt of ECF notifications | 0.20 | 495.00 | $99.00 |
| 10/14/2022 | BDD | CA | Email S. Golden re WIP list | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | BDD | CA | Attend to calendaring matters (.10) and update critical dates memo re same (.20) | 0.30 | 495.00 | $148.50 |
| 10/14/2022 | SWG | CA | Call with C. Nelson re: case status and prep for upcoming call with Debtor | 0.20 | 900.00 | $180.00 |
| 10/14/2022 | SWG | CA | Call with Debtor's professionals re: case (.7); follow up with UCC professionals (.2) | 0.90 | 900.00 | $810.00 |
| 10/14/2022 | SWG | CA | Call with J. Pomerantz re: case strategy and upcoming discussion with Debtor's professionals. | 0.20 | 900.00 | $180.00 |
| 10/17/2022 | BDD | CA | Email S. Golden re WIP list | 0.10 | 495.00 | $49.50 |
| 10/17/2022 | BDD | CA | Prepare WIP list and email S. Golden re same | 0.70 | 495.00 | $346.50 |
| 10/17/2022 | BDD | CA | Work on ECF issues re S. Golden notifications | 0.20 | 495.00 | $99.00 |
| 10/17/2022 | BDD | CA | Call with R. Paluso at USBC re S. Golden Zoom permissions for 10/20 hearing and email S. Golden re same | 0.10 | 495.00 | $49.50 |
| 10/18/2022 | BDD | CA | Emails N. Brown re S. Golden addition to ECF | 0.10 | 495.00 | $49.50 |
| 10/18/2022 | BDD | CA | Email N. Brown re PSZJ Request for Notice/Notice of Appearance | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    11

Invoice 131394

October 31, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2022 | BDD | CA | Calls with R. Paluso (USBC) and S. Golden re 10/20 status conference hearing (.20), and email S. Golden re same (.10) | 0.30 | 495.00 | $148.50 |
| 10/19/2022 | BDD | CA | Emails S. Golden and A. Thalassinos re 10/20 status conference (.10); call with R. Palluso, court clerk, re same (.10) | 0.20 | 495.00 | $99.00 |
| 10/19/2022 | SWG | CA | Participate in call with strategic communications teams. | 0.50 | 900.00 | $450.00 |
| 10/20/2022 | BDD | CA | Email S. Golden and N. Brown re ECF notifications | 0.20 | 495.00 | $99.00 |
| 10/20/2022 | SWG | CA | Call with Debtor's counsel re: hearing preparation | 0.30 | 900.00 | $270.00 |
| 10/20/2022 | SWG | CA | Attend status conference | 0.50 | 900.00 | $450.00 |
| 10/24/2022 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.20 | 495.00 | $99.00 |
| 10/24/2022 | BDD | CA | Review docket and update critical dates memo re same | 0.60 | 495.00 | $297.00 |
| 10/27/2022 | SWG | CA | Draft and send email to Debtor's counsel re: Friday call | 0.20 | 900.00 | $180.00 |
| 10/27/2022 | SWG | CA | Call with unsecured creditor | 0.30 | 900.00 | $270.00 |
| 10/27/2022 | SWG | CA | Call with FTI team re: case strategy | 0.80 | 900.00 | $720.00 |
| 10/28/2022 | BDD | CA | Update critical dates memo and email S. Golden re same | 0.40 | 495.00 | $198.00 |
| 10/28/2022 | SWG | CA | Call with Debtors re: case status and next steps | 0.70 | 900.00 | $630.00 |
| 10/28/2022 | SWG | CA | Call with unsecured creditor re: questions on case | 0.40 | 900.00 | $360.00 |
|  |  |  |  | **28.30** |  | **$19,921.50** |

## Claims Admin/Objections[B310]

| 10/19/2022 | BDD | CO | Email B. Downing re filed claims | 0.10 | 495.00 | $49.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.10** |  | **$49.50** |

## Financial Filings [B110]

| 10/17/2022 | BDD | FF | Email S. Golden re summary prep of Schedules/SOFAs | 0.10 | 495.00 | $49.50 |
|---|---|---|---|---|---|---|
| 10/20/2022 | BDD | FF | Review filed Schedules and SOFAs and prepare summary memo re same (3.1); email S. Golden re | 3.20 | 495.00 | $1,584.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    12

Invoice 131394

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | same (.10) |  |  |  |
| 10/26/2022 | SWG | FF | Comprehensively review schedules and SOFA (1.3); send email to FTI re: same (.3) | 1.60 | 900.00 | $1,440.00 |
|  |  |  |  | 4.90 |  | $3,073.50 |

## General Creditors Comm. [B150]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2022 | JNP | GC | Review and comment on committee call agenda. | 0.10 | 900.00 | $90.00 |
| 10/01/2022 | JNP | GC | Review emails to Committee Members. | 0.10 | 900.00 | $90.00 |
| 10/01/2022 | JNP | GC | Conference with Steven W. Golden regarding committee administration, call with Dentons and related (2x). | 0.30 | 900.00 | $270.00 |
| 10/01/2022 | BDD | GC | Email S. Golden re email distribution list | 0.10 | 495.00 | $49.50 |
| 10/01/2022 | TMK | GC | Review initial email to Committee along with bylaws and meeting agenda. | 0.30 | 900.00 | $270.00 |
| 10/01/2022 | SWG | GC | Prepare Committee bylaws | 0.20 | 900.00 | $180.00 |
| 10/01/2022 | SWG | GC | Draft and send email to Committee re: meeting | 0.20 | 900.00 | $180.00 |
| 10/01/2022 | SWG | GC | Call with Debtors' counsel re: case status and intro | 0.80 | 900.00 | $720.00 |
| 10/01/2022 | SWG | GC | Conference with J. Pomerantz regarding committee administration | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | DG | GC | Conference with J. Pomerantz regarding Committee call and financial advisor interviews. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | DG | GC | Conference with J. Pomerantz regarding Committee call and financial advisor interviews. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | JNP | GC | Conference with Steven W. Golden regarding Committee related issues. | 0.20 | 900.00 | $180.00 |
| 10/03/2022 | JNP | GC | Conference with Steven W. Golden regarding call with Committee Member. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | JNP | GC | Conference with C. Baur regarding upcoming Committee meeting and case status. | 0.30 | 900.00 | $270.00 |
| 10/03/2022 | JNP | GC | Conference with D. Brinkman in advance of Committee call. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | JNP | GC | Participate in Committee call (partial). | 0.70 | 900.00 | $630.00 |
| 10/03/2022 | JNP | GC | Conference with Steven W. Golden regarding Committee call. | 0.20 | 900.00 | $180.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

Borrego Comm. Health Found OCC

Invoice 131394

10283    -00002

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2022 | JNP | GC | Conference with Debra Grassgreen regarding Committee call and financial advisor interviews. | 0.10 | 900.00 | $90.00 |
| 10/03/2022 | BDD | GC | Work on email distribution list and multiple emails with S. Golden and C. Curts | 0.70 | 495.00 | $346.50 |
| 10/03/2022 | TMK | GC | Prepare for and participate in meeting with Committee; follow up emails regarding same. | 1.80 | 900.00 | $1,620.00 |
| 10/03/2022 | SWG | GC | Prepare for Committee call | 0.20 | 900.00 | $180.00 |
| 10/03/2022 | SWG | GC | Call with J. Pomerantz re: committee call | 0.20 | 900.00 | $180.00 |
| 10/03/2022 | SWG | GC | Call with Committee member re: case | 0.30 | 900.00 | $270.00 |
| 10/03/2022 | SWG | GC | Call with Committee member re: case status | 0.40 | 900.00 | $360.00 |
| 10/03/2022 | SWG | GC | Call with J. Pomerantz re: case strategy | 0.30 | 900.00 | $270.00 |
| 10/03/2022 | SWG | GC | Participate in Committee call. | 1.50 | 900.00 | $1,350.00 |
| 10/03/2022 | SWG | GC | Draft and send emails to FAs to arrange pitches. | 0.30 | 900.00 | $270.00 |
| 10/04/2022 | JNP | GC | Review and respond to emails from Steven W. Golden regarding communications with Committee Member. | 0.10 | 900.00 | $90.00 |
| 10/04/2022 | BDD | GC | Prepare Committee Information Motion/Declaration and emails S. Golden re same | 3.10 | 495.00 | $1,534.50 |
| 10/04/2022 | BDD | GC | Email S. Golden re Committee expenses | 0.10 | 495.00 | $49.50 |
| 10/04/2022 | BDD | GC | Prepare Committee expense reimbursement form and email S. Golden re same | 0.20 | 495.00 | $99.00 |
| 10/04/2022 | BDD | GC | Email S. Golden re Friday Committee call | 0.10 | 495.00 | $49.50 |
| 10/04/2022 | SWG | GC | Attention to Committee Information Motion. | 0.20 | 900.00 | $180.00 |
| 10/04/2022 | SWG | GC | Draft and send email to Committee | 0.20 | 900.00 | $180.00 |
| 10/06/2022 | BDD | GC | Review docket and prepare summary of pending matters (.50); email S. Golden re same (.10) | 0.60 | 495.00 | $297.00 |
| 10/06/2022 | BDD | GC | Email C. Baur re by-law signatures | 0.10 | 495.00 | $49.50 |
| 10/06/2022 | BDD | GC | Email S. Golden re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/06/2022 | BDD | GC | Email A. Gutierrez re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/06/2022 | BDD | GC | Email L. Forrester re Committee website | 0.10 | 495.00 | $49.50 |
| 10/06/2022 | SWG | GC | Draft and send email to Committee | 0.20 | 900.00 | $180.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    14

Invoice 131394

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/07/2022 | DG | GC | Committee Meeting - FA interviews and update on hearing | 1.60 | 900.00 | $1,440.00 |
| 10/07/2022 | LAF | GC | Build creditor website. | 2.30 | 495.00 | $1,138.50 |
| 10/07/2022 | BDD | GC | Email S. Golden re finalized bylaws | 0.10 | 495.00 | $49.50 |
| 10/07/2022 | BDD | GC | Email L. Forrester re Committee website | 0.10 | 495.00 | $49.50 |
| 10/07/2022 | SWG | GC | Participate in Committee call and FA interviews | 1.60 | 900.00 | $1,440.00 |
| 10/07/2022 | SWG | GC | Draft and send emails to Committees, including with respect to scheduling of Committee meetings | 0.30 | 900.00 | $270.00 |
| 10/07/2022 | SWG | GC | Edit Committee bylaws. | 0.10 | 900.00 | $90.00 |
| 10/10/2022 | BDD | GC | Email L. Forrester re Committee website | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | BDD | GC | Email S. Golden re live Committee website | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | LAF | GC | Complete creditor site. | 0.30 | 495.00 | $148.50 |
| 10/11/2022 | BDD | GC | Emails N. Brown re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email L. Forrester re edits to Committee website | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email S. Golden re creditor website information | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email L. Forrester re Notice of Ch 11 Bankruptcy case and bar dates (general and governmental entities) for C'tee website | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email H. Pourshirazi re committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email M. Bilal re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | BDD | GC | Email M. Irani re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | SWG | GC | Update Committee website | 0.20 | 900.00 | $180.00 |
| 10/12/2022 | BDD | GC | Research re obtaining information on congressional representatives for each location of Debtor's facilities and work on spreadsheet re same (2.1); emails S. Golden re same (.20) | 2.40 | 495.00 | $1,188.00 |
| 10/12/2022 | BDD | GC | Email S. Golden re missing signatures for bylaws | 0.10 | 495.00 | $49.50 |
| 10/12/2022 | SWG | GC | Draft and send update email to Committee members | 0.70 | 900.00 | $630.00 |
| 10/13/2022 | BDD | GC | Email S. Golden re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/13/2022 | BDD | GC | Continue researching information to obtain information re congressional representatives for each location of Debtor's facilities and work on | 0.60 | 495.00 | $297.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    15

Invoice 131394

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | spreadsheet re same (.5), and emails S. Golden re same (.10) | | | |
| 10/13/2022 | SWG | GC | Call with N. Ganti re: case strategy | 0.20 | 900.00 | $180.00 |
| 10/16/2022 | SWG | GC | Draft and send email to Committee re: call agenda | 0.20 | 900.00 | $180.00 |
| 10/17/2022 | JNP | GC | Participate on Committee call. | 1.20 | 900.00 | $1,080.00 |
| 10/17/2022 | JNP | GC | Conference with Steven W. Golden after Committee call. | 0.20 | 900.00 | $180.00 |
| 10/17/2022 | JNP | GC | Emails regarding By-laws. | 0.10 | 900.00 | $90.00 |
| 10/17/2022 | BDD | GC | Email N. Brown re Committee bylaws | 0.10 | 495.00 | $49.50 |
| 10/17/2022 | BDD | GC | Email S. Golden re Bilal's signature for bylaws | 0.10 | 495.00 | $49.50 |
| 10/17/2022 | SWG | GC | Participate in weekly Committee call. | 1.10 | 900.00 | $990.00 |
| 10/17/2022 | SWG | GC | Follow up call with J. Pomerantz re: committee call | 0.20 | 900.00 | $180.00 |
| 10/20/2022 | JNP | GC | Conference with D. Brinkman regarding By-laws. | 0.10 | 900.00 | $90.00 |
| 10/20/2022 | BDD | GC | Email S. Golden re bylaws | 0.10 | 495.00 | $49.50 |
| 10/20/2022 | SWG | GC | Call with Committee Member re: case status | 0.50 | 900.00 | $450.00 |
| 10/23/2022 | JNP | GC | Review FTI report of Committee and provide comments. | 0.30 | 900.00 | $270.00 |
| 10/23/2022 | JNP | GC | Conference with Steven W. Golden regarding case status and Committee call. | 0.40 | 900.00 | $360.00 |
| 10/23/2022 | SWG | GC | Call with J. Pomerantz re: case status and next steps | 0.40 | 900.00 | $360.00 |
| 10/23/2022 | SWG | GC | Draft and send Committee call agenda | 0.20 | 900.00 | $180.00 |
| 10/23/2022 | SWG | GC | Catch up call with N. Ganti. | 0.30 | 900.00 | $270.00 |
| 10/24/2022 | JNP | GC | Conference with Steven W. Golden regarding committee meeting and next steps with debtor. | 0.30 | 900.00 | $270.00 |
| 10/24/2022 | SWG | GC | Draft and send emails to Committee | 0.20 | 900.00 | $180.00 |
| 10/24/2022 | SWG | GC | Participate in Committee call | 1.20 | 900.00 | $1,080.00 |
| 10/24/2022 | SWG | GC | Call with J. Pomerantz regarding committee meeting and next steps with debtor | 0.30 | 900.00 | $270.00 |
| 10/25/2022 | BDD | GC | Assemble/finalize executed bylaws and emails S. Golden and N. Brown re same | 0.20 | 495.00 | $99.00 |
| 10/26/2022 | SWG | GC | Draft and send emails to Committee. | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    16
Invoice 131394
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2022 | SWG | GC | Call with N. Ganti re: case matters. | 0.30 | 900.00 | $270.00 |
| 10/27/2022 | LAF | GC | Update creditor site. | 0.30 | 495.00 | $148.50 |
| 10/27/2022 | BDD | GC | Revisions to C'tee Information Motion and emails S. Golden, L. Forrester and N. Brown re same (.70); email KCC re same (.10) | 0.80 | 495.00 | $396.00 |
| 10/27/2022 | SWG | GC | Draft and send email to UCC advisors re: agenda for Tuesday call | 0.20 | 900.00 | $180.00 |
| 10/28/2022 | BDD | GC | Prepare Notice of Filing of Committee information Motion and emails S. Golden, N. Brown and KCC re same | 0.50 | 495.00 | $247.50 |
| 10/28/2022 | BDD | GC | Prepare amendment to Committee information motion and emails S. Golden, N. Brown and KCC re same | 0.40 | 495.00 | $198.00 |
| 10/31/2022 | JNP | GC | Conference with Steven W. Golden regarding Committee meeting. | 0.20 | 900.00 | $180.00 |
| 10/31/2022 | SWG | GC | Call with N. Ganti re: case status | 0.30 | 900.00 | $270.00 |
| 10/31/2022 | SWG | GC | Call with J. Pomerantz re: committee meeting | 0.20 | 900.00 | $180.00 |
| | | | | **37.80** | | **$28,066.50** |

**Meeting of Creditors [B150]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/18/2022 | SWG | MC | Participate in telephonic meeting of creditors | 1.10 | 900.00 | $990.00 |
| | | | | **1.10** | | **$990.00** |

**PSZ&J Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2022 | BDD | PR | Email S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/03/2022 | BDD | PR | Email S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/09/2022 | BDD | PR | Email S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | BDD | PR | Prepare draft PSZJ retention application, declaration, and order and emails S. Golden and L. Forrester re same | 3.30 | 495.00 | $1,633.50 |
| 10/11/2022 | BDD | PR | Review USBC Southern District retention applications and email S. Golden re same | 0.50 | 495.00 | $247.50 |
| 10/11/2022 | BDD | PR | Email S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/11/2022 | SWG | PR | Review and edit PSZJ retention application. | 0.50 | 900.00 | $450.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    -00002

Page:    17
Invoice 131394
October 31, 2022

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2022 | GFB | PR | Review and analyze conflicts data. | 0.10 | 900.00 | $90.00 |
| 10/12/2022 | GFB | PR | Review and analyze conflicts data; draft emails to Richard Pachulski, Laura Davis Jones, Teddy Kapur, and Jeffrey Dulberg regarding same. | 0.60 | 900.00 | $540.00 |
| 10/13/2022 | BDD | PR | Emails S. Golden re conflict check | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | GFB | PR | Review email from Beth Dassa regarding conflicts status, and draft response; review charts and draft emails to Ms Dassa and Steven Golden regarding same. | 0.20 | 900.00 | $180.00 |
| 10/14/2022 | BDD | PR | Emails G. Brown and S. Golden re conflicts check | 0.20 | 495.00 | $99.00 |
| 10/17/2022 | BDD | PR | Email S. Golden re Tenet Healthcare disclosure for retention application | 0.10 | 495.00 | $49.50 |
| 10/17/2022 | BDD | PR | Research additional name for conflicts and email S. Golden re same | 0.30 | 495.00 | $148.50 |
| 10/17/2022 | BDD | PR | Revisions to PSZJ retention application | 0.20 | 495.00 | $99.00 |
| 10/17/2022 | BDD | PR | Email S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/17/2022 | BDD | PR | Research local rules re Notice requirements for retention applications and emails S. Golden re same | 0.30 | 495.00 | $148.50 |
| 10/20/2022 | JNP | PR | Conference with C. Bauer (2x) regarding PSZJ retention application. | 0.50 | 900.00 | $450.00 |
| 10/20/2022 | JNP | PR | Review and respond to J. Garfinkle regarding PSZJ retention. | 0.10 | 900.00 | $90.00 |
| 10/20/2022 | JNP | PR | Conference with Steven W. Golden regarding PSZJ retention (several). | 0.50 | 900.00 | $450.00 |
| 10/24/2022 | JNP | PR | Emails regarding PSZJ retention application. | 0.10 | 900.00 | $90.00 |
| 10/24/2022 | BDD | PR | Revisions to PSZJ retention application, declaration and order and prepare for filing (.80); multiple emails S. Golden and N. Brown re same (.20) | 1.00 | 495.00 | $495.00 |
| 10/24/2022 | BDD | PR | Email JS Pomerantz and S. Golden re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 10/24/2022 | BDD | PR | Transmittal of PSZJ retention application to UST (per LBR 9034-1) | 0.10 | 495.00 | $49.50 |
| 10/24/2022 | BDD | PR | Email Kurtzman Carson re service of PSZJ retention application | 0.10 | 495.00 | $49.50 |
| | | | | 9.40 | | $5,706.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    18

Invoice 131394

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Ret. of Prof./Other** | | | | | | |
| 10/01/2022 | JNP | RPO | Conference with M.  Bilbao regarding potential retention of investment banker (2x). | 0.30 | 900.00 | $270.00 |
| 10/02/2022 | JNP | RPO | Conference with Steven W. Golden and FTI regarding potential engagement. | 0.50 | 900.00 | $450.00 |
| 10/03/2022 | DG | RPO | Call with J. Pomerantz re: interviews for FA (.2); confer with S. Golden re: same (.1) | 0.30 | 900.00 | $270.00 |
| 10/03/2022 | JNP | RPO | Conference with M. Bilbao (several) regarding retention of financial advisor. | 0.40 | 900.00 | $360.00 |
| 10/03/2022 | TMK | RPO | Review materials from potential Committee financial advisors. | 0.30 | 900.00 | $270.00 |
| 10/06/2022 | DG | RPO | Further prep for FA interviews including review of materials in  more detail (1.0); and call with S. Golden (.2) | 1.20 | 900.00 | $1,080.00 |
| 10/07/2022 | TMK | RPO | Confer with S. Golden regarding FA pitches and follow up with FTI. | 0.40 | 900.00 | $360.00 |
| 10/07/2022 | SWG | RPO | Confer with T. Kapur regarding FA pitches and follow up with FTI. | 0.40 | 900.00 | $360.00 |
| 10/11/2022 | BDD | RPO | Email S. Golden re FTI retention application | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | BDD | RPO | Email S. Golden re Debtor's filed retention applications | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | SWG | RPO | Review Debtor's professional retention applications and draft summary memo to Committee re: same | 1.00 | 900.00 | $900.00 |
| 10/19/2022 | BDD | RPO | Review entered orders on Patient Care Ombudsman's applications to retain Levene Neale and Dr. Tim Stacy (.10); email N. Brown re same (.10) | 0.20 | 495.00 | $99.00 |
| 10/21/2022 | BDD | RPO | Review and revise FTI retention application. C. Nelson declaration and Order (1.3); email S. Golden re same (.10) | 1.50 | 495.00 | $742.50 |
| 10/24/2022 | BDD | RPO | Email S. Golden re FTI retention application | 0.10 | 495.00 | $49.50 |
| 10/24/2022 | SWG | RPO | Review FTI retention application | 0.20 | 900.00 | $180.00 |
| 10/26/2022 | BDD | RPO | Email S. Golden re FTI retention application | 0.10 | 495.00 | $49.50 |
| 10/26/2022 | BDD | RPO | Email S. Golden re FTI retention application | 0.10 | 495.00 | $49.50 |
| 10/26/2022 | BDD | RPO | Email N. Brown re FTI retention application | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    19
Invoice 131394
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2022 | BDD | RPO | Email S. Golden re C. Nelson declaration in support of FTI retention application | 0.10 | 495.00 | $49.50 |
| 10/28/2022 | BDD | RPO | Work with N. Brown re filing of FTI retention application, dec and order and emails S. Golden and KCC re same | 0.60 | 495.00 | $297.00 |
| | | | | 8.00 | | $5,985.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$94,549.50**

Pachulski Stang Ziehl & Jones LLP                                        Page:    20
Borrego Comm. Health Found OCC                                          Invoice 131394
10283    -00002                                                          October 31, 2022

---

### Expenses

| 10/03/2022 | LN | 10283.00002 Lexis Charges for 10-03-22 | 43.28 |
|---|---|---|---|
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.40 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 23.55 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 23.55 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 18.76 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 23.55 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 23.55 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.40 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 19.77 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 19.77 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 21.59 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 19.77 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 23.99 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 21.59 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 18.95 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 44.58 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 25.08 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 31.90 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    21
Borrego Comm. Health Found OCC                                        Invoice 131394
10283    -00002                                                       October 31, 2022

| | | | |
|---|---|---|---|
| 10/04/2022 | FE | 10283.00002 FedEx Charges for 10-04-22 | 12.66 |
| 10/04/2022 | FE | 10283.00001 FedEx Charges for 10-04-22 | 26.07 |
| 10/04/2022 | FF | Filing Fee [E112] Clerk, United States District Court, BDD | 213.00 |
| 10/04/2022 | LN | 10283.00002 Lexis Charges for 10-04-22 | 25.98 |
| 10/04/2022 | LN | 10283.00002 Lexis Charges for 10-04-22 | 24.73 |
| 10/04/2022 | PO | U.S. Postage | 431.20 |
| 10/05/2022 | FE | 10283.00001 FedEx Charges for 10-05-22 | 36.91 |
| 10/05/2022 | FE | 10283.00001 FedEx Charges for 10-05-22 | 21.59 |
| 10/05/2022 | FE | 10283.00001 FedEx Charges for 10-05-22 | 25.08 |
| 10/05/2022 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/05/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/05/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/05/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/05/2022 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 10/05/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/05/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/05/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/05/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/05/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/05/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/05/2022 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 10/05/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/05/2022 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 10/05/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/05/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2022 | AT | Auto Travel Expense [E109] [E109] KLS Worldwide Chauffeured  Services, Inv.3005070, from Residence/US Bankruptcy Court 325 West F Street, San Diego/Residence, TMK | 973.87 |
| 10/06/2022 | TE | Travel Expense [E110] Cash Tip for KLS Transportation Services Res# 243005*1, TMK | 40.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    22

Borrego Comm. Health Found OCC

Invoice 131394

10283    -00002

October 31, 2022

| | | | |
|---|---|---|---:|
| 10/07/2022 | FE | 10283.00002 FedEx Charges for 10-07-22 | 12.66 |
| 10/07/2022 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 10/07/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/12/2022 | LN | 10283.00002 Lexis Charges for 10-12-22 | 25.98 |
| 10/17/2022 | LN | 10283.00002 Lexis Charges for 10-17-22 | 39.68 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/20/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/20/2022 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/20/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/20/2022 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/20/2022 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/20/2022 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 10/25/2022 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 10/25/2022 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 10/25/2022 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 10/25/2022 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 10/25/2022 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 10/27/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/31/2022 | PAC | Pacer - Court Research | 130.50 |

**Total Expenses for this Matter**                **$2,743.58**

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    23
Invoice 131394
October 31, 2022

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **10/31/2022**

| | |
|---|---|
| **Total Fees** | **$94,549.50** |
| **Total Expenses** | **2,743.58** |
| **Total Due on Current Invoice** | **$97,293.08** |

**Outstanding Balance from prior invoices as of**    **10/31/2022**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| | | | | |

**Total Amount Due on Current and Prior Invoices:**    **$97,293.08**