SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623-9300
Facsimile: 213 623-9924

Attorneys for the Chapter 11 Debtor and
Debtor In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Judge: Honorable Laura S. Taylor<br><br>**DECLARATION OF SAMUEL R. MAIZEL IN REPLY TO DOCKET NO. 331**<br><br>**No Hearing Required** |

## Declaration of Samuel R. Maizel

I, Samuel R. Maizel, hereby state and declare as follows:

1. I am a partner in the law firm of Dentons US LLP ("Dentons"), located at 601 S. Figueroa Street, Suite No.2500, Los Angeles, CA 900017, and have been duly admitted to practice law in the Commonwealth of Pennsylvania and the State of California and the United States District Court for the Southern District of California.

2. Dentons is counsel to Borrego Community Health Foundation, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"). [Docket No. 292]. I am one of the attorneys representing Debtor.

3. I am providing this declaration to apprise the Court of certain facts in response to the Court's concerns raised relating to the notice of bid procedures, auction, and sale hearing. [Docket No. 331].

4. On December 12, 2022, Dentons, on behalf of Debtor, instructed the Debtor's noticing agent, Kurtzman Carson Consultants LLC ("KCC") to serve the Notice of Sale Procedures, Auction Date, and Sale Hearing (the "Notice").

5. On December 12, 2022 and December 13, 2022, KCC served the Notice via email and First Class Mail on the parties on both the Core/2022 list and the mailing matrix [Docket No. 332].

6. Dentons previously instructed KCC to remove the United States District Court ("USDC") from the Core/2022 list. However, the USDC address inadvertently

remained on the mailing matrix, which has thousands of addresses. Thus, Notice was unintentionally mailed to the USDC.

7. I have instructed KCC to remove the USDC from the mailing matrix and confirmed with KCC that the USDC has been removed from the mailing matrix.

8. On December 27, 2022, I caused the Notice to be filed on the Court's docket to ensure proper notice of sale hearing. [Docket No. 340].

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 27th day of December 2022, at Los Angeles, California.

*/s/ Samuel R. Maizel*

Samuel R. Maizel

- 2 -