Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         tkapur@pszjlaw.com
         sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 22-02384-LT11 |
| --- | --- |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor and Debtor in Possession. | **PACHULSKI STANG ZIEHL & JONES LLP'S SECOND MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2022 – NOVEMBER 30, 2022** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CSD 1143 (04/28/96)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR:      Borrego Community Health Foundation

Petition Date:  September 12, 2022

Case No: 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:      Pachulski Stang Ziehl & Jones LLP

REPRESENTING:   The Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT**:  Docket No. 287

| CATEGORY | APPLICATION PERIOD: November 1, 2022 – November 30, 2022 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Asset Disposition | 8.30 | $7,105.50 |
| Bankruptcy Litigation | 9.90 | $7,897.50 |
| Case Administration | 7.50 | $5,535.00 |
| Claims Admin/Objections | 3.30 | $2,605.50 |
| Compensation of Professionals | 14.30 | $12,424.50 |
| Employee Benefits/Pension | 3.50 | $3,150.00 |
| Financial Filings | 0.30 | $270.00 |
| General Creditors Committee | 17.90 | $15,259.50 |
| Meeting of Creditors | 0.40 | $360.00 |
| Operations | 0.50 | $450.00 |
| Retention of Professionals | 13.30 | $8,244.00 |
| **TOTAL** | **79.20** | **$63,301.50**[1] |

[1]PSZJ has agreed with the Committee to seek professional compensation at a blended hourly rate of $900.  The standard hourly rates of the PSZ J professionals designated to represent the Committee are: Jeffrey N. Pomerantz ($1,445.00 per hour); Debra I. Grassgreen ($1,425.00 per hour); Teddy M. Kapur ($975.00 per hour); and Steven W. Golden ($775.00 per hour).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:241726.1 10283/002

### MONTHLY FEE APPLICATION

Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") submits its Second Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period November 1, 2022 – November 30, 2022 (the "Application Period").  In support of the Application, PSZJ respectfully represents as follows:

1.      The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee").  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $63,301.50 during the Application Period.  The total fees represent 79.20 hours expended during the Application Period.  These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2022 – November 30, 2022 | $63,301.50 | $557.32 | $63,858.82 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the total amount of $51,198.52 at this time.   This total is comprised as follows: $50,641.20 (80% of the fees totaling $63,301.50 for services rendered), plus $557.32 (100% of the expenses incurred).

4.      As the Firm is filing this Application concurrently with its first monthly fee application covering the period September 30, 2022 – October 31, 2022, no amounts have previously been paid to the Firm.

5.      Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period and the hourly rate for each such professional.  Attached hereto as **Exhibit "2"** is the detailed time and expense statements for the Application Period.

6.      The Firm has served a copy of this Application on the United States

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Trustee (the "<u>U.S. Trustee</u>"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "<u>Notice Parties</u>").  The Application was mailed by first class mail, postage prepaid, on or about December 27, 2022.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about December 27, 2022.

7.    Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "<u>Interim Compensation Procedures Order</u>") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8.    The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated:  December 27, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Jeffrey N. Pomerantz*
        Jeffrey N. Pomerantz

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## EXHIBIT "1"

**Summary of Hours by Professional for Application Period
(November 1, 2022 – November 30, 2022)**

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| Pomerantz, Jeffrey N. | Partner | 14.40 | $900.00 | $12,960.00 |
| Grassgreen, Debra I. | Partner | 1.70 | $900.00 | $1,530.00 |
| Kapur, Teddy M. | Partner | 0.80 | $900.00 | $720.00 |
| Brown, Gillian N. | Of Counsel | 0.10 | $900.00 | $90.00 |
| Golden, Steven W. | Associate | 42.50 | $900.00 | $38,250.00 |
| Forrester, Leslie A. | Law Librarian | 3.80 | $495.00 | $1,881.00 |
| Dassa, Beth D. | Paralegal | 15.90 | $495.00 | $7,870.50 |
| **TOTAL** | | **79.20** | | **$63,301.50** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6

# EXHIBIT "2"

**Detailed Time and Expense Statement for Application Period
(November 1, 2022 – November 30, 2022)**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCS_DE:241726.1 10283/002

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | November 30, 2022 |
| JNP | Invoice    131451 |
| | Client     10283 |
| | Matter    00002 |
| | **JNP** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2022

| | |
|---|---|
| FEES | $63,301.50 |
| EXPENSES | $557.32 |
| **TOTAL CURRENT CHARGES** | **$63,858.82** |
| **BALANCE FORWARD** | **$97,293.08** |
| **TOTAL BALANCE DUE** | **$161,151.90** |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    2

Invoice 131451

November 30, 2022

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 15.90 | $7,870.50 |
| DG | Grassgreen, Debra I. | Partner | 900.00 | 1.70 | $1,530.00 |
| GNB | Brown, Gillian N. | Counsel | 900.00 | 0.10 | $90.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 900.00 | 14.40 | $12,960.00 |
| LAF | Forrester, Leslie A. | Other | 495.00 | 3.80 | $1,881.00 |
| SWG | Golden, Steven W. | Associate | 900.00 | 42.50 | $38,250.00 |
| TMK | Kapur, Teddy M. | Partner | 900.00 | 0.80 | $720.00 |
| | | | | 79.20 | $63,301.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:      3
Invoice 131451
November 30, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 8.30 | $7,105.50 |
| BL | Bankruptcy Litigation [L430] | 9.90 | $7,897.50 |
| CA | Case Administration [B110] | 7.50 | $5,535.00 |
| CO | Claims Admin/Objections[B310] | 3.30 | $2,605.50 |
| CP | Compensation Prof. [B160] | 14.30 | $12,424.50 |
| EB | Employee Benefit/Pension-B220 | 3.50 | $3,150.00 |
| FF | Financial Filings [B110] | 0.30 | $270.00 |
| GC | General Creditors Comm. [B150] | 17.90 | $15,259.50 |
| MC | Meeting of Creditors [B150] | 0.40 | $360.00 |
| OP | Operations [B210] | 0.50 | $450.00 |
| RP | Retention of Prof. [B160] | 13.30 | $8,244.00 |
| | | 79.20 | $63,301.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:     4
Invoice 131451
November 30, 2022

## Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $40.00 |
| Lexis/Nexis- Legal Research [E | $459.22 |
| Pacer - Court Research | $50.40 |
| Reproduction/ Scan Copy | $7.70 |
| | $557.32 |

Pachulski Stang Ziehl & Jones LLP

Page:    5

Borrego Comm. Health Found OCC

Invoice 131451

10283    - 00002

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 11/11/2022 | SWG | AD | Draft and send email to Committee re: bid procedures | 0.20 | 900.00 | $180.00 |
| 11/11/2022 | SWG | AD | Review filed bid procedures and propose edits to same | 0.40 | 900.00 | $360.00 |
| 11/11/2022 | SWG | AD | Draft and send email to J. Pomerantz and FTI teams re: comments to bid procedures. | 0.20 | 900.00 | $180.00 |
| 11/11/2022 | SWG | AD | Review and edit proposed assumption and assignment procedures. | 0.40 | 900.00 | $360.00 |
| 11/12/2022 | SWG | AD | Call with N. Ganti re: sale process | 0.70 | 900.00 | $630.00 |
| 11/14/2022 | SWG | AD | Respond to J. Pomerantz email re: bid procedures | 0.10 | 900.00 | $90.00 |
| 11/14/2022 | SWG | AD | Draft and send email to Debtor's counsel re: bid/contract procedures. | 0.20 | 900.00 | $180.00 |
| 11/17/2022 | JNP | AD | Review state opposition to sale procedures motion and email with Steven W. Golden regarding same. | 0.20 | 900.00 | $180.00 |
| 11/17/2022 | BDD | AD | Email S. Golden re DHCS opposition to Debtor's Motion for approval of APA, and declarations re same | 0.10 | 495.00 | $49.50 |
| 11/21/2022 | TMK | AD | Confer with CEO of potential bidder about possible sale and coordinate introduction to PSZJ and FTI teams. | 0.80 | 900.00 | $720.00 |
| 11/22/2022 | BDD | AD | Prepare draft joinder to Debtor's omni reply to oppos to bid procedures motion | 0.50 | 495.00 | $247.50 |
| 11/23/2022 | BDD | AD | Email S. Golden re Omnibus Reply to Objections to Bid Procedures Motion | 0.10 | 495.00 | $49.50 |
| 11/26/2022 | JNP | AD | Conference with M. Bilbao regarding sale process and related issues. | 0.30 | 900.00 | $270.00 |
| 11/26/2022 | SWG | AD | Call with T. Moyron re: bid pro motion and related pending matters | 0.30 | 900.00 | $270.00 |
| 11/26/2022 | SWG | AD | Review and summarize bid procedures objections | 0.70 | 900.00 | $630.00 |
| 11/28/2022 | SWG | AD | Call with Committee member re: sale process. | 1.00 | 900.00 | $900.00 |
| 11/30/2022 | BDD | AD | Email S. Golden re pleadings on Bid Pro Motion hearing and Motion to Enlarge Time to File POC, filed by Inland Valley Investments | 0.20 | 495.00 | $99.00 |
| 11/30/2022 | SWG | AD | Draft reply and joinder re: Bidding Procedures | 1.70 | 900.00 | $1,530.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:      6
Invoice 131451
November 30, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Motion |  |  |  |
| 11/30/2022 | SWG | AD | Review and comment on proposed sale notices and declaration in support of Bid Procedures Motion | 0.20 | 900.00 | $180.00 |
|  |  |  |  | **8.30** |  | **$7,105.50** |

### Bankruptcy Litigation [L430]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2022 | GNB | BL | Email with Beth D. Dassa regarding discovery; Telephone conference with Beth D. Dassa regarding same. | 0.10 | 900.00 | $90.00 |
| 11/01/2022 | BDD | BL | Research 2004 motions and emails L. Forrester re same (.50); confer with G. Brown re procedures for 2004 motions vs subpoenas (with initial disclosures) for adversary matters (.10); email S. Golden re 2004 motion (.10); prepare 2004 motion per S. Golden request and email re same (1.7) | 2.40 | 495.00 | $1,188.00 |
| 11/04/2022 | SWG | BL | Review and comment on stipulation re: mediation | 0.20 | 900.00 | $180.00 |
| 11/07/2022 | JNP | BL | Review and respond to emails regarding identity of mediators. | 0.30 | 900.00 | $270.00 |
| 11/07/2022 | JNP | BL | Emails regarding identity of potential mediator. | 0.10 | 900.00 | $90.00 |
| 11/08/2022 | SWG | BL | Draft and send email update to Committee re: mediation | 0.20 | 900.00 | $180.00 |
| 11/14/2022 | DG | BL | Review background documents in preparation for call with Judge Montali (.7); emails with S. Golden re: same (.1) | 0.80 | 900.00 | $720.00 |
| 11/14/2022 | JNP | BL | Conference with Steven W. Golden regarding mediation. | 0.10 | 900.00 | $90.00 |
| 11/15/2022 | DG | BL | Call with Judge Montali and other mediation parties (.7); confer with S. Golden re: same (.2) | 0.90 | 900.00 | $810.00 |
| 11/15/2022 | JNP | BL | Conference with Steven W. Golden regarding call with Judge Montali regarding mediation. | 0.20 | 900.00 | $180.00 |
| 11/15/2022 | SWG | BL | Participate in preliminary call re: mediation | 0.70 | 900.00 | $630.00 |
| 11/16/2022 | SWG | BL | Draft email to Judge Montali re: mediation | 0.20 | 900.00 | $180.00 |
| 11/28/2022 | JNP | BL | Emails to and from D. Montali regarding mediation. | 0.20 | 900.00 | $180.00 |
| 11/29/2022 | JNP | BL | Conference with Steven W. Golden in advance of mediation call with Judge Montali. | 0.30 | 900.00 | $270.00 |
| 11/29/2022 | JNP | BL | Participate in mediation call with Steven W. Golden | 1.00 | 900.00 | $900.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and Judge Montali | | | |
| 11/29/2022 | JNP | BL | Conference with Steven W. Golden after call with J Montali. | 0.10 | 900.00 | $90.00 |
| 11/29/2022 | BDD | BL | Email S. Golden re Settlement Conference Order (BCHF v. Calif Dept of Healthcare Services adv case) | 0.10 | 495.00 | $49.50 |
| 11/29/2022 | SWG | BL | Draft email to J. Pomerantz re: discussion with Judge Montali on mediation | 0.30 | 900.00 | $270.00 |
| 11/29/2022 | SWG | BL | Call with Judge Montali re: mediation (1.0); follow up with J. Pomerantz re same (.1) | 1.10 | 900.00 | $990.00 |
| 11/29/2022 | SWG | BL | Call with T. Moyron re: mediation | 0.60 | 900.00 | $540.00 |
| | | | | 9.90 | | $7,897.50 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2022 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.20 | 495.00 | $99.00 |
| 11/03/2022 | SWG | CA | Call with FTI strategic communications team re: Committee strategic matters | 0.80 | 900.00 | $720.00 |
| 11/04/2022 | BDD | CA | Email N. Brown re S. Golden pro hac vice | 0.10 | 495.00 | $49.50 |
| 11/11/2022 | SWG | CA | Participate in weekly call with Debtor's counsel | 0.60 | 900.00 | $540.00 |
| 11/16/2022 | SWG | CA | Call with T. Moyron re: status of case. | 0.40 | 900.00 | $360.00 |
| 11/17/2022 | BDD | CA | Review docket re critical dates and update critical dates memo re same (.50); attend to calendaring matters (.10); email PSZJ team re same (.10) | 0.70 | 495.00 | $346.50 |
| 11/18/2022 | JNP | CA | Conference with Samuel R. Maizel, T. Moyron and Steven W. Golden regarding case status. | 0.40 | 900.00 | $360.00 |
| 11/18/2022 | JNP | CA | Conference with FTI and Steven W. Golden regarding case status. | 0.60 | 900.00 | $540.00 |
| 11/18/2022 | SWG | CA | Weekly call with Debtor's counsel. | 0.40 | 900.00 | $360.00 |
| 11/18/2022 | SWG | CA | Conference with J. Pomerantz regarding case status | 0.10 | 900.00 | $90.00 |
| 11/22/2022 | BDD | CA | Review docket and update critical dates memo re same (.60); email S. Golden re same (.10) | 0.70 | 495.00 | $346.50 |
| 11/22/2022 | BDD | CA | Attend to calendaring matters with B. Anavim | 0.10 | 495.00 | $49.50 |
| 11/26/2022 | JNP | CA | Sale and operational update call with FTI and Steven W. Golden. | 1.00 | 900.00 | $900.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    8

Invoice 131451

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2022 | BDD | CA | Attend to calendaring matters with M. Kulick | 0.10 | 495.00 | $49.50 |
| 11/29/2022 | BDD | CA | Review docket and update critical dates memo re same (.60); email S. Golden re same (.10) | 0.70 | 495.00 | $346.50 |
| 11/29/2022 | SWG | CA | Draft and send email to Debtor's counsel re: follow up on administration matters | 0.20 | 900.00 | $180.00 |
| 11/30/2022 | BDD | CA | Email J. Pomerantz re binders for 12/7 hearings | 0.10 | 495.00 | $49.50 |
| 11/30/2022 | BDD | CA | Email N. Brown re 12/7 hearings | 0.10 | 495.00 | $49.50 |
| 11/30/2022 | BDD | CA | Email J. Pomerantz and S. Golden re Zoom links for 12/6 and 12/7 hearings | 0.10 | 495.00 | $49.50 |
| 11/30/2022 | BDD | CA | Review index of pleadings for 12/7 hearings and email N. Brown re same | 0.10 | 495.00 | $49.50 |
| | | | | 7.50 | | $5,535.00 |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2022 | JNP | CO | Review motion to extend time to file claim; Conference with Steven W. Golden regarding same. | 0.20 | 900.00 | $180.00 |
| 11/16/2022 | BDD | CO | Email J. Pomerantz and S. Golden re Emergency App for Order Enlarging Time to File POC, filed by Inland Valley Investments LLC, et al. | 0.10 | 495.00 | $49.50 |
| 11/21/2022 | JNP | CO | Review McKesson claim stipulation. | 0.10 | 900.00 | $90.00 |
| 11/21/2022 | BDD | CO | Prepare joinder to Debtor's opp to Motion to Extend Bar Date and email S. Golden re same | 0.40 | 495.00 | $198.00 |
| 11/21/2022 | SWG | CO | Research re: Priest entities motion to extend bar date and comment on Debtor's opposition to same. | 1.20 | 900.00 | $1,080.00 |
| 11/22/2022 | SWG | CO | Draft joinder to Debtor's objection to motion to extend bar date. | 0.90 | 900.00 | $810.00 |
| 11/29/2022 | BDD | CO | Revisions to Joinder of C'tee in Support of Debtor's Opp to Application for Order EnlargingTime to File POC, filed by Inland Valley Investments, LLC, et al., and emails S. Golden and N. Brown re same | 0.20 | 495.00 | $99.00 |
| 11/29/2022 | BDD | CO | Email S. Golden re 12/6 hearing on Motion Enlarging Time to File Proof of Claim, filed by Inland Valley Investment, LLC, et al. | 0.10 | 495.00 | $49.50 |
| 11/29/2022 | BDD | CO | Email KCC re service of C'tee's Joinder in Support of Debtor's Opp to Motion Enlarging Time to File Proof of Claim, filed by Inland Valley Investment, | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    9

Invoice 131451

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | LLC, et al. | | | |
| | | | | 3.30 | | $2,605.50 |

## Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2022 | SWG | CP | Receive and review proposed interim compensation procedures motion. | 0.20 | 900.00 | $180.00 |
| 11/17/2022 | BDD | CP | Email S. Golden re hearing on Debtor's motion to establish monthly fee procedures (.10); call to court clerk re Zoom appearance for 11/21 hearing (.10) | 0.20 | 495.00 | $99.00 |
| 11/18/2022 | JNP | CP | Review McKesson opposition to fee procedures motion. | 0.10 | 900.00 | $90.00 |
| 11/21/2022 | SWG | CP | Call with J. Pomerantz re: hearing on Knudsen motion | 0.30 | 900.00 | $270.00 |
| 11/21/2022 | SWG | CP | Call with Debtor's counsel re: professional compensation matters. | 0.30 | 900.00 | $270.00 |
| 11/22/2022 | BDD | CP | Prepare draft joinder to Debtor's reply to McKesson opp to interim comp motion | 0.30 | 495.00 | $148.50 |
| 11/22/2022 | SWG | CP | Call with C. Nelson re: Knudsen motion | 0.30 | 900.00 | $270.00 |
| 11/23/2022 | JNP | CP | Review McKesson supplemental objection to Knudsen motion. | 0.20 | 900.00 | $180.00 |
| 11/23/2022 | JNP | CP | Conference with Steven W. Golden regarding supplemental objection to Knudsen motion. | 0.30 | 900.00 | $270.00 |
| 11/23/2022 | BDD | CP | Email S. Golden re Reply to McKesson objection to professional compensation procedures motion | 0.10 | 495.00 | $49.50 |
| 11/23/2022 | SWG | CP | Research re: Knudsen motion | 0.60 | 900.00 | $540.00 |
| 11/26/2022 | SWG | CP | Draft reply to McKesson objection to Knudsen motion | 4.50 | 900.00 | $4,050.00 |
| 11/28/2022 | SWG | CP | Continue drafting reply to McKesson objection to Knudsen motion | 4.70 | 900.00 | $4,230.00 |
| 11/29/2022 | JNP | CP | Review and revise reply regarding Knudsen motion. | 0.50 | 900.00 | $450.00 |
| 11/29/2022 | BDD | CP | Work on hearing binders for 12/7 hearing and emails N. Brown re same | 0.50 | 495.00 | $247.50 |
| 11/30/2022 | JNP | CP | Review revised reply regarding McKesson objection to Knudsen motion | 0.20 | 900.00 | $180.00 |
| 11/30/2022 | SWG | CP | Edit reply to McKesson objection to Knudsen motion | 1.00 | 900.00 | $900.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    -00002

Page:    10
Invoice 131451
November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  | **14.30** |  | **$12,424.50** |

### Employee Benefit/Pension–B220

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2022 | JNP | EB | Review emails regarding KERP and KEIP. | 0.10 | 900.00 | $90.00 |
| 11/01/2022 | SWG | EB | Review KEIP and KERP materials sent by Debtor. | 0.30 | 900.00 | $270.00 |
| 11/02/2022 | JNP | EB | Conference with Steven W. Golden and FTI regarding KEIP and KERP. | 0.30 | 900.00 | $270.00 |
| 11/02/2022 | JNP | EB | Conference with Steven W. Golden regarding call with Debtor regarding KEIP and KERP. | 0.30 | 900.00 | $270.00 |
| 11/02/2022 | JNP | EB | Review email regarding notice of increase of insider compensation. | 0.10 | 900.00 | $90.00 |
| 11/02/2022 | SWG | EB | Call with FTI team re: KEIP/KERP. | 0.30 | 900.00 | $270.00 |
| 11/02/2022 | SWG | EB | Call with Debtors re: KEIP and KERP | 1.00 | 900.00 | $900.00 |
| 11/02/2022 | SWG | EB | Call with J. Pomerantz re: KEIP/KERP | 0.30 | 900.00 | $270.00 |
| 11/03/2022 | SWG | EB | Review and edit KEIP and KERP | 0.40 | 900.00 | $360.00 |
| 11/07/2022 | SWG | EB | Discuss KEIP/KERP with N. Ganti | 0.20 | 900.00 | $180.00 |
| 11/16/2022 | SWG | EB | Draft and send email to Committee re: KEIP/KERP Motion | 0.20 | 900.00 | $180.00 |
| | | | | **3.50** | | **$3,150.00** |

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/08/2022 | SWG | FF | Review and respond to answers from Debtor re: schedules and SOFAs. | 0.30 | 900.00 | $270.00 |
| | | | | **0.30** | | **$270.00** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2022 | JNP | GC | Conference with Committee in preparation for call with Debtor. | 0.50 | 900.00 | $450.00 |
| 11/01/2022 | JNP | GC | Conference with Committee, debtor and debtor professionals. | 1.00 | 900.00 | $900.00 |
| 11/01/2022 | JNP | GC | Conference with Steven W. Golden after Committee call. | 0.30 | 900.00 | $270.00 |
| 11/01/2022 | SWG | GC | Call with committee member re: case strategy | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    11

Invoice 131451

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2022 | SWG | GC | Participate in weekly Committee call | 0.50 | 900.00 | $450.00 |
| 11/01/2022 | SWG | GC | Participate in call with Debtor and Committee. | 1.00 | 900.00 | $900.00 |
| 11/01/2022 | SWG | GC | Receive and respond to email from FTI re: media strategy | 0.10 | 900.00 | $90.00 |
| 11/01/2022 | SWG | GC | Call with J. Pomerantz re: case strategy matters | 0.30 | 900.00 | $270.00 |
| 11/02/2022 | BDD | GC | Email PSZJ team re Notice of Appointment of Unsecured Creditors' Committee | 0.10 | 495.00 | $49.50 |
| 11/04/2022 | SWG | GC | Participate in call with Debtors' counsel | 0.50 | 900.00 | $450.00 |
| 11/04/2022 | SWG | GC | Call with FTI re: discussion with Debtor's counsel | 0.20 | 900.00 | $180.00 |
| 11/07/2022 | JNP | GC | Participate on Committee call. | 1.00 | 900.00 | $900.00 |
| 11/07/2022 | JNP | GC | Call with S. Golden after Committee meeting | 0.10 | 900.00 | $90.00 |
| 11/07/2022 | SWG | GC | Participate in weekly Committee call (1.0); call with J. Pomerantz after same (0.1). | 1.10 | 900.00 | $990.00 |
| 11/11/2022 | SWG | GC | Call with Committee member re: case matters. | 0.60 | 900.00 | $540.00 |
| 11/14/2022 | JNP | GC | Participate on Committee call. | 0.80 | 900.00 | $720.00 |
| 11/14/2022 | SWG | GC | Draft and send Committee call agenda | 0.10 | 900.00 | $90.00 |
| 11/14/2022 | SWG | GC | Participate in weekly Committee call | 0.80 | 900.00 | $720.00 |
| 11/16/2022 | SWG | GC | Call with C. Nelson re: case status | 0.20 | 900.00 | $180.00 |
| 11/17/2022 | LAF | GC | Update creditor website. | 0.50 | 495.00 | $247.50 |
| 11/17/2022 | BDD | GC | Emails S. Golden and L. Forrester re updates to creditor website | 0.20 | 495.00 | $99.00 |
| 11/17/2022 | BDD | GC | Work on revised order re committee information motion and emails S. Golden and N. Brown re same | 0.50 | 495.00 | $247.50 |
| 11/18/2022 | BDD | GC | Email S. Golden re order on Committee Information Motion | 0.10 | 495.00 | $49.50 |
| 11/18/2022 | SWG | GC | Call with PSZJ and FTI teams re: case status and catch up | 0.50 | 900.00 | $450.00 |
| 11/18/2022 | SWG | GC | Call with Committee member re: recent filings and case status | 0.50 | 900.00 | $450.00 |
| 11/21/2022 | JNP | GC | Review emails and send email to committee regarding status. | 0.10 | 900.00 | $90.00 |
| 11/21/2022 | BDD | GC | Email KCC re service of order on Committee | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    12
Invoice 131451
November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Information Motion |  |  |  |
| 11/21/2022 | SWG | GC | Draft comprehensive email update to Committee | 0.40 | 900.00 | $360.00 |
| 11/21/2022 | SWG | GC | Calls (.9; .4) with Committee member re: case status and strategy | 1.30 | 900.00 | $1,170.00 |
| 11/22/2022 | JNP | GC | Emails to and from J. Garfinkle regarding McKesson deposit and issues regarding same. | 0.30 | 900.00 | $270.00 |
| 11/22/2022 | JNP | GC | Conference with Steven W. Golden regarding McKesson and related issues. | 0.20 | 900.00 | $180.00 |
| 11/22/2022 | BDD | GC | Email L. Forrester re entered order on Committee information motion | 0.10 | 495.00 | $49.50 |
| 11/26/2022 | SWG | GC | Catch up call with PSZJ and FTI re: case status | 1.00 | 900.00 | $900.00 |
| 11/28/2022 | JNP | GC | Participate in Committee call. | 1.40 | 900.00 | $1,260.00 |
| 11/28/2022 | LAF | GC | Update Borrego creditor site. | 0.50 | 495.00 | $247.50 |
| 11/30/2022 | SWG | GC | Call with Committee member re: case status and strategy | 0.70 | 900.00 | $630.00 |
|  |  |  |  | 17.90 |  | $15,259.50 |

**Meeting of Creditors [B150]**

| 11/08/2022 | SWG | MC | Participate in continued 341 meeting. | 0.40 | 900.00 | $360.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.40 |  | $360.00 |

**Operations [B210]**

| 11/13/2022 | JNP | OP | Review PCO report. | 0.20 | 900.00 | $180.00 |
|---|---|---|---|---|---|---|
| 11/14/2022 | SWG | OP | Draft and send email to FTI re: PCO Report. | 0.30 | 900.00 | $270.00 |
|  |  |  |  | 0.50 |  | $450.00 |

**Retention of Prof. [B160]**

| 11/01/2022 | JNP | RP | Review McKesson objection to retention. | 0.10 | 900.00 | $90.00 |
|---|---|---|---|---|---|---|
| 11/01/2022 | BDD | RP | Review McKesson limited objection to PSZJ retention application and email PSZJ team re same | 0.10 | 495.00 | $49.50 |
| 11/02/2022 | JNP | RP | Conference with Steven W. Golden regarding retention application objection. | 0.20 | 900.00 | $180.00 |
| 11/02/2022 | JNP | RP | Emails regarding hearing date for retention application. | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2022 | LAF | RP | Legal research re: Regional rates in SD Cal. | 2.80 | 495.00 | $1,386.00 |
| 11/02/2022 | BDD | RP | Work on issues re setting up hearing on PSZJ retention application per McKesson opp filed, including multiple calls with/emails to court clerk and S. Golden (.60); email J. Pomerantz re same (.10) | 0.70 | 495.00 | $346.50 |
| 11/02/2022 | BDD | RP | Work on reply to McKesson limited opp to PSZJ retention application and email S. Golden re same | 0.60 | 495.00 | $297.00 |
| 11/02/2022 | BDD | RP | Email B. Downing re McKesson limited objection to PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 11/02/2022 | BDD | RP | Email J. Pomerantz and S. Golden re UST Statement of Position re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 11/02/2022 | SWG | RP | Call with J. Pomerantz re: PSZJ retention application | 0.20 | 900.00 | $180.00 |
| 11/03/2022 | JNP | RP | Emails regarding scheduling hearing for retention application. | 0.10 | 900.00 | $90.00 |
| 11/03/2022 | BDD | RP | Prepare Notice of Hearing on PSZJ retention application and email S. Golden, N. Brown and KCC re same | 0.50 | 495.00 | $247.50 |
| 11/03/2022 | BDD | RP | Email J. Pomerantz, T. Kapur and S. Golden re filed notice of hearing on PSZJ's retention application | 0.10 | 495.00 | $49.50 |
| 11/03/2022 | BDD | RP | Calls with BK clerk (R. Paluso) and multliple emails J. Pomerantz and S. Golden re hearing on PSZJ retention application | 0.30 | 495.00 | $148.50 |
| 11/03/2022 | SWG | RP | Research and draft reply to objection to PSZJ retention application. | 1.80 | 900.00 | $1,620.00 |
| 11/04/2022 | SWG | RP | Continue drafting response to objection to PSZJ retention application | 0.60 | 900.00 | $540.00 |
| 11/06/2022 | JNP | RP | Review and comment on reply regarding retention application. | 0.20 | 900.00 | $180.00 |
| 11/06/2022 | BDD | RP | Email S. Golden re reply to McKesson objection to PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 11/06/2022 | SWG | RP | Edit reply to objection to PSZJ retention application | 0.20 | 900.00 | $180.00 |
| 11/07/2022 | JNP | RP | Review latest version regarding retention application reply. | 0.10 | 900.00 | $90.00 |
| 11/07/2022 | BDD | RP | Email J. Pomerantz re reply to McKesson objection to PSZJ retention application | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    14

Invoice 131451

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2022 | BDD | RP | Emails S. Golden and N. Brown re reply to McKesson objection to PSZJ retention application | 0.30 | 495.00 | $148.50 |
| 11/08/2022 | BDD | RP | Email KCC re service of reply to McKesson's objection to PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 11/10/2022 | BDD | RP | Email S. Golden re Statement of Position filed by UST re FTI retention application | 0.10 | 495.00 | $49.50 |
| 11/14/2022 | BDD | RP | Email PSZJ team re Statement of Position re Denton's retention application | 0.10 | 495.00 | $49.50 |
| 11/14/2022 | BDD | RP | Email N. Brown re UST Statement of Position re Denton's retention application | 0.10 | 495.00 | $49.50 |
| 11/15/2022 | BDD | RP | Email G. Downing re UST Statement of Position re no opp to Debtor's application to retain Ankura to provide CRO | 0.10 | 495.00 | $49.50 |
| 11/15/2022 | BDD | RP | Email J. Pomerantz, T. Kapur and S. Golden re UST Statement of Position re Debtor's App to Employ Ankura to provide CRO | 0.10 | 495.00 | $49.50 |
| 11/16/2022 | BDD | RP | Email S. Golden re supplemental dec/order re PSZJ retention application | 0.10 | 495.00 | $49.50 |
| 11/17/2022 | BDD | RP | Prepare supplemental declaration re FTI retention application and emails S. Golden re same (.60); prepare proposed Order re FTI retention application (.50); emails S. Golden re same (.10) | 1.20 | 495.00 | $594.00 |
| 11/18/2022 | BDD | RP | Emails S. Golden and N. Brown re supplemental declaration in support of FTI retention application | 0.30 | 495.00 | $148.50 |
| 11/18/2022 | BDD | RP | Email KCC team re service of supplemental declaration of C. Nelson in support of FTI retention application | 0.10 | 495.00 | $49.50 |
| 11/21/2022 | JNP | RP | Conference with Steven W. Golden regarding various retention and related issues. | 0.30 | 900.00 | $270.00 |
| 11/23/2022 | BDD | RP | Email S. Golden re Order on FTI employment application | 0.10 | 495.00 | $49.50 |
| 11/28/2022 | JNP | RP | Emails to and from court clerk and Steven W. Golden regarding zoom appearance at retention hearing. | 0.20 | 900.00 | $180.00 |
| 11/28/2022 | BDD | RP | Emails N. Brown re hearing binder for 12/7 hearing on C'tee retention application | 0.10 | 495.00 | $49.50 |
| 11/28/2022 | BDD | RP | Calls with R. Paluso (court clerk) re hearing on PSZJ retention application and emails J. Pomerantz | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    15

Invoice 131451

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and S. Golden re same | | | |
| 11/28/2022 | BDD | RP | Prepare Amended Notice of Hearing on PSZJ's retention application (.20) and email S. Golden re same (.10) | 0.30 | 495.00 | $148.50 |
| 11/29/2022 | BDD | RP | Email S. Golden re FTI retention order | 0.10 | 495.00 | $49.50 |
| 11/30/2022 | BDD | RP | Email S. Golden re case law in support of PSZJ retention | 0.10 | 495.00 | $49.50 |
| 11/30/2022 | BDD | RP | Email S. Golden re order entered on FTI retention | 0.10 | 495.00 | $49.50 |
| | | | | **13.30** | | **$8,244.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$63,301.50**

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    -00002

Page:    16
Invoice 131451
November 30, 2022

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 11/01/2022 | LN | 10283.00002 Lexis Charges for 11-01-22 | 6.98 |
| 11/01/2022 | LN | 10283.00002 Lexis Charges for 11-01-22 | 20.07 |
| 11/02/2022 | BB | 10283.00002 Bloomberg Charges through 11-02-22 | 40.00 |
| 11/02/2022 | LN | 10283.00002 Lexis Charges for 11-02-22 | 58.56 |
| 11/03/2022 | LN | 10283.00002 Lexis Charges for 11-03-22 | 6.98 |
| 11/03/2022 | LN | 10283.00002 Lexis Charges for 11-03-22 | 11.22 |
| 11/04/2022 | LN | 10283.00002 Lexis Charges for 11-04-22 | 6.98 |
| 11/21/2022 | LN | 10283.00002 Lexis Charges for 11-21-22 | 55.76 |
| 11/21/2022 | LN | 10283.00002 Lexis Charges for 11-21-22 | 11.22 |
| 11/21/2022 | LN | 10283.00002 Lexis Charges for 11-21-22 | 6.69 |
| 11/22/2022 | LN | 10283.00002 Lexis Charges for 11-22-22 | 6.98 |
| 11/22/2022 | LN | 10283.00002 Lexis Charges for 11-22-22 | 7.48 |
| 11/22/2022 | LN | 10283.00002 Lexis Charges for 11-22-22 | 20.07 |
| 11/22/2022 | LN | 10283.00002 Lexis Charges for 11-22-22 | 11.20 |
| 11/23/2022 | LN | 10283.00002 Lexis Charges for 11-23-22 | 27.88 |
| 11/23/2022 | LN | 10283.00002 Lexis Charges for 11-23-22 | 11.21 |
| 11/23/2022 | LN | 10283.00002 Lexis Charges for 11-23-22 | 40.15 |
| 11/23/2022 | LN | 10283.00002 Lexis Charges for 11-23-22 | 11.22 |
| 11/26/2022 | LN | 10283.00002 Lexis Charges for 11-26-22 | 76.64 |
| 11/26/2022 | LN | 10283.00002 Lexis Charges for 11-26-22 | 13.39 |
| 11/28/2022 | LN | 10283.00002 Lexis Charges for 11-28-22 | 7.05 |
| 11/28/2022 | LN | 10283.00002 Lexis Charges for 11-28-22 | 3.74 |
| 11/28/2022 | LN | 10283.00002 Lexis Charges for 11-28-22 | 6.69 |
| 11/28/2022 | LN | 10283.00002 Lexis Charges for 11-28-22 | 3.74 |
| 11/28/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/28/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/28/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/28/2022 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/28/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/28/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/28/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/30/2022 | LN | 10283.00002 Lexis Charges for 11-30-22 | 13.94 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    17

Invoice 131451

November 30, 2022

| 11/30/2022 | LN | 10283.00002 Lexis Charges for 11-30-22 | 13.38 |
|---|---|---|---|
| 11/30/2022 | PAC | Pacer - Court Research | 50.40 |
| 11/30/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/30/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| | | **Total Expenses for this Matter** | **$557.32** |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    18

Invoice 131451

November 30, 2022

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **11/30/2022**

| | |
|---|---|
| **Total Fees** | **$63,301.50** |
| **Total Expenses** | **557.32** |
| **Total Due on Current Invoice** | **$63,858.82** |

**Outstanding Balance from prior invoices as of**    **11/30/2022**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 131394 | 10/31/2022 | $94,549.50 | $2,743.58 | $97,293.08 |

**Total Amount Due on Current and Prior Invoices:**        **$161,151.90**