Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          tkapur@pszjlaw.com
          sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 22-02384-LT11 |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor and Debtor in Possession. | **FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD OCTOBER 7, 2022 THROUGH OCTOBER 31, 2022** |

DOCS_LA:346741.3 10283/002

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR:   Borrego Community Health Foundation
Petition Date:        September 12, 2022
Case No. 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:                        FTI Consulting, Inc.

REPRESENTING:                        Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT:** Docket No. 242

| Task Code | Category | Total Hours | Total Fees |
|:---:|---|---:|---:|
| 1 | Current Operating Results & Events | 10.7 | $8,025.00 |
| 2 | Cash & Liquidity Analysis | 12.1 | 9,075.00 |
| 6 | Asset Sales | 21.9 | 16,425.00 |
| 10 | Analysis of Tax Issues | 4.1 | 3,075.00 |
| 11 | Prepare for and Attendance at Court Hearings | 3.3 | 2,475.00 |
| 12 | Analysis of SOFAs & SOALs | 21.1 | 15,825.00 |
| 13 | Analysis of Other Miscellaneous Motions | 3.6 | 2,700.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 16.1 | 12,075.00 |
| 19 | Case Management | 4.5 | 3,375.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 1.0 | 750.00 |
| 21 | General Meetings with Committee & Committee Counsel | 8.2 | 6,150.00 |
| 23 | Firm Retention | 5.9 | 4,425.00 |
| 26 | Strategic Communications | 89.8 | 67,350.00 |
| | **TOTAL** | **202.3** | **$151,725.00** |

2

DOCS_LA:346741.3 10283/002

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 Case |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Case No. 22-02384 |
| Debtor and Debtor in Possession. | Judge: Hon. Laura S. Taylor |

### Monthly Fee Application

FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI" or the "Firm"), submits its First Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the period October 7, 2022 – October 31, 2022 (the "Application Period").  In support of the Application, FTI respectfully represents as follows:

1.      FTI is the financial advisor to the Official Committee of Unsecured Creditors (the "Committee").  FTI hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      FTI billed a total of $151,725.00 during the Application Period.  The total fees represent 202.30 hours expended during the Application Period.  These fees are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| October 7, 2022 – October 31, 2022 | $151,725.00 | $0.00 | $151,725.00 |

DOCS_LA:346741.3 10283/002

3.      Accordingly, FTI seeks allowance of interim compensation in the total amount of $121,380.00 at this time, which represents 80% of fees totaling $151,725.00 for services rendered.  No expenses were incurred during the Application Period.

4.      As this is the Firm's First Monthly Fee Application, no amounts have been paid to the Firm to date.

5.      Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period at the blended hourly rate approved for FTI for this Case.  Attached hereto as **Exhibit "B"** is the detailed time and expense statements for the Application Period.

6.      The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about January 3, 2023.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about January 3, 2023.

7.      Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection

4

DOCS_LA:346741.3 10283/002

is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8.    The interim compensation sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, FTI respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated: January 3, 2023           FTI CONSULTING, INC.


By */s/ Cynthia Nelson*
    Cynthia Nelson
    350 S. Grand Avenue, Suite 3000
    Los Angeles, CA 90071
    Telephone: 213-689-1200
    E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisors to the Official Committee*
*of Unsecured Creditors of Borrego*
*Community Health Foundation*

Submitted By:

PACHULSKI STANG ZIEHL & JONES LLP


By        */s/ Jeffrey N. Pomerantz*
          Jeffrey N. Pomerantz

          Counsel to the Official Committee of
          Unsecured Creditors

5

# EXHIBIT A

# EXHIBIT A

## Summary Of Hours By Professional for Application Period
### (October 7, 2022 - October 31, 2022)

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Bilbao, Marc | Senior Managing Director | $750 | 2.5 | $ 1,875.00 |
| Nelson, Cynthia A | Senior Managing Director | 750 | 9.0 | 6,750.00 |
| Zucker, Clifford | Senior Managing Director | 750 | 24.5 | 18,375.00 |
| Ganti, Narendra | Managing Director | 750 | 15.2 | 11,400.00 |
| Thalassinos, Angelo | Managing Director | 750 | 25.8 | 19,350.00 |
| Adeyanju, Michael | Senior Director | 750 | 25.9 | 19,425.00 |
| Delaney, Meaghan | Director | 750 | 13.7 | 10,275.00 |
| Gray, Michael | Senior Consultant | 750 | 24.1 | 18,075.00 |
| Labkoff, Nicole | Senior Consultant | 750 | 6.3 | 4,725.00 |
| Cho, Clare | Consultant | 750 | 40.5 | 30,375.00 |
| Hardey, Samantha | Consultant | 750 | 13.7 | 10,275.00 |
| Hellmund-Mora, Marili | Manager | 750 | 1.1 | 825.00 |
| **TOTAL** | | | **202.3** | **$151,725.00** |

# EXHIBIT B

**EXHIBIT B**
**Detailed Time Statement for Application Period**
**(October 7, 2022 To October 31, 2022)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/10/2022 | Cho, Clare | 1.8 | Read through background articles and court filings re: engagement onboarding. |
| 1 | 10/10/2022 | Thalassinos, Angelo | 0.4 | Review findings re: the Debtor, regulatory status and related case filings. |
| 1 | 10/11/2022 | Cho, Clare | 2.1 | Review court docket and case background articles re: events leading to bankruptcy filing. |
| 1 | 10/11/2022 | Thalassinos, Angelo | 0.4 | Review research re: Debtor, regulatory status and related case filings. |
| 1 | 10/12/2022 | Zucker, Clifford | 0.7 | Review and analyze of community outreach program. |
| 1 | 10/13/2022 | Cho, Clare | 0.7 | Review the Debtor's leased property documents. |
| 1 | 10/14/2022 | Cho, Clare | 0.7 | Review documents related to Debtor's historical financial performance. |
| 1 | 10/18/2022 | Gray, Michael | 1.0 | Review case materials to understand key issues and events leading to bankruptcy. |
| 1 | 10/24/2022 | Cho, Clare | 2.0 | Research and review current status of various reports from and roles of regulatory parties in connection with the case. |
| 1 | 10/24/2022 | Gray, Michael | 0.2 | Review docket filings for potential disclosure of bar date. |
| 1 | 10/26/2022 | Zucker, Clifford | 0.5 | Review and analyze media outreach and monitoring. |

1

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10/26/2022 | Gray, Michael | 0.2 | | Review docket for latest updates. |
| **1 Total** | | | **10.7** | | |
| 2 | 10/14/2022 | Zucker, Clifford | 0.7 | | Review and analyze liquidity forecast budget. |
| 2 | 10/14/2022 | Ganti, Narendra | 0.4 | | Review cash flow and assumptions to assess liquidity uses for case. |
| 2 | 10/18/2022 | Gray, Michael | 1.4 | | Prepare analysis and report on initial liquidity forecast provided by Ankura. |
| 2 | 10/18/2022 | Zucker, Clifford | 0.8 | | Review and analyze Debtor's 13-week liquidity forecast. |
| 2 | 10/18/2022 | Cho, Clare | 1.0 | | Prepare list of topics of discussion with Ankura about 13-week liquidity forecast. |
| 2 | 10/18/2022 | Gray, Michael | 0.4 | | Review of liquidity forecast provided by Ankura. |
| 2 | 10/18/2022 | Ganti, Narendra | 1.0 | | Participate in call with Ankura to discuss liquidity forecast and assumptions. |
| 2 | 10/18/2022 | Zucker, Clifford | 1.0 | | Attend call with Ankura to discuss Debtor's cash flow budget. |
| 2 | 10/18/2022 | Cho, Clare | 1.0 | | Participate in discussion with Ankura re: 13-week cash flow forecast. |
| 2 | 10/19/2022 | Gray, Michael | 0.9 | | Update cash flow forecast report for inclusion of key assumptions used in liquidity analysis. |
| 2 | 10/19/2022 | Gray, Michael | 0.8 | | Prepare summary of cash flow forecast for inclusion in report. |
| 2 | 10/19/2022 | Gray, Michael | 0.7 | | Conduct public searches to understand ARPA grant funding, approved uses, and timeframe. |
| 2 | 10/19/2022 | Gray, Michael | 0.4 | | Prepare summary of ARPA grant funding. |
| 2 | 10/21/2022 | Zucker, Clifford | 0.4 | | Review and analyze DHCS receipts and correspondence. |

2

| | | | | | |
|---|---|---|---|---:|---|
| 2 | 10/24/2022 | Gray, Michael | | 0.4 | Review materials in preparation of Committee call re: cash flow forecast. |
| 2 | 10/26/2022 | Gray, Michael | | 0.5 | Review first day declaration for disclosures re: use of ARPA funds. |
| 2 | 10/26/2022 | Gray, Michael | | 0.3 | Conduct public searches for disclosures re: use of ARPA funds. |
| **2 Total** | | | | **12.1** | |
| 6 | 10/14/2022 | Nelson, Cynthia A | | 0.3 | Prepare agenda for meeting with Ankura re: sales process. |
| 6 | 10/14/2022 | Zucker, Clifford | | 0.7 | Participate in call with Debtor's financial advisor to discuss community outreach program and marketing of assets. |
| 6 | 10/14/2022 | Ganti, Narendra | | 0.7 | Participate in call with Ankura to discuss the case and status of sales efforts. |
| 6 | 10/14/2022 | Nelson, Cynthia A | | 0.7 | Participate in call with Debtors' advisors to discuss approach on public relations and status of sales efforts. |
| 6 | 10/21/2022 | Nelson, Cynthia A | | 0.3 | Confer with Pachulski regarding status of sale process and discussion with Debtor's counsel. |
| 6 | 10/21/2022 | Zucker, Clifford | | 0.3 | Participate in call with UCC Counsel re: sale process and discussion with Debtor's counsel. |
| 6 | 10/21/2022 | Ganti, Narendra | | 0.3 | Participate in call with Pachulski to discuss sale process. |
| 6 | 10/24/2022 | Gray, Michael | | 0.3 | Participate in follow up call with Pachulski re: sales process preparation and timing. |
| 6 | 10/24/2022 | Nelson, Cynthia A | | 0.3 | Participate in call with UCC counsel to discuss next steps with respect to obtaining additional information about status of Debtor's sales process preparation and timing. |

3

| 6 | 10/24/2022 | Zucker, Clifford | 0.3 | Participate in call with Counsel on the status of the Debtor's sales process preparation and timing. |
| 6 | 10/24/2022 | Gray, Michael | 0.2 | Correspond with internal FTI team re: sale process. |
| 6 | 10/25/2022 | Ganti, Narendra | 0.8 | Discuss marketing process of asset sale with Ankura. |
| 6 | 10/25/2022 | Nelson, Cynthia A | 0.8 | Participate in call with Ankura re: sales process. |
| 6 | 10/25/2022 | Zucker, Clifford | 0.8 | Attend discussion with Ankura to discuss sale process. |
| 6 | 10/25/2022 | Ganti, Narendra | 0.3 | Participate in call with the FTI team member re: follow-up email to Pachulski about Borrego sales process. |
| 6 | 10/25/2022 | Nelson, Cynthia A | 0.3 | Discuss follow-up email correspondence with FTI team member re: Debtor's sales process. |
| 6 | 10/27/2022 | Gray, Michael | 1.2 | Review draft motion to approve sale and bid procedures. |
| 6 | 10/27/2022 | Ganti, Narendra | 0.7 | Review draft bid procedures motion to understand sale timeline. |
| 6 | 10/27/2022 | Zucker, Clifford | 0.6 | Review and analyze draft motion to approve sale and bid procedures. |
| 6 | 10/27/2022 | Zucker, Clifford | 0.4 | Provide comments to draft bid procedures motion. |
| 6 | 10/27/2022 | Nelson, Cynthia A | 0.2 | Prepare for call with UCC counsel re: sales process. |
| 6 | 10/27/2022 | Ganti, Narendra | 0.8 | Participate in call with Pachulski to discuss draft bid procedures motion and sale process. |
| 6 | 10/27/2022 | Nelson, Cynthia A | 0.8 | Discuss draft sales procedure motion with UCC counsel. |

4

DOCS_LA:346741.3 10283/002

| | 6 | 10/27/2022 | Zucker, Clifford | 0.8 | Participate in call with Committee counsel on sale process and proposed bid procedures. |
| 6 | 10/27/2022 | Nelson, Cynthia A | 0.4 | Participate in call with FTI team member to review open items with respect to sales process. |
| 6 | 10/27/2022 | Zucker, Clifford | 0.4 | Participate in call with FTI team member on work plan re: sales process. |
| 6 | 10/28/2022 | Gray, Michael | 1.1 | Review information provided by BRG re: sale process. |
| 6 | 10/28/2022 | Zucker, Clifford | 0.6 | Review and analyze potential buyers list. |
| 6 | 10/28/2022 | Zucker, Clifford | 0.5 | Review and analyze draft teaser. |
| 6 | 10/28/2022 | Zucker, Clifford | 0.5 | Review and analyze sale process letter. |
| 6 | 10/31/2022 | Ganti, Narendra | 0.3 | Participate in call with the UCC counsel to discuss interested party outreach and revisions to sales procedure motion. |
| 6 | 10/31/2022 | Nelson, Cynthia A | 0.3 | Discuss Committee suggested revisions to sales procedure motion with Pachulski. |
| 6 | 10/31/2022 | Zucker, Clifford | 0.3 | Participate in discussion with Pachulski on bidding procedure motion comments. |
| 6 | 10/31/2022 | Ganti, Narendra | 0.5 | Participate in call with Pachulski to discuss status of sale process. |
| 6 | 10/31/2022 | Bilbao, Marc | 0.7 | Participate in call with Ankura re: discussion on Debtor sales process. |
| 6 | 10/31/2022 | Ganti, Narendra | 0.7 | Discuss sale process and marketing efforts with Ankura. |

5

| | | | | | |
|---|---|---|---|---|---|
| 6 | 10/31/2022 | Nelson, Cynthia A | 0.7 | | Participate in discussion with Ankura to provide comments on sales process materials. |
| 6 | 10/31/2022 | Zucker, Clifford | 0.7 | | Participate in call with Ankura re: Debtor sale process and buyers. |
| 6 | 10/31/2022 | Bilbao, Marc | 0.5 | | Review bid procedures to gain an understanding of the Debtor's proposal. |
| 6 | 10/31/2022 | Nelson, Cynthia A | 0.8 | | Review bid procedures and marketing materials to obtain an understanding of Debtor's proposed bid procedures. |
| **6 Total** | | | **21.9** | | |
| 10 | 10/17/2022 | Cho, Clare | 1.9 | | Review and analyze top 5 contractors for the annual Form 990s. |
| 10 | 10/19/2022 | Zucker, Clifford | 0.8 | | Review and analyze 2020 990 tax filing. |
| 10 | 10/19/2022 | Zucker, Clifford | 0.7 | | Review and analyze 2018 990 tax filing. |
| 10 | 10/19/2022 | Zucker, Clifford | 0.7 | | Review and analyze 2019 990 tax filing. |
| **10 Total** | | | **4.1** | | |
| 11 | 10/18/2022 | Cho, Clare | 0.9 | | Prepare list of topics of discussion re: the Section 341 meeting and about questions asked by the US Trustee. |
| 11 | 10/18/2022 | Cho, Clare | 1.7 | | Attend 341 telephonic meeting of creditors re: financial status and debt obligations. |
| 11 | 10/19/2022 | Thalassinos, Angelo | 0.1 | | Correspond with Pachulski via email re: hearing telephonic attendance, transcripts. |

DOCS_LA:346741.3 10283/002

| | | | | |
|---|---|---|---|---|
| 11 | 10/20/2022 | Thalassinos, Angelo | 0.6 | Attend the October 20 telephonic bankruptcy court hearing re: automatic stay/TRO dispute and potential mediation. |
| **11 Total** | | | **3.3** | |
| 12 | 10/18/2022 | Ganti, Narendra | 0.6 | Review Schedules and Statements filed by Debtor. |
| 12 | 10/18/2022 | Gray, Michael | 0.3 | Review Schedules and Statements as filed to docket. |
| 12 | 10/19/2022 | Gray, Michael | 1.1 | Prepare report on Debtor Statements and Schedules with intention to present to Committee. |
| 12 | 10/19/2022 | Gray, Michael | 0.8 | Review and prepare analysis on Debtor Statements. |
| 12 | 10/19/2022 | Gray, Michael | 0.7 | Review and prepare analysis on Debtor Schedules. |
| 12 | 10/19/2022 | Cho, Clare | 0.9 | Update Statement and Schedules UCC report based on employment roster. |
| 12 | 10/20/2022 | Cho, Clare | 2.5 | Review RICO lawsuit to understand potential inclusions in the Schedules and Statements. |
| 12 | 10/20/2022 | Gray, Michael | 1.1 | Review lawsuit associated with RICO charge for inclusion in SOFA/SOAL report. |
| 12 | 10/20/2022 | Gray, Michael | 0.9 | Perform QC review of SOFA/SOAL report before distributing to internal FTI team. |
| 12 | 10/20/2022 | Cho, Clare | 1.0 | Update Schedules analysis based on contract dentists in the RICO lawsuit. |
| 12 | 10/20/2022 | Gray, Michael | 0.5 | Prepare summary of contract dentist claims re: SOFA for inclusion in report. |

7

| 12 | 10/21/2022 | Cho, Clare | 1.9 | Process updates to UCC SOFA/SOAL report at the request of FTI team member. |
|----|------------|------------|-----|------------------------------------------------------------------------------|
| 12 | 10/21/2022 | Gray, Michael | 1.2 | Review and update SOFA/SOAL report for FTI team comments. |
| 12 | 10/21/2022 | Ganti, Narendra | 0.4 | Review updates on SOFA and SOAL analysis. |
| 12 | 10/21/2022 | Cho, Clare | 1.2 | Add top contractor compensations to SOFA /SOAL UCC report based on 990 filings. |
| 12 | 10/21/2022 | Cho, Clare | 0.5 | Participate in call with the FTI team about UCC Presentation draft re: SOFA/SOAL Committee report. |
| 12 | 10/21/2022 | Gray, Michael | 0.5 | Participate in regroup discussion with FTI team re: SOFA/SOAL Committee report. |
| 12 | 10/21/2022 | Ganti, Narendra | 0.5 | Participate in internal call with the FTI team re: SOFA/SOAL Committee report. |
| 12 | 10/21/2022 | Zucker, Clifford | 0.5 | Participate in call with FTI team on cash flow, government monies, and SOFA/SOAL Committee report. |
| 12 | 10/21/2022 | Gray, Michael | 0.2 | Correspond with Ankura re: SOFA/SOALs. |
| 12 | 10/23/2022 | Zucker, Clifford | 0.6 | Review and comment on draft report to the Committee re: SOFA/SOAL. |
| 12 | 10/23/2022 | Ganti, Narendra | 0.3 | Review and revise presentation to Committee on SOFA/SOAL. |
| 12 | 10/23/2022 | Gray, Michael | 0.3 | Update SOFA/SOAL report for FTI team comments. |
| 12 | 10/24/2022 | Gray, Michael | 0.4 | Participate in call with FTI team member to discuss SOFA/SOAL analysis and report in advance of Committee call. |

8

| | | | | | |
|---|---|---|---|---|---|
| 12 | 10/24/2022 | Zucker, Clifford | 0.4 | | Participate in call with FTI team on UCC report talking points and SOFA/SOAL analysis. |
| 12 | 10/25/2022 | Gray, Michael | 0.4 | | Review and update diligence request list on outstanding SOFA/SOAL. |
| 12 | 10/26/2022 | Gray, Michael | 0.6 | | Review SOFA and SOAL supporting schedules in preparation of follow-up diligence questions. |
| 12 | 10/26/2022 | Gray, Michael | 0.4 | | Update information request list for supplemental questions re: SOFA/SOAL. |
| 12 | 10/26/2022 | Gray, Michael | 0.2 | | Correspond with Pachulski re: SOFA/SOAL diligence questions. |
| 12 | 10/26/2022 | Gray, Michael | 0.2 | | Correspond with Ankura re: SOFA/SOAL diligence questions. |
| **12 Total** | | | **21.1** | | |
| 13 | 10/10/2022 | Zucker, Clifford | 0.8 | | Review and analyze Lee declaration first day motions. |
| 13 | 10/10/2022 | Zucker, Clifford | 0.9 | | Review and analyze cash management motion. |
| 13 | 10/10/2022 | Zucker, Clifford | 0.8 | | Review and analyze Lee declarations on insider compensation. |
| 13 | 10/13/2022 | Zucker, Clifford | 0.6 | | Review and analyze employee wage motion. |
| 13 | 10/17/2022 | Zucker, Clifford | 0.5 | | Review and analyze of pleadings memo on key issues re: omnibus motions. |
| **13 Total** | | | **3.6** | | |
| 18 | 10/13/2022 | Zucker, Clifford | 0.8 | | Review and analyze advisory complaint agreement DHCS. |

9

| | | | | |
|---|---|---|---|---|
| 18 | 10/17/2022 | Cho, Clare | 2.4 | Review DHCS dispute and RICO lawsuit documents. |
| 18 | 10/24/2022 | Cho, Clare | 2.8 | Begin to prepare draft RICO lawsuit parties summary with information on key lawsuit parties. |
| 18 | 10/24/2022 | Cho, Clare | 2.7 | Review RICO lawsuit filing to identify key lawsuit parties. |
| 18 | 10/25/2022 | Cho, Clare | 2.8 | Continue to prepare RICO lawsuit parties schedule on reasons parties were included in lawsuit. |
| 18 | 10/25/2022 | Cho, Clare | 2.2 | Process updates to working draft of RICO lawsuit parties' summary. |
| 18 | 10/25/2022 | Gray, Michael | 0.6 | Review and comment on RICO lawsuit parties of interest summary. |
| 18 | 10/26/2022 | Cho, Clare | 1.8 | Review and update RICO lawsuit parties' summary for FTI team member comments. |
| **18 Total** | | | **16.1** | |
| 19 | 10/7/2022 | Bilbao, Marc | 0.3 | Participate in call with FTI team member re: diligence requests. |
| 19 | 10/7/2022 | Zucker, Clifford | 0.3 | Discuss diligence requests with FTI team member. |
| 19 | 10/12/2022 | Zucker, Clifford | 0.3 | Review and analyze draft diligence request list. |
| 19 | 10/13/2022 | Cho, Clare | 0.8 | Review data room materials and informational request list. |
| 19 | 10/13/2022 | Cho, Clare | 0.5 | Review and prepare data room for new document production. |

10

| | | | | |
|---|---|---|---|---|
| 19 | 10/18/2022 | Ganti, Narendra | 0.8 | Participate in call with FTI team member re: case onboarding and workstreams. |
| 19 | 10/18/2022 | Gray, Michael | 0.8 | Participate in call with FTI team member to discuss case onboarding and workstreams. |
| 19 | 10/24/2022 | Gray, Michael | 0.7 | Prepare diligence request list for Ankura on outstanding workstreams. |
| **19 Total** | | | **4.5** | |
| 20 | 10/11/2022 | Ganti, Narendra | 0.5 | Participate in call with Ankura to discuss background of case. |
| 20 | 10/11/2022 | Zucker, Clifford | 0.5 | Attend discussion with Ankura to debrief on key case issues. |
| **20 Total** | | | **1.0** | |
| 21 | 10/11/2022 | Zucker, Clifford | 0.5 | Discuss work plan and case issues with Pachulski. |
| 21 | 10/11/2022 | Ganti, Narendra | 0.5 | Attend call with Pachulski to discuss information flow. |
| 21 | 10/17/2022 | Bilbao, Marc | 1.0 | Attend Committee call re: updates on sales process and liquidity. |
| 21 | 10/17/2022 | Ganti, Narendra | 1.0 | Participate in call with Pachulski and Committee to discuss sale process, cash flow, DHCS, and other case issues. |
| 21 | 10/17/2022 | Zucker, Clifford | 1.0 | Participate in Committee call to discuss financial and legal updates. |
| 21 | 10/20/2022 | Ganti, Narendra | 0.6 | Participate in call with Committee member to discuss legacy issues with Borrego. |

11

| | | | | |
|---|---|---|---|---|
| 21 | 10/24/2022 | Gray, Michael | 1.2 | Participate in discussion with Committee re: case updates, SOFA/SOAL, and cash forecast. |
| 21 | 10/24/2022 | Nelson, Cynthia A | 1.2 | Participate in weekly UCC call to discuss case status, cash flow projection and sales process. |
| 21 | 10/24/2022 | Zucker, Clifford | 1.2 | Participate in Committee call to discuss financial and legal updates. |
| **21 Total** | | | **8.2** | |
| 23 | 10/13/2022 | Cho, Clare | 2.4 | Process updates to retention documents at the request of FTI team member. |
| 23 | 10/18/2022 | Hellmund-Mora, Marili | 1.1 | Prepare the retention declaration exhibits. |
| 23 | 10/19/2022 | Nelson, Cynthia A | 1.0 | Review employment application and retention declaration. |
| 23 | 10/20/2022 | Ganti, Narendra | 0.5 | Review and revise retention documents. |
| 23 | 10/20/2022 | Thalassinos, Angelo | 0.1 | Review scope of strategic communication workstream re: retention application. |
| 23 | 10/26/2022 | Nelson, Cynthia A | 0.3 | Review and finalize declaration and retention papers. |
| 23 | 10/27/2022 | Zucker, Clifford | 0.5 | Review comments to professional retention terms and summaries. |
| **23 Total** | | | **5.9** | |
| 26 | 10/10/2022 | Thalassinos, Angelo | 0.4 | Review Committee communications strategy and public affairs considerations. |

12

DOCS_LA:346741.3 10283/002

| | | | | |
|---|---|---|---|---|
| 26 | 10/10/2022 | Hardey, Samantha | 2.8 | Search for relevant news about Borrego Health for media clips to be shared with FTI strategic communications team and Pachulski. |
| 26 | 10/10/2022 | Adeyanju, Michael | 2.5 | Research and outline potential public affairs and strategic communications strategy. |
| 26 | 10/10/2022 | Thalassinos, Angelo | 1.6 | Develop Committee communications strategy and related considerations. |
| 26 | 10/10/2022 | Zucker, Clifford | 0.3 | Participate in call with FTI team on media and government issues and communication strategy. |
| 26 | 10/10/2022 | Adeyanju, Michael | 0.3 | Participate in meeting with the FTI team re: workstreams, communications strategy, and case update. |
| 26 | 10/10/2022 | Cho, Clare | 0.3 | Attend FTI team discussion re: strategic communications project scope. |
| 26 | 10/10/2022 | Ganti, Narendra | 0.3 | Discuss potential public relations work stream with FTI team. |
| 26 | 10/11/2022 | Delaney, Meaghan | 2.9 | Develop communications memorandum for consideration and review. |
| 26 | 10/11/2022 | Adeyanju, Michael | 2.6 | Draft proposal memo for the UCC regarding strategic communications strategy to be offered. |
| 26 | 10/11/2022 | Delaney, Meaghan | 2.5 | Prepare proposed timeline of strategic communications activity. |
| 26 | 10/11/2022 | Hardey, Samantha | 2.2 | Search for relevant news about Borrego Health for media clips to be shared with FTI team and UCC counsel re: communication strategy. |

13

DOCS_LA:346741.3 10283/002

| 26 | 10/11/2022 | Thalassinos, Angelo | 1.7 | Draft public affairs strategy and related considerations. |
| 26 | 10/11/2022 | Adeyanju, Michael | 2.0 | Review and update proposal memo for the UCC regarding strategic communications strategy to be offered. |
| 26 | 10/11/2022 | Adeyanju, Michael | 1.4 | Draft and prepare strategic communications strategy to be offered in the proposal. |
| 26 | 10/11/2022 | Delaney, Meaghan | 0.5 | Develop media monitor to analyze external landscape. |
| 26 | 10/11/2022 | Adeyanju, Michael | 0.5 | Participate in discussion with FTI colleagues via email and Microsoft Teams re: conveying thoughts in the draft proposal. |
| 26 | 10/11/2022 | Adeyanju, Michael | 0.3 | Evaluate and analyze potential government affairs strategy. |
| 26 | 10/12/2022 | Thalassinos, Angelo | 1.0 | Develop and draft Committee communications, public affairs strategy and related considerations. |
| 26 | 10/12/2022 | Adeyanju, Michael | 1.0 | Revise and finalize proposal memo regarding strategic communications strategy to be offered. |
| 26 | 10/12/2022 | Delaney, Meaghan | 0.3 | Revise communication material before finalizing with the team. |
| 26 | 10/12/2022 | Adeyanju, Michael | 0.1 | Respond to internal FTI email about next steps in the proposal process. |
| 26 | 10/12/2022 | Delaney, Meaghan | 2.6 | Collaborate with FTI team member via Microsoft Teams to review, revise and finalize the proposal. |

14

| | | | | | |
|---|---|---|---|---|---|
| 26 | 10/12/2022 | Adeyanju, Michael | 2.6 | Participate in discussion with the FTI team member in order to review, edit and finalize the draft proposal. |
| 26 | 10/12/2022 | Ganti, Narendra | 0.4 | Participate in call with FTI team re: Committee communications, public affairs strategy and related considerations. |
| 26 | 10/12/2022 | Thalassinos, Angelo | 0.4 | Participate in call with FTI team to discuss Committee communications, public affairs strategy and related considerations. |
| 26 | 10/14/2022 | Thalassinos, Angelo | 0.1 | Debrief with FTI team member in advance of Committee call re: strategic communications workstreams. |
| 26 | 10/14/2022 | Adeyanju, Michael | 0.1 | Discuss draft proposal with the FTI team member prior to Committee call. |
| 26 | 10/18/2022 | Thalassinos, Angelo | 0.8 | Review and comment re: Committee counsel letter to California AG. |
| 26 | 10/18/2022 | Nelson, Cynthia A | 0.3 | Review and analyze draft of Borrego letter to DHCS. |
| 26 | 10/18/2022 | Thalassinos, Angelo | 0.1 | Prepare for call with Debtor, Committee professionals re: strategic communications. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.1 | Correspond with FTI team via email re: strategic communications scope of work. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.9 | Participate in call with FTI team member re: overall strategy moving forward and next steps. |
| 26 | 10/19/2022 | Ganti, Narendra | 0.9 | Participate in call with FTI team member to discuss strategic communication issues. |

15

| 26 | 10/19/2022 | Thalassinos, Angelo | 1.2 | Develop and prepare strategic communications workstreams and related updates. |
| 26 | 10/19/2022 | Adeyanju, Michael | 1.0 | Review and provide feedback on draft of Committee letter to California Deputy AG as well as offer strategic opinions for considerations. |
| 26 | 10/19/2022 | Gray, Michael | 0.4 | Review draft of letter to DHCS and related FTI Strategic Communications correspondence. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.4 | Review draft of Committee letter to California AG. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.3 | Participate in internal strategy session prior to UCC call. |
| 26 | 10/19/2022 | Gray, Michael | 0.3 | Participate in internal discussion in advance of call with Jarrard re: communication strategy. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.6 | Participate in call with FTI team and Pachulski to discuss strategic communications and a letter to the California Deputy AG. |
| 26 | 10/19/2022 | Ganti, Narendra | 0.6 | Participate in call with Pachulski and Ankura to discuss strategic communications. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.6 | Participate in call with Pachulski re: strategic communications. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.3 | Review agenda for call with Pachulski and develop agenda for Thursday's call with Jarrard. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.3 | Participate and offer strategic counsel on FTI call with Debtor and Committee professionals. |

16

DOCS_LA:346741.3 10283/002

| | | | | | |
|---|---|---|---|---|---|
| 26 | 10/19/2022 | Ganti, Narendra | 0.3 | Participate in call with Jarrard to discuss strategic communications. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.2 | Prepare for strategic communications call with Debtor and Committee professionals. |
| 26 | 10/19/2022 | Gray, Michael | 0.3 | Participate in discussion with Jarrard re: strategy communications. |
| 26 | 10/19/2022 | Adeyanju, Michael | 0.2 | Participate in internal debrief call after the call with Steve regarding next steps. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.2 | Participate in internal debrief call after the call with Steve regarding next steps. |
| 26 | 10/19/2022 | Thalassinos, Angelo | 0.6 | Participate in call with Debtor and Committee professionals re: strategic communications. |
| 26 | 10/20/2022 | Zucker, Clifford | 0.3 | Review comments re: DHCS correspondence. |
| 26 | 10/20/2022 | Adeyanju, Michael | 1.6 | Draft cover sheet to accompany letter to California Deputy AG as well as provide media and public affairs considerations at play. |
| 26 | 10/20/2022 | Thalassinos, Angelo | 0.9 | Review and comment on draft Committee letter to California AG and develop related strategic considerations. |
| 26 | 10/20/2022 | Ganti, Narendra | 0.5 | Review memo from Committee to DHCS and provide edits. |
| 26 | 10/20/2022 | Thalassinos, Angelo | 0.8 | Review and develop strategic communications considerations. |
| 26 | 10/20/2022 | Adeyanju, Michael | 0.6 | Review and provide additional insights and revisions on draft Committee letter to California Deputy AG. |

17

| | 26 | 10/20/2022 | Adeyanju, Michael | 0.2 | Review and provide feedback on communications tool kit. |
| 26 | 10/20/2022 | Adeyanju, Michael | 0.1 | Create contact card to send over to Pachulski. |
| 26 | 10/21/2022 | Delaney, Meaghan | 1.1 | Conduct external media research to form media list. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.8 | Review and edit draft Committee letter to Deputy AG. |
| 26 | 10/21/2022 | Hardey, Samantha | 0.7 | Compile media list for outreach to traditional news media. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.6 | Review and edit media cover sheet re: Committee, goals. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.4 | Develop strategic communications framework and review related considerations. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 1.2 | Participate in call with FTI team re: cover sheet and facilitating the development of a media list to help with distribution of coversheet and letter to the California Deputy AG. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.2 | Review key media outlets and reporters re: Borrego Health. |
| 26 | 10/21/2022 | Adeyanju, Michael | 1.2 | Participate in call with FTI team re: cover sheet and development of a media list to help with distribution of coversheet and letter to the California Deputy AG. |
| 26 | 10/21/2022 | Adeyanju, Michael | 0.7 | Participate in call with FTI team and Jarrard on public affairs, strategic communications, and media relations strategy. |

18

| | | | | |
|---|---|---|---|---|
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.7 | Participate in call with Jarrard firm re: strategic communications considerations, public affairs, and media relations strategy. |
| 26 | 10/21/2022 | Thalassinos, Angelo | 0.7 | Participate in call with PCO and Pachulski re: patient care, clinics assessment and related considerations. |
| 26 | 10/23/2022 | Thalassinos, Angelo | 0.1 | Correspond with Pachulski via email re: Deputy AG letter and related considerations. |
| 26 | 10/23/2022 | Thalassinos, Angelo | 0.2 | Review workstreams including messaging, engagement, diligence. |
| 26 | 10/24/2022 | Delaney, Meaghan | 1.2 | Identify relevant media targets for strategic communication outreach. |
| 26 | 10/24/2022 | Hardey, Samantha | 1.3 | Research and review relevant news about Borrego Health for media clips to be shared with team and counsel. |
| 26 | 10/24/2022 | Thalassinos, Angelo | 0.7 | Develop engagement strategy re: letter to Deputy AG including cover sheet and related considerations. |
| 26 | 10/24/2022 | Adeyanju, Michael | 0.8 | Review and provide feedback on media cover letter, media lists and media clips deliverables. |
| 26 | 10/24/2022 | Thalassinos, Angelo | 0.7 | Debrief and develop communications workplan. |
| 26 | 10/24/2022 | Labkoff, Nicole | 0.6 | Prepare draft of pitch for AG letter media outreach. |
| 26 | 10/24/2022 | Labkoff, Nicole | 0.4 | Review case materials re: case onboarding. |
| 26 | 10/24/2022 | Delaney, Meaghan | 0.3 | Prepare strategy of collaborative direction for next steps. |

19

| 26 | 10/24/2022 | Thalassinos, Angelo | 0.3 | Correspond with Pachulski via email re: strategic communications considerations and related research. |
|----|-----------|---------------------|-----|------|
| 26 | 10/24/2022 | Adeyanju, Michael | 0.4 | Review and revise media pitch. |
| 26 | 10/24/2022 | Hardey, Samantha | 0.4 | Compile media list for outreach to traditional news media. |
| 26 | 10/24/2022 | Thalassinos, Angelo | 0.4 | Review media research and related articles. |
| 26 | 10/24/2022 | Thalassinos, Angelo | 0.3 | Review Committee monitor. |
| 26 | 10/24/2022 | Adeyanju, Michael | 0.6 | Participate in internal FTI team meeting to debrief and strategize on next steps and needed deliverables. |
| 26 | 10/24/2022 | Thalassinos, Angelo | 0.6 | Discuss communications strategy with internal FTI team. |
| 26 | 10/24/2022 | Delaney, Meaghan | 0.6 | Attend internal FTI team meeting re: communications strategy and key messaging. |
| 26 | 10/24/2022 | Hardey, Samantha | 0.6 | Participate in internal FTI team meeting to discuss updates and communications strategy. |
| 26 | 10/24/2022 | Adeyanju, Michael | 0.5 | Participate in call with the FTI team member re: communications project scope and strategy. |
| 26 | 10/24/2022 | Labkoff, Nicole | 0.5 | Attend meeting with FTI team member to onboard to materials. |
| 26 | 10/25/2022 | Delaney, Meaghan | 1.0 | Revise existing communications approach for Counsel and the Committee. |
| 26 | 10/25/2022 | Thalassinos, Angelo | 0.8 | Implement engagement strategy and provide related updates re: Committee letter to Deputy AG. |

| | | | | |
|---|---|---|---|---|
| 26 | 10/25/2022 | Hardey, Samantha | 0.8 | Research and review relevant news about Borrego Health for media clips to be shared with team and counsel. |
| 26 | 10/25/2022 | Adeyanju, Michael | 0.5 | Review and revise updated proposal. |
| 26 | 10/25/2022 | Thalassinos, Angelo | 0.3 | Review and circulate media monitor to Pachulski. |
| 26 | 10/26/2022 | Zucker, Clifford | 0.5 | Review and analyze DHCS letter for key messaging. |
| 26 | 10/26/2022 | Delaney, Meaghan | 0.7 | Review and revise proposed changes to communications approach. |
| 26 | 10/26/2022 | Adeyanju, Michael | 0.3 | Provide additional round of edits to the updated proposal memo. |
| 26 | 10/26/2022 | Thalassinos, Angelo | 0.3 | Review engagement re: Deputy AG letter and related considerations. |
| 26 | 10/26/2022 | Thalassinos, Angelo | 0.2 | Coordinate with Jarrard team re: engagement scope. |
| 26 | 10/26/2022 | Thalassinos, Angelo | 0.1 | Review latest iteration of FTI communications workplan. |
| 26 | 10/26/2022 | Thalassinos, Angelo | 0.1 | Review media activity on Debtor. |
| 26 | 10/27/2022 | Thalassinos, Angelo | 1.1 | Review and edit workplan and related strategies and tactics. |
| 26 | 10/27/2022 | Labkoff, Nicole | 0.7 | Identify messages for media from bankruptcy filings. |
| 26 | 10/27/2022 | Adeyanju, Michael | 0.4 | Strategize regarding elected official due diligence in order to review and finalize edits to the updated proposal memo. |

21

DOCS_LA:346741.3 10283/002

| 26 | 10/27/2022 | Thalassinos, Angelo | 0.4 | Review court order and findings re: automatic stay and develop related engagement strategy. |
| 26 | 10/27/2022 | Hardey, Samantha | 0.2 | Update media list for outreach to traditional news media. |
| 26 | 10/28/2022 | Hardey, Samantha | 1.4 | Draft communications playbook including key messages for stakeholder groups. |
| 26 | 10/28/2022 | Labkoff, Nicole | 1.3 | Conduct stakeholder outreach. |
| 26 | 10/28/2022 | Thalassinos, Angelo | 1.1 | Review court order and findings re: automatic stay and implement engagement strategy. |
| 26 | 10/28/2022 | Adeyanju, Michael | 0.5 | Review and provide feedback on filing and messaging document. |
| 26 | 10/28/2022 | Hardey, Samantha | 0.4 | Review court order and findings to inform key communications messaging. |
| 26 | 10/28/2022 | Labkoff, Nicole | 0.2 | Conduct public searches to understand recent media activity on the Debtor. |
| 26 | 10/28/2022 | Hardey, Samantha | 0.1 | Update media list for outreach to traditional news media. |
| 26 | 10/28/2022 | Thalassinos, Angelo | 0.1 | Monitor recent media activity with respect to the Debtor. |
| 26 | 10/28/2022 | Thalassinos, Angelo | 0.1 | Review workplan and related strategies and tactics. |
| 26 | 10/28/2022 | Labkoff, Nicole | 0.3 | Participate in call with the FTI team to strategize on elected officials stakeholder mapping exercise. |

22

| | | | | |
|---|---|---|---|---|
| 26 | 10/28/2022 | Adeyanju, Michael | 0.3 | Participate in call with the FTI team to strategize on elected officials stakeholder mapping exercise. |
| 26 | 10/31/2022 | Hardey, Samantha | 2.8 | Prepare draft of communications playbook including key messages for stakeholder groups. |
| 26 | 10/31/2022 | Labkoff, Nicole | 2.0 | Prepare draft of media Q&A for internal FTI team. |
| 26 | 10/31/2022 | Thalassinos, Angelo | 0.6 | Review communications workstreams. |
| 26 | 10/31/2022 | Labkoff, Nicole | 0.3 | Prepare analysis on policymaker mapping. |
| 26 | 10/31/2022 | Nelson, Cynthia A | 0.3 | Review and obtain understanding of FTI tasks with respect to strategic communications. |
| 26 | 10/31/2022 | Adeyanju, Michael | 0.2 | Review communications playbook deliverable. |

| **26 Total** | | | **89.8** | |
|---|---|---|---|---|
| **Grand Total** | | | **202.3** | |

23