Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        tkapur@pszjlaw.com
        sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>**NOTICE OF FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD OCTOBER 7, 2022 THROUGH OCTOBER 31, 2022** |

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR'S COUNSEL, COUNSEL TO THE PATIENT CARE OMBUDSMAN, THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** FTI Consulting, Inc. ("FTI" or the "Firm"), Financial Advisor to the Official Committee of Unsecured Creditors, has filed its *First Monthly Fee Application for Allowance and Payment of Interim Compensation for the Period October 7, 2022 through October 31, 2022* [Docket No. 349].  As detailed below, FTI seeks an allowance payment of interim compensation consisting of 80% of the fees for services rendered during the period October 7, 2022 –October 31, 2022 (the "Application Period").

DOCS_LA:346748.2 10283/002

| Professional's Name and Address | Position | Application Period | Total (100%) Fees Incurred | Total (100%) Expenses Incurred | 80% of Fees Incurred | Total Requested in this Application (80% of Fees and 100% of Expenses) | Hold Back (20% of Fees) |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | 11/1/22 – 11/30/22 | $151,725.00 | $0.00 | $121,380.00 | $121,380.00 | $30,345.00 |

Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* that was entered on or about December 15, 2022 [Docket No. 299], any party objecting to the allowance and payment of interim compensation as requested must file a written objection with the Court and serve a copy of that objection upon counsel to the Official Committee of Unsecured Creditors, as well as on the Office of the United States Trustee, the Debtor and Debtor's counsel, and counsel for the Patient Care Ombudsman within ten (10) calendar days of the date this Notice was mailed.

If an objection is timely filed and served, the Debtor will pay to FTI only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

Dated: January 3, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Jeffrey N. Pomerantz*
     Jeffrey N. Pomerantz

Counsel to the Official Committee of Unsecured Creditors

2

DOCS_LA:346748.2 10283/002