Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          tkapur@pszjlaw.com
          sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 22-02384-LT11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor and Debtor in Possession. | **SECOND MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022** |

DOCS_LA:346724.4 10283/002

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR:          Borrego Community Health Foundation
Petition Date:   September 12, 2022
Case No. 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:                        FTI Consulting, Inc.

REPRESENTING:                     Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT:** Docket No. 242

| Task Code | Category | Total Hours | Total Fees |
|:---:|---|---:|---:|
| 1 | Current Operating Results & Events | 1.8 | $1,350.00 |
| 2 | Cash & Liquidity Analysis | 7.9 | 5,925.00 |
| 4 | Trade Vendor Issues | 18.0 | 13,500.00 |
| 5 | Real Estate Issues | 2.4 | 1,800.00 |
| 6 | Asset Sales | 28.2 | 21,150.00 |
| 9 | Analysis of Employee Compensation Programs | 26.5 | 19,875.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.3 | 225.00 |
| 12 | Analysis of SOFAs & SOALs | 1.2 | 900.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.5 | 375.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 3.1 | 2,325.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 2.8 | 2,100.00 |
| 19 | Case Management | 1.0 | 750.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 4.0 | 3,000.00 |
| 21 | General Meetings with Committee & Committee Counsel | 18.5 | 13,875.00 |
| 23 | Firm Retention | 1.4 | 1,050.00 |

DOCS_LA:346724.4 10283/002

| 24 | Preparation of Fee Application | 12.5 | 9,375.00 |
|----|-------------------------------|------|----------|
| 26 | Strategic Communications | 60.4 | 45,300.00 |
| | **TOTAL** | **190.5** | **$142,875.00** |

DOCS_LA:346724.4 10283/002

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| BORREGO COMMUNITY HEALTH FOUNDATION, | ) Case No. 22-02384 |
| | ) |
| Debtor and Debtor in Possession. | ) Judge: Hon. Laura S. Taylor |
| | ) |
| | ) |

### **Monthly Fee Application**

FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI" or the "Firm"), submits its Second Monthly Fee Application for Allowance and Payment of Interim Compensation (the "Application") for the period November 1, 2022 – November 30, 2022 (the "Application Period"). In support of the Application, FTI respectfully represents as follows:

1.      FTI is the financial advisor to the Official Committee of Unsecured Creditors (the "Committee"). FTI hereby applies to the Court for allowance and payment of interim compensation for services rendered during the Application Period.

2.      FTI billed a total of $142,875.00 during the Application Period. The total fees represent 190.50 hours expended during the Application Period. These fees and are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2022 – November 30, 2022 | $142,875.00 | $0.00 | $142,875.00 |

3.      Accordingly, FTI seeks allowance of interim compensation in the total amount of $114,300.00 at this time, which represents 80% of fees totaling

4

$142,875.00 for services rendered. No expenses were incurred during the Application Period.

4.  As FTI is filing this Application concurrently with its first monthly fee application covering the period October 7, 2022 – October 31, 2022, no amounts have previously been paid to the Firm.

5.  Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case (the "<u>Case</u>") during the Application Period at the blended hourly rate approved for FTI for this Case. Attached hereto as **Exhibit "B"** is the detailed time and expense statements for the Application Period.

6.  The Firm has served a copy of this Application on the United States Trustee (the "<u>U.S. Trustee</u>"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "<u>Notice Parties</u>"). The Application was mailed by first class mail, postage prepaid, on or about January 3, 2023. Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about January 3, 2023.

7.  Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "<u>Interim Compensation Procedures Order</u>") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

DOCS_LA:346724.4 10283/002

8.    The interim compensation sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, FTI respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated: January 3, 2023                    FTI CONSULTING, INC.

By */s/ Cynthia Nelson*
    Cynthia Nelson
    350 S. Grand Avenue, Suite 3000
    Los Angeles, CA 90071
    Telephone: 213-689-1200
    E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors of Borrego Community Health Foundation*

Submitted By:

PACHULSKI STANG ZIEHL & JONES LLP

By        */s/ Jeffrey N. Pomerantz*
    Jeffrey N. Pomerantz

    Counsel to the Official Committee of Unsecured Creditors

6

DOCS_LA:346724.4 10283/002

# EXHIBIT A

**EXHIBIT A**
**Summary of Hours by Professional for Application Period**
**(November 1, 2022 – November 30, 2022)**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Bilbao, Marc | Senior Managing Director | $ 750 | 4.0 | $ 3,000.00 |
| Nelson, Cynthia A | Senior Managing Director | 750 | 15.0 | 11,250.00 |
| Zucker, Clifford | Senior Managing Director | 750 | 19.3 | 14,475.00 |
| Ganti, Narendra | Managing Director | 750 | 13.9 | 10,425.00 |
| Thalassinos, Angelo | Managing Director | 750 | 13.8 | 10,350.00 |
| Adeyanju, Michael | Senior Director | 750 | 10.5 | 7,875.00 |
| Delaney, Meaghan | Director | 750 | 3.7 | 2,775.00 |
| Gray, Michael | Senior Consultant | 750 | 39.1 | 29,325.00 |
| Labkoff, Nicole | Senior Consultant | 750 | 15.0 | 11,250.00 |
| Cho, Clare | Consultant | 750 | 39.2 | 29,400.00 |
| Hardey, Samantha | Consultant | 750 | 15.4 | 11,550.00 |
| Larson, Kristian | Consultant | 750 | 0.5 | 375.00 |
| Hellmund-Mora, Marili | Manager | 750 | 1.1 | 825.00 |
| **TOTAL** | | | **190.5** | **$142,875.00** |

# EXHIBIT B

**EXHIBIT B**
**Detailed Time Statement for Application Period**
**(November 1, 2022 – November 30, 2022)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/10/2022 | Zucker, Clifford | 0.5 | Review correspondence in relation to mediation. |
| 1 | 11/11/2022 | Gray, Michael | 0.4 | Review media coverage re: Borrego and DHCS mediation. |
| 1 | 11/14/2022 | Gray, Michael | 0.9 | Prepare analysis on draft September MOR information. |
| **1 Total** | | | **1.8** | |
| 2 | 11/4/2022 | Ganti, Narendra | 0.8 | Review budget to actuals variance reporting package provided by Ankura. |
| 2 | 11/4/2022 | Gray, Michael | 0.6 | Participate in discussion with Ankura re: follow up diligence questions on cash flow budget. |
| 2 | 11/4/2022 | Gray, Michael | 0.3 | Update UCC report for additional cash flow context provided by Ankura. |
| 2 | 11/4/2022 | Gray, Michael | 0.7 | Review cash flow budget and prepare follow-up diligence questions. |
| 2 | 11/11/2022 | Gray, Michael | 0.4 | Review cash flow variance report provided by Ankura for the week ending 11/4. |
| 2 | 11/16/2022 | Nelson, Cynthia A | 0.2 | Correspondence with FTI and Pachulski re: Debtor presentation on various grants. |
| 2 | 11/18/2022 | Zucker, Clifford | 0.4 | Provide comments on Committee report re: liquidity. |
| 2 | 11/18/2022 | Ganti, Narendra | 0.5 | Review draft Committee report re: cash forecast and liquidity. |

1

| 2 | 11/18/2022 | Gray, Michael | 0.6 | Assess weekly cash variance report provided by Ankura. |
| 2 | 11/18/2022 | Gray, Michael | 1.1 | Prepare analysis on weekly cash variance for inclusion in Committee report. |
| 2 | 11/18/2022 | Gray, Michael | 0.9 | Prepare cash flow variance report for Committee. |
| 2 | 11/18/2022 | Gray, Michael | 0.4 | Review cash flow variance analysis and report for accuracy. |
| 2 | 11/28/2022 | Gray, Michael | 0.4 | Prepare for Committee meeting re: cash flow update. |
| 2 | 11/29/2022 | Cho, Clare | 0.6 | Review HRSA and other grant agreements from data room. |
| **2 Total** | | | **7.9** | |
| 4 | 11/22/2022 | Nelson, Cynthia A | 0.2 | Review information with respect to vendor payments and deposits. |
| 4 | 11/22/2022 | Cho, Clare | 1.3 | Review vendor contracts from sales process data room re: schedule G contracts. |
| 4 | 11/22/2022 | Cho, Clare | 1.4 | Review non-340B pharmacy contracts and related documents from sales process data room re: schedule G contracts. |
| 4 | 11/22/2022 | Cho, Clare | 2.5 | Review hospital services agreements from sales process data room re: schedule G contracts. |
| 4 | 11/23/2022 | Cho, Clare | 2.9 | Review participating provider services agreements and related contracts from sales process data room re: schedule G contracts. |
| 4 | 11/28/2022 | Cho, Clare | 2.7 | Review agreements between BCHF and hospitals/school districts for medical/dental services from data room re: schedule G contracts. |

DOCS_LA:346724.4 10283/002

| | | | | |
|---|---|---|---|---|
| 4 | 11/28/2022 | Cho, Clare | 2.8 | Review agreements for vendor services from data room re: schedule G contracts. |
| 4 | 11/29/2022 | Zucker, Clifford | 0.6 | Review and analysis of certain administrative claims re: trade vendor payables. |
| 4 | 11/29/2022 | Nelson, Cynthia A | 0.6 | Correspond with FTI team regarding various analyses of historical trade vendor payments and payables. |
| 4 | 11/29/2022 | Cho, Clare | 2.4 | Review order forms and quotes for vendor services from data room. |
| 4 | 11/30/2022 | Ganti, Narendra | 0.6 | Review accounts payable to certain trade vendors to understand potential 503(b)(9) claim sizing. |
| **4 Total** | | | **18.0** | |
| 5 | 11/29/2022 | Cho, Clare | 1.6 | Review leases and Chapter 11 Real Property Questionnaires for leased properties submitted to court from data room. |
| 5 | 11/29/2022 | Cho, Clare | 0.8 | Review Chapter 11 Real Property Questionnaires for owned properties submitted to court from data room. |
| **5 Total** | | | **2.4** | |
| 6 | 11/1/2022 | Zucker, Clifford | 0.4 | Review correspondence Ankura on sale process. |
| 6 | 11/1/2022 | Bilbao, Marc | 0.5 | Review draft bid procedures to understand proposed sale timeline and structure. |
| 6 | 11/9/2022 | Nelson, Cynthia A | 0.2 | Determine status of sales process. |
| 6 | 11/10/2022 | Zucker, Clifford | 0.6 | Review comments to sale and bid procedures. |

3

| 6 | 11/11/2022 | Ganti, Narendra | 0.9 | Call with Ankura to discuss sale process and liquidity. |
|---|---|---|---|---|
| 6 | 11/11/2022 | Gray, Michael | 0.9 | Review bid procedures motion as filed. |
| 6 | 11/11/2022 | Gray, Michael | 0.4 | Review latest iteration of sale process letter distributed to potential interested parties. |
| 6 | 11/11/2022 | Nelson, Cynthia A | 0.9 | Participate with Ankura in update call regarding sales process and other case issues. |
| 6 | 11/11/2022 | Zucker, Clifford | 0.9 | Attend discussion with Ankura re: sale process updates. |
| 6 | 11/11/2022 | Zucker, Clifford | 0.5 | Review correspondence from Pachulski re: bid procedures. |
| 6 | 11/11/2022 | Gray, Michael | 0.9 | Participate in discussion with Ankura and FTI team re: sale process, mediation, and KEIP/KERP. |
| 6 | 11/12/2022 | Ganti, Narendra | 0.5 | Participate in call with Pachulski to discuss sale process and bid procedures. |
| 6 | 11/13/2022 | Gray, Michael | 0.2 | Prepare analysis to sale process data room documents. |
| 6 | 11/14/2022 | Gray, Michael | 0.3 | Correspondence with internal FTI team re: sale process data room indexing. |
| 6 | 11/14/2022 | Gray, Michael | 0.7 | Review sale process data room documents. |
| 6 | 11/14/2022 | Zucker, Clifford | 0.3 | Review comments to redline bid procedures. |
| 6 | 11/15/2022 | Nelson, Cynthia A | 0.3 | Review sales tracker to obtain understanding of marketing effort and level of interest in Debtors. |
| 6 | 11/15/2022 | Zucker, Clifford | 0.4 | Review sale process update summary provided by Ankura to understand latest developments with interested parties. |

4

| 6 | 11/16/2022 | Ganti, Narendra | 1.0 | Call with Ankura to discuss latest sale process updates. |
| 6 | 11/16/2022 | Gray, Michael | 1.0 | Participate in discussion with Ankura re: updates on marketing efforts with interested parties. |
| 6 | 11/16/2022 | Gray, Michael | 0.8 | Prepare summary of sale process updates provided by Ankura. |
| 6 | 11/16/2022 | Nelson, Cynthia A | 1.0 | Participate in call with Ankura to obtain update and provide input on sales process. |
| 6 | 11/16/2022 | Zucker, Clifford | 1.0 | Attend discussion with Ankura to understand latest conversations with interested parties and updates on marketing process. |
| 6 | 11/18/2022 | Gray, Michael | 0.4 | Update sale process summary for inclusion in Committee report. |
| 6 | 11/18/2022 | Cho, Clare | 1.9 | Review sale process dataroom and prepare descriptions of employee related documents in index. |
| 6 | 11/21/2022 | Nelson, Cynthia A | 0.3 | Review summary prepared by Pachulski for UCC re: status of sales process. |
| 6 | 11/22/2022 | Zucker, Clifford | 0.3 | Review correspondences with Ankura on sale process. |
| 6 | 11/22/2022 | Gray, Michael | 0.2 | Correspond with internal FTI team and Pachulski re: sale process update. |
| 6 | 11/23/2022 | Zucker, Clifford | 1.2 | Participate in discussion with Ankura re: marketing and financial update. |
| 6 | 11/23/2022 | Ganti, Narendra | 1.2 | Attend call with Ankura on latest updates to the Debtor's marketing of assets. |
| 6 | 11/23/2022 | Gray, Michael | 1.2 | Participate in discussion with Ankura re: sales process update. |

5

| 6 | 11/23/2022 | Nelson, Cynthia A | 1.2 | Discussion with Ankura re: latest updates to sale process efforts. |
| 6 | 11/23/2022 | Zucker, Clifford | 0.5 | Review and comment on draft sale process update report for discussion with Committee. |
| 6 | 11/23/2022 | Gray, Michael | 0.2 | Correspond with FTI team member re: sale process data room indexing. |
| 6 | 11/23/2022 | Gray, Michael | 0.7 | Review sale process data room for additional documents. |
| 6 | 11/23/2022 | Gray, Michael | 0.8 | Review sale process update provided by Ankura to understand developments with interested parties. |
| 6 | 11/23/2022 | Cho, Clare | 0.3 | Review bidding procedures and correspond with FTI team re: key deadlines/hearings. |
| 6 | 11/27/2022 | Nelson, Cynthia A | 0.2 | Review sale process outreach summary provided by Ankura in preparation for UCC discussion. |
| 6 | 11/28/2022 | Bilbao, Marc | 0.7 | Review latest sale process outreach summary provided by Ankura in advance of discussion with the Committee. |
| 6 | 11/28/2022 | Gray, Michael | 0.4 | Review latest sales process update provided by Ankura to understand changes from initial update. |
| 6 | 11/28/2022 | Cho, Clare | 0.3 | Prepare summary of key topics of discussion during Committee call re: sale process and bid procedures. |
| 6 | 11/29/2022 | Gray, Michael | 1.2 | Review sale process data room indexing for completeness and accuracy. |

6

| 6 | 11/30/2022 | Zucker, Clifford | 0.4 | Review and analyze sale process update materials provided by the Ankura team. |
|---|---|---|---|---|
| **6 Total** | | | **28.2** | |
| 9 | 11/1/2022 | Gray, Michael | 0.6 | Review draft proposed KEIP/KERP proposed terms and supporting schedules. |
| 9 | 11/1/2022 | Gray, Michael | 0.2 | Correspondence with Ankura re: KEIP/KERP market study. |
| 9 | 11/1/2022 | Gray, Michael | 2.1 | Begin to prepare KEIP/KERP comparison study. |
| 9 | 11/1/2022 | Zucker, Clifford | 0.5 | Review and analysis of proposed KERP program and support. |
| 9 | 11/2/2022 | Ganti, Narendra | 0.9 | Participate in discussion with case professionals re: proposed KERP/KEIP programs. |
| 9 | 11/2/2022 | Gray, Michael | 1.7 | Continue to prepare and review KEIP/KERP comparison study. |
| 9 | 11/2/2022 | Gray, Michael | 0.4 | Prepare e-mail correspondence re: KEIP/KERP proposed terms. |
| 9 | 11/2/2022 | Gray, Michael | 0.9 | Review Debtor's KEIP/KERP comparison study to understand market size and amount in similar recent cases. |
| 9 | 11/2/2022 | Gray, Michael | 1.6 | Review historical non-profit bankruptcy cases for potential uses of KEIP/KERP. |
| 9 | 11/2/2022 | Gray, Michael | 0.9 | Attend case professionals discussion re: KEIP/KERP. |
| 9 | 11/2/2022 | Zucker, Clifford | 0.9 | Discuss proposed KEIP/KERP terms with case professionals. |

7

| 9 | 11/2/2022 | Gray, Michael | 0.3 | Review draft notice to increase compensation and related memo. |
| 9 | 11/2/2022 | Nelson, Cynthia A | 0.5 | Attend discussion with Pachulski regarding the Debtor's proposed KEIP/KERP. |
| 9 | 11/2/2022 | Zucker, Clifford | 0.5 | Call with Pachulski on employee retention motions. |
| 9 | 11/2/2022 | Gray, Michael | 0.3 | Participate in discussion with Pachulski re: KEIP/KERP. |
| 9 | 11/2/2022 | Zucker, Clifford | 0.3 | Discuss employee retention diligence and comps with Pachulski. |
| 9 | 11/2/2022 | Zucker, Clifford | 0.6 | Review and analysis of executive compensation study and metrics. |
| 9 | 11/3/2022 | Gray, Michael | 0.3 | Review and comment on analysis provided by Debtor professionals re: proposed insider salary increase. |
| 9 | 11/3/2022 | Gray, Michael | 0.2 | Review redlined draft KEIP/KERP motion. |
| 9 | 11/3/2022 | Zucker, Clifford | 0.6 | Review and analysis of KERP/KEIP UCC comments. |
| 9 | 11/4/2022 | Zucker, Clifford | 0.7 | Review and analysis of patient visit activity and budget compensation re: proposed KEIP bonus structure. |
| 9 | 11/4/2022 | Cho, Clare | 2.9 | Work on KERP and KEIP schedules for inclusion in Committee report. |
| 9 | 11/4/2022 | Gray, Michael | 0.3 | Prepare correspondence to Pachulski re: KEIP/KERP recommendation. |
| 9 | 11/4/2022 | Gray, Michael | 1.4 | Prepare analysis on proposed KEIP and KERP terms. |

8

| 9 | 11/4/2022 | Gray, Michael | 0.9 | Prepare summary of proposed KEIP and KERP for inclusion in Committee report. |
| 9 | 11/4/2022 | Gray, Michael | 0.4 | Update UCC report for KEIP and KERP summaries and analysis. |
| 9 | 11/4/2022 | Gray, Michael | 0.7 | Review proposed KEIP and KERP for UCC report. |
| 9 | 11/4/2022 | Gray, Michael | 0.4 | Review historical patient visits to understand budgeted to actual performance re: proposed KEIP bonus. |
| 9 | 11/4/2022 | Zucker, Clifford | 0.4 | Review KEIP/KERP analysis and related correspondence with Pachulski and UCC. |
| 9 | 11/6/2022 | Nelson, Cynthia A | 0.2 | Correspond with FTI team member to obtain an understanding of KEIP/KERP materials to be presented during UCC call. |
| 9 | 11/7/2022 | Zucker, Clifford | 0.7 | Review comments to financial report to Committee re: KEIP/KERP. |
| 9 | 11/7/2022 | Zucker, Clifford | 0.5 | Review and analysis of KEIP/KERP response. |
| 9 | 11/7/2022 | Ganti, Narendra | 0.7 | Update Committee report in advance of discussion re: KEIP/KERP. |
| 9 | 11/8/2022 | Gray, Michael | 0.5 | Review KEIP/KERP UCC report for updates. |
| 9 | 11/8/2022 | Gray, Michael | 0.3 | Review KEIP KERP correspondence with Debtor re: Committee recommendation. |
| 9 | 11/15/2022 | Ganti, Narendra | 0.6 | Review revised KERP/KEIP to understand changes to economics and bonus metrics. |

9

| | | | | |
|---|---|---|---|---|
| 9 | 11/15/2022 | Nelson, Cynthia A | 0.3 | Review Debtors' responses on KEIP economics and related recommendations and methodology. |
| 9 | 11/15/2022 | Zucker, Clifford | 0.3 | Review of Debtor's responses on KEIP/KERP. |
| **9 Total** | | | **26.5** | |
| 11 | 11/8/2022 | Cho, Clare | 0.3 | Participate on 341 telephonic call re: additional questions from first 341 call. |
| **11 Total** | | | **0.3** | |
| 12 | 11/8/2022 | Gray, Michael | 0.4 | Review correspondence from Ankura re: follow-up SOFA/SOAL diligence questions. |
| 12 | 11/8/2022 | Gray, Michael | 0.2 | Follow-up with Ankura re: additional SOFA/SOAL questions. |
| 12 | 11/10/2022 | Gray, Michael | 0.6 | Asses A/R aging schedule provided by Ankura re: SOAL analysis. |
| **12 Total** | | | **1.2** | |
| 13 | 11/2/2022 | Gray, Michael | 0.2 | Review on high level objection to Knudsen Order and UCC Counsel employment. |
| 13 | 11/3/2022 | Ganti, Narendra | 0.3 | Review motion to change compensation of COO. |
| **13 Total** | | | **0.5** | |

10

| 14 | 11/28/2022 | Gray, Michael | 0.1 | Correspond with Ankura re: claims register. |
| 14 | 11/28/2022 | Gray, Michael | 0.5 | Review claims register provided by Ankura. |
| 14 | 11/29/2022 | Gray, Michael | 0.4 | Assess filed and scheduled claims from claims analysis provided by Ankura. |
| 14 | 11/30/2022 | Gray, Michael | 0.3 | Correspond with internal FTI team re: claims analysis. |
| 14 | 11/30/2022 | Cho, Clare | 1.8 | Prepare analysis on filed and scheduled claims provided by Ankura. |
| **14 Total** | | | **3.1** | |
| 18 | 11/1/2022 | Cho, Clare | 2.8 | Finalize draft RICO lawsuit parties' summary with information on key lawsuit parties of interest. |
| **18 Total** | | | **2.8** | |
| 19 | 11/10/2022 | Gray, Michael | 0.3 | Review list of key topics of discussion from Section 341 Call. |
| 19 | 11/29/2022 | Cho, Clare | 0.4 | Review patient transfer agreements from data room. |
| 19 | 11/29/2022 | Cho, Clare | 0.3 | Review participation agreements from data room. |
| **19 Total** | | | **1.0** | |
| 20 | 11/1/2022 | Bilbao, Marc | 1.0 | Attend case professionals meeting to discuss sale process, litigation and other case issues. |

DOCS_LA:346724.4 10283/002

| 20 | 11/1/2022 | Nelson, Cynthia A | 1.0 | Participate in call with Debtor's management, Debtor's professionals, UCC advisors and UCC members regarding status of Debtor's various efforts with respect to sale, litigation and other issues. |
| 20 | 11/1/2022 | Ganti, Narendra | 1.0 | Call with Committee, case professionals, and Debtors to discuss sale process, cash flow, and other issues. |
| 20 | 11/1/2022 | Zucker, Clifford | 1.0 | Attend call with Committee, Debtor, and case professionals on case status and updates. |
| **20 Total** | | | **4.0** | |
| 21 | 11/1/2022 | Nelson, Cynthia A | 0.5 | Participate in pre-call with UCC in advance of management call re: sale process, litigation, and other case updates. |
| 21 | 11/1/2022 | Bilbao, Marc | 0.5 | Meet with UCC re: liquidity, sale process, and other case issues in advance of management discussion. |
| 21 | 11/1/2022 | Ganti, Narendra | 0.5 | Call with Committee to discuss cash, sale process, and other items in advance of meeting with management. |
| 21 | 11/1/2022 | Zucker, Clifford | 0.5 | Discuss sale process, litigation, liquidity, and other case updates with UCC. |
| 21 | 11/7/2022 | Cho, Clare | 1.1 | Call with UCC to discuss, among other things, KEIP/KERP, sales process, and cash flow updates. |
| 21 | 11/7/2022 | Ganti, Narendra | 1.1 | Call with Committee to discuss KERP/KEIP, sale process, mediation and liquidity. |
| 21 | 11/7/2022 | Nelson, Cynthia A | 1.1 | Participate in call with UCC to discuss KEIP/KERP, sales process, meditation, |

12

| | | | | budget variance and claims filing. |
|---|---|---|---|---|
| 21 | 11/7/2022 | Zucker, Clifford | 1.1 | Attend UCC call re: sales process, mediation, liquidity and KEIP/KERP. |
| 21 | 11/14/2022 | Ganti, Narendra | 0.7 | Call with Committee to discuss sale process. |
| 21 | 11/14/2022 | Gray, Michael | 0.7 | Participate in Committee discussion re: sale process, mediation update, PCO report, and other case issues. |
| 21 | 11/14/2022 | Nelson, Cynthia A | 0.7 | Participate in UCC call to discuss sales process, mediation and other case issues. |
| 21 | 11/14/2022 | Zucker, Clifford | 0.7 | Attend discussion with Committee re: latest case updates and issues. |
| 21 | 11/18/2022 | Ganti, Narendra | 0.6 | Call with Pachulski to discuss sale process and other issues. |
| 21 | 11/18/2022 | Zucker, Clifford | 0.5 | Attend discussion with Pachulski re: mediation, sale process, and other case issues. |
| 21 | 11/18/2022 | Gray, Michael | 0.5 | Participate in catch up call with Pachulski on key case issues and developments re: sale process and mediation. |
| 21 | 11/18/2022 | Nelson, Cynthia A | 0.5 | Participate in call with Pachulski regarding status of case including bid procedures, mediation and KEIP. |
| 21 | 11/26/2022 | Ganti, Narendra | 0.7 | Attend discussion with Pachulski to discuss sale process, liquidity, mediation, and other issues. |
| 21 | 11/26/2022 | Nelson, Cynthia A | 0.7 | Participate in call with Pachulski to prepare for UCC meeting. |

13

| 21 | 11/28/2022 | Nelson, Cynthia A | 0.2 | Participate in discussion with Pachulski in advance of Committee call re: agenda and case issues. |
| 21 | 11/28/2022 | Zucker, Clifford | 0.2 | Attend pre-call with Pachulski to discuss Committee agenda and case issues. |
| 21 | 11/28/2022 | Bilbao, Marc | 1.3 | Attend Committee call to discuss sales process updates and various case issues. |
| 21 | 11/28/2022 | Ganti, Narendra | 1.3 | Participate in call with Committee to discuss sale process, liquidity, mediation, and other issues. |
| 21 | 11/28/2022 | Nelson, Cynthia A | 1.3 | Discuss updates on sales process, mediation, cash, various motions pending and other case issues with Committee. |
| 21 | 11/28/2022 | Zucker, Clifford | 1.3 | Participate in discussion with Committee re: financial and legal case updates. |
| 21 | 11/28/2022 | Gray, Michael | 0.2 | Attend Pre-UCC call with Pachulski re: agenda for Committee meeting. |
| **21 Total** | | | **18.5** | |
| 23 | 11/16/2022 | Nelson, Cynthia A | 0.5 | Correspond with Pachulski regarding employment application. |
| 23 | 11/17/2022 | Nelson, Cynthia A | 0.3 | Confer with Pachulski FTI general counsel re: revisions to FTI employment application. |
| 23 | 11/18/2022 | Nelson, Cynthia A | 0.3 | Finalize supplemental declaration related to employment application. |

14

| 23 | 11/22/2022 | Nelson, Cynthia A | 0.3 | Obtain status on fee procedures hearing from Pachulski. |
|---|---|---|---|---|
| **23 Total** | | | **1.4** | |
| 24 | 11/9/2022 | Hellmund-Mora, Marili | 1.1 | Prepare the October fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 11/10/2022 | Gray, Michael | 0.4 | Review and comment on October fee exhibits. |
| 24 | 11/11/2022 | Gray, Michael | 0.4 | Provide comments to October fee exhibits. |
| 24 | 11/14/2022 | Cho, Clare | 1.8 | Conduct a detailed review of the draft October fee exhibits to comply with bankruptcy guidelines. |
| 24 | 11/15/2022 | Cho, Clare | 1.4 | Continue to review and update draft October fee exhibits. |
| 24 | 11/15/2022 | Cho, Clare | 2.5 | Prepare schedules for inclusion in October fee application. |
| 24 | 11/15/2022 | Cho, Clare | 2.4 | Update draft October fee exhibits for FTI team comments. |
| 24 | 11/15/2022 | Gray, Michael | 1.1 | Review and comment on draft October fee application exhibits. |
| 24 | 11/16/2022 | Gray, Michael | 0.8 | Process updates to October fee application exhibits. |

15

| 24 | 11/16/2022 | Gray, Michael | 0.6 | Begin to prepare draft October fee application. |
|---|---|---|---|---|
| **24 Total** | | | **12.5** | |
| 26 | 11/1/2022 | Adeyanju, Michael | 0.5 | Review and revise email to Pachulski re: communications strategy overview. |
| 26 | 11/1/2022 | Hardey, Samantha | 0.8 | Draft communications playbook including key messages for stakeholder groups. |
| 26 | 11/1/2022 | Labkoff, Nicole | 0.7 | Develop key talking points for stakeholder groups re: communications playbook. |
| 26 | 11/1/2022 | Thalassinos, Angelo | 0.8 | Develop engagement strategy for press release re: Debtor's sale process. |
| 26 | 11/2/2022 | Adeyanju, Michael | 0.4 | Strategize with FTI team member regarding key messages for stakeholder groups. |
| 26 | 11/2/2022 | Adeyanju, Michael | 0.9 | Review and provide feedback on communication playbook. |
| 26 | 11/2/2022 | Delaney, Meaghan | 1.8 | Review and update communications playbook for FTI team suggestions. |
| 26 | 11/2/2022 | Hardey, Samantha | 1.4 | Prepare draft communications playbook including key messages for stakeholder groups. |
| 26 | 11/2/2022 | Hardey, Samantha | 0.2 | Search for relevant news about Borrego Health to be shared with team and Pachulski. |
| 26 | 11/2/2022 | Labkoff, Nicole | 1.1 | Update key talking points for stakeholder groups re: communications playbook. |

16

| 26 | 11/2/2022 | Thalassinos, Angelo | 0.4 | Develop engagement strategy re: Debtor's sale process press release. |
| 26 | 11/2/2022 | Thalassinos, Angelo | 0.2 | Review and circulate media activity with respect to the Debtor's bankruptcy case. |
| 26 | 11/2/2022 | Thalassinos, Angelo | 0.1 | Perform an initial review of the draft communications playbook. |
| 26 | 11/2/2022 | Thalassinos, Angelo | 0.4 | Participate in discussion with Jarrard re: sale process press release engagement strategy. |
| 26 | 11/2/2022 | Thalassinos, Angelo | 0.3 | Continue to develop Committee engagement strategy re: sale process press release. |
| 26 | 11/3/2022 | Adeyanju, Michael | 0.7 | Participate in discussion with Pachulski re: strategic communications. |
| 26 | 11/3/2022 | Nelson, Cynthia A | 0.7 | Participate in call with Pachulski to discuss communications strategy. |
| 26 | 11/3/2022 | Adeyanju, Michael | 0.3 | Debrief with FTI team member re: call with Pachulski and discuss next steps. |
| 26 | 11/3/2022 | Thalassinos, Angelo | 0.3 | Attend call with FTI team member to debrief on call with Pachulski and discuss next steps on work streams. |
| 26 | 11/3/2022 | Thalassinos, Angelo | 1.3 | Process updates to sale process press release engagement strategy after discussion with Pachulski. |
| 26 | 11/4/2022 | Nelson, Cynthia A | 0.2 | Obtain update from Pachulski on mediation with DHCS and on communications strategy. |
| 26 | 11/4/2022 | Adeyanju, Michael | 1.0 | Develop mediation media strategy and correspond with Pachulski via email re: same. |

17

| 26 | 11/4/2022 | Thalassinos, Angelo | 0.7 | Continue to develop Committee engagement strategy and review related correspondence with Pachulski. |
|---|---|---|---|---|
| 26 | 11/7/2022 | Adeyanju, Michael | 0.3 | Participate in internal strategic communications call re: elected officials. |
| 26 | 11/7/2022 | Hardey, Samantha | 0.3 | Meet with FTI strategic communications team to begin drafting elected officials list. |
| 26 | 11/7/2022 | Labkoff, Nicole | 0.3 | Attend Meeting with FTI strategic communications team re: election stakeholder mapping process. |
| 26 | 11/7/2022 | Labkoff, Nicole | 0.3 | Conduct initial research to determine the elected officials who preside in locales with Borrego facilities at a local level. |
| 26 | 11/7/2022 | Thalassinos, Angelo | 0.9 | Develop Committee engagement strategy re: mediation with DHCS, case progress. |
| 26 | 11/8/2022 | Labkoff, Nicole | 0.4 | Conduct initial research to determine the elected officials in locales with Borrego facilities at a state level. |
| 26 | 11/8/2022 | Thalassinos, Angelo | 0.7 | Implement engagement strategy re: mediation stipulation and order, and related Committee statement. |
| 26 | 11/9/2022 | Adeyanju, Michael | 0.3 | Correspond with FTI colleagues to follow up on next steps for media relations. |
| 26 | 11/9/2022 | Hardey, Samantha | 1.4 | Conduct initial research to determine the elected officials in locales with Borrego facilities at a federal level. |
| 26 | 11/9/2022 | Labkoff, Nicole | 1.5 | Conduct elected officials stakeholder mapping to determine the current landscape. |

18

| 26 | 11/9/2022 | Thalassinos, Angelo | 0.3 | Continue to develop Committee engagement strategy re: mediation, sale process. |
|----|-----------|---------------------|-----|--------------------------------------------------------------------------------|
| 26 | 11/10/2022 | Adeyanju, Michael | 0.3 | Correspond with FTI team to follow up on potential strategies for media relations based on stakeholder mapping. |
| 26 | 11/10/2022 | Hardey, Samantha | 0.6 | Analyze elected officials stakeholder mapping to identify key officials' policy interests. |
| 26 | 11/10/2022 | Labkoff, Nicole | 1.0 | Analyze elected officials stakeholder mapping to determine which officials might be high priority engagement for the Committee. |
| 26 | 11/10/2022 | Thalassinos, Angelo | 0.4 | Implement Committee engagement strategy re: mediation, sale process. |
| 26 | 11/10/2022 | Thalassinos, Angelo | 0.1 | Review recent media developments re: Borrego Health. |
| 26 | 11/11/2022 | Adeyanju, Michael | 0.5 | Correspond with FTI colleagues on strategizing for next steps re: media relations. |
| 26 | 11/11/2022 | Delaney, Meaghan | 0.5 | Monitor news regarding latest developments in case. |
| 26 | 11/11/2022 | Hardey, Samantha | 0.4 | Review and research relevant news about Borrego Health for media clips to be shared with team and Pachulski. |
| 26 | 11/11/2022 | Hardey, Samantha | 1.2 | Review and update elected officials stakeholder mapping. |
| 26 | 11/11/2022 | Labkoff, Nicole | 1.3 | Review and finalize elected officials stakeholder mapping to determine key policymakers. |

| 26 | 11/11/2022 | Thalassinos, Angelo | 1.3 | Continue to implement Committee engagement strategy re: sale process, mediation. |
|----|------------|---------------------|-----|-----------------------------------------------------------------------------------|
| 26 | 11/11/2022 | Thalassinos, Angelo | 0.3 | Review and circulate latest media developments, articles to internal FTI strategic communications team. |
| 26 | 11/14/2022 | Adeyanju, Michael | 0.5 | Review and provide feedback on elected officials stakeholder mapping deliverable. |
| 26 | 11/14/2022 | Adeyanju, Michael | 0.5 | Review PCO report and provide feedback on messaging to reporters regarding PCO report. |
| 26 | 11/14/2022 | Hardey, Samantha | 0.1 | Monitor media for relevant news and share with Pachulski and internal FTI team as needed. |
| 26 | 11/14/2022 | Hardey, Samantha | 1.3 | Review feedback on and update policymaker mapping. |
| 26 | 11/14/2022 | Labkoff, Nicole | 1.0 | Review feedback on and update elected officials stakeholder mapping deliverable. |
| 26 | 11/14/2022 | Thalassinos, Angelo | 1.4 | Review PCO report and implement Committee engagement and outreach strategy. |
| 26 | 11/15/2022 | Adeyanju, Michael | 0.1 | Review updates to elected officials stakeholder mapping deliverable. |
| 26 | 11/15/2022 | Hardey, Samantha | 0.1 | Review key media outlets and reporters for relevant news to share with Pachulski and internal FTI strategic communications team. |
| 26 | 11/15/2022 | Hardey, Samantha | 1.6 | Update elected officials stakeholder mapping deliverable based on updated election information. |

20

| 26 | 11/15/2022 | Labkoff, Nicole | 1.7 | Review newly certified elections and update elected officials stakeholder mapping deliverable accordingly. |
| 26 | 11/16/2022 | Adeyanju, Michael | 0.1 | Review latest update to elected officials stakeholder mapping deliverable. |
| 26 | 11/16/2022 | Hardey, Samantha | 0.1 | Search for relevant news about Borrego Health for media clips to be shared with FTI strategic communications team and Pachulski. |
| 26 | 11/16/2022 | Hardey, Samantha | 0.4 | Review and update policymaker mapping deliverable. |
| 26 | 11/16/2022 | Labkoff, Nicole | 0.5 | Review feedback on and update elected officials stakeholder mapping deliverable. |
| 26 | 11/16/2022 | Thalassinos, Angelo | 0.1 | Review latest media developments and articles re: Borrego Health. |
| 26 | 11/17/2022 | Hardey, Samantha | 0.1 | Review relevant news developments and share with internal FTI strategic communications team and Pachulski. |
| 26 | 11/17/2022 | Hardey, Samantha | 0.6 | Prepare analysis on policymaker mapping. |
| 26 | 11/17/2022 | Labkoff, Nicole | 1.0 | Review election developments and certifications related to policymaker mapping. |
| 26 | 11/17/2022 | Thalassinos, Angelo | 0.1 | Review and address inbound media inquiry re: PCO report. |
| 26 | 11/18/2022 | Adeyanju, Michael | 0.1 | Conduct review of latest update to elected officials stakeholder mapping deliverable. |
| 26 | 11/18/2022 | Labkoff, Nicole | 0.3 | Update elected officials stakeholder mapping deliverable based on new election information. |

| 26 | 11/18/2022 | Thalassinos, Angelo | 0.2 | Prepare strategy of communications planning and development for next steps. |
| 26 | 11/21/2022 | Adeyanju, Michael | 0.2 | Review latest update to elected officials stakeholder mapping deliverable. |
| 26 | 11/21/2022 | Hardey, Samantha | 0.1 | Monitor media activity on Debtor and circulate to FTI strategic communications team and Pachulski. |
| 26 | 11/21/2022 | Hardey, Samantha | 1.3 | Update elected officials stakeholder mapping deliverable based on new election developments. |
| 26 | 11/21/2022 | Labkoff, Nicole | 0.5 | Update policymaker mapping deliverable based on new election developments. |
| 26 | 11/22/2022 | Adeyanju, Michael | 0.6 | Conduct online research for Borrego Health Press Release and media relations tracking. |
| 26 | 11/22/2022 | Adeyanju, Michael | 0.1 | Review latest update to elected officials stakeholder mapping deliverable. |
| 26 | 11/22/2022 | Hardey, Samantha | 0.1 | Conduct public searches to understand recent media activity on the Debtor. |
| 26 | 11/22/2022 | Hardey, Samantha | 0.7 | Review latest election developments and update elected officials stakeholder mapping deliverable. |
| 26 | 11/22/2022 | Labkoff, Nicole | 0.5 | Review new election developments and update policymaker mapping deliverable. |
| 26 | 11/22/2022 | Thalassinos, Angelo | 0.2 | Review media monitor re: recent developments including Borrego press release on PCO report. |
| 26 | 11/23/2022 | Hardey, Samantha | 0.1 | Conduct public searches to monitor media for relevant news and share with Pachulski and internal FTI team as needed. |

DOCS_LA:346724.4 10283/002

| 26 | 11/23/2022 | Thalassinos, Angelo | 0.4 | Prepare e-mail correspondence to Pachulski re: strategy, engagement update and related developments. |
|----|------------|---------------------|-----|------------------------------------------------------------------------------------------------------|
| 26 | 11/23/2022 | Thalassinos, Angelo | 0.2 | Review recent media developments provided by internal FTI team member. |
| 26 | 11/26/2022 | Adeyanju, Michael | 0.3 | Review media coverage of Borrego case and share with internal FTI team. |
| 26 | 11/26/2022 | Thalassinos, Angelo | 0.2 | Review San Diego Union-Tribune article re: Borrego, sale process and related strategy development. |
| 26 | 11/28/2022 | Adeyanju, Michael | 0.9 | Review and provide additional feedback on latest draft of the elected official stakeholder map. |
| 26 | 11/28/2022 | Hardey, Samantha | 0.3 | Monitor media for relevant news and share with internal strategic communications team. |
| 26 | 11/28/2022 | Labkoff, Nicole | 1.1 | Conduct analysis from stakeholder mapping to determine key policyholders that could help further the Committee's goals. |
| 26 | 11/28/2022 | Thalassinos, Angelo | 0.5 | Continue to develop and refine engagement communications strategy re: mediation, sale process. |
| 26 | 11/28/2022 | Thalassinos, Angelo | 0.4 | Prepare e-mail correspondence with Pachulski re: recent media articles, inquiries and related strategy. |
| 26 | 11/29/2022 | Adeyanju, Michael | 0.5 | Participate in discussion with Jarrard re: media relations strategy. |
| 26 | 11/29/2022 | Adeyanju, Michael | 0.8 | Review and revise email to Pachulski regarding latest media relations developments. |

23

| 26 | 11/29/2022 | Delaney, Meaghan | 1.4 | Finalize elected officials stakeholder mapping deliverable. |
| 26 | 11/29/2022 | Hardey, Samantha | 0.3 | Review and circulate media monitor to Pachulski and internal FTI team. |
| 26 | 11/29/2022 | Hardey, Samantha | 1.6 | Conduct analysis to develop potential strategies based on elected officials stakeholder mapping. |
| 26 | 11/29/2022 | Labkoff, Nicole | 1.3 | Analyze finalized elected officials stakeholder mapping to understand the policymaker landscape. |
| 26 | 11/29/2022 | Larson, Kristian | 0.4 | Update FTI analysis monitoring staff contact information for federal, state, and local officials. |
| 26 | 11/29/2022 | Thalassinos, Angelo | 0.8 | Develop and process updates to the communications engagement strategy to align with recent case. |
| 26 | 11/29/2022 | Thalassinos, Angelo | 0.5 | Attend call with the Jarrard team re: strategic communications considerations. |
| 26 | 11/30/2022 | Adeyanju, Michael | 0.6 | Review and distribute media strategy update email to internal strategic communications team. |
| 26 | 11/30/2022 | Hardey, Samantha | 0.1 | Conduct media coverage monitoring for relevant news and share with Pachulski. |
| 26 | 11/30/2022 | Hardey, Samantha | 0.2 | Conduct policy-maker mapping at the request of FTI strategic communications team. |
| 26 | 11/30/2022 | Labkoff, Nicole | 0.5 | Continue to prepare stakeholder mapping. |
| 26 | 11/30/2022 | Larson, Kristian | 0.1 | Review updated spreadsheet with staff contact information for federal, state, and local officials. |

24

| 26 | 11/30/2022 | Nelson, Cynthia A | 0.6 | Obtain an understanding of recent press and communications strategy. |
| 26 | 11/30/2022 | Thalassinos, Angelo | 0.3 | Continue to develop Committee engagement strategy with FTI strategic communications team. |
| **26 Total** | | | **60.4** | |
| **Grand Total** | | | **190.5** | |

DOCS_LA:346724.4 10283/002