SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
REBECCA M. WICKS (Bar No. 313608)
rebecca.wicks@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  213 623-9300
Facsimile:    213 623-9924

Attorneys for the Chapter 11 Debtor
and Debtor In Possession

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>      Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Judge: Honorable Laura S. Taylor<br><br>**NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTOR THAT MAY BE ASSUMED AND ASSIGNED** |

*DENTONS US LLP*
*601 SOUTH FIGUEROA STREET, SUITE 2500*
*LOS ANGELES, CALIFORNIA 90017-5704*
*(213) 623-9300*

122728762\V-4

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTOR THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that, on November 10, 2022, the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Notice Of Motion And Motion For The Entry of (I) An Order (1) Approving Form Of Asset Purchase Agreement; (2) Approving Auction Sale Format and Bidding Procedures, (3) Approving Process For Discretionary Selection Of Stalking Horse Bidder And Bid Protections; (4) Approving Form Of Notice To Be Provided To Interested Parties; (5) Scheduling A Court Hearing To Consider Approval Of The Sale To The Highest And Best Bidder; And (6) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; And (II) An Order Authorizing The Sale Of Property Free And Clear Of All Claims, Liens And Encumbrances* [Docket No. 161] (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, on December 19, 2022, the Court entered an order (the "Bidding Procedures Order") [Docket No. 321] approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale of substantially all of the Debtor's assets (the "Purchased Assets") of the Debtor, and (ii) procedures for the assumption and assignment of certain of the Debtor's executory contracts and unexpired leases, as detailed in the Bidding Procedures Order (the "Assumption and Assignment Procedures"). The Bidding Procedures Order is attached as Exhibit A.[2]

**PLEASE TAKE FURTHER NOTICE** that the Motion also seeks Court approval of the sale (the "Sale") of the Purchased Assets to the Winning Bidder(s), free and clear of all liens, claims, interests and encumbrances pursuant to § 363 of the Bankruptcy Code, 11 U.S.C. § 101, *et seq*. including the assumption by the Debtor and assignment to the buyer(s) of certain executory contracts and unexpired leases pursuant to § 365 of the Bankruptcy Code (the "Assumed Executory Contracts"), with such liens, claims, interests and encumbrances to attach to the proceeds of the Sale with the same priority, validity, and enforceability as they had prior to such Sale. In accordance with the Court-approved Assumption and Assignment Procedures, in advance of the Sale Hearing and within two business days of the conclusion of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] For brevity, the exhibits originally attached to the Bidding Procedures Order have been excluded. However, the Bidding Procedures Order is available in its entirety with exhibits attached at http://www.kccllc.net/borregohealth.

122728762\V-4

Auction (if such Auction is conducted), the Debtor shall file a notice with the Bankruptcy Court identifying the Winning Bidder and the Assumed Executory Contracts which shall be assumed and assigned to the Winning Bidder and serve such notice by fax, email or overnight mail to all counterparties to the initial list of Assumed Executory Contracts. Any counterparty to an Assumed Executory Contract that wishes to receive such notice by email or fax, must provide their email address or fax number to Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017 (Attn: Tania M. Moyron (tania.moyron@dentons.com)) or calling (213) 623-9300 before the Auction.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Executory Contracts will be held on **February 22, 2023, at 1:00 p.m. (prevailing Pacific Time)**, before the United States Bankruptcy Court for the Southern District of California, 325 West F Street, San Diego, California, Dept. 3 – Courtroom 129. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtor may seek to assume an executory contract or unexpired lease to which you may be a party. The Assumed Executory Contract(s) are described on Exhibit B attached to this Notice. The amount shown on Exhibit B hereto as the "Cure Amount" is the amount, if any, which the Debtor asserts is owed to cure any defaults existing under the respective Assumed Executory Contract.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Assumption and Assignment Procedures, if you disagree with the Cure Amount shown for the Assumed Executory Contract(s) on Exhibit B to which you are a party or if you have any other objection to the Debtor's assumption and assignment of the Assumed Executory Contract to which you may be a party, you must file in writing with the United States Bankruptcy Court for the Southern District of California, 325 West F Street, San Diego, California, an objection on or before **5:00 p.m. (prevailing Pacific Time) February 13, 2023** (or such later date otherwise specified in the Cure Notice, or, solely with respect to those counterparties to Assumed Executory Contracts who are not initially served with a Cure Notice, seven (7) days after service by overnight mail of such Cure Notice). Any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you. If a contract or lease is assumed and assigned pursuant to a Court order approving same, then unless you properly file and serve an objection to the Cure Amount contained in this Notice, you will receive at the time of the closing of the sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any. Any

- 3 -

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

counterparty to an Assumed Executory Contract that fails to timely file and serve an objection to the Cure Amounts shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that any objection you may file must be served so as to be received by the following parties by the applicable objection deadline date and time: (i) counsel to the Debtor: Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017 (Attn: Samuel R. Maizel (samuel.maizel@dentons.com) and Tania M. Moyron (tania.moyron@dentons .com)); (ii) financial advisor to the Debtor: Ankura, 2021 McKinney Avenue, Suite 340, Dallas, Texas 75201 (Attn: CJ Pease (charles.pease@ankura.com)); (iii) the Office of the United States Trustee (the "U.S. Trustee"): 880 Front Street, Room 3230, San Diego, California 92101 (Attn: David Ortiz (david.a.ortiz@usdoj.gov)); (iv) counsel to the Committee: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz (jpomerantz @pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw .com)); and (v) financial advisor to the Committee: FTI, 350 South Grand Avenue, Suite 3000, Los Angeles, California 90071 (Attn: Cynthia Nelson (cynthia.nelson@ fticonsulting.com) and Marc Bilbao (marc.bilbao@fticonsulting.com)).

**PLEASE TAKE FURTHER NOTICE** that the Winning Bidder shall be responsible for satisfying any requirements regarding adequate assurance of future performance that may be imposed under 11 U.S.C. §§ 365(b) and (f) in connection with the proposed assignment of any Assumed Executory Contract. The Court shall make its determinations concerning adequate assurance of future performance under the Assumed Executory Contracts pursuant to 11 U.S.C. §§ 365(b) and (f) at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that except to the extent otherwise provided in the Winning Bid APA, the Debtor and the Debtor's estate shall be relieved of all liability accruing or arising after the assumption and assignment of the Assumed Executory Contracts pursuant to 11 U.S.C. § 365(k).

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtor and the counterparty cannot resolve the Cure Amount, the Debtor shall segregate from the proceeds of sale a portion of the disputed Cure Amount, in an amount set by the Court or otherwise agreed by the parties, pending the resolution of any such Cure Amount disputes by the Bankruptcy Court or mutual agreement of the parties. Assumption Objections may be resolved by the Court at the Sale Hearing, or at a separate hearing either before or after the Sale Hearing.

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

122728762\V-4

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtor to assume any Assumed Executory Contracts or to pay any Cure Amount.[3]

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITH NO FURTHER NOTICE.

**PLEASE TAKE FURTHER NOTICE** THAT ANY COUNTERPARTY TO ANY ASSUMED EXECUTORY CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED EXECUTORY CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: January 16, 2023

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
REBECCA M. WICKS

By   */s/ Tania M. Moyron*
     Tania M. Moyron

Attorneys for the Chapter 11 Debtor and Debtor In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

---

[3] "Assumed Executory Contracts" are those contracts and leases that the Debtor believes may be assumed and assigned as part of the orderly transfer of the Purchased Assets; however, the Winning Bidder may choose to exclude certain of the Debtor's contracts or leases from the list of Assumed Executory Contracts as part of their Qualifying Bid, causing such contracts and leases not to be assumed by the Debtor.

122728762\V-4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**(Bidding Procedures Order)**

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

122728762\V-4

**CSD 1001C** [07/01/18]
Name, Address, Telephone No. & I.D. No.

SAMUEL R. MAIZEL (Bar No. 189301)
TANIA M. MOYRON (Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  213 623-9300

Order Entered on
December 19, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

**LODGED**

BANKRUPTCY NO.  22-02384-11

Date of Hearing: December 7, 2022
Time of Hearing: 2:00 p.m.
Name of Judge: Laura S. Taylor

## COURT MODIFIED

**ORDER (1) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (2) APPROVING AUCTION SALE FORMAT AND BIDDING PROCEDURES; (3) APPROVING PROCESS FOR DISCRETIONARY SELECTION OF STALKING HORSE BIDDER AND BID PROTECTIONS; (4) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (5) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST AND BEST BIDDER; AND (6) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (II) AN ORDER AUTHORIZING THE SALE OF PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The court orders as set forth on the continuation pages attached and numbered __2__ through __5__ with

exhibits, if any, for a total of __34__ pages.  Notice of Lodgment Docket Entry No. __161__ .

//

//

//

//

//

//

//

DATED:     December 19, 2022

Judge, United States Bankruptcy Court

2202384221219000000000004

ORDER ON: ORDER (1) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (2) APPROVING AUCTION SALE FORMAT AND BIDDING PROCEDURES; (3) APPROVING PROCESS FOR DISCRETIONARY SELECTION OF STALKING HORSE BIDDER AND BID PROTECTIONS; (4) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (5) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST AND BEST BIDDER; AND (6) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (II) AN ORDER AUTHORIZING THE SALE OF PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

DEBTOR: BORREGO COMMUNITY HEALTH FOUNDATION                           CASE NO: 22-02384-11

This matter coming before the Court on the motion [Docket No. 161] (the "Motion") of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of the Order, as applicable, pursuant to §§ 105(a), 363, and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 9013 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of California ("LBR"): (a) approving a process by which interested parties may bid (a "Bid") to purchase substantially all of the Debtor's assets (collectively, the "Purchased Assets"), including the assignment and assumption of Assumed Executory Contracts, together with the payment of Cure Costs (as such terms are defined in the Motion); (b) approving a process by which, at the Debtor's election, a stalking-horse bidder may be selected from among those parties making a Bid, and bidding protections may be granted to such stalking horse bidder without further order of the Court; (c) setting bid procedures to establish guidelines for parties interesting in making initial Bids and overbids to such initial Bids; (d) if multiple Qualified Bids (as defined in the Motion) are received, scheduling an auction of the Purchased Assets; and (e) scheduling a sale hearing for the Court to approve the highest and best Qualified Bid. The Court, having found that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances and properly given; and it appearing that no other or further notice need be provided; and having considered the objection [Docket No. 187] filed by the California Department of Health Care Services ("DHCS"), the limited objection [Docket No. 199] filed by AB Staffing Solutions, LLC ("AB Staffing"), the objection [Docket No. 201] filed by Inland Empire Health Plan ("IEHP"), the objection [Docket No. 206] filed by the U.S. Department of Health and Human Services ("HHS"), the Debtor's replies [Docket Nos. 260, 261] (collectively, the "Reply") thereto, and any other argument or evidence properly before the Court; and a hearing on the proposed Bidding Procedures as detailed in the Motion having been held (the "Hearing"); and after due deliberation the Court having determined that the relief requested in the Motion with respect to the proposed Bidding Procedures is in the best interests of the Debtor, its estate, and its creditors; and for the reasons set forth in the Court's tentative ruling [Docket No. 272], which the Court adopts as its final ruling and which is incorporated herein by reference (the "Ruling"); and good and sufficient cause having been shown:

AND IT IS FURTHER FOUND AND DETERMINED THAT:

A.     The statutory and legal predicates for the relief requested in the Motion and provided for herein are §§ 105(a), 363, and 365, Rules 2002, 6004, 6006, 9007, and 9014, and LBR 9013.

B.     In the Motion, the Reply, and at the Hearing, the Debtor demonstrated that good and sufficient notice of the relief granted by this Order has been given and no further notice is required. A reasonable opportunity to object or be heard regarding the relief granted by this Order has been afforded to those parties entitled to notice pursuant to Bankruptcy Rule 2002 and all other interested parties.

C.     The Debtor's proposed Procedures Notice, Cure Notice, the Auction, the Auction Procedures, and the hearing to approve the sale of the Purchased Assets (the "Sale Hearing") are appropriate and reasonably calculated to provide all interested parties with timely and proper notice, and no other or further notice is required.

D.     The Bidding Procedures substantially in the form attached hereto as Exhibit "1" are fair, reasonable, and appropriate and are designed to maximize the recovery from the Sale of the Purchased Assets.

E.     The Break-Up Fee is reasonably calculated to: (1) attract or retain a potentially successful bid; (2) establish a bid standard or minimum for other bidders to follow; and (3) attract additional bidders. Accordingly, in light of the foregoing, the size and nature of the Sale, and the efforts that would be expended by a Stalking Horse Purchaser, the Break-Up Fee is reasonable and appropriate.

F.     The procedures for assumption and assignment of Assumed Executory Contracts (the "Assumption and Assignment Procedures") attached hereto as Exhibit "2" and the Cure Notice are reasonable and appropriate and consistent with the provisions of § 365 and Rule 6006. The Assumption and Assignment Procedures and the Cure Notice have been narrowly tailored to provide an adequate opportunity for all non-debtor counterparties to the Assumed Executory Contracts to assert any Assumption Objection.

G.     Entry of this Order at this time is in the best interests of the Debtor, its estate and creditors, and all other parties in interest.

Signed by Judge Laura Stuart Taylor December 19, 2022

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The AB Staffing and IEHP objections to the relief requested in the Motion, insofar as it related to this Order, that have not been resolved herein, withdrawn, waived or settled are overruled.

3.      The DHCS and HHS objections to the relief requested in the Motion, are continued to the Sale Hearing.

4.      The Bidding Procedures attached hereto as Exhibit "I" are APPROVED.

5.      The Assumption and Assignment Procedures attached hereto as Exhibit "2" are APPROVED.

6.      The following dates and deadlines concerning the Sale are APPROVED:

- January 5, 2023 - Deadline to Submit Indications of Interest
- January 17, 2023 - Deadline to serve Cure Notice
- January 23, 2023, at 5:00 p.m. - Bid Deadline for Qualified Bids
- February 6, 2023, at 10:00 a.m. - Auction (if necessary)
- February 13, 2023, at 5:00 p.m. - Deadline to file any objections to Sale
- February 16, 2023 - Deadline to file any replies to objections to Sale
- February 22, 2023, at 1:00 p.m. - Sale Hearing

7.      The Debtor, in its discretion, after consultation with the Committee, is authorized to designate a Qualified Bidder as the "Stalking Horse Bidder" and award stalking horse protections, including a break-up fee and expense reimbursement in an amount not to exceed in the aggregate 2.5% of the proposed Purchase Price under such Qualified Bidder's Qualified APA (the "Break-Up Fee"). The Debtor shall have no obligation to designate any Qualified Bidder as the Stalking Horse Bidder. The award of stalking horse protection may occur without further notice or order of the Court other than the filing of a notice on the Bankruptcy Court docket no later than twenty-four (24) hours prior to the commencement of the Auction. If such designation is made, the Debtor shall notify all other Potential Bidders and, unless the Debtor receives a higher or better bid (as determined by the Debtor after consultation with the Committee) prior to the Auction, the Opening Bid at the Auction shall be the Bid of the Qualified Bidder that has been designated as the Stalking Horse Bidder.

8.      The Break-Up Fee is APPROVED. Any Break-Up Fee, to the extent payable, shall only be paid from the cash proceeds received by the Debtor at the closing of a Sale or the transfer of the Purchased Assets to a party other than the Stalking Horse Bidder.

9.      The Bid Deadline shall be January 23, 2023 at 5:00 p.m. (prevailing Pacific Time).

10.     The Debtor, after consultation with the Committee, shall determine, in its reasonable discretion, whether a Bid has satisfied each of the Bid Requirements. No later than one business day prior to the Auction, the Debtor shall file and serve on all Potential Bidders that submitted a Bid (regardless of whether such Bid was determined to be a Qualified Bid) a notice indicating which Potential Bidders have submitted Qualified Bids.

11.     Following execution of a mutually-agreeable nondisclosure agreement, the Debtor shall provide IEHP, Blue Shield of California and Blue Shield of California Promise Health Plan (collectively, the "Special Notice Parties") a list of all interested parties that have received due diligence from the Debtor for purposes of the Sale. The Debtor shall also provide the Special Notice Parties a list of Potential Bidders which submitted Indications of Interest and a list of any Potential Bidders which submitted a Bid for the Purchased Assets promptly after receiving such Indications of Interest(s) and Bid(s), as applicable. Lists provided to the Special Notice Parties shall be updated as appropriate (e.g., if a new potential bidding party appears after the Debtor provides a list, then the Debtor shall promptly update the applicable list with the identity of such party).

12.     If any Bids are designated as Qualified Bids, the Auction shall be held on February 6, 2023, at 10:00 a.m. (prevailing Pacific Time) at the offices of Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017, or at such other location as shall be identified in a notice filed with the Bankruptcy Court at least twenty-four (24) hours before the Auction. Authorized representatives of the Special Notice Parties, as well as their legal and financial advisors, shall be among the parties permitted to attend the Auction.

13.     At the Auction, each Qualified Bidder shall be required to confirm that it has not engaged in any collusion with respect to the bidding or the sale, and the Auction shall be conducted openly and transcribed (with Qualified Bidders, the Debtor, the Committee (including its members), and their respective legal and financial advisors, permitted to attend). Upon the conclusion of the Auction (if such Auction is conducted), the Debtor, in the exercise of its reasonable, good-faith business judgment and after consultation with the Committee, shall identify (i) the Winning Bid, which is the highest and best Qualified Bid submitted at the Auction; and (ii) the next highest and best Qualified Bid (the "Back-Up Bid" and the party submitting the Back-Up Bid, the "Back-Up Bidder"). In evaluating Qualified Bids, the Debtor may consider whether the Qualified Bidder demonstrates a commitment to operating Debtor's clinics as a FQHC providing continuity of culturally competent care to its patients. Each of the Winning Bidder and the Back-Up Bidder shall execute a definitive Qualified Bid conformed to the provisions of the Winning Bid and the Back-Up Bid, as applicable, as soon as practicable, but in no event later than prior to the Sale Hearing.

14.     The Sale Hearing shall be held on February 22, 2023, at 1:00 p.m. (prevailing Pacific Time) before this Court, the U.S. Bankruptcy Court for the Southern District of California, 325 West F Street, San Diego, California. Any objections to the Sale (other than an Assumption Objection (defined herein) which shall be governed by the procedures set forth below) (a "Sale Objection"), must: (i) be in writing; (ii) comply with the Rules and the LBRs; (iii) set forth the specific basis for the Sale Objection; (iv) be filed with the Court, 325 West F Street, San Diego, California, together with proof of service, February 13, 2023, at 5:00 p.m. (prevailing Pacific Time) (the "Sale Objection Deadline"); and (v) be served, so as to be actually received on or before the Sale Objection Deadline, upon (i) counsel to the Debtor: Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017 (Attn: Samuel R. Maizel (samuel.maizel@dentons.com) and Tania M. Moyron (tania.moyron@dentons.com)); (ii) financial advisor to the Debtor: Ankura, 2021 McKinney Avenue, Suite 340, Dallas, TX 75201 (Attn: CJ Pease (charles.pease@ankura.com)); (iii) the Office of the United States Trustee (the "U.S. Trustee"): 880 Front Street, Room 3230, San Diego, CA 92101 (Attn: David Ortiz (david.a.ortiz@usdoj.gov)); (iv) counsel to the Committee: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey N. Pomerantz (jpomerantz@pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw.com)); and (v) financial advisor to the Committee: FTI, 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071 (Attn: Cynthia Nelson (cynthia.nelson@fticonsulting.com) and Marc Bilbao (marc.bilbao@fticonsulting.com)) (collectively, the "Notice Parties"). If a Sale Objection is not filed and served on or before the Sale Objection Deadline, the objecting party may be barred from objecting to the Sale and may not be heard at the Sale Hearing, and this Court may enter an order approving the Sale without further notice to such party. Replies to any Sale Objections must be filed on or before February 16, 2023.

15.     The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing, and the Debtor shall have the exclusive right, in the exercise of its fiduciary obligations and business judgment, and after consultation with the Committee, to cancel the Sale at any time subject to, and in accordance with, the terms of this Order.

16.     The following forms of notice are approved: (a) the Procedures Notice, in the form substantially similar to that attached hereto as Exhibit "3" and (b) the Cure Notice, in the form substantially similar to that attached hereto as Exhibit "4."

17.     The Debtor shall file with the Court and serve a copy of this Order and the Procedures Notice by first class mail, postage prepaid, on the Notice Parties and all parties which have requested to receive notice under Rule 2002 within one (1) business day following entry of this Order.

18.     The Debtor shall file with the Court and serve the Cure Notice (along with a copy of this Order) upon each counterparty to the Assumed Executory Contracts by no later than January 17, 2023. The Cure Notice shall state (i) the date, time, and place of the Sale Hearing, and (ii) the date by which any objection to the assumption and assignment of Assumed Executory Contracts (including the Cure Amount) (an "Assumption Objection") must be filed and served. The Cure Notice also will identify the amounts, if any, that the Debtor believes are owed to each counterparty to an Assumed Executory Contract in order to cure any defaults that exist under such contract (the "Cure Amounts").

19.     To the extent the provisions of this Order are inconsistent with the provisions of any Exhibit referenced herein or with the Motion, the provisions of this Order shall control.

20.     The Court shall retain exclusive jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

21.     Notwithstanding the possible applicability of Bankruptcy Rules 6004, 6006, 7062, 9014, or otherwise, the terms

Signed by Judge Laura Stuart Taylor December 19, 2022

and conditions of this Order shall be immediately effective and enforceable.

CSD 1001C

# **Exhibit B**

## **(Assumed Executory Contracts)**

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES , CALIFORNIA 90017-5704
(213) 623-9300

122728762\V-4

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 1 | A AARDVARK SELF STORAGE | Lease | $0.00 |
| 2 | ABC Recovery Center, Inc. | Business Associate Agreement | $0.00 |
| 3 | Accreditation Council for Graduate Medical Education | Grant | $0.00 |
| 4 | Accreditation Council for Graduate Medical Education | Managed Care | $0.00 |
| 5 | Ace Pediatrics | Intermittent Clinic | $0.00 |
| 6 | Adelanto Elementary School District | School-Based Agreement/MOU | $0.00 |
| 7 | Adelanto Elementary School District | School-Based Agreement/MOU | $0.00 |
| 8 | Adelanto Elementary School District | School-Based Agreement/MOU | $0.00 |
| 9 | Adelanto Elementary School District | School-Based Agreement/MOU | $0.00 |
| 10 | Aetna Health Management, LLC | Pharmacy Services | $0.00 |
| 11 | Aetna Health Management, LLC | Managed Care | $0.00 |
| 12 | Aetna Health Management, LLC | Pharmacy Services | $0.00 |
| 13 | Aetna Health of California Inc. | Managed Care | $0.00 |
| 14 | Ahmed Al-Tameemi, MD | Medical Provider | $0.00 |
| 15 | AIDS Healthcare Foundation | Pharmacy Services | $0.00 |
| 16 | Air Methods Corporation | Lease | $0.00 |
| 17 | AirCre | Lease | $0.00 |
| 18 | Alfred Santos | Lease | $774.78 |
| 19 | Alinea Medical Imaging (Rezolut) | Services Agreement | $0.00 |
| 20 | Allied World National Assurance Company | Insurance | $0.00 |
| 21 | Allied World National Assurance Company | Insurance | $0.00 |
| 22 | Allied World Surplus Lines Insurance Company | Insurance | $0.00 |
| 23 | Ally Auto | Leased Vehicles | $14,469.47 |
| 24 | Alpha Care Medical Group, Inc. | Managed Care | $0.00 |
| 25 | Alpha Care Medical Group, Inc. | Managed Care | $0.00 |
| 26 | Alpha Care Medical Group, Inc. | Managed Care | $0.00 |
| 27 | Alpha Care Medical Group, Inc. | Managed Care | $0.00 |
| 28 | Alpha Fund | Misc - Non-Clinical | $0.00 |
| 29 | Ambrosia Healthcare, Inc. | Pharmacy Services | $0.00 |
| 30 | American Internet Services | Service Agreement – Non-Clinical | $56,074.46 |
| 31 | AmerisourceBergen Drug Corporation | Pharmacy Services | $0.00 |
| 32 | AmerisourceBergen Drug Corporation | Pharmacy Services | $0.00 |
| 33 | AMS Connect | Service Agreement – Clinical | $0.00 |
| 34 | Angel Sanchez-Figueras, DDS | Service Agreement – Non-Clinical | $0.00 |
| 35 | Ankura Consulting Group, LLC | Consulting Agreement | $0.00 |
| 36 | Anthem Blue Cross | Managed Care | $0.00 |
| 37 | Anthem Blue Cross | Managed Care | $0.00 |
| 38 | Apex Healthcare Medical Center, Inc. | Service Agreement – Clinical | $0.00 |
| 39 | Ark Homes Foster Family Agency | Memorandum of Agreement (MOA) | $0.00 |
| 40 | Arthur J. Gallagher Brokerage & Risk Management Services LLC | Insurance | $64,300.00 |
| 41 | Asembia LLC | Business Associate Agreement | $0.00 |
| 42 | Asembia LLC | Pharmacy Services | $0.00 |
| 43 | Ashwin Ravisankar, DMD | Medical Provider | $0.00 |
| 44 | Aspen Medical Group, Inc. | Service Agreement – Clinical | $40,000.00 |
| 45 | Association of California Healthcare Districts, Inc. | Misc - Non-Clinical | $0.00 |
| 46 | Atlantic Specialty Insurance Company | Insurance | $0.00 |
| 47 | Avella of Deer Valley, Inc. | Pharmacy Services | $0.00 |
| 48 | Avella of Deer Valley, Inc. | Pharmacy Services | $0.00 |
| 49 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 50 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 51 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 52 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 53 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 54 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 55 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 56 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 57 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 58 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 59 | Bay Alarm Company | Service Agreement – Non-Clinical | $0.00 |
| 60 | BETA Healthcare | Insurance | $0.00 |
| 61 | BETA Healthcare | Insurance | $0.00 |
| 62 | BETA Healthcare | Insurance | $0.00 |
| 63 | BETA Risk Management Authority / BETA Healthcare Group | Insurance | $0.00 |
| 64 | BETA Risk Management Authority / BETA Healthcare Group | Insurance | $0.00 |
| 65 | BETA Risk Management Authority / BETA Healthcare Group | Insurance | $0.00 |
| 66 | Beverly Radiology Medical Group | Service Agreement – Clinical | $0.00 |
| 67 | Bioplus Specialty Pharmacy Services, Inc. | Pharmacy Services | $0.00 |
| 68 | Blue Cross of California | Managed Care | $0.00 |
| 69 | Blue Mountain (Services) Consulting LLC | Managed Care | $0.00 |
| 70 | Blue Shield of California | Managed Care | $0.00 |
| 71 | Blue Shield of California | Managed Care | $0.00 |
| 72 | Blue Shield of California | Managed Care | $0.00 |
| 73 | Blue Shield of California | Managed Care | $0.00 |
| 74 | Blue Shield of California | Managed Care | $0.00 |
| 75 | Blue Shield of California Promise Health Plan | Managed Care | $0.00 |
| 76 | Borrego Physical Therapy | Lease | $0.00 |
| 77 | Borrego Valley Endowment Fund | Service Agreement – Clinical | $0.00 |
| 78 | BORREGO VALLEY HANGARS | Lease | $431.05 |
| 79 | Borrego Water District | Service Agreement – Non-Clinical | $0.00 |
| 80 | Brand New Day | Managed Care | $0.00 |
| 81 | BriovaRX / Optum Pharmacy | Pharmacy Services | $0.00 |
| 82 | BriovaRx of Maine, Inc. | Pharmacy Services | $0.00 |
| 83 | BriovaRx of Maine, Inc. | Pharmacy Services | $0.00 |
| 84 | BriovaRx of Maine, Inc. | Pharmacy Services | $0.00 |
| 85 | BriovaRx of Maine, Inc. | Pharmacy Services | $0.00 |
| 86 | California Baptist University | Affiliation Agreement | $0.00 |
| 87 | California Department of Public Health | Service Agreement – Clinical | $0.00 |
| 88 | California Department of Public Health | Service Agreement – Clinical | $0.00 |
| 89 | California Physician's Service, Inc. dba Blue Shield of California | Managed Care | $0.00 |
| 90 | California Physician's Service, Inc. dba Blue Shield of California | Managed Care | $0.00 |
| 91 | California Physician's Service, Inc. dba Blue Shield of California | Managed Care | $0.00 |
| 92 | California Physician's Service, Inc. dba Blue Shield of California | Managed Care | $0.00 |
| 93 | California Physician's Service, Inc. dba Blue Shield of California | Managed Care | $0.00 |
| 94 | California State University San Marcos | Affiliation Agreement | $0.00 |
| 95 | California Telehealth Resource Center | Memorandum of Agreement (MOA) | $0.00 |
| 96 | California Water Operators LLC | Service Agreement – Non-Clinical | $0.00 |
| 97 | Care1st Health Plan | Service Agreement – Clinical | $0.00 |
| 98 | Caremark, L.L.C. | Pharmacy Services | $0.00 |
| 99 | CarePoint, Inc. | License Agreement | $1,739.02 |
| 100 | Carium, Inc. | Service Agreement – Non-Clinical | $10,100.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment**[1]

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 101 | Cathedral Village Shopping Center LLLP | Lease | $0.00 |
| 102 | Cathedral Village Shopping Center LLLP | Lease | $0.00 |
| 103 | Cathedral Village Shopping Center LLLP | Lease | $0.00 |
| 104 | Cathedral Village Shopping Center, LLC | Lease | $0.00 |
| 105 | Cathedral Village Shopping Center, LLC | Lease | $0.00 |
| 106 | CATHEDRAL VILLAGE SHOPPING CENTER, LLLP | Lease | $28,554.56 |
| 107 | CDW G LLC | Support | $0.00 |
| 108 | CDW G LLC | Service Agreement – Non-Clinical | $0.00 |
| 109 | Celtic Insurance Company | Participating Provider Agreement | $0.00 |
| 110 | Centro Medico Del Valle | Purchase Agreement | $0.00 |
| 111 | Century 21 Experience | Lease | $0.00 |
| 112 | CEP America | Letter of Agreement (LOA) | $0.00 |
| 113 | CEP America - AUC, PC | Service Agreement – Clinical | $0.00 |
| 114 | CERIDIAN | Service Agreement – Non-Clinical | $27,179.82 |
| 115 | Charter Communications Operating, LLC | Service Agreement – Non-Clinical | $0.00 |
| 116 | Chiropractic Integrative Partners | Service Agreement – Clinical | $0.00 |
| 117 | Chulhwe Koo, M.D. | Service Agreement – Clinical | $0.00 |
| 118 | CHW, LLP | Professional Services Agreement | $0.00 |
| 119 | CIGNA Behavioral Health of California, Inc. | Participating Provider Agreement | $0.00 |
| 120 | CIGNA Healthcare | Managed Care | $0.00 |
| 121 | CIRCLE J STORAGE | Lease | $101.75 |
| 122 | Citrix | Service Agreement – Non-Clinical | $0.00 |
| 123 | City of Desert Hot Springs as Successor Agency to the former Desert Hot Springs Redevelopment Agency | Purchase Agreement | $0.00 |
| 124 | City of Palm Springs | Support | $0.00 |
| 125 | CMF Services, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 126 | CMK Palm Canyon, LLC | Lease | $4,647.44 |
| 127 | CMK PALM CANYON, LLC | Lease | $0.00 |
| 128 | Coachella Desert Oasis OB/GYN | Purchase Agreement | $0.00 |
| 129 | Coachella Desert Oasis OB/GYN Medical Group | Misc - Non-Clinical | $0.00 |
| 130 | Coachella Valley Housing Coalition | Misc - Non-Clinical | $0.00 |
| 131 | COACHELLA VALLEY UNIFIED SCHOOL DIST. | Lease | $1,110.00 |
| 132 | Coachella Valley Unified School District | Purchase Agreement | $0.00 |
| 133 | Collins Family Trust | Lease | $0.00 |
| 134 | Community Health Alliance of Pasadena DBA ChapCare - Lincoln | Transfer Agreement | $0.00 |
| 135 | Community Health Group | Service Agreement – Clinical | $0.00 |
| 136 | Community Health Group | Service Agreement – Clinical | $0.00 |
| 137 | Community Health Group | Service Agreement – Clinical | $0.00 |
| 138 | Community Health Group | Managed Care | $0.00 |
| 139 | Community Health Group | Managed Care | $0.00 |
| 140 | Commvault | License Agreement | $0.00 |
| 141 | CompHealth | Service Agreement – Clinical | $0.00 |
| 142 | Concilio Child Development Centers | School-Based Agreement/MOU | $0.00 |
| 143 | Concur Technologies, Inc. | Business Associate Agreement | $0.00 |
| 144 | Connecticut General Life Insurance Company | Participating Provider Agreement | $0.00 |
| 145 | Connecticut General Life Insurance Company | Insurance | $0.00 |
| 146 | ConsejoSano, Inc. | Business Associate Agreement | $0.00 |
| 147 | ConsejoSano, Inc. | Business Associate Agreement | $0.00 |
| 148 | ConsejoSano, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 149 | ContextMedia Health, LLC | License Agreement | $0.00 |
| 150 | Cook St. Office, LLC. | Lease | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 151 | Cook St. Office, LLC. | Lease | $0.00 |
| 152 | Cook St. Office, LP | Lease | $0.00 |
| 153 | Cook St. Office, LP | Lease | $0.00 |
| 154 | Cook St. Office, LP | Lease | $0.00 |
| 155 | Cook St. Office, LP | Lease | $0.00 |
| 156 | Cook St. Office, LP | Lease | $0.00 |
| 157 | Cook St. Office, LP | Lease | $0.00 |
| 158 | Cook St. Office, LP | Lease | $0.00 |
| 159 | Cook St. Office, LP | Lease | $0.00 |
| 160 | Cook Street Office LLC | Lease | $0.00 |
| 161 | COOK STREET OFFICE, LP | Lease | $4,454.62 |
| 162 | Corodata Records Management, Inc. | Service Agreement – Clinical | $1,732.48 |
| 163 | COUNTRY CLUB SELF STORAGE & RV | Lease | $325.12 |
| 164 | County of Riverside | Lease | $0.00 |
| 165 | County of San Bernardino | Collaborative Agreement/MOU | $0.00 |
| 166 | County of San Diego | Service Agreement – Non-Clinical | $0.00 |
| 167 | County of San Diego Child Health and Disability Prevention (CHDP) Program | Intermittent Clinic | $0.00 |
| 168 | County of San Diego, Health & Human Services Agency | Service Agreement – Clinical | $0.00 |
| 169 | Coventry Health Care National Network, Inc. | Managed Care | $0.00 |
| 170 | Coventry Health Care National Network, Inc. | Managed Care | $0.00 |
| 171 | Coventry Health Care National Network, Inc. | Participating Provider Agreement | $0.00 |
| 172 | Coventry Health Care National Network, Inc. | Participating Provider Agreement | $0.00 |
| 173 | CSU San Bernardino | Affiliation Agreement | $0.00 |
| 174 | Customer Contact Services | Service Agreement – Non-Clinical | $0.00 |
| 175 | Customer Contact Services | Service Agreement – Non-Clinical | $0.00 |
| 176 | CV Storage, LLC D.B.A. Cathedral Village Self-Storage | Lease | $0.00 |
| 177 | CVS Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 178 | CVS Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 179 | CVS Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 180 | CYNTHIA MARCHANT D.B.A. ANZA VALLEY AUTO | Lease | $1,552.94 |
| 181 | Delta Drugs | Pharmacy Services | $0.00 |
| 182 | Delta Drugs | Pharmacy Services | $0.00 |
| 183 | Department of Health and Human Services Health Resources and Services Administration | Service Agreement – Clinical | $0.00 |
| 184 | Desert AIDS Project, Inc. | Letter of Agreement (LOA) | $0.00 |
| 185 | Desert AIDS Project, Inc. | Memorandum of Agreement (MOA) | $0.00 |
| 186 | Desert AIDS Project, Inc. | Memorandum of Agreement (MOA) | $0.00 |
| 187 | Desert Medical Imaging | Service Agreement – Clinical | $0.00 |
| 188 | Desert Regional Medical Center, Inc. Hospital | Transfer Agreement | $0.00 |
| 189 | Design Benefits Inc | Managed Care | $0.00 |
| 190 | Dib Pharmaceutical Inc | Pharmacy Services | $0.00 |
| 191 | Dignity Health Hospital | Transfer Agreement | $0.00 |
| 192 | Diversified IPA (NY), Inc. | Pharmacy Services | $0.00 |
| 193 | DocuSign, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 194 | DocuSign, Inc. | Service Agreement – Non-Clinical | $2,210.00 |
| 195 | Don's Drugs | Pharmacy Services | $0.00 |
| 196 | Don's Drugs | Pharmacy Services | $0.00 |
| 197 | Dr. Dennis F Roberts, DO | Medical Provider | $0.00 |
| 198 | Dr. Gregory Langford, M.D., F.A.C.O.G. | Letter of Agreement (LOA) | $0.00 |
| 199 | Dr. Jennifer Janine Winesburg | Medical Provider | $0.00 |
| 200 | Dr. Reynaldo Gomez, M.D. | Service Agreement – Clinical | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 201 | Dr. Rodolfo Rey, M.D. | Service Agreement – Clinical | $0.00 |
| 202 | Dr. Swati Panse | Letter of Agreement (LOA) | $0.00 |
| 203 | Edgar Bulloch, MD | Medical Provider | $0.00 |
| 204 | Eduardo Garza, M.D. | Service Agreement – Clinical | $0.00 |
| 205 | Eisenhower Medical Center | Letter of Agreement (LOA) | $0.00 |
| 206 | Eisenhower Medical Center | Lease | $0.00 |
| 207 | El Cajon Pharmacy | Pharmacy Services | $0.00 |
| 208 | El Cajon Pharmacy | Pharmacy Services | $0.00 |
| 209 | El Mirador Medical Plaza Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 210 | El Mirador Medical Plaza Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 211 | Electronic Health Care Systems, Inc. | License Agreement | $0.00 |
| 212 | Elias S. Rogers, M.D. | Purchase Agreement | $0.00 |
| 213 | EMD Serono, Inc | Pharmacy Services | $0.00 |
| 214 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 215 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 216 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 217 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 218 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 219 | Empire Physicians Medical Group, Inc. | Managed Care | $0.00 |
| 220 | ENTERIX INC. | License Agreement | $0.00 |
| 221 | Enterix Inc., d/b/a Clinical Genomics | License Agreement | $0.00 |
| 222 | Enterprise Fleet Management | Purchase Agreement | $0.00 |
| 223 | Enterprise Fleet Management | Leased Vehicles | $99,688.93 |
| 224 | Equiscript, LLC | Business Associate Agreement | $0.00 |
| 225 | Equiscript, LLC | Management Services Agreement | $0.00 |
| 226 | Evanston Insurance Company | Insurance | $0.00 |
| 227 | Evanston Insurance Company | Insurance | $0.00 |
| 228 | Express Scripts, Inc. | Pharmacy Services | $0.00 |
| 229 | Fazela Wasimi | Medical Provider | $0.00 |
| 230 | First American Equipment Finance | Leased Vehicles | $41,230.51 |
| 231 | First Health Group Corp. | Participating Provider Agreement | $0.00 |
| 232 | First Health Group Corp. | Participation Agreement | $0.00 |
| 233 | First Insurance Funding | Insurance | $0.00 |
| 234 | Fisher & Phillips LLP | Misc - Non-Clinical | $0.00 |
| 235 | Fonality, Inc | Service Agreement – Non-Clinical | $37,739.13 |
| 236 | Garden Grove Community Pharmacy | Pharmacy Services | $0.00 |
| 237 | Gemini Diversified Services, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 238 | General Security Indemnity Company of Arizona | Insurance | $0.00 |
| 239 | General Security Indemnity Company of Arizona | Insurance | $0.00 |
| 240 | General Security Indemnity Company of Arizona | Insurance | $0.00 |
| 241 | GENTRY PLAZA, LLC | Lease | $16,807.28 |
| 242 | Gioi N. Smith-Nguyen, MD., FACOG | Service Agreement – Clinical | $0.00 |
| 243 | Goodwin Procter LLP | Service Agreement – Non-Clinical | $0.00 |
| 244 | Gordon Rees Scully Mansukhani, LLP | Service Agreement – Non-Clinical | $0.00 |
| 245 | Greater Hope Foundation | Memorandum of Agreement (MOA) | $0.00 |
| 246 | Greenway Health, LLC | Purchase Agreement | $0.00 |
| 247 | Greenway Health, LLC | Purchase Agreement | $0.00 |
| 248 | Greenway Health, LLC | Purchase Agreement | $0.00 |
| 249 | Greenway Health, LLC | Purchase Agreement | $158,019.38 |
| 250 | Greenway Health, LLC | Purchase Agreement | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 251 | Greenway Health, LLC | Purchase Agreement | $0.00 |
| 252 | Greenway Health, LLC | Purchase Agreement | $0.00 |
| 253 | Grossmont Imaging | Service Agreement – Clinical | $0.00 |
| 254 | GUARD DOG SELF STORAGE | Lease | $0.00 |
| 255 | Haggar Group, LLC | Lease | $0.00 |
| 256 | Haggar Group, LLC | Lease | $0.00 |
| 257 | Hanatek Solutions llc | Information Technology (IT) | $1,349.37 |
| 258 | Hanger Prosthetics & Orthotics, dba Ortho Xpress | Business Associate Agreement | $0.00 |
| 259 | Health Center Partners of Southern California | Collaborative Agreement/MOU | $0.00 |
| 260 | Health Net Federal Services | Service Agreement – Clinical | $0.00 |
| 261 | Health Net of California, Inc. | Managed Care | $0.00 |
| 262 | Health Net of California, Inc. | Managed Care | $0.00 |
| 263 | HealthAsyst LLC | Information Technology (IT) | $8,679.00 |
| 264 | Healthcare Leadership Solutions, LLC | Letter of Agreement (LOA) | $0.00 |
| 265 | Hearing Aid Healthcare | Business Associate Agreement | $0.00 |
| 266 | Helendale School District | School-Based Agreement/MOU | $0.00 |
| 267 | Hemet Valley Medical Center | Transfer Agreement | $0.00 |
| 268 | Heritage Victor Valley Medical Group | Letter of Agreement (LOA) | $0.00 |
| 269 | Humana Insurance Company | Pharmacy Services | $0.00 |
| 270 | i2i Systems, Inc | License Agreement | $0.00 |
| 271 | i2i Systems, Inc | Service Agreement – Clinical | $0.00 |
| 272 | IEHP Health Access | Memorandum of Agreement (MOA) | $0.00 |
| 273 | IEHP Health Access | Participating Provider Agreement | $0.00 |
| 274 | IEHP Health Access | Managed Care | $0.00 |
| 275 | IEHP Health Access | Participating Provider Agreement | $0.00 |
| 276 | IEHP Health Access | Managed Care | $0.00 |
| 277 | IEHP Health Access | Managed Care | $0.00 |
| 278 | IEHP Health Access | Collaborative Agreement/MOU | $0.00 |
| 279 | Iheanacho Emeruwa, MD | Service Agreement – Clinical | $0.00 |
| 280 | Indiana Pharmacy | Pharmacy Services | $0.00 |
| 281 | InfoBeyond Technology LLC | Service Agreement – Clinical | $0.00 |
| 282 | Inland Center Medical Group, P.C. dba Inland Women Care | Intermittent Clinic | $0.00 |
| 283 | Inland Empire Health Plan | Managed Care | $0.00 |
| 284 | Inland Empire Health Plan | Managed Care | $0.00 |
| 285 | Inland Empire Health Plan | Managed Care | $0.00 |
| 286 | Inland Empire Health Plan | Participating Provider Agreement | $0.00 |
| 287 | Inland Empire Health Plan | Participating Provider Agreement | $0.00 |
| 288 | Inland Empire Health Plan | Managed Care | $0.00 |
| 289 | Inland Empire Health Plan | Collaborative Agreement/MOU | $0.00 |
| 290 | Inland Empire Health Plan | Collaborative Agreement/MOU | $0.00 |
| 291 | Inmar Rx Solutions, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 292 | Inpatient Services of California, a medical corporation | Letter of Agreement (LOA) | $0.00 |
| 293 | Intact Insurance Management Liability | Insurance | $0.00 |
| 294 | Intact Insurance Management Liability | Insurance | $0.00 |
| 295 | Iron Mountain Information Management, Inc. | Affiliation Agreement | $0.00 |
| 296 | Iron Mountain Information Management, LLC | Business Associate Agreement | $6,742.37 |
| 297 | ISTORAGE-DESERT HOT SPRINGS | Lease | $0.00 |
| 298 | Jackson & Coker LocumTenens, LLC | Collaborative Agreement/MOU | $0.00 |
| 299 | Jackson & Coker LocumTenens, LLC | Collaborative Agreement/MOU | $0.00 |
| 300 | JAMES L. WERMERS | Lease | $6,709.27 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 301 | Janine Krachman, NP | Medical Provider | $0.00 |
| 302 | Jasmin Brown, MD | Medical Provider | $0.00 |
| 303 | Jennifer Winesburg, D.O. | Service Agreement – Clinical | $0.00 |
| 304 | JFK Memorial Hospital, Inc. d/b/a John F. Kennedy Memorial Hospital | Transfer Agreement | $0.00 |
| 305 | Jobot Health, LLC | Services Agreement | $0.00 |
| 306 | John F. Kennedy Memorial Hospital | Business Associate Agreement | $0.00 |
| 307 | John F. Kennedy Memorial Hospital, Inc., dba John F. Kennedy Memorial Hospital | Transfer Agreement | $0.00 |
| 308 | Kaiser Foundation Health Plan, Inc. | Business Associate Agreement | $0.00 |
| 309 | Kaiser Foundation Hospitals | Residency Program | $0.00 |
| 310 | Kaiser Foundation Hospitals | Business Associate Agreement | $0.00 |
| 311 | Karrar Ali, DO | Medical Provider | $0.00 |
| 312 | Kazoo, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 313 | Kenneth Acha, MD | Medical Provider | $0.00 |
| 314 | Kinecta Federal Credit Union | Collaborative Agreement/MOU | $0.00 |
| 315 | KPC Global Medical Centers, Inc. | Affiliation Agreement | $0.00 |
| 316 | La Buena Vida Pharmacy | Pharmacy Services | $0.00 |
| 317 | La Buena Vida Pharmacy | Pharmacy Services | $0.00 |
| 318 | La Mesa OB GYN Medical Group | Service Agreement – Clinical | $0.00 |
| 319 | La Mesa OB/GYN | Intermittent Clinic | $0.00 |
| 320 | La Mesa OB/GYN | Intermittent Clinic | $0.00 |
| 321 | LabCorp | Sublease Agreement | $0.00 |
| 322 | Laboratory Corporation of America | Service Agreement – Non-Clinical | $0.00 |
| 323 | Laboratory Corporation of America | Services Agreement | $6,233.76 |
| 324 | Lakeside Medical Organization, A Medical Group, Inc. | Affiliation Agreement | $0.00 |
| 325 | LaSalle Medical Associates | Managed Care | $0.00 |
| 326 | LaSalle Medical Associates | Intermittent Clinic | $0.00 |
| 327 | LaSalle Medical Associates | Intermittent Clinic | $0.00 |
| 328 | LaSalle Medical Associates | Intermittent Clinic | $0.00 |
| 329 | LaSalle Medical Associates | Managed Care | $0.00 |
| 330 | LaSalle Medical Associates | Managed Care | $0.00 |
| 331 | LaSalle Medical Associates | Managed Care | $0.00 |
| 332 | LaSalle Medical Associates | Participating Provider Agreement | $0.00 |
| 333 | LaSalle Medical Associates | Intermittent Clinic | $0.00 |
| 334 | LinkedIn Corporation | Service Agreement – Non-Clinical | $0.00 |
| 335 | Lisa Bodon, MD | Service Agreement – Clinical | $0.00 |
| 336 | LocumTenens.com LLC | Client Agreement | $0.00 |
| 337 | Macro Helix LLC | License Agreement | $0.00 |
| 338 | Magella Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 339 | Magella Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 340 | Magellan Health Services | Participating Provider Agreement | $0.00 |
| 341 | Managed Health Network, Inc. | Managed Care | $0.00 |
| 342 | Manifest MedEx | Participation Agreement | $0.00 |
| 343 | Marsh & McLennan Agency | Insurance | $0.00 |
| 344 | Marsh & McLennan Agency, LLC | Collaborative Agreement/MOU | $0.00 |
| 345 | Marshall B. Ketchum University | School-Based Agreement | $0.00 |
| 346 | Martha's Village And Kitchen Inc. | Lease | $0.00 |
| 347 | Martha's Village and Kitchen Inc. | Affiliation Agreement | $0.00 |
| 348 | Martha's Village and Kitchen, Inc. | Lease | $0.00 |
| 349 | Martha's Village and Kitchen, Inc. | Lease | $244.20 |
| 350 | Martha's Village and Kitchen, Inc. | Affiliation Agreement | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment**[1]

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 351 | Mary Sullivan, M.D. | Medical Provider | $0.00 |
| 352 | Maryville University of St. Louis | Memorandum of Agreement (MOA) | $0.00 |
| 353 | McAlister Institute | Memorandum of Agreement (MOA) | $0.00 |
| 354 | McAllister Institute | Memorandum of Agreement (MOA) | $0.00 |
| 355 | Med Tech Solutions | Service Agreement – Non-Clinical | $0.00 |
| 356 | Med Tech Solutions | Business Associate Agreement | $9,816.00 |
| 357 | Med Tech Solutions | Service Agreement – Non-Clinical | $0.00 |
| 358 | Medpilot Pharmacy Inc. | Pharmacy Services | $0.00 |
| 359 | Megan Ward, MD | Medical Provider | $0.00 |
| 360 | Melissa Global Intelligence | Business Associate Agreement | $0.00 |
| 361 | Mercer Insurance Company | Insurance | $0.00 |
| 362 | Mercer Insurance Company | Insurance | $0.00 |
| 363 | Mercer Insurance Company | Insurance | $0.00 |
| 364 | Mercury Care Pharmacy | Pharmacy Services | $0.00 |
| 365 | Mercury Care Pharmacy | Pharmacy Services | $0.00 |
| 366 | Mercy Care Pharmacy | Pharmacy Services | $0.00 |
| 367 | Mercy Care Pharmacy | Pharmacy Services | $0.00 |
| 368 | Mercy Physicians Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 369 | Mercy Physicians Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 370 | Meritain Health, Inc. | Service Agreement – Clinical | $0.00 |
| 371 | Michael Jon and Mary Renee Bradley | Grant | $0.00 |
| 372 | MOBILE MINI, LLC- CA | Lease | $0.00 |
| 373 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 374 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 375 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 376 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 377 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 378 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 379 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 380 | Molina Healthcare of California, Inc. | Managed Care | $0.00 |
| 381 | Molina Healthcare of California, Inc. | Managed Care | $0.00 |
| 382 | Molina Healthcare of California, Inc. | Managed Care | $0.00 |
| 383 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 384 | Molina Healthcare of California, Inc. | Service Agreement – Clinical | $0.00 |
| 385 | Molina Healthcare of California, Inc. | Managed Care | $0.00 |
| 386 | Monica Diaz, NP | Medical Provider | $0.00 |
| 387 | Monica Khanna | Lease | $0.00 |
| 388 | Muhammad Arif, MD | Medical Provider | $0.00 |
| 389 | MultiPlan, Inc. | Managed Care | $0.00 |
| 390 | NAVEX Global, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 391 | NAVEX Global, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 392 | Networks By Design, Inc. | Service Agreement – Clinical | $0.00 |
| 393 | Networks By Design, Inc. | Participating Provider Agreement | $0.00 |
| 394 | New Tech Computer Systems, Inc. | Transfer Agreement | $0.00 |
| 395 | NFINIT | Service Agreement – Non-Clinical | $56,074.46 |
| 396 | NFINIT | Service Agreement – Non-Clinical | $0.00 |
| 397 | NFINIT | Service Agreement – Non-Clinical | $0.00 |
| 398 | North American Medical Management California, Inc. | Service Agreement – Clinical | $0.00 |
| 399 | North County Women's Specialists | Service Agreement – Clinical | $0.00 |
| 400 | Nudo's Pharmacy | Pharmacy Services | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 401 | Nudo's Pharmacy | Pharmacy Services | $0.00 |
| 402 | Nudo's Pharmacy | Pharmacy Services | $0.00 |
| 403 | Nuview Union School District | School-Based Agreement/MOU | $0.00 |
| 404 | NX Health Network, LLC dba Valenz Access | Participating Provider Agreement | $0.00 |
| 405 | OB Hospitalist Group | Service Agreement – Clinical | $0.00 |
| 406 | OB-GYN Medical Group, Inc. | Purchase Agreement | $0.00 |
| 407 | OBHG California, P.C. | Service Agreement – Clinical | $2,635.00 |
| 408 | Obstetrix Medical Group | Affiliation Agreement | $0.00 |
| 409 | Occupational Services, Inc. | Service Agreement – Clinical | $0.00 |
| 410 | Occupational Services, Inc. | Service Agreement – Clinical | $0.00 |
| 411 | OCHIN Inc., dba CTRC | Business Associate Agreement | $0.00 |
| 412 | Off Duty Officers, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 413 | Office of Statewide Health Planning and Development | Grant | $0.00 |
| 414 | Olympic Public Storage | Lease | $0.00 |
| 415 | Optum | Participating Provider Agreement | $0.00 |
| 416 | Oracle America, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 417 | Oro Grande School District | School-Based Agreement/MOU | $0.00 |
| 418 | Pacific Alarm Services | Service Agreement – Non-Clinical | $0.00 |
| 419 | Pacific Alarm Services | Service Agreement – Non-Clinical | $0.00 |
| 420 | Pacific Alarm Services | Service Agreement – Non-Clinical | $0.00 |
| 421 | PacifiCare Behavioral Health, Inc. | Managed Care | $0.00 |
| 422 | PacifiCare Behavioral Health, Inc. | Managed Care | $0.00 |
| 423 | PacifiCare Behavioral Health, Inc. | Managed Care | $0.00 |
| 424 | PacifiCare Health Plan Administrators | Managed Care | $0.00 |
| 425 | Pallavi A. Danforth, D.O. | Service Agreement – Clinical | $0.00 |
| 426 | Palm Care Pharmacy | Pharmacy Services | $0.00 |
| 427 | Palm Care Pharmacy | Pharmacy Services | $0.00 |
| 428 | PALM PLAZA PROPERTY | Lease | $0.00 |
| 429 | Palm Springs Unified School District | School-Based Agreement/MOU | $0.00 |
| 430 | Palm Springs Unified School District | Memorandum of Agreement (MOA) | $0.00 |
| 431 | Palm Springs Unified School District | Memorandum of Agreement (MOA) | $0.00 |
| 432 | Palm Springs Unified School District | School-Based Agreement/MOU | $0.00 |
| 433 | Palomar Excess and Surplus Insurance Company | Insurance | $0.00 |
| 434 | Palomar Excess and Surplus Insurance Company | Insurance | $0.00 |
| 435 | Palomar Health | Transfer Agreement | $0.00 |
| 436 | Palomar Health | Transfer Agreement | $0.00 |
| 437 | Palomar Health | Transfer Agreement | $0.00 |
| 438 | par8o, Inc. | Business Associate Agreement | $40,943.19 |
| 439 | par8o, Inc. | Collaborative Agreement/MOU | $0.00 |
| 440 | par8o, Inc. | License Agreement | $0.00 |
| 441 | Parkview Medical Plaza Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 442 | Parkview Medical Plaza Pharmacy, Inc. | Pharmacy Services | $0.00 |
| 443 | Pasadena Hospital Association, Ltd. DBA Huntington Memorial Hospital | Transfer Agreement | $0.00 |
| 444 | Paul Pyka, D.O. | Purchase Agreement | $0.00 |
| 445 | Paul Pyka, D.O. | Purchase Agreement | $0.00 |
| 446 | Paula Nguyen Saunders | Consulting Agreement | $1,592.50 |
| 447 | Paula Nguyen Saunders | Consulting Agreement | $0.00 |
| 448 | Peg Leg Mini Storage | Lease | $0.00 |
| 449 | PEGLEG MINI STORAGE UNIT | Lease | $0.00 |
| 450 | Perris Elementary School District | School-Based Agreement/MOU | $0.00 |

## Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 451 | Perris Elementary School District | School-Based Agreement/MOU | $0.00 |
| 452 | Pharmacy First | Pharmacy Services | $0.00 |
| 453 | Pharmacy First | Pharmacy Services | $0.00 |
| 454 | Philadelphia Insurance Companies | Insurance | $0.00 |
| 455 | Philadelphia Insurance Companies | Insurance | $0.00 |
| 456 | Philadelphia Insurance Companies | Insurance | $0.00 |
| 457 | Physicians For A Healthy California | Grant | $0.00 |
| 458 | Physicians For A Healthy California | Grant | $0.00 |
| 459 | Physicians for Healthy Hospitals, Inc. | Business Associate Agreement | $0.00 |
| 460 | Physicians for Healthy Hospitals, Inc. | Transfer Agreement | $0.00 |
| 461 | Physicians for Healthy Hospitals, Inc. d/b/a Hemet Valley Medical Center | Transfer Agreement | $0.00 |
| 462 | Pierce Leahy Archives | Lease | $0.00 |
| 463 | PillPack LLC | Pharmacy Services | $0.00 |
| 464 | PillPack LLC | Pharmacy Services | $0.00 |
| 465 | Pitney Bowes Inc. | Lease | $0.00 |
| 466 | Pitney Bowes Inc. | Lease | $0.00 |
| 467 | Pitney Bowes Inc. | Lease | $0.00 |
| 468 | Pitney Bowes Inc. | Lease | $5,657.10 |
| 469 | Pitney Bowes Inc. | Lease | $0.00 |
| 470 | Premier Specialty Pharmacy | Pharmacy Services | $0.00 |
| 471 | Preworkscreen Services | Business Associate Agreement | $0.00 |
| 472 | Primary Care Health Network LLC | Participation Agreement | $0.00 |
| 473 | Promenade Square, LLC | Lease | $0.00 |
| 474 | Promenade Square, LLC | Pharmacy Services | $0.00 |
| 475 | Promenade Square, LLC | Lease | $0.00 |
| 476 | Promenade Square, LLC | Lease | $0.00 |
| 477 | Promenade Square, LLC | Lease | $0.00 |
| 478 | Promenade Square, LLC | Lease | $0.00 |
| 479 | Promenade Square, LLC | Lease | $0.00 |
| 480 | PROMENADE SQUARE, LLC | Lease | $369,518.14 |
| 481 | Promenade Square, LLC | Lease | $0.00 |
| 482 | Propio Language Services, LLC | Service Agreement – Non-Clinical | $4,310.08 |
| 483 | Propio LS, LLC | Business Associate Agreement | $0.00 |
| 484 | Propio LS, LLC | Service Agreement – Non-Clinical | $0.00 |
| 485 | Psychiatric Centers at San Diego | Managed Care | $0.00 |
| 486 | Puneet and Monica Khanna Family Trust | Lease | $0.00 |
| 487 | Purdy Clean Car Wash & Storage | Lease | $0.00 |
| 488 | PURDY CLEAN CAR WASH & STORAGE | Lease | $0.00 |
| 489 | PyanGo Software Corporation, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 490 | PyanGo, LLC | Service Agreement – Non-Clinical | $0.00 |
| 491 | Quantum | Maintenance | $0.00 |
| 492 | Quest Diagnostics | Service Agreement – Clinical | $0.00 |
| 493 | Quest Diagnostics | Misc - Non-Clinical | $0.00 |
| 494 | Quest Diagnostics Incorporated | License Agreement | $0.00 |
| 495 | Quest Diagnostics Incorporated | License Agreement | $0.00 |
| 496 | Quest Diagnostics, Inc. | License Agreement | $0.00 |
| 497 | Rady Children's Hospital - San Diego | Letter of Agreement (LOA) | $0.00 |
| 498 | Rafael Julian Arcone, MD | Medical Provider | $0.00 |
| 499 | RAMONA CROSSINGS LLC. | Lease | $14,255.36 |
| 500 | Ramona Crossings, LLC. | Lease | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 501 | Ramona Crossings, LLC. | Lease | $0.00 |
| 502 | Ramona Medical Diagnostic Services | Service Agreement – Clinical | $2,586.00 |
| 503 | Ramona Medical Diagnostic Services | Lease | $0.00 |
| 504 | RAMONA SELF STORAGE | Lease | $0.00 |
| 505 | RedSail Technologies, LLC | Support | $0.00 |
| 506 | Regal Medical Group, Inc | Affiliation Agreement | $0.00 |
| 507 | Regal Medical Group, Inc | Managed Care | $0.00 |
| 508 | Regal Medical Group, Inc | Affiliation Agreement | $0.00 |
| 509 | Regents of the University of California on Behalf of its San Diego Campus | Affiliation Agreement | $0.00 |
| 510 | Regents of the University of Colorado | Research | $0.00 |
| 511 | Regulatory, Risk, Compliance Specialists, Inc., | Consulting Agreement | $0.00 |
| 512 | Retail Management Solutions | Business Associate Agreement | $0.00 |
| 513 | Rhett Papa, DO | Medical Provider | $0.00 |
| 514 | Ricoh USA | Office Equipment | $46,767.10 |
| 515 | Rite Aid Hdqtrs. Corp. | Pharmacy Services | $0.00 |
| 516 | Rite Aid Hdqtrs. Corp. | Pharmacy Services | $0.00 |
| 517 | Riverside Community Health Foundation | Affiliation Agreement | $0.00 |
| 518 | Riverside Community Health Foundation | Affiliation Agreement | $0.00 |
| 519 | Riverside Community Health Foundation | Business Associate Agreement | $0.00 |
| 520 | Riverside Community Health Foundation | Affiliation Agreement | $0.00 |
| 521 | Riverside Community Health Foundation | Affiliation Agreement | $0.00 |
| 522 | Riverside County Latino Commission on Alcohol & Drug Abuse | Sublease Agreement | $0.00 |
| 523 | Riverside County Superintendent of Schools | School-Based Agreement/MOU | $0.00 |
| 524 | Riverside Department of Public Health | Misc - Non-Clinical | $0.00 |
| 525 | Riverside Healthcare System, L.P., D/B/A Riverside Community Hospital | Letter of Agreement (LOA) | $0.00 |
| 526 | Riverside Healthcare System, LP, d/b/a Riverside Community Hospital | Transfer Agreement | $0.00 |
| 527 | Riverside Latino Commission on Alcohol and Drug Abuse Services | Memorandum of Agreement (MOA) | $0.00 |
| 528 | Riverside Recovery Resources, Inc. | Memorandum of Agreement (MOA) | $0.00 |
| 529 | Riverside University Health System- Public Health | Service Agreement – Clinical | $0.00 |
| 530 | Robert C. Hayes, MD | Memorandum of Agreement (MOA) | $0.00 |
| 531 | Rocky Vista University College of Osteopathic Medicine | Affiliation Agreement | $0.00 |
| 532 | Ross Manoukian | Lease | $0.00 |
| 533 | Roy S. Johnson, AIA | Service Agreement – Clinical | $0.00 |
| 534 | Roy's Desert Resource Center | Memorandum of Agreement (MOA) | $0.00 |
| 535 | Rx Benefits, Inc. | Collaborative Agreement/MOU | $0.00 |
| 536 | RX Options, Inc. | Pharmacy Services | $0.00 |
| 537 | Rx Options, Inc. | Pharmacy Services | $0.00 |
| 538 | SALESFORCE, INC. | Service Agreement – Non-Clinical | $33,900.06 |
| 539 | San Bernardino City Unified School District | School-Based Agreement/MOU | $0.00 |
| 540 | San Bernardino City Unified School District | School-Based Agreement/MOU | $0.00 |
| 541 | San Diego Regional Healthcare Information Exchange Inc., d.b.a. San Diego Beacon | Participation Agreement | $0.00 |
| 542 | San Diego State University | School-Based Agreement/MOU | $0.00 |
| 543 | San Diego State University | School-Based Agreement | $0.00 |
| 544 | San Jacinto Unified School District | School-Based Agreement/MOU | $0.00 |
| 545 | Santa Barbara Business College | Residency/Student Agreement | $0.00 |
| 546 | Santa Ysabel Counseling Center | Memorandum of Agreement (MOA) | $0.00 |
| 547 | Sean Barlow, MD | Medical Provider | $0.00 |
| 548 | Sentinel Security Systems | Service Agreement – Non-Clinical | $0.00 |
| 549 | Shamrock Technologies, LLC | Consulting Agreement | $0.00 |
| 550 | Sharp Grossmont Hospital | Transfer Agreement | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 551 | Sharp Health Plan | Managed Care | $0.00 |
| 552 | Silas Gyimah, MD | Medical Provider | $0.00 |
| 553 | Silver Valley Unified School District | Lease | $0.00 |
| 554 | SimonMed Imaging | Service Agreement – Clinical | $0.00 |
| 555 | Skinny Gene Project | Memorandum of Agreement (MOA) | $0.00 |
| 556 | SOFTCHOICE CORPORA | Service Agreement – Non-Clinical | $0.00 |
| 557 | Sound Physicians | Service Agreement – Clinical | $0.00 |
| 558 | Sourcewell | Purchase Agreement | $0.00 |
| 559 | Southern California Permanente Medical Group | Residency Program | $0.00 |
| 560 | Southern California Permanente Medical Group | Business Associate Agreement | $0.00 |
| 561 | Southern California Real Estate Services | License Agreement | $0.00 |
| 562 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 563 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 564 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 565 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 566 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 567 | Starr Indemnity & Liability Company | Insurance | $0.00 |
| 568 | Starr Insurance Companies | Insurance | $0.00 |
| 569 | Starwood Mortgage Capital LLC | Lease | $0.00 |
| 570 | Starwood Mortgage Funding I LLC | Lease | $0.00 |
| 571 | Starwood Mortgage Funding II LLC | Lease | $0.00 |
| 572 | State of California - Health and Human Services Agency | Service Agreement – Clinical | $0.00 |
| 573 | Stericycle | Service Agreement – Non-Clinical | $6,596.32 |
| 574 | Stericycle | Service Agreement – Clinical | $0.00 |
| 575 | Stericycle | Service Agreement – Non-Clinical | $0.00 |
| 576 | STORQUEST - CATHEDRAL CITY / DATE PALM | Lease | $0.00 |
| 577 | STORQUEST - INDIO | Lease | $0.00 |
| 578 | StorQuest Self Storage | Lease | $243.46 |
| 579 | Stratus Video, LLC d/b/a AMN Language Services | Support | $22,979.32 |
| 580 | Summit Healthcare Management, Inc. | Management Services Agreement | $0.00 |
| 581 | Summit Healthcare Management, Inc. | Management Services Agreement | $0.00 |
| 582 | SUNRIDGE SELF STORAGE | Lease | $0.00 |
| 583 | Sylvia Searleman, NP | Medical Provider | $0.00 |
| 584 | Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting | Support | $0.00 |
| 585 | Tamara Tucker-Ham CFNP, MSN, RN | Medical Provider | $0.00 |
| 586 | Tamara Tucker-Ham CFNP, MSN, RN | Medical Provider | $0.00 |
| 587 | Tegile SAN | Support | $0.00 |
| 588 | Temecula Valley Hospital | Transfer Agreement | $0.00 |
| 589 | Tenet HealthSystem Desert, Inc. dba Desert Regional Medical Center | Transfer Agreement | $0.00 |
| 590 | The Health Resources and Services Administration | Grant | $0.00 |
| 591 | The Inline Group, LLC | Service Agreement – Non-Clinical | $2,750.00 |
| 592 | The Oz Group dba Customer Contact Services | Service Agreement – Non-Clinical | $51,134.85 |
| 593 | The Oz Group dba Customer Contact Services | Service Agreement – Non-Clinical | $0.00 |
| 594 | The Regents of the University of California | Misc - Non-Clinical | $0.00 |
| 595 | The Regents of the University of California, on behalf of the University of California, Riverside Health | Service Agreement – Clinical | $0.00 |
| 596 | The Regents of the University of California, on Behalf of the University of California, Riverside Health | Letter of Agreement (LOA) | $0.00 |
| 597 | Thomas J. Murphy, M.D. | Purchase Agreement | $0.00 |
| 598 | Thomas J. Murphy, M.D. | Purchase Agreement | $0.00 |
| 599 | Tobias Moeller-Bertram MD CORP | Service Agreement – Clinical | $0.00 |
| 600 | Tower Energy Group | Pharmacy Services | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|-------|------------------|---------------|---------------|
| 601 | Tower Energy Group | Lease | $49,579.67 |
| 602 | TPx Communications | Service Agreement – Non-Clinical | $1,064.34 |
| 603 | Tracie L. Davis, M.D. | Medical Provider | $0.00 |
| 604 | TransFirst LLC | Lease | $0.00 |
| 605 | TriWest Healthcare Alliance | Service Agreement – Clinical | $0.00 |
| 606 | TriWest Healthcare Alliance Corp. | Managed Care | $0.00 |
| 607 | TruePill, Inc. | Pharmacy Services | $0.00 |
| 608 | U.S. Behavioral Health Plan, California | Participation Agreement | $0.00 |
| 609 | U.S. TelePacific Corp. | Service Agreement – Non-Clinical | $0.00 |
| 610 | U.S. TelePacific Corp. d/b/a TPx Communications | Service Agreement – Non-Clinical | $0.00 |
| 611 | UCR School of Medicine | Affiliation Agreement | $0.00 |
| 612 | Ultimate Staffing Services | Letter of Agreement (LOA) | $0.00 |
| 613 | Ultrasound Institute Medical Group | Memorandum of Agreement (MOA) | $0.00 |
| 614 | Unilab Corporation d/b/a Quest Diagnostics | Service Agreement – Clinical | $0.00 |
| 615 | United Behavioral Health | Managed Care | $0.00 |
| 616 | United Healthcare | Managed Care | $0.00 |
| 617 | UnitedHealth Military & Veterans, LLC | Managed Care | $0.00 |
| 618 | UnitedHealthcare | Pharmacy Services | $0.00 |
| 619 | UnitedHealthcare Insurance Company | Participation Agreement | $0.00 |
| 620 | UnitedHealthcare of California Community Plan | Participation Agreement | $0.00 |
| 621 | UnitedHealthcare PCDM | Participation Agreement | $0.00 |
| 622 | Universal Care, Inc., dba Brand New Day | Managed Care | $0.00 |
| 623 | Universal Care, Inc., dba Brand New Day | Managed Care | $0.00 |
| 624 | University of California, Riverside | Research | $0.00 |
| 625 | University of California, Riverside Office of Research Integrity | Research | $0.00 |
| 626 | University of Phoenix | Affiliation Agreement | $0.00 |
| 627 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 628 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 629 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 630 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 631 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 632 | University of Southern California | Service Agreement – Non-Clinical | $0.00 |
| 633 | University of Southern California Institutional Review Board | Service Agreement – Non-Clinical | $0.00 |
| 634 | UPDOX, LLC | Service Agreement – Non-Clinical | $0.00 |
| 635 | USA Communications, LLC | Service Agreement – Non-Clinical | $0.00 |
| 636 | Val Verde Unified School District | School-Based Agreement/MOU | $0.00 |
| 637 | Val Verde Unified School District | School-Based Agreement/MOU | $0.00 |
| 638 | Val Verde Unified School District | School-Based Agreement/MOU | $0.00 |
| 639 | Valley Auto | Lease | $0.00 |
| 640 | Valley Radiology Consultants Medical Group, Inc. | Service Agreement – Clinical | $19,320.00 |
| 641 | Valley Radiology Consultants Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 642 | Valley Radiology Consultants Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 643 | Vantage Medical Group, Inc. | Service Agreement – Clinical | $0.00 |
| 644 | VAR Technology Finance | Citrix Licenses | $7,004.72 |
| 645 | Ventegra, Inc. | Pharmacy Services | $0.00 |
| 646 | Vision Y Compromiso | Sublease Agreement | $0.00 |
| 647 | Vista Hill dba SmartCare Integrated Behavioral Health Services | Memorandum of Agreement (MOA) | $0.00 |
| 648 | Vista Hill dba SmartCare Integrated Behavioral Health Services | Memorandum of Agreement (MOA) | $0.00 |
| 649 | VMware | Support | $0.00 |
| 650 | Walgreen Co. | Pharmacy Services | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment**[1]

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 651 | Walgreen Co. | Pharmacy Services | $0.00 |
| 652 | Walgreen Co. | Pharmacy Services | $0.00 |
| 653 | Walgreen Co. | Pharmacy Services | $0.00 |
| 654 | Walgreen Co. | Pharmacy Services | $0.00 |
| 655 | Walgreen Co. | Pharmacy Services | $0.00 |
| 656 | Walgreen Co. | Pharmacy Services | $0.00 |
| 657 | Walgreen Co. | Pharmacy Services | $0.00 |
| 658 | Walgreen Co. | Pharmacy Services | $0.00 |
| 659 | Walgreen Co. | Pharmacy Services | $0.00 |
| 660 | Walgreen Co. | Pharmacy Services | $0.00 |
| 661 | Walgreen Co. | Pharmacy Services | $0.00 |
| 662 | Wal-Mart Stores, Inc. | Pharmacy Services | $0.00 |
| 663 | Wal-Mart Stores, Inc. | Pharmacy Services | $0.00 |
| 664 | Walmart, Inc | Pharmacy Services | $0.00 |
| 665 | Washburn University, on Behalf of the School of Nursing | Affiliation Agreement | $0.00 |
| 666 | Washington Square Shopping Center, LLC | Lease | $0.00 |
| 667 | Washington Square Shopping Center, LLC | Lease | $0.00 |
| 668 | Washington Square Shopping Center, LLC | Lease | $0.00 |
| 669 | Washington Square Shopping Center, LLC | Lease | $0.00 |
| 670 | Washington Square Shopping Center, LLC | Lease | $0.00 |
| 671 | We Klean, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 672 | We Klean, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 673 | We Klean, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 674 | Weber & Associates | Lease | $0.00 |
| 675 | Webiplex, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 676 | Wellpartner Inc. | Pharmacy Services | $0.00 |
| 677 | Wellpartner Inc. | Pharmacy Services | $0.00 |
| 678 | Wellpartner, Inc. | Pharmacy Services | $0.00 |
| 679 | Wellpartner, Inc. | Pharmacy Services | $0.00 |
| 680 | Wellpartner, Inc. | Pharmacy Services | $0.00 |
| 681 | Wellpartner, Inc. | Pharmacy Services | $0.00 |
| 682 | Wellpartner, LLC | Pharmacy Services | $0.00 |
| 683 | Wellpartner, LLC | Service Agreement – Non-Clinical | $0.00 |
| 684 | Wellpartner, LLC | Pharmacy Services | $0.00 |
| 685 | Wellpartner, LLC | Pharmacy Services | $0.00 |
| 686 | Wellpartner, LLC | Pharmacy Services | $0.00 |
| 687 | Wells Fargo Dealer Services | Leased Vehicles | $15,776.50 |
| 688 | Western Pharmacy Group | Pharmacy Services | $0.00 |
| 689 | Western Pharmacy Group LLC d/b/a Community Medical Center | Pharmacy Services | $0.00 |
| 690 | Western University of Health Sciences College of Graduate Nursing | Memorandum of Agreement (MOA) | $0.00 |
| 691 | Western University of Health Sciences/College of Osteopathic Medicine of the Pacific | Affiliation Agreement | $0.00 |
| 692 | White Cross Pharmacy | Pharmacy Services | $0.00 |
| 693 | White Cross Pharmacy | Pharmacy Services | $0.00 |
| 694 | William Ward, MD | Medical Provider | $0.00 |
| 695 | Wolters Kluwer | Letter of Agreement (LOA) | $0.00 |
| 696 | Workday, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 697 | YC Power Systems | Service Agreement – Non-Clinical | $0.00 |
| 698 | Yext, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 699 | Yext, Inc. | Service Agreement – Non-Clinical | $0.00 |
| 700 | Yext, Inc. | Service Agreement – Non-Clinical | $0.00 |

**Exhibit B - Executory Contracts and Unexpired Leases Subject to Assumption and Assignment[1]**

| Ref # | Counterpaty Name | Contract Type | Cure $ Amount |
|---|---|---|---|
| 701 | Zero to Three, National Center for Infants, Toddlers and Families | Affiliation Agreement | $0.00 |
| 702 | Zero to Three: National Center for Infants, Toddlers and Families | License Agreement | $0.00 |
| 703 | Zito Business | Service Agreement – Non-Clinical | $0.00 |
| 704 | Zito West Holding, LLC | Service Agreement – Non-Clinical | $2,626.25 |

[1] The Debtor has used its best efforts to accurately reflect executory contracts and unexpired leases herein, but reserves the right to supplement and/or modify this exhibit, including for any contracts which may not be deemed executory.