# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION, | | |
| **Case Number:** | 22-02384-LT11 | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 18, 2023 02:00 PM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | RUSSELL PALUSO | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

## *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 12/7/22)

2) MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED BY THE DEBTOR IN THE ORDINARY COURSE OF BUSINESS FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION

3) MOTION FOR ENTRY OF ORDER: AUTHORIZING (I) KEY EMPLOYEE RETENTION PROGRAM AND (II) KEY EMPLOYEE INCENTIVE PROGRAM FILED  ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION

## *Appearances:*

SAMUEL RUVEN MAIZEL, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
SAM ALBERTS, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
ISAAC LEE, CHIEF RESTRUCTURING OFFICER FOR BORREGO COMMUNITY HEALTH FOUNDATION, PRESENT
STEVE GOLDEN, ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (video)
KELLY SINGER, ATTORNEY FOR INLAND EMPIRE HEALTH PLAN (video)
DARIN WESSEL, ATTORNEY FOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

(continue).. **22-02384-LT11**          **WEDNESDAY, JANUARY 18, 2023 02:00 PM**

### _Disposition:_

1) Continued to 2/22/23 at 1:00 p.m.


2) Granted as set forth on the record. Order to be submitted by Mr. Maizel.


3) Granted pursuant to the Court's Tentative Ruling and as set forth on the record. Order to be submitted by Mr. Maizel.

The Court instructed the parties that additional language regarding the order should indicate that the sale should be defined successful for purposes of the motion if it achieves the number agreed to by the committee or the Court otherwise agrees that successful after it is consummated as stated on the record.