Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        tkapur@pszjlaw.com
        sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 22-02384-LT11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor and Debtor in Possession. | **PACHULSKI STANG ZIEHL & JONES LLP'S THIRD MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2022 – DECEMBER 31, 2022** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CSD 1143 (04/28/96)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR:      Borrego Community Health Foundation

Petition Date:  September 12, 2022

Case No: 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:      Pachulski Stang Ziehl & Jones LLP

REPRESENTING:   The Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT**:  Docket No. 287

| CATEGORY | APPLICATION PERIOD: December 1, 2022 – December 31, 2022 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Asset Disposition | 11.00 | $8,887.50 |
| Bankruptcy Litigation | 11.40 | $10,260.00 |
| Case Administration | 2.30 | $1,705.50 |
| Claims Admin/Objections | 0.40 | $319.50 |
| Compensation of Professionals | 9.90 | $5,508.00 |
| Compensation of Professionals/Other | 2.50 | $1,237.50 |
| Employee Benefits/Pension | 0.50 | $409.50 |
| General Creditors Committee | 4.90 | $4,410.00 |
| Hearing | 5.90 | $5,310.00 |
| Litigation/Non Bankruptcy | 1.50 | $1,147.50 |
| Retention of Professionals | 2.30 | $1,381.50 |
| Retention of Professionals/Other | 0.20 | $180.00 |
| **TOTAL** | **52.80** | **$40,756.50** |

DOCS_DE:242086.1 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### MONTHLY FEE APPLICATION

Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") submits its Third Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period December 1, 2022 – December 31, 2022 (the "Application Period"). In support of the Application, PSZJ respectfully represents as follows:

1.      The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $40,756.50 during the Application Period. The total fees represent 52.80 hours expended during the Application Period. These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2022 – December 31, 2022 | $40,756.50 | $472.70 | $41,229.20 |

3.      Accordingly, the Firm seeks allowance of interim compensation in the total amount of $33,077.90 at this time. This total is comprised as follows: $32,605.20 (80% of the fees totaling $40,756.50 for services rendered), plus $472.70 (100% of the expenses incurred).

4.      For the post-petition period, the Firm has been paid to date as follows:

| Fee Period | Fees | Expenses | Description |
|---|---|---|---|
| 9/30/22 – 10/31/2022 (First Monthly Fee Statement) | $75,639.60 | $2,743.58 | 80% fees and 100% of Expenses |
| 11/1/22 – 11/30/22 (Second Monthly Fee Statement) | $50,641.20 | $557.32 | 80% fees and 100% of Expenses |
| **Total Paid to the Firm to Date** | | | **$129,581.70** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:242086.1 10283/002

5.      To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Fee Period | Amount | Description |
|---|---|---|
| 9/30/22 – 10/31/2022 (First Monthly Fee Statement) | $18,909.90 | 20% fee holdback |
| 11/1/22 – 11/30/22 (Second Monthly Fee Statement) | $12,660.30 | 20% fee holdback |
| **Total Owed to the Firm to Date** | | **$31,570.20** |

6.      Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period and the hourly rate for each such professional.  Attached hereto as **Exhibit "2"** is the detailed time and expense statements for the Application Period.

7.      The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about January 25, 2023.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about January 25, 2023.

8.      Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

9.      The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Interim Compensation Procedures Order.

Dated:  January 25, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

                                            By      */s/ Jeffrey N. Pomerantz*
                                                    Jeffrey N. Pomerantz

                                                    Counsel to the Official Committee of Unsecured Creditors

DOCS_DE:242086.1 10283/002

## EXHIBIT "1"

### Summary of Hours by Professional for Application Period
### (December 1, 2022 – December 31, 2022)

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| Pomerantz, Jeffrey N. | Partner | 14.30 | $900.00 | $12,870.00 |
| Golden, Steven W. | Associate | 21.80 | $900.00 | $19,620.00 |
| Dassa, Beth D. | Paralegal | 16.70 | $495.00 | $8,266.50 |
| **TOTAL** | | **52.80** | | **$40,756.50** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:242086.1 10283/002

# EXHIBIT "2"

**Detailed Time and Expense Statement for Application Period
(December 1, 2022 – December 31, 2022)**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

December 31, 2022
Invoice     131594
Client      10283
Matter      00002
**SWG**

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2022**

| | |
|---|---:|
| FEES | $40,756.50 |
| EXPENSES | $472.70 |
| **TOTAL CURRENT CHARGES** | **$41,229.20** |
| **BALANCE FORWARD** | **$161,151.90** |
| **LAST PAYMENT** | **$129,581.70** |
| **TOTAL BALANCE DUE** | **$72,799.40** |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    2

Invoice 131594

December 31, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 16.70 | $8,266.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 900.00 | 14.30 | $12,870.00 |
| SWG | Golden, Steven W. | Associate | 900.00 | 21.80 | $19,620.00 |
| | | | | 52.80 | $40,756.50 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    3
Invoice 131594
December 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 11.00 | $8,887.50 |
| BL | Bankruptcy Litigation [L430] | 11.40 | $10,260.00 |
| CA | Case Administration [B110] | 2.30 | $1,705.50 |
| CO | Claims Admin/Objections[B310] | 0.40 | $319.50 |
| CP | Compensation Prof. [B160] | 9.90 | $5,508.00 |
| CPO | Comp. of Prof./Others | 2.50 | $1,237.50 |
| EB | Employee Benefit/Pension-B220 | 0.50 | $409.50 |
| GC | General Creditors Comm. [B150] | 4.90 | $4,410.00 |
| HE | Hearing | 5.90 | $5,310.00 |
| LN | Litigation (Non-Bankruptcy) | 1.50 | $1,147.50 |
| RP | Retention of Prof. [B160] | 2.30 | $1,381.50 |
| RPO | Ret. of Prof./Other | 0.20 | $180.00 |
|  |  | 52.80 | $40,756.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

Borrego Comm. Health Found OCC

Invoice 131594

10283    - 00002

December 31, 2022

## __Summary of Expenses__

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Outside Services | $47.50 |
| Pacer - Court Research | $369.10 |
| Reproduction/ Scan Copy | $56.10 |
| | $472.70 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    5

Invoice 131594

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 12/01/2022 | JNP | AD | Emails regarding status of public relations efforts re sale process | 0.10 | 900.00 | $90.00 |
| 12/01/2022 | BDD | AD | Email A. Thalassinos re bid proc hearing (12/7) | 0.10 | 495.00 | $49.50 |
| 12/01/2022 | SWG | AD | Call with Debtor's counsel re: bid procedures replies. | 0.40 | 900.00 | $360.00 |
| 12/02/2022 | BDD | AD | Email A. Thalassinos re bid proc hearing (12/7) | 0.10 | 495.00 | $49.50 |
| 12/02/2022 | BDD | AD | Work on joinder issues re Debtor's reply to oppositions to bid proc motion and multiple emails to/calls with N. Brown re same, and emails S. Golden re same | 0.80 | 495.00 | $396.00 |
| 12/02/2022 | SWG | AD | Call with FTI team re: sale process. | 0.60 | 900.00 | $540.00 |
| 12/03/2022 | BDD | AD | Review omnibus replies filed by Debtor re opps filed to bid proc motion, and email to/call with N. Brown re same | 0.30 | 495.00 | $148.50 |
| 12/06/2022 | JNP | AD | Review tentative ruling on sale procedures motion. | 0.10 | 900.00 | $90.00 |
| 12/06/2022 | BDD | AD | Email N. Brown re Dec of K. Wang in Response to Debtor's Reliance on Verity Decision and Order in Reply Brief for Motion to Approve APA | 0.10 | 495.00 | $49.50 |
| 12/06/2022 | SWG | AD | Preliminary review of form of APA | 0.20 | 900.00 | $180.00 |
| 12/06/2022 | SWG | AD | Call with S. Maizel re: bid pro hearing | 0.60 | 900.00 | $540.00 |
| 12/07/2022 | JNP | AD | Conference with Steven W. Golden after sale procedures hearing. | 0.10 | 900.00 | $90.00 |
| 12/07/2022 | BDD | AD | Emails S. Golden and A. Thalassinos re Zoom link for Bid Proc hearing (.10), and call with court re same (.10) | 0.20 | 495.00 | $99.00 |
| 12/07/2022 | SWG | AD | Call with Debtor's counsel post-hearing re: bid procedures | 0.30 | 900.00 | $270.00 |
| 12/07/2022 | SWG | AD | Call with J. Pomerantz following sale procedures hearing. | 0.10 | 900.00 | $90.00 |
| 12/12/2022 | JNP | AD | Conference with FTI communications team and Steven W. Golden regarding strategy re sale process | 0.50 | 900.00 | $450.00 |
| 12/12/2022 | BDD | AD | Attend to multiple calendaring matters re bid procedures motion/sale | 0.50 | 495.00 | $247.50 |
| 12/12/2022 | BDD | AD | Email M. Kulick re auction date | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      6

Borrego Comm. Health Found OCC

Invoice 131594

10283    -00002

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2022 | SWG | AD | Call with Debtor's counsel re: bid procedures order | 0.30 | 900.00 | $270.00 |
| 12/12/2022 | SWG | AD | Call with FTI team and J. Pomerantz re: communications strategy re sale process | 0.50 | 900.00 | $450.00 |
| 12/14/2022 | JNP | AD | Review emails regarding potential objections to order regarding sale procedures. | 0.10 | 900.00 | $90.00 |
| 12/14/2022 | JNP | AD | Conference with Steven W. Golden regarding noticing issues for sale process. | 0.10 | 900.00 | $90.00 |
| 12/14/2022 | SWG | AD | Draft reply to IEHP and HHS' objections to Bid Procedures Order. | 1.10 | 900.00 | $990.00 |
| 12/14/2022 | SWG | AD | Call with J. Pomerantz re: sale noticing issues | 0.10 | 900.00 | $90.00 |
| 12/15/2022 | JNP | AD | Review response regarding objections to bid procedures order and conference with Steven W. Golden regarding same. | 0.20 | 900.00 | $180.00 |
| 12/16/2022 | JNP | AD | Conference with Steven W. Golden regarding response to IEHP objections to sale procedures order. | 0.20 | 900.00 | $180.00 |
| 12/16/2022 | JNP | AD | Review various drafts of response to IEHP objections to sale procedures order. | 0.20 | 900.00 | $180.00 |
| 12/16/2022 | BDD | AD | Emails S. Golden re C'tee reply to Inland Empire Health Plan's ltd objection to order re bidding procedures | 0.10 | 495.00 | $49.50 |
| 12/16/2022 | BDD | AD | Email N. Brown re C'tee reply to Inland Empire Health Plan's ltd objection to order re bidding procedures | 0.10 | 495.00 | $49.50 |
| 12/16/2022 | SWG | AD | Edit reply to IEHP objection to Bid Pro Order | 0.30 | 900.00 | $270.00 |
| 12/16/2022 | SWG | AD | Call with J. Pomerantz re reponse to objections to bid procedure | 0.20 | 900.00 | $180.00 |
| 12/16/2022 | SWG | AD | Call with FTI re: sale process. | 0.50 | 900.00 | $450.00 |
| 12/19/2022 | JNP | AD | Review response to HHS objection to sale procedures order. | 0.10 | 900.00 | $90.00 |
| 12/19/2022 | JNP | AD | Conference with Steven W. Golden regarding sale procedures order and related issues. | 0.20 | 900.00 | $180.00 |
| 12/19/2022 | JNP | AD | Review voice mail from court regarding intent to file response to procedure order objection; Conference with Steven W. Golden regarding same. | 0.10 | 900.00 | $90.00 |
| 12/19/2022 | JNP | AD | Emails regarding follow-up on potentially interested | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:      7

Invoice 131594

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | parties. | | | |
| 12/19/2022 | BDD | AD | Email S. Golden re Order approving form of APA | 0.10 | 495.00 | $49.50 |
| 12/19/2022 | SWG | AD | Draft reply to HHS objection to Proposed Bid Procedures Order | 0.40 | 900.00 | $360.00 |
| 12/19/2022 | SWG | AD | Call with J. Pomerantz re: sale procedures | 0.20 | 900.00 | $180.00 |
| 12/21/2022 | JNP | AD | Review and respond to emails regarding contract assumption or rejection deadline. Conference with Steven W. Golden regarding same. | 0.10 | 900.00 | $90.00 |
| 12/30/2022 | SWG | AD | Call with Debtor's counsel re: sale process and related matters. | 0.50 | 900.00 | $450.00 |
| | | | | **11.00** | | **$8,887.50** |

## Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2022 | SWG | BL | Draft email to Judge Montali re: mediation | 0.20 | 900.00 | $180.00 |
| 12/14/2022 | JNP | BL | Conference with Steven W. Golden regarding strategic communications for pending DHCS litigation. | 0.10 | 900.00 | $90.00 |
| 12/14/2022 | SWG | BL | Call with J. Pomerantz re: strategic communications matters. | 0.10 | 900.00 | $90.00 |
| 12/15/2022 | JNP | BL | Participate in call with Dentons and Steven W. Golden regarding case. | 0.50 | 900.00 | $450.00 |
| 12/15/2022 | JNP | BL | Review settlement term sheet. | 0.20 | 900.00 | $180.00 |
| 12/15/2022 | JNP | BL | Call with S. Golden re mediation proposal and settlement | 0.50 | 900.00 | $450.00 |
| 12/15/2022 | SWG | BL | Call with J. Pomerantz re: mediation proposal and settlement | 0.50 | 900.00 | $450.00 |
| 12/15/2022 | SWG | BL | Draft and send email to Debtor re: settlement with DHCS | 0.30 | 900.00 | $270.00 |
| 12/15/2022 | SWG | BL | Call with Debtor's counsel re: sale and mediation | 0.50 | 900.00 | $450.00 |
| 12/16/2022 | JNP | BL | Conference with Dentons, Ankura, FTI and Steven W. Golden regarding terms for potential settlement with DHCS. | 0.90 | 900.00 | $810.00 |
| 12/16/2022 | SWG | BL | Call with Debtor's professionals re: settlement with DHCS. | 0.90 | 900.00 | $810.00 |
| 12/20/2022 | JNP | BL | Email to and from J. Montali regarding call. | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

Borrego Comm. Health Found OCC

Invoice 131594

10283    -00002

December 31, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2022 | JNP | BL | Conference with J. Montali and Steven W. Golden regarding mediation. | 0.70 | 900.00 | $630.00 |
| 12/20/2022 | JNP | BL | Conference with Steven W. Golden after call with J. Montali. | 0.10 | 900.00 | $90.00 |
| 12/20/2022 | JNP | BL | Conference with Samuel R. Maizel regarding settlement proposal. | 0.30 | 900.00 | $270.00 |
| 12/20/2022 | JNP | BL | Conference with Steven W. Golden regarding settlement proposal (2x). | 0.30 | 900.00 | $270.00 |
| 12/20/2022 | SWG | BL | Participate in call with Judge Montali and J. Pomerantz re: mediation | 0.70 | 900.00 | $630.00 |
| 12/20/2022 | SWG | BL | Calls with J. Pomerantz (.3) and S. Maizel (.2) re: mediation; follow up email with J. Pomerantz re: same (.1) | 0.60 | 900.00 | $540.00 |
| 12/21/2022 | JNP | BL | Review of Term Sheet and provide comments. | 0.30 | 900.00 | $270.00 |
| 12/21/2022 | JNP | BL | Conference with Dentons, Ankura, FTI and Steven W. Golden regarding term sheet. | 0.60 | 900.00 | $540.00 |
| 12/21/2022 | JNP | BL | Conference with C. Zucker regarding term sheet. | 0.10 | 900.00 | $90.00 |
| 12/21/2022 | JNP | BL | Email to and from J. Montali regarding settlement discussions and Term Sheet. | 0.10 | 900.00 | $90.00 |
| 12/21/2022 | JNP | BL | Conference with C. Bauer regarding terms of settlement proposal to DHCS. | 0.40 | 900.00 | $360.00 |
| 12/21/2022 | SWG | BL | Review and comment on mediation term sheet | 0.20 | 900.00 | $180.00 |
| 12/21/2022 | SWG | BL | Call with Debtor and Committee professionals re: mediation settlement proposal | 0.60 | 900.00 | $540.00 |
| 12/21/2022 | SWG | BL | Draft and send comprehensive email to Committee re: mediation and settlement proposal | 0.80 | 900.00 | $720.00 |
| 12/30/2022 | JNP | BL | Conference with Steven W. Golden regarding status of mediation and initial response from State. | 0.40 | 900.00 | $360.00 |
| 12/30/2022 | SWG | BL | Call with J. Pomerantz re: mediation | 0.40 | 900.00 | $360.00 |
|  |  |  |  | **11.40** |  | **$10,260.00** |

## Case Administration [B110]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2022 | BDD | CA | Further revisions/additions to hearing binder for 12/7 hearings | 0.50 | 495.00 | $247.50 |
| 12/01/2022 | BDD | CA | Calls to R. Palluso re 12/6 and 12/7 hearings | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP                                             Page:        9
Borrego Comm. Health Found OCC                                        Invoice 131594
10283    -00002                                                               December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2022 | JNP | CA | Conference with Steven W. Golden and Dentons regarding case status and related issues. | 0.50 | 900.00 | $450.00 |
| 12/02/2022 | BDD | CA | Email J. Pomerantz and S. Golden re Zoom links for 12/7 hearing | 0.10 | 495.00 | $49.50 |
| 12/02/2022 | SWG | CA | Weekly call with Debtor's counsel | 0.50 | 900.00 | $450.00 |
| 12/06/2022 | BDD | CA | Email M. Gray at FTI re Zoom appearance at 12/7 hearings | 0.10 | 495.00 | $49.50 |
| 12/14/2022 | SWG | CA | Call with Debtor professionals re: community engagement | 0.40 | 900.00 | $360.00 |
| | | | | **2.30** | | **$1,705.50** |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | SWG | CO | Draft and send email to Debtor's counsel re: McKesson claim. | 0.20 | 900.00 | $180.00 |
| 12/05/2022 | BDD | CO | Review tentative ruling re motion to enlarge time to file a proof of claim and email J. Pomerantz and S. Golden re same | 0.10 | 495.00 | $49.50 |
| 12/12/2022 | JNP | CO | Review McKesson reply regarding §503(b)(9) claim. | 0.10 | 900.00 | $90.00 |
| | | | | **0.40** | | **$319.50** |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2022 | JNP | CP | Final review of reply on Knudsen motion. | 0.20 | 900.00 | $180.00 |
| 12/01/2022 | BDD | CP | Research cases Knudsen motion and emails J. Pomerantz, S. Golden and N. Brown re same. | 0.70 | 495.00 | $346.50 |
| 12/02/2022 | BDD | CP | Work on joinder issues re Debtor's reply to opposition to Knudsen motion and multiple emails to/calls with N. Brown re same, and emails S. Golden re same | 0.70 | 495.00 | $346.50 |
| 12/02/2022 | SWG | CP | Finalize reply in support of Knudsen motion | 0.20 | 900.00 | $180.00 |
| 12/06/2022 | JNP | CP | Review tentative ruling on Knudsen motion. | 0.10 | 900.00 | $90.00 |
| 12/07/2022 | JNP | CP | Prepare for hearing on Knudsen motion. | 0.50 | 900.00 | $450.00 |
| 12/12/2022 | BDD | CP | Review bills in preparation of PSZJ monthly fee statements (Oct and Nov) and emails J. Pomerantz, S. Golden and accounting re same | 0.80 | 495.00 | $396.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    10

Invoice 131594

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2022 | JNP | CP | Review of October bill. | 0.20 | 900.00 | $180.00 |
| 12/13/2022 | BDD | CP | Multiple revisions to Oct invoice in preparation for PSZJ 1st monthly fee statement (.80); emails J. Pomerantz and S. Golden re same (.10); emails accounting re same (.20) | 1.10 | 495.00 | $544.50 |
| 12/15/2022 | BDD | CP | Review Nov pre-bill in connection with Nov. fee statement (.50) and email J. Pomerantz re same (.10) | 0.60 | 495.00 | $297.00 |
| 12/15/2022 | BDD | CP | Prepare PSZJ's 1st monthly fee statement (9/30/22 - 10/31/22) | 1.10 | 495.00 | $544.50 |
| 12/16/2022 | BDD | CP | Prepare PSZJ's 1st monthly fee application (9.30.22 - 10.31.22) and email S. Golden re same | 1.70 | 495.00 | $841.50 |
| 12/19/2022 | JNP | CP | Final review of November invoice. | 0.10 | 900.00 | $90.00 |
| 12/19/2022 | JNP | CP | Review of October fee statement; Conference with Steven W. Golden regarding same. | 0.10 | 900.00 | $90.00 |
| 12/19/2022 | BDD | CP | Emails J. Pomerantz and S. Golden re PSZJ October monthly fee statement | 0.20 | 495.00 | $99.00 |
| 12/19/2022 | BDD | CP | Prepare PSZJ Nov monthly fee statement and notice, and email S. Golden re same | 1.10 | 495.00 | $544.50 |
| 12/20/2022 | JNP | CP | Review November fee statement. | 0.10 | 900.00 | $90.00 |
| 12/20/2022 | BDD | CP | Email J. Pomerantz re PSZJ Nov fee statement | 0.10 | 495.00 | $49.50 |
| 12/20/2022 | BDD | CP | Email S. Golden re Oct and Nov fee invoices for dissemination to Committee | 0.10 | 495.00 | $49.50 |
| 12/27/2022 | BDD | CP | Emails N. Brown re PSZJ Oct & Nov fee statement and notices | 0.20 | 495.00 | $99.00 |
| | | | | **9.90** | | **$5,508.00** |

**Comp. of Prof./Others**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | BDD | CPO | Emails S. Golden and M. Gray re 11/21 hearing on Motion to Establish Interim Comp Procedures | 0.10 | 495.00 | $49.50 |
| 12/16/2022 | BDD | CPO | Email C. Nelson re FTI Oct/Nov monthly fee statements | 0.10 | 495.00 | $49.50 |
| 12/23/2022 | BDD | CPO | Email C. Nelson re FTI Oct/Nov monthly fee statements | 0.10 | 495.00 | $49.50 |
| 12/28/2022 | BDD | CPO | Email S. Golden re FTI Oct and Nov fee statements | 0.10 | 495.00 | $49.50 |
| 12/29/2022 | BDD | CPO | Work on FTI Oct and Nov fee statements and | 1.90 | 495.00 | $940.50 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    11

Invoice 131594

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | notices for proper SDCA formatting (1.70), emails S. Golden and N. Brown re same (.20) | | | |
| 12/29/2022 | BDD | CPO | Emails C. Nelson and S. Golden re FTI revised Oct/Nov monthly fee statements | 0.20 | 495.00 | $99.00 |
| | | | | 2.50 | | $1,237.50 |

### Employee Benefit/Pension-B220

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/2022 | BDD | EB | Email M. Kulick re hearing on KERP/KEIP Motion | 0.10 | 495.00 | $49.50 |
| 12/21/2022 | JNP | EB | Review U.S. Trustee opposition to KERP and KEIP. | 0.10 | 900.00 | $90.00 |
| 12/22/2022 | SWG | EB | Review UST objection to KEIP/KERP Motion | 0.30 | 900.00 | $270.00 |
| | | | | 0.50 | | $409.50 |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2022 | SWG | GC | Draft and send email update to Committee | 0.20 | 900.00 | $180.00 |
| 11/28/2022 | SWG | GC | Participate in weekly Committee meeting. | 1.40 | 900.00 | $1,260.00 |
| 12/05/2022 | SWG | GC | Draft and send Committee call agenda | 0.10 | 900.00 | $90.00 |
| 12/05/2022 | SWG | GC | Participate in weekly conference call with Committee | 0.70 | 900.00 | $630.00 |
| 12/12/2022 | SWG | GC | Draft and send email to Committee | 0.30 | 900.00 | $270.00 |
| 12/19/2022 | JNP | GC | Participate in committee call. | 0.80 | 900.00 | $720.00 |
| 12/19/2022 | SWG | GC | Draft and send email to Committee. | 0.10 | 900.00 | $90.00 |
| 12/19/2022 | SWG | GC | Participate in weekly Committee call. | 0.80 | 900.00 | $720.00 |
| 12/21/2022 | JNP | GC | Review Steven W. Golden email to committee and provide comments. | 0.10 | 900.00 | $90.00 |
| 12/28/2022 | SWG | GC | Receive and respond to inquiry from unsecured creditor. | 0.20 | 900.00 | $180.00 |
| 12/30/2022 | SWG | GC | Draft and send email to Committee. | 0.20 | 900.00 | $180.00 |
| | | | | 4.90 | | $4,410.00 |

### Hearing

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/21/2022 | SWG | HE | Telephonically attend hearing in case. | 0.90 | 900.00 | $810.00 |
| 12/06/2022 | SWG | HE | Participate in hearing | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    12

Invoice 131594

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2022 | JNP | HE | Participate in sale procedures hearing. | 1.60 | 900.00 | $1,440.00 |
| 12/07/2022 | JNP | HE | Conference with Steven W. Golden prior to retention hearing. | 0.20 | 900.00 | $180.00 |
| 12/07/2022 | JNP | HE | Participate in retention application hearing. | 0.30 | 900.00 | $270.00 |
| 12/07/2022 | JNP | HE | Participate in Knudsen motion hearing. | 0.30 | 900.00 | $270.00 |
| 12/07/2022 | SWG | HE | Call with J. Pomerantz to prepare for hearing | 0.20 | 900.00 | $180.00 |
| 12/07/2022 | SWG | HE | Attend hearing | 2.10 | 900.00 | $1,890.00 |
| | | | | **5.90** | | **$5,310.00** |

### Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/19/2022 | BDD | LN | Emails J. Pomerantz, S. Golden and N. Brown re Premier litigation | 0.20 | 495.00 | $99.00 |
| 12/21/2022 | BDD | LN | Email N. Brown re district court docket filings | 0.10 | 495.00 | $49.50 |
| 12/21/2022 | BDD | LN | Email B. Downing re district court filings | 0.10 | 495.00 | $49.50 |
| 12/22/2022 | JNP | LN | Participate on call with S. Maizel, Hooper Lundy and Steven W. Golden regarding  pending litigation. | 0.50 | 900.00 | $450.00 |
| 12/22/2022 | SWG | LN | Call with Hooper Lundy re: pending non-bankruptcy litigation | 0.50 | 900.00 | $450.00 |
| 12/27/2022 | BDD | LN | Email N. Brown re district court litigation | 0.10 | 495.00 | $49.50 |
| | | | | **1.50** | | **$1,147.50** |

### Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2022 | BDD | RP | Research cases re PSZJ retention application and emails J. Pomerantz, S. Golden and N. Brown re same. | 0.80 | 495.00 | $396.00 |
| 12/05/2022 | BDD | RP | Review tentative ruling on PSZJ retention application and email J. Pomerantz and S. Golden re same | 0.20 | 495.00 | $99.00 |
| 12/06/2022 | JNP | RP | Review tentative ruling on PSZJ retention application. | 0.10 | 900.00 | $90.00 |
| 12/07/2022 | JNP | RP | Prepare for hearing on PSZJ retention application. | 0.50 | 900.00 | $450.00 |
| 12/07/2022 | BDD | RP | Email S. Golden re PSZJ retention order | 0.10 | 495.00 | $49.50 |
| 12/08/2022 | BDD | RP | Revisions to PSZJ retention order and emails S. Golden and N. Brown re same | 0.60 | 495.00 | $297.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    13

Invoice 131594

December 31, 2022

|  |  |  |  | 2.30 |  | $1,381.50 |
|---|---|---|---|---|---|---|

### Ret. of Prof./Other

| 12/21/2022 | JNP | RPO | Review U.S. Trustee opposition to ordinary course professional motion. | 0.10 | 900.00 | $90.00 |
|---|---|---|---|---|---|---|
| 12/22/2022 | SWG | RPO | Review UST's objection to OCP Motion | 0.10 | 900.00 | $90.00 |
|  |  |  |  | 0.20 |  | $180.00 |

**TOTAL SERVICES FOR THIS MATTER:**            $40,756.50

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    14

Invoice 131594

December 31, 2022

---

## **Expenses**

| | | | |
|---|---|---|---:|
| 12/01/2022 | OS | Nationwide Legal, Inv. 00000052260, JNP | 47.50 |
| 12/01/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/01/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/01/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/01/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/01/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/01/2022 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/01/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/01/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/01/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/01/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/01/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/01/2022 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/01/2022 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/01/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/01/2022 | RE2 | SCAN/COPY ( 163 @0.10 PER PG) | 16.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 103 @0.10 PER PG) | 10.30 |
| 12/01/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/31/2022 | PAC | Pacer - Court Research | 369.10 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

**Total Expenses for this Matter**                                      **$472.70**

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283   - 00002

Page:   16
Invoice 131594
December 31, 2022

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**   **12/31/2022**

| | |
|---|---|
| **Total Fees** | **$40,756.50** |
| **Total Expenses** | **472.70** |
| **Total Due on Current Invoice** | **$41,229.20** |

**Outstanding Balance from prior invoices as of**   **12/31/2022**   **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 131394 | 10/31/2022 | $94,549.50 | $2,743.58 | $18,909.90 |
| 131451 | 11/30/2022 | $63,301.50 | $557.32 | $12,660.30 |

**Total Amount Due on Current and Prior Invoices:**   **$72,799.40**