Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        tkapur@pszjlaw.com
        sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>**THIRD MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022** |

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR:            Borrego Community Health Foundation
Petition Date:     September 12, 2022
Case No. 22-02384

**MONTHLY FEE APPLICATION SUMMARY**

APPLICANT:                          FTI Consulting, Inc.

REPRESENTING:                       Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT:** Docket No. 242

| Task Code | Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 17.9 | $13,425.00 |
| 4 | Trade Vendor Issues | 4.7 | 3,525.00 |
| 6 | Asset Sales | 21.8 | 16,350.00 |
| 7 | Analysis of Business Plan | 0.4 | 300.00 |
| 9 | Analysis of Employee Compensation Programs | 3.3 | 2,475.00 |
| 11 | Prepare for and Attendance at Court Hearings | 1.6 | 1,200.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 11.9 | 8,925.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 2.4 | 1,800.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 8.8 | 6,600.00 |
| 19 | Case Management | 6.5 | 4,875.00 |
| 21 | General Meetings with Committee & Committee Counsel | 4.9 | 3,675.00 |
| 24 | Preparation of Fee Application | 11.2 | 8,400.00 |
| 26 | Strategic Communications | 40.9 | 30,675.00 |
| | **TOTAL** | **136.3** | **$102,225.00** |

2

DOCS_LA:347108.1 10283/002

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| BORREGO COMMUNITY HEALTH FOUNDATION, | ) Case No. 22-02384 |
| | ) |
| Debtor and Debtor in Possession. | ) Judge: Hon. Laura S. Taylor |
| | ) |
| | ) |

**<u>Monthly Fee Application</u>**

FTI Consulting, Inc., together with its wholly owned subsidiaries ("<u>FTI</u>" or the "<u>Firm</u>"), submits its Third Monthly Fee Application for Allowance and Payment of Interim Compensation (the "<u>Application</u>") for the period December 1, 2022 – December 31, 2022 (the "<u>Application Period</u>").  In support of the Application, FTI respectfully represents as follows:

1. FTI is the financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>").  FTI hereby applies to the Court for allowance and payment of interim compensation for services rendered during the Application Period.

2. FTI billed a total of $102,225.00 during the Application Period.  The total fees represent 136.3 hours expended during the Application Period.  These fees and are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2022 – December 31, 2022 | $102,225.00 | $0.00 | $102,225.00 |

3. Accordingly, FTI seeks allowance of interim compensation in the total amount of $81,780.00 at this time, which represents 80% of fees totaling $102,225.00 for services rendered.  No expenses were incurred during the Application Period.

DOCS_LA:347108.1 10283/002

4.     To date, FTI has received a total of $235,680.00 in payment, which represents 80% of cumulative fees for the Firm's first and second monthly fee applications.

5.     Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period at the blended hourly rate approved for FTI for this Case.  Attached hereto as **Exhibit "B"** is the detailed time and expense statements for the Application Period.

6.     The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about January 27, 2023.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about January 27, 2023.

7.     Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8.     The interim compensation sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of expenses

DOCS_LA:347108.1 10283/002

incurred for the totality of the services rendered in this Case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, FTI respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated: January 27, 2023                    FTI CONSULTING, INC.

By */s/ Cynthia Nelson*
    Cynthia Nelson
    350 S. Grand Avenue, Suite 3000
    Los Angeles, CA 90071
    Telephone: 213-689-1200
    E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors of Borrego Community Health Foundation*

Submitted By:

PACHULSKI STANG ZIEHL & JONES LLP

By       */s/ Jeffrey N. Pomerantz*
       Jeffrey N. Pomerantz

       Counsel to the Official Committee of Unsecured Creditors

5

# EXHIBIT A

**EXHIBIT A**
**Summary of Hours by Professional for Application Period**
**(December 1, 2022 – December 31, 2022)**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Bilbao, Marc | Senior Managing Director | $750 | 1.2 | $900.00 |
| Nelson, Cynthia A | Senior Managing Director | $750 | 13.2 | $9,900.00 |
| Zucker, Clifford | Senior Managing Director | $750 | 13.0 | $9,750.00 |
| Ganti, Narendra | Managing Director | $750 | 9.8 | $7,350.00 |
| Thalassinos, Angelo | Managing Director | $750 | 9.5 | $7,125.00 |
| Adeyanju, Michael | Senior Director | $750 | 11.1 | $8,325.00 |
| Delaney, Meaghan | Director | $750 | 4.1 | $3,075.00 |
| Gray, Michael | Senior Consultant | $750 | 20.7 | $15,525.00 |
| Labkoff, Nicole | Senior Consultant | $750 | 7.3 | $5,475.00 |
| Cho, Clare | Consultant | $750 | 35.9 | $ 26,925.00 |
| Hardey, Samantha | Consultant | $750 | 8.6 | $6,450.00 |
| Hellmund-Mora, Marili | Manager | $750 | 1.9 | $1,425.00 |
| **TOTAL** | | | **136.3** | **$102,225.00** |

# EXHIBIT B

**EXHIBIT B**
**Detailed Time Statement for Application Period**
**(December 1, 2022 – December 31, 2022)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/2/2022 | Zucker, Clifford | 0.4 | Review and analysis of budget actual results for the week ending 12/2 in cash flow reporting package provided by Ankura. |
| 2 | 12/2/2022 | Ganti, Narendra | 0.6 | Review budget to actual financials provided by Ankura for the week ending 12/2. |
| 2 | 12/3/2022 | Gray, Michael | 0.3 | Review cash flow report provided by Ankura for the week ending 12/2. |
| 2 | 12/3/2022 | Gray, Michael | 0.6 | Prepare analysis on 12/2 budget to actual variance report provided by Ankura. |
| 2 | 12/3/2022 | Gray, Michael | 0.4 | Prepare report for Committee on cash flow variance provided by Ankura for the week ending 12/2. |
| 2 | 12/5/2022 | Gray, Michael | 0.2 | Update Committee report for comments re: 12/2 budget to actual variance. |
| 2 | 12/9/2022 | Cho, Clare | 1.5 | Review historical financial statements to assess Debtor's historical cash and liquidity position. |
| 2 | 12/16/2022 | Zucker, Clifford | 0.4 | Review and analysis of budget to actual variance report provided by Ankura for the week ending 12/9. |
| 2 | 12/17/2022 | Gray, Michael | 0.4 | Review cash flow variance report provided by Ankura for the week ending 12/9. |
| 2 | 12/17/2022 | Gray, Michael | 0.6 | Prepare analysis on cash flow variance for the week ending 12/9. |
| 2 | 12/17/2022 | Gray, Michael | 0.7 | Update Committee report for cash flow variance analysis for the week ending 12/9. |
| 2 | 12/18/2022 | Gray, Michael | 0.3 | Review origin of expected cash disbursement in cash forecast provided by Ankura. |
| 2 | 12/19/2022 | Gray, Michael | 0.3 | Process updates to cash flow variance report at the request of FTI team member. |

| | | | | |
|---|---|---|---|---|
| 2 | 12/19/2022 | Gray, Michael | 0.4 | Prepare for Committee call re: liquidity report. |
| 2 | 12/21/2022 | Cho, Clare | 1.8 | Review IRS forms and financial statements from data room to assess historical cash position. |
| 2 | 12/22/2022 | Zucker, Clifford | 0.4 | Review and analysis of budget to actual results for the week ending 12/16. |
| 2 | 12/23/2022 | Zucker, Clifford | 0.4 | Review and analysis of updated 13-week cash flow forecast provided by Ankura. |
| 2 | 12/27/2022 | Cho, Clare | 1.9 | Review and analyze updated 13-week cash flow provided by Ankura. |
| 2 | 12/27/2022 | Cho, Clare | 2.1 | Conduct analysis on cash flow variances for 10-week period ending 12/16/22. |
| 2 | 12/27/2022 | Cho, Clare | 0.8 | Prepare key points and materials for Committee meeting re: revised 13-week cash flow. |
| 2 | 12/27/2022 | Cho, Clare | 1.0 | Prepare list of key follow-up diligence questions for Ankura re: revised 13-week cash flow. |
| 2 | 12/28/2022 | Gray, Michael | 0.4 | Review latest 13-week cash flow to understand Debtor's forecast liquidity position. |
| 2 | 12/28/2022 | Gray, Michael | 0.8 | Review and update 13-week cash flow analysis. |
| 2 | 12/29/2022 | Zucker, Clifford | 0.3 | Review and analysis of responses to budget variances. |
| 2 | 12/29/2022 | Gray, Michael | 0.7 | Review and update 13-week cash flow follow-up diligence questions for Ankura. |
| 2 | 12/29/2022 | Gray, Michael | 0.2 | Correspond with Ankura re: follow-up 13-week cash flow diligence questions. |
| **2 Total** | | | **17.9** | |
| 4 | 12/6/2022 | Cho, Clare | 1.6 | Review newly added agreements for vendor services from data room re: schedule G contracts. |
| 4 | 12/13/2022 | Cho, Clare | 1.2 | Review additional trade vendor agreements and amendments with Borrego Health from data room. |

| | | | | |
|---|---|---|---|---|
| 4 | 12/16/2022 | Cho, Clare | 1.9 | Review newly added vendor and provider service agreements from data room. |

| | | | |
|---|---|---|---|
| **4 Total** | | **4.7** | |

| | | | | |
|---|---|---|---|---|
| 6 | 12/1/2022 | Zucker, Clifford | 1.0 | Attend discussion with Ankura re: sale process updates and outreach. |
| 6 | 12/1/2022 | Nelson, Cynthia A | 1.0 | Participate in call with Ankura regarding sales process update and other case issues. |
| 6 | 12/1/2022 | Ganti, Narendra | 1.0 | Attend call with Ankura to discuss sale process updates and related case issues. |
| 6 | 12/2/2022 | Zucker, Clifford | 0.5 | Discuss with FTI team member on open issues re: sale process in advance of Committee meeting. |
| 6 | 12/2/2022 | Zucker, Clifford | 0.6 | Attend call with Pachulski on sale and operations update. |
| 6 | 12/2/2022 | Nelson, Cynthia A | 0.5 | Participate in call with FTI team member to prepare for UCC call re: sale process updates. |
| 6 | 12/2/2022 | Gray, Michael | 0.4 | Review and update omnibus Committee report re: sales process update. |
| 6 | 12/6/2022 | Zucker, Clifford | 0.3 | Review correspondence with Pachulski re: revised bid procedures. |
| 6 | 12/8/2022 | Zucker, Clifford | 1.0 | Participate in discussion with Ankura re: sale and operational update. |
| 6 | 12/8/2022 | Zucker, Clifford | 0.4 | Perform detailed review and analysis of sale process update memo provided by Ankura. |
| 6 | 12/8/2022 | Nelson, Cynthia A | 1.0 | Participate in weekly update call with Ankura regarding sales process and other case matters. |
| 6 | 12/8/2022 | Gray, Michael | 1.0 | Attend sale process update discussion with Ankura. |
| 6 | 12/8/2022 | Ganti, Narendra | 1.0 | Participate in call with Ankura to discuss sale process updates. |
| 6 | 12/13/2022 | Cho, Clare | 2.3 | Review sale process materials uploaded to virtual data room. |

| 6 | 12/13/2022 | Zucker, Clifford | 0.2 | Review and analysis of sale process update report. |
| 6 | 12/14/2022 | Nelson, Cynthia A | 0.3 | Review update of marketing process provided by Ankura. |
| 6 | 12/14/2022 | Gray, Michael | 0.5 | Review sale process update provided by Ankura in advance of discussion to understand developments with interested parties. |
| 6 | 12/15/2022 | Zucker, Clifford | 1.3 | Participate in call with Ankura re: sale process diligence. |
| 6 | 12/15/2022 | Nelson, Cynthia A | 1.3 | Attend call with Ankura to discuss status of sales process. |
| 6 | 12/15/2022 | Gray, Michael | 0.4 | Prepare sale process outreach summary for inclusion in Committee report. |
| 6 | 12/15/2022 | Gray, Michael | 1.3 | Participate in sale process update discussion with Ankura. |
| 6 | 12/15/2022 | Ganti, Narendra | 1.3 | Attend call with Ankura to discuss sale process. |
| 6 | 12/19/2022 | Bilbao, Marc | 0.5 | Review materials in preparation for Committee call re: sale process. |
| 6 | 12/21/2022 | Zucker, Clifford | 0.4 | Review and analysis of sale update materials provided by Ankura. |
| 6 | 12/22/2022 | Zucker, Clifford | 0.3 | Attend discussion with Ankura on sale process status and recent operating results. |
| 6 | 12/22/2022 | Nelson, Cynthia A | 0.3 | Participate in call with Ankura to discuss status of sales process and other case topics. |
| 6 | 12/22/2022 | Gray, Michael | 0.3 | Review sale process update materials provided by Ankura in advance of discussion to understand developments with interested parties. |
| 6 | 12/22/2022 | Gray, Michael | 0.3 | Attend sale process update discussion with Ankura. |

| | | | | |
|---|---|---|---|---|
| 6 | 12/27/2022 | Zucker, Clifford | 0.3 | Review and analysis of sale status report. |
| 6 | 12/27/2022 | Ganti, Narendra | 0.4 | Review sale process update memo provided by Ankura. |
| 6 | 12/28/2022 | Gray, Michael | 0.4 | Review latest sales process update provided by Ankura. |
| **6 Total** | | | **21.8** | |
| 7 | 12/9/2022 | Cho, Clare | 0.4 | Review turnaround plan projections from data room. |
| **7 Total** | | | **0.4** | |
| 9 | 12/6/2022 | Cho, Clare | 2.2 | Review employee agreements, benefits, and compensation from data room. |
| 9 | 12/21/2022 | Cho, Clare | 1.1 | Review additional employee agreements uploaded to virtual data room. |
| **9 Total** | | | **3.3** | |
| 11 | 12/7/2022 | Thalassinos, Angelo | 1.6 | Telephonic attendance (partial) at bankruptcy court hearing re: mediation status, bid procedures motion. |
| **11 Total** | | | **1.6** | |
| 14 | 12/1/2022 | Cho, Clare | 1.4 | Prepare analysis on top 20 filed claims. |
| 14 | 12/1/2022 | Cho, Clare | 0.5 | Prepare report for Committee meeting re: filed and scheduled claims analysis. |
| 14 | 12/1/2022 | Zucker, Clifford | 0.5 | Review and analysis of certain 503(6)9 claims. |

| 14 | 12/1/2022 | Gray, Michael | 0.6 | Review and comment on claims analysis. |
| 14 | 12/2/2022 | Cho, Clare | 0.9 | Prepare analysis on total claims pool provided by Ankura. |
| 14 | 12/2/2022 | Cho, Clare | 2.8 | Analyze and prepare summary of duplicate claims in the total claims pool. |
| 14 | 12/2/2022 | Cho, Clare | 1.1 | Analyze and prepare summary of scheduled and filed claims. |
| 14 | 12/2/2022 | Gray, Michael | 0.4 | Review certain claims as filed to understand size and reasoning. |
| 14 | 12/2/2022 | Gray, Michael | 0.5 | Review filed claims register and search for duplicates. |
| 14 | 12/2/2022 | Gray, Michael | 0.4 | Review and update omnibus Committee report re: claims update. |
| 14 | 12/4/2022 | Gray, Michael | 0.7 | Update omnibus Committee report for FTI team comments re: claims analysis. |
| 14 | 12/5/2022 | Ganti, Narendra | 1.2 | Review claims register and significant claims. |
| 14 | 12/5/2022 | Ganti, Narendra | 0.9 | Review and comment on Committee report re: scheduled and filed claims. |
| **14 Total** | | | **11.9** | |
| 16 | 12/21/2022 | Gray, Michael | 0.7 | Review proposed DHCS settlement term sheet to understand consideration re: waterfall analysis. |
| 16 | 12/21/2022 | Gray, Michael | 1.7 | Prepare waterfall analysis under proposed DHCS settlement scenario. |
| **16 Total** | | | **2.4** | |

| 18 | 12/9/2022 | Cho, Clare | 0.3 | Review Corrective Action Plan (CAP) documents between DHCS and Borrego Health from data room. |
| 18 | 12/15/2022 | Zucker, Clifford | 0.6 | Review and analysis of proposed Debtor settlement parameters. |
| 18 | 12/16/2022 | Zucker, Clifford | 0.8 | Participate in call with Debtor's advisors and Pachulski on settlement structure. |
| 18 | 12/16/2022 | Zucker, Clifford | 0.5 | Participate in discussion with Pachulski re: settlement terms. |
| 18 | 12/16/2022 | Nelson, Cynthia A | 0.8 | Participate in call with Debtor's advisors and Pachulski to discuss potential proposal to DHCS. |
| 18 | 12/16/2022 | Nelson, Cynthia A | 0.5 | Attend call with Pachulski to discuss mediation updates. |
| 18 | 12/16/2022 | Ganti, Narendra | 0.5 | Attend discussion with Pachulski re: status of mediation. |
| 18 | 12/16/2022 | Ganti, Narendra | 0.8 | Participate in call with Dentons, Ankura, and Pachulski to discuss settlement. |
| 18 | 12/20/2022 | Zucker, Clifford | 0.6 | Review and analysis of revised Debtor's draft term sheet re: mediation. |
| 18 | 12/21/2022 | Zucker, Clifford | 0.6 | Participate in call with Debtor's advisors and Pachulski regarding settlement proposal. |
| 18 | 12/21/2022 | Zucker, Clifford | 0.2 | Attend call with Pachulski on DCHS discussions. |
| 18 | 12/21/2022 | Zucker, Clifford | 0.3 | Review and analysis of correspondence with Pachulski re: mediation. |
| 18 | 12/21/2022 | Nelson, Cynthia A | 0.6 | Participate in call with Debtor's advisors and Pachulski regarding mediation. |
| 18 | 12/21/2022 | Nelson, Cynthia A | 0.3 | Review updates to materials provided to Judge Montali in connection with mediation. |

| 18 | 12/21/2022 | Nelson, Cynthia A | 0.2 | Review Committee member's comments on approach to mediation. |
| 18 | 12/21/2022 | Gray, Michael | 0.6 | Participate in discussion with case professionals re: DHCS settlement. |
| 18 | 12/21/2022 | Ganti, Narendra | 0.6 | Call with Dentons, Ankura, and Pachulski to discuss settlement. |
| **18 Total** | | | **8.8** | |
| 19 | 12/6/2022 | Cho, Clare | 0.7 | Update internal data room with new documents provided by Ankura. |
| 19 | 12/6/2022 | Nelson, Cynthia A | 0.3 | Address status of various FTI workstreams. |
| 19 | 12/14/2022 | Cho, Clare | 1.7 | Review management policy contracts from data room. |
| 19 | 12/15/2022 | Cho, Clare | 1.3 | Continue to review management policy contracts from data room. |
| 19 | 12/15/2022 | Cho, Clare | 1.2 | Review OCR complaint forms from the data room. |
| 19 | 12/15/2022 | Cho, Clare | 0.6 | Update internal FTI data room and index with new documents provided by Ankura. |
| 19 | 12/21/2022 | Cho, Clare | 0.7 | Review OSHA government reports form data room. |
| **19 Total** | | | **6.5** | |
| 21 | 12/5/2022 | Nelson, Cynthia A | 0.8 | Participate in meeting with Committee to discuss sale process, mediation, cash and claims analyses. |
| 21 | 12/5/2022 | Nelson, Cynthia A | 0.3 | Prepare for call with Committee on various case workstreams and issues. |

| 21 | 12/5/2022 | Ganti, Narendra | 0.8 | Attend call with Committee to discuss sale process, liquidity, mediation. |
| 21 | 12/9/2022 | Nelson, Cynthia A | 0.2 | Correspond with Pachulski regarding update for Committee in lieu of call. |
| 21 | 12/19/2022 | Zucker, Clifford | 0.7 | Participate in Committee call re: financial and legal update. |
| 21 | 12/19/2022 | Nelson, Cynthia A | 0.7 | Participate in weekly call with Committee regarding case including status of sales process and updated budget to actual analysis. |
| 21 | 12/19/2022 | Bilbao, Marc | 0.7 | Attend Committee call to discuss M&A process. |
| 21 | 12/19/2022 | Ganti, Narendra | 0.7 | Participate in call with Committee to discuss liquidity and sale process. |
| **21 Total** | | | **4.9** | |
| 24 | 12/1/2022 | Gray, Michael | 0.4 | Review and update October fee application for FTI team comments. |
| 24 | 12/6/2022 | Cho, Clare | 1.2 | Conduct a detailed review of the draft November fee exhibits to comply with bankruptcy guidelines. |
| 24 | 12/6/2022 | Cho, Clare | 0.8 | Prepare schedules for inclusion in November fee application. |
| 24 | 12/6/2022 | Hellmund-Mora, Marili | 1.9 | Prepare the November fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 12/6/2022 | Gray, Michael | 1.9 | Prepare draft November fee exhibits to comply with bankruptcy guidelines. |

| 24 | 12/7/2022 | Cho, Clare | 0.9 | Update draft November fee exhibits for FTI team comments. |
| 24 | 12/7/2022 | Gray, Michael | 0.6 | Process updates to the draft November fee exhibits. |
| 24 | 12/14/2022 | Nelson, Cynthia A | 0.3 | Review draft fee statements for September and October 2022. |
| 24 | 12/16/2022 | Nelson, Cynthia A | 0.2 | Correspond with Pachulski regarding fee statements. |
| 24 | 12/16/2022 | Gray, Michael | 0.4 | Begin to prepare November fee application. |
| 24 | 12/19/2022 | Gray, Michael | 0.3 | Update October fee application for latest billing procedures order entered. |
| 24 | 12/19/2022 | Gray, Michael | 0.6 | Continue to prepare November fee application. |
| 24 | 12/21/2022 | Nelson, Cynthia A | 0.2 | Correspond with FTI team regarding October and November fee statements. |
| 24 | 12/23/2022 | Nelson, Cynthia A | 1.0 | Review drafts of FTI's fee statements for October and November 2022. |
| 24 | 12/29/2022 | Nelson, Cynthia A | 0.5 | Review and edit October and November fee statements to ensure compliance with bankruptcy guidelines. |
| **24 Total** | | | **11.2** | |
| 26 | 12/1/2022 | Thalassinos, Angelo | 0.3 | Continue to develop Committee engagement strategy. |
| 26 | 12/1/2022 | Adeyanju, Michael | 0.7 | Finalize elected officials mapping deliverable and draft elected officials' strategy email to counsel. |

| 26 | 12/1/2022 | Labkoff, Nicole | 0.3 | Update elected officials' stakeholder mapping. |
| 26 | 12/1/2022 | Hardey, Samantha | 0.1 | Monitor media for relevant news and share with counsel and team as needed. |
| 26 | 12/1/2022 | Hardey, Samantha | 0.6 | Conduct updated analysis for policy-maker mapping. |
| 26 | 12/2/2022 | Thalassinos, Angelo | 1.1 | Review and develop political and regulatory engagement strategy and related considerations. |
| 26 | 12/2/2022 | Thalassinos, Angelo | 0.2 | Review recent media articles re: Borrego, current case status. |
| 26 | 12/2/2022 | Labkoff, Nicole | 0.2 | Continue to prepare stakeholder mapping. |
| 26 | 12/2/2022 | Hardey, Samantha | 0.2 | Monitor media for relevant news and share with internal strategic communications team. |
| 26 | 12/5/2022 | Thalassinos, Angelo | 0.6 | Research and develop communications plan re: regulatory, political stakeholders. |
| 26 | 12/5/2022 | Thalassinos, Angelo | 0.3 | Review recent media articles and circulate same to Committee counsel. |
| 26 | 12/5/2022 | Delaney, Meaghan | 1.3 | Finalize and deliver completed stakeholder mapping to team. |
| 26 | 12/5/2022 | Adeyanju, Michael | 0.8 | Strategize and work on elected official mapping deliverable and client email. |
| 26 | 12/5/2022 | Labkoff, Nicole | 1.0 | Review latest election developments and update elected officials' stakeholder mapping deliverable. |
| 26 | 12/5/2022 | Labkoff, Nicole | 0.4 | Continue to develop communications and engagement plan and related discussion. |

| 26 | 12/5/2022 | Hardey, Samantha | 0.2 | Conduct public searches to understand recent media activity on the Debtor. |
| 26 | 12/5/2022 | Hardey, Samantha | 0.7 | Update elected officials' stakeholder mapping deliverable based on new election developments. |
| 26 | 12/5/2022 | Hardey, Samantha | 0.4 | Continue to develop communications and strategic engagement plan. |
| 26 | 12/6/2022 | Thalassinos, Angelo | 0.1 | Review recent Borrego media coverage. |
| 26 | 12/6/2022 | Thalassinos, Angelo | 0.2 | Research and develop communications plan re: regulatory, political stakeholders. |
| 26 | 12/6/2022 | Nelson, Cynthia A | 0.2 | Obtain an understanding of status of communications outreach and next steps. |
| 26 | 12/6/2022 | Adeyanju, Michael | 1.4 | Finalize all edits to elected officials' mapping deliverable as well as counsel email and send to client. |
| 26 | 12/6/2022 | Hardey, Samantha | 0.1 | Conduct public searches to monitor media for relevant news and share with Pachulski and internal FTI team as needed. |
| 26 | 12/6/2022 | Hardey, Samantha | 0.6 | Review latest update to elected officials' stakeholder mapping deliverable. |
| 26 | 12/7/2022 | Thalassinos, Angelo | 0.9 | Develop communications, engagement plan re: case status, process. |
| 26 | 12/7/2022 | Nelson, Cynthia A | 0.2 | Obtain an understanding of communications status. |
| 26 | 12/7/2022 | Labkoff, Nicole | 1.5 | Conduct stakeholder mapping research to include latest updates on election results. |
| 26 | 12/7/2022 | Hardey, Samantha | 0.1 | Monitor media for relevant news and share with counsel and internal strategic communications team. |

| | | | | |
|---|---|---|---|---|
| 26 | 12/8/2022 | Thalassinos, Angelo | 0.4 | Continue to develop communications, engagement plan and related strategy. |
| 26 | 12/8/2022 | Thalassinos, Angelo | 0.1 | Review recent Borrego media developments provided by internal FTI team member. |
| 26 | 12/8/2022 | Adeyanju, Michael | 0.8 | Generate ideas and strategy regarding the sale process and potential grassroots engagement campaign. |
| 26 | 12/8/2022 | Labkoff, Nicole | 0.4 | Update policymaker mapping deliverable based on new election developments. |
| 26 | 12/8/2022 | Hardey, Samantha | 0.1 | Monitor media activity on Debtor and circulate to FTI strategic communications team and Pachulski. |
| 26 | 12/8/2022 | Hardey, Samantha | 0.7 | Review election developments and certifications related to policymaker mapping. |
| 26 | 12/9/2022 | Thalassinos, Angelo | 0.3 | Review and circulate relevant Borrego media stories to Committee advisors. |
| 26 | 12/9/2022 | Adeyanju, Michael | 2.1 | Draft strategy memo regarding sale process and potential grassroots engagement efforts ahead of client call on Monday. |
| 26 | 12/9/2022 | Labkoff, Nicole | 3.5 | Conduct review of latest update to elected officials' stakeholder mapping deliverable. |
| 26 | 12/9/2022 | Hardey, Samantha | 0.6 | Review relevant news developments and share with internal FTI strategic communications team and Pachulski. |
| 26 | 12/9/2022 | Hardey, Samantha | 2.6 | Update policymaker mapping deliverable based on new election developments. |
| 26 | 12/10/2022 | Thalassinos, Angelo | 0.4 | Continue to develop communications, engagement plan and related strategy. |
| 26 | 12/12/2022 | Thalassinos, Angelo | 0.7 | Participate in discussion with Pachulski re: strategic communications, engagement strategy and related follow-up. |

| 26 | 12/12/2022 | Nelson, Cynthia A | 0.8 | Participate in call with UCC counsel regarding approach on communications with elected officials. |
| 26 | 12/12/2022 | Adeyanju, Michael | 0.7 | Participate in call with Pachulski and FTI re: strategic communications strategy. |
| 26 | 12/12/2022 | Adeyanju, Michael | 1.2 | Review latest additions to constituency engagement research as well as refine go forward strategy. |
| 26 | 12/12/2022 | Adeyanju, Michael | 0.5 | Review list of facilities for closures and transfers. |
| 26 | 12/12/2022 | Hardey, Samantha | 0.1 | Review latest media developments and articles re: Borrego Health. |
| 26 | 12/13/2022 | Adeyanju, Michael | 0.3 | Draft and provide communication to team at Jarrard regarding constituency engagement research and strategy. |
| 26 | 12/13/2022 | Hardey, Samantha | 0.1 | Review latest media activity on Debtor and circulate to FTI strategic communications team. |
| 26 | 12/14/2022 | Thalassinos, Angelo | 0.3 | Review strategic engagement strategy. |
| 26 | 12/14/2022 | Nelson, Cynthia A | 0.2 | Review status of discussion on communication strategy with public agencies. |
| 26 | 12/14/2022 | Adeyanju, Michael | 0.7 | Prepare and distribute internal summation of discussion and next steps for counsel and FTI. |
| 26 | 12/14/2022 | Hardey, Samantha | 0.1 | Monitor latest media activity on Debtor and circulate to internal FTI strategic communications team. |
| 26 | 12/15/2022 | Thalassinos, Angelo | 0.6 | Develop and review strategic engagement strategy. |
| 26 | 12/15/2022 | Adeyanju, Michael | 1.1 | Finalize constituency engagement strategy deliverable and send to counsel, Debtor and Committee. |

| 26 | 12/15/2022 | Hardey, Samantha | 0.1 | Search for relevant news about Borrego Health for media clips to be shared with FTI strategic communications team and Pachulski. |
| 26 | 12/16/2022 | Thalassinos, Angelo | 0.3 | Develop communications, strategic engagement strategy. |
| 26 | 12/16/2022 | Adeyanju, Michael | 0.4 | Begin to prepare internal strategy on upcoming sale decision deadlines. |
| 26 | 12/16/2022 | Hardey, Samantha | 0.1 | Search for relevant news developments about Debtor to share with internal FTI strategic communications team. |
| 26 | 12/19/2022 | Hardey, Samantha | 0.1 | Monitor media activity developments on Debtor and circulate to FTI strategic communications team. |
| 26 | 12/20/2022 | Thalassinos, Angelo | 0.2 | Continue development of engagement strategy. |
| 26 | 12/20/2022 | Delaney, Meaghan | 1.0 | Develop go-forward communications activity schedule. |
| 26 | 12/20/2022 | Hardey, Samantha | 0.1 | Conduct search for media developments on Debtor and share with internal FTI strategic communications team. |
| 26 | 12/21/2022 | Thalassinos, Angelo | 0.1 | Develop engagement strategy, related planning. |
| 26 | 12/21/2022 | Thalassinos, Angelo | 0.2 | Review recent Borrego Sun media article re: Borrego Springs Clinic, sale process and circulate same to Pachulski, FTI teams. |
| 26 | 12/21/2022 | Delaney, Meaghan | 1.0 | Develop go-forward communications activity schedule. |
| 26 | 12/21/2022 | Hardey, Samantha | 0.2 | Monitor media for relevant news regarding sale process. |
| 26 | 12/22/2022 | Hardey, Samantha | 0.1 | Monitor media for relevant news articles and share with counsel and internal FTI team. |

| 26 | 12/27/2022 | Thalassinos, Angelo | 0.2 | Review recent media article re: chapter 11 process and circulate same to Committee counsel. |
|---|---|---|---|---|
| 26 | 12/27/2022 | Thalassinos, Angelo | 0.3 | Conduct sale and mediation process strategic engagement planning. |
| 26 | 12/27/2022 | Delaney, Meaghan | 0.3 | Plan and determine long-term communications needs. |
| 26 | 12/27/2022 | Delaney, Meaghan | 0.5 | Implement changes to go-forward communications needs. |
| 26 | 12/27/2022 | Adeyanju, Michael | 0.4 | Correspond with internal FTI team re: scheduling grid of next key inflection points and strategy around same. |
| 26 | 12/27/2022 | Hardey, Samantha | 0.2 | Review media monitor re: recent developments on Borrego and sale process. |
| 26 | 12/28/2022 | Thalassinos, Angelo | 0.1 | Continue to review recent media article re: chapter 11 process. |
| 26 | 12/28/2022 | Nelson, Cynthia A | 0.5 | Review recent press on Debtor re: sale process. |
| 26 | 12/28/2022 | Hardey, Samantha | 0.2 | Review latest news developments on Debtor and share with internal FTI strategic communications team. |
| 26 | 12/29/2022 | Hardey, Samantha | 0.1 | Search for relevant news developments about Debtor and share with internal FTI team. |
| 26 | 12/30/2022 | Hardey, Samantha | 0.1 | Review recent media developments about Debtor to share with internal FTI strategic communications team. |
| **26 Total** | | | **40.9** | |
| **Grand Total** | | | **136.3** | |