# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/10/2023 |
| Case: 22–02384–LT11 | Form ID: pdfO1 | Total: 52 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Premier Healthcare Management, Inc. |
| aty | Pachulski Stang Ziehl & Jones LLP |
| op | FTI Consulting, Inc. |
| cr | WIPFLI, LLP |
| op | Creative Media Group, LLC |
| op | Jarrard Phillips Cate & Hancock |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew B. Still | astill@swlaw.com |
| aty | Anthony Bisconti | tbisconti@bklwlaw.com |
| aty | Anthony Dutra | adutra@hansonbridgett.com |
| aty | Christine E. Baur | christine@baurbklaw.com |
| aty | Christine M. Fitzgerald | christine.fitzgerald@usdoj.gov |
| aty | Christopher Celentino | christopher.celentino@dinsmore.com |
| aty | Daren Brinkman | firm@brinkmanlaw.com |
| aty | Darin L. Wessel | darin.wessel@doj.ca.gov |
| aty | David B. Golubchik | dbg@lnbyg.com |
| aty | Dean T. Kirby, Jr. | dkirby@fsl.law |
| aty | Gerald N. Sims | jerrys@psdslaw.com |
| aty | H. Mark Mersel | mark.mersel@bryancave.com |
| aty | Helen Yang | helen.yang@squirepb.com |
| aty | Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com |
| aty | Kelly Ann Mai Khanh Tran | kelly@smalllawcorp.com |
| aty | Kenneth K. Wang | kenneth.wang@doj.ca.gov |
| aty | Kirsten Martinez | kirsten.martinez@bonialpc.com |
| aty | Leslie Gardner | leslie.gardner2@usdoj.gov |
| aty | Michael B. Reynolds | mreynolds@swlaw.com |
| aty | Michael I. Gottfried | mgottfried@elkinskalt.com |
| aty | Olivia Scott | olivia.scott3@bclplaw.com |
| aty | Randye B. Soref | rsoref@polsinelli.com |
| aty | Shawn Christianson | schristianson@buchalter.com |
| aty | Susan C. Stevenson | sstevenson@psdslaw.com |
| aty | Tania M. Moyron | tania.moyron@dentons.com |
| aty | Tanya Behnam | tbehnam@polsinelli.com |

TOTAL: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | BORREGO COMMUNITY HEALTH FOUNDATION,   587 Palm Canyon Dr.   Suite 208   Borrego Springs, CA 92004 |
| ombh | Jacob Nathan Rubin   4955 Van Nuys Boulevard #308   Sherman Oaks, CA 91403 |
| cr | Ally Bank, c/o AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 |
| cr | Ramona Crossings, LLC   Attn: Carrie Arendt   14908 Gavan Vista Road   Poway, CA 92064 |
| cr | Greenway Health, LLC   c/o Law Office of Christine E. Baur   4653 Carmel Mountain Road   Suite 308 #332   San Diego, CA 92130 |
| cr | Anna Navarro   c/o Small Law PC   501 W. Broadway   Ste. 1360   501 W. Broadway, Ste. 1360   San Diego, CA 92101 |
| pty | Angelea Nguyen   Kcc   222 N. Pacific Coast Highway   Suite 300   El Segundo, CA 90245 |
| cr | AB Staffing Solutions, LLC   c/o Bryan Cave Leighton Paisner LLP   c/o Mark Mersel and Olivia Scott   1920 Main Street, Ste. 1000   Irvine, CA 92614 UNITED STATES |
| cr | Pourshirazi & Youssefi Dental Corporation   Brinkman Law Group, PC   543 Country Club Dr.   Suite B   Wood Ranch, CA 93065 |
| cr | Oracle America, Inc. SII to NetSuite, Inc.   Buchalter PC   c/o Shawn M. Christianson   425 Market St., Suite 2900   San Francisco, Ca 94105 |
| cr | U.S. Department of Health and Human Services   U.S. Attorney's Office   880 Front Street   Room 6293   San Diego, CA 92101 |
| cr | McKesson Corporation, on behalf of itself and certain corporate affiliates   c/o Buchalter   Attn: Jeffrey K. Garfinkle   18400 Von Karman Ave.   Suite 800   Irvine, CA 92612–0514 |
| intp | Family Health Centers of San Diego   823 Gateway Circle Way   San Diego, CA 92102 |
| aty | Dentons US LLP   601 S. Figueroa Street, Suite 2500   Los Angeles, CA 90017 |
| pty | Sarah Rogers   5346 Grandridge Rd   El Cajon, CA 92004 |
| cr | Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Auto   3160 Crow Canyon Place, Suite 215   San Ramon, CA 94583 |
| aty | Higgs Fletcher & Mack LLP   401 West A Street, #2600   San Diego, CA 92101 |
| cr | Starr Indemnity & Liability Company   c/o Christopher Celentino, Esq.   Dinsmore & Shohl LLP   655 W. Broadway, Suite 800   San Diego, CA 92101 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Samuel Ruven Maizel | Dentons US LLP | 601 South Figueroa Street | Suite 2500 | Los Angeles, CA 90017 |

TOTAL: 19