# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION, |
| **Case Number:** | 22-02384-LT11     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 15, 2023 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

HEARING SET BY COURT RE: STATUS CONFERENCE RE: MOTION FOR THE ENTRY OF (I) AN ORDER (1) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (2) APPROVING AUCTION SALE FORMAT AND BIDDING PROCEDURES; (3) APPROVING PROCESS FOR DISCRETIONARY SELECTION OF STALKING HORSE BIDDER AND BID PROTECTIONS; (4) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (5) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST AND BEST BIDDER; AND (6) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (II) AN ORDER AUTHORIZING THE SALE OF PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION,

### *Appearances:*

TANIA M. MOYRON, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION (video)
DAVID GOLUBCHIK, ATTORNEY FOR PCO (video)
KELLY SINGER, ATTORNEY FOR INLAND EMPIRE HEALTH PLAN (video)
JEFFREY POMERANTZ, ATTORNEY FOR OCC (video)
STEVE GOLDEN, ATTORNEY FOR OCC (video)
RANDYE SOREF, ATTORNEY FOR FAMILY HEALTH CENTERS OF SAN DIEGO (video)
IVAN KALLICK, ATTORNEY FOR ALTA MED HEALTH SERVICES CORP (video)
GERALD SIMS, ATTORNEY FOR BETA HEALTHCARE GRP (video)
SHAWN CHRISTIANSON (video) &( tele)
DARIN WESSEL, ATTORNEY FOR DEPUTY ATTY GENERAL STATE OF CALIFORNIA (in court)
LESLIE GARDNER, ATTORNEY FOR DEPT OF HEALTH & HUMAN SERVICES ( in court)
CHRISTINE FITZGERALD, CO-COUNSEL FOR DEPT OF HEALTH & HUMAN SERVICES ( in court)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

(continue)..  22-02384-LT11           WEDNESDAY, FEBRUARY 15, 2023 02:00 PM

### Disposition:

Sale motion to be heard on 3/1/23 at 10:00 a.m., parties to file objection by 2/21/23 and responses to be filed by 2/24/23.  Ms. Moyron to submit an order on resetting the schedule for the objections and a joint stip to be filed for the 9019 motion & signed off by the OCC.

Mr. Singer have permission to appear via zoom at the 2/22 hearing.

The Hearings set for 2/22 at 1:00 will be resolved by court tentative rulings, except for the status conference; the McKesson motion and the Adv case on the Pretrial Status Conference (22-90056) will be heard on 3/1/23 at 10:00 a.m.