Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
            tkapur@pszjlaw.com
            sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>**PACHULSKI STANG ZIEHL & JONES LLP'S FOURTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2023 – JANUARY 31, 2023** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CSD 1143 (04/28/96)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR:      Borrego Community Health Foundation

Petition Date:  September 12, 2022

Case No: 22-02384

## <u>MONTHLY FEE APPLICATION SUMMARY</u>

APPLICANT:      Pachulski Stang Ziehl & Jones LLP

REPRESENTING:   The Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT**:  Docket No. 287

| CATEGORY | APPLICATION PERIOD: January 1, 2023 – January 31, 2023 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Asset Disposition | 55.20 | $49,680.00 |
| Bankruptcy Litigation | 6.20 | $5,580.00 |
| Case Administration | 3.10 | $1,737.00 |
| Claims Admin/Objections | 8.00 | $7,200.00 |
| Compensation of Professionals | 3.80 | $2,326.50 |
| Compensation of Professionals/Other | 2.10 | $1,039.50 |
| Employee Benefits/Pension | 1.70 | $1,530.00 |
| Executory Contracts | 0.50 | $450.00 |
| General Creditors Committee | 8.20 | $7,096.50 |
| Litigation/Non Bankruptcy | 0.20 | $139.50 |
| Operations | 0.20 | $180.00 |
| Plan & Disclosure Statement | 0.50 | $450.00 |
| Retention of Professionals/Other | 0.10 | $90.00 |
| **TOTAL** | **89.80** | **$77,499.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_DE:242405.1 10283/002

### MONTHLY FEE APPLICATION

Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") submits its Fourth Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period January 1, 2023 – January 31, 2023 (the "Application Period").  In support of the Application, PSZJ respectfully represents as follows:

1.     The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee").  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.     The Firm billed a total of $77,567.90 during the Application Period.  The total fees represent 89.80 hours expended during the Application Period.  These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2023 – January 31, 2023 | $77,499.00 | $68.90 | $77,567.90 |

3.     Accordingly, the Firm seeks allowance of interim compensation in the total amount of $62,068.10 at this time.  This total is comprised as follows: $61,999.20 (80% of the fees totaling $77,499.00 for services rendered), plus $68.90 (100% of the expenses incurred).

4.     For the post-petition period, the Firm has been paid to date as follows:

| Fee Period | Fees | Expenses | Description |
|---|---|---|---|
| 9/30/22 – 10/31/2022 (First Monthly Fee Statement) | $75,639.60 | $2,743.58 | 80% fees and 100% of Expenses |
| 11/1/22 – 11/30/22 (Second Monthly Fee Statement) | $50,641.20 | $557.32 | 80% fees and 100% of Expenses |
| 12/1/22 – 12/31/22 (Third Monthly Fee Statement) | $32,605.20 | $472.70 | 80% fees and 100% of Expenses |
| **Total Paid to the Firm to Date** | | | **$162,659.60** |

DOCS_DE:242405.1 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5.      To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Fee Period | Amount | Description |
|---|---|---|
| 9/30/22 – 10/31/2022 (First Monthly Fee Statement) | $18,909.90 | 20% fee holdback |
| 11/1/22 – 11/30/22 (Second Monthly Fee Statement) | $12,660.30 | 20% fee holdback |
| 12/1/22 – 12/31/22 (Third Monthly Fee Statement) | $8,151.30 | 20% fee holdback |
| **Total Owed to the Firm to Date** | | **$39,721.50** |

6.      Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period and the hourly rate for each such professional.  Attached hereto as **Exhibit "2"** is the detailed time and expense statements for the Application Period.

7.      The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about February 23, 2023.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about February 23, 2023.

8.      Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100%

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

9.     The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Interim Compensation Procedures Order.

Dated:  February 23, 2023          PACHULSKI STANG ZIEHL & JONES LLP

By     /s/ Jeffrey N. Pomerantz
       Jeffrey N. Pomerantz

       Counsel to the Official Committee of Unsecured Creditors

DOCS_DE:242405.1 10283/002

# EXHIBIT 1

## EXHIBIT "1"

### Summary of Hours by Professional for Application Period
### (January 1, 2023 – January 31, 2023)

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| Pomerantz, Jeffrey N. | Partner | 21.20 | $900.00 | $19,080.00 |
| Kevane, Henry C. | Partner | 25.50 | $900.00 | $22,950.00 |
| Golden, Steven W. | Associate | 34.90 | $900.00 | $31,410.00 |
| Dassa, Beth D. | Paralegal | 8.20 | $495.00 | $4,059.00 |
| **TOTAL** | | **89.80** | | **$77,499.00** |
| | | | | |

# EXHIBIT 2

## EXHIBIT "2"

**Detailed Time and Expense Statement for Application Period
(January 1, 2023 – January 31, 2023)**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

January 31, 2023
Invoice    131816
Client      10283
Matter     00002
**SWG**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2023

| | |
|---|---|
| FEES | $77,499.00 |
| EXPENSES | $68.90 |
| **TOTAL CURRENT CHARGES** | **$77,567.90** |
| **BALANCE FORWARD** | **$72,799.40** |
| **LAST PAYMENT** | **$33,077.90** |
| **TOTAL BALANCE DUE** | **$117,289.40** |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283     - 00002

Page:     2

Invoice 131816

January 31, 2023

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 8.20 | $4,059.00 |
| HCK | Kevane, Henry C. | Partner | 900.00 | 25.50 | $22,950.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 900.00 | 21.20 | $19,080.00 |
| SWG | Golden, Steven W. | Associate | 900.00 | 34.90 | $31,410.00 |
| | | | | 89.80 | $77,499.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    3

Invoice 131816

January 31, 2023

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 55.20 | $49,680.00 |
| BL | Bankruptcy Litigation [L430] | 6.20 | $5,580.00 |
| CA | Case Administration [B110] | 3.10 | $1,737.00 |
| CO | Claims Admin/Objections[B310] | 8.00 | $7,200.00 |
| CP | Compensation Prof. [B160] | 3.80 | $2,326.50 |
| CPO | Comp. of Prof./Others | 2.10 | $1,039.50 |
| EB | Employee Benefit/Pension-B220 | 1.70 | $1,530.00 |
| EC | Executory Contracts [B185] | 0.50 | $450.00 |
| GC | General Creditors Comm. [B150] | 8.20 | $7,096.50 |
| LN | Litigation (Non-Bankruptcy) | 0.20 | $139.50 |
| OP | Operations [B210] | 0.20 | $180.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.50 | $450.00 |
| RPO | Ret. of Prof./Other | 0.10 | $90.00 |
| | | 89.80 | $77,499.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      4

Borrego Comm. Health Found OCC

Invoice 131816

10283    -00002

January 31, 2023

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $66.00 |
| Reproduction/ Scan Copy | $2.90 |
| | $68.90 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    5

Invoice 131816

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 01/05/2023 | JNP | AD | Review of various bids and emails with Steven W. Golden regarding same. | 1.00 | 900.00 | $900.00 |
| 01/06/2023 | JNP | AD | Conference with FTI and Steven W. Golden regarding sale process. | 0.50 | 900.00 | $450.00 |
| 01/06/2023 | JNP | AD | Conference with Steven W. Golden after all hands call regarding analysis of bids. | 0.20 | 900.00 | $180.00 |
| 01/06/2023 | JNP | AD | Conference with FTI Dentons, Ankura and Steven W. Golden regarding sale process . | 0.80 | 900.00 | $720.00 |
| 01/06/2023 | SWG | AD | Review numerous indications of interest received. | 1.90 | 900.00 | $1,710.00 |
| 01/06/2023 | SWG | AD | Participate in pre-call with PSZJ and FTI teams (.5); participate in call re: IOIs received from Debtor and Committee professionals (.8); post-calls with N. Ganti (.1) and J. Pomerantz (.2) re: same. | 2.10 | 900.00 | $1,890.00 |
| 01/09/2023 | JNP | AD | Conference with M. Bilbao regarding sale process. | 0.10 | 900.00 | $90.00 |
| 01/09/2023 | JNP | AD | Conference with M. Bilbao regarding strategy regarding sale process. | 0.50 | 900.00 | $450.00 |
| 01/09/2023 | JNP | AD | Conference with Steven W. Golden regarding bids questions. | 0.30 | 900.00 | $270.00 |
| 01/09/2023 | JNP | AD | Detailed review of proposal from bidder | 0.40 | 900.00 | $360.00 |
| 01/09/2023 | SWG | AD | Review and comment on FTI presentation to Committee re: sale process | 0.20 | 900.00 | $180.00 |
| 01/09/2023 | SWG | AD | Participate in call with FTI re: sale process. | 0.30 | 900.00 | $270.00 |
| 01/09/2023 | SWG | AD | Calls with T. Moyron (.2) and J. Pomerantz (.3) re: sale matters. | 0.50 | 900.00 | $450.00 |
| 01/10/2023 | SWG | AD | Call with N. Ganti re: sale process | 0.20 | 900.00 | $180.00 |
| 01/11/2023 | JNP | AD | Review Ankura bid summary. | 0.30 | 900.00 | $270.00 |
| 01/11/2023 | JNP | AD | Review draft of sale order. | 0.30 | 900.00 | $270.00 |
| 01/12/2023 | SWG | AD | Review and comment on form of sale order | 0.30 | 900.00 | $270.00 |
| 01/13/2023 | JNP | AD | Conference with Dentons, FTI and Steven W. Golden regarding status of bids and sale process. | 1.00 | 900.00 | $900.00 |
| 01/13/2023 | JNP | AD | Review email from T. Moyran regarding response to DCHS questions. | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    6

Invoice 131816

January 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2023 | JNP | AD | Review letter from bidder. | 0.10 | 900.00 | $90.00 |
| 01/13/2023 | SWG | AD | Call with Debtor's professionals re bids received | 1.20 | 900.00 | $1,080.00 |
| 01/13/2023 | SWG | AD | Call with N. Ganti re: asset sale matters | 0.20 | 900.00 | $180.00 |
| 01/17/2023 | JNP | AD | Conference with Ankura, FTI, Dentons and Steven W. Golden regarding sale process status and strategy. | 0.80 | 900.00 | $720.00 |
| 01/17/2023 | SWG | AD | Call with Debtor's professionals re: bid process. | 0.70 | 900.00 | $630.00 |
| 01/18/2023 | SWG | AD | Call with FTI team re: sale matters | 0.30 | 900.00 | $270.00 |
| 01/20/2023 | HCK | AD | Telephone call with S. Golden re Borrego IOIs and bids and transaction review. | 0.20 | 900.00 | $180.00 |
| 01/20/2023 | HCK | AD | Review sale motion and order and FD declaration. | 1.20 | 900.00 | $1,080.00 |
| 01/20/2023 | HCK | AD | Review comparison matrix of IOIs from Ankura. | 0.80 | 900.00 | $720.00 |
| 01/20/2023 | HCK | AD | Review leading IOIs from S. Golden and summarize key terms. | 1.60 | 900.00 | $1,440.00 |
| 01/20/2023 | HCK | AD | Memos to / from S. Golden re IOI comparison and follow-up responses from bidders to supplemental questions. | 0.50 | 900.00 | $450.00 |
| 01/20/2023 | JNP | AD | Conference with Dentons, Ankura, FTI and Steven W. Golden regarding sale process and recovery analysis. | 0.90 | 900.00 | $810.00 |
| 01/20/2023 | JNP | AD | Conference with Steven W. Golden after call with Debtor. | 0.10 | 900.00 | $90.00 |
| 01/20/2023 | JNP | AD | Conference with C. Zucker regarding sale process issues. | 0.30 | 900.00 | $270.00 |
| 01/20/2023 | JNP | AD | Conference with Steven W. Golden regarding bids. | 0.10 | 900.00 | $90.00 |
| 01/20/2023 | JNP | AD | Conference with M. Bilbao regarding sale process. | 0.10 | 900.00 | $90.00 |
| 01/20/2023 | JNP | AD | Conference with Steven W. Golden regarding transactional help to review bids. | 0.10 | 900.00 | $90.00 |
| 01/20/2023 | SWG | AD | Call with Debtor and Committee professionals re: sale process | 0.90 | 900.00 | $810.00 |
| 01/20/2023 | SWG | AD | Call with H. Kevane re: sale process | 0.20 | 900.00 | $180.00 |
| 01/20/2023 | SWG | AD | Call with Ankura re: bids received | 0.40 | 900.00 | $360.00 |
| 01/20/2023 | SWG | AD | Call with J. Pomerantz re: bidding information and deposits received | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

Borrego Comm. Health Found OCC

Invoice 131816

10283    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/23/2023 | HCK | AD | Further review IOIs and outline key terms. | 0.80 | 900.00 | $720.00 |
| 01/23/2023 | HCK | AD | Telephone call with S. Golden re qualified bids and background / case issues. | 0.60 | 900.00 | $540.00 |
| 01/23/2023 | HCK | AD | Memos to / from S. Golden and review qualified bids received today. | 0.50 | 900.00 | $450.00 |
| 01/23/2023 | JNP | AD | Review bidder response to questions. | 0.10 | 900.00 | $90.00 |
| 01/23/2023 | JNP | AD | Conference with Steven W. Golden regarding bidder response to questions. | 0.10 | 900.00 | $90.00 |
| 01/23/2023 | JNP | AD | Briefly review bids received by interested parties. | 1.00 | 900.00 | $900.00 |
| 01/23/2023 | SWG | AD | Call with D. Bernstein re: bidding process | 0.20 | 900.00 | $180.00 |
| 01/23/2023 | SWG | AD | Call with H. Kevane re: sale process and bids | 0.60 | 900.00 | $540.00 |
| 01/24/2023 | HCK | AD | Review S. Golden and J. Pomerantz qualified bid notes / table. | 0.40 | 900.00 | $360.00 |
| 01/24/2023 | HCK | AD | Review qualified bids and especially Alliance / Alta Med and San Diego redlines. | 2.40 | 900.00 | $2,160.00 |
| 01/24/2023 | HCK | AD | Telephone call with S. Golden re qualified bid comparison. | 0.30 | 900.00 | $270.00 |
| 01/24/2023 | HCK | AD | Conference call with J. Pomerantz, M. Bilbao and S. Golden re bid strategy. | 0.50 | 900.00 | $450.00 |
| 01/24/2023 | HCK | AD | Further review APA markups and draft / edit comparison chart. | 1.60 | 900.00 | $1,440.00 |
| 01/24/2023 | HCK | AD | Memos to / from S. Golden re revised DAP bid and review markup. | 0.20 | 900.00 | $180.00 |
| 01/24/2023 | JNP | AD | Continued review of Asset Purchase Agreements. | 0.50 | 900.00 | $450.00 |
| 01/24/2023 | JNP | AD | Conference with Steven W. Golden regarding bids, issues and strategy. | 0.20 | 900.00 | $180.00 |
| 01/24/2023 | JNP | AD | Conference with Henry C. Kevane, Steven W. Golden and M. Bilbao regarding bids and strategy. | 0.60 | 900.00 | $540.00 |
| 01/24/2023 | JNP | AD | Conference with M. Bilbao regarding sale strategy. | 0.20 | 900.00 | $180.00 |
| 01/24/2023 | JNP | AD | Review Ankura bidding analysis and comparison. | 0.20 | 900.00 | $180.00 |
| 01/24/2023 | SWG | AD | Initial review of submitted bids | 1.30 | 900.00 | $1,170.00 |
| 01/24/2023 | SWG | AD | Call with M. Bilbao re: bids received | 0.20 | 900.00 | $180.00 |
| 01/24/2023 | SWG | AD | Call with D. Bernstein re: bids received | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Borrego Comm. Health Found OCC

Invoice 131816

10283    - 00002

January 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2023 | SWG | AD | Calls with J. Pomerantz (.2) and H. Kevane (.2) re: bids received | 0.40 | 900.00 | $360.00 |
| 01/24/2023 | SWG | AD | Call with M. Bilbao, H. Kevane, and J. Pomerantz re: bids received | 0.60 | 900.00 | $540.00 |
| 01/25/2023 | HCK | AD | Continue to review qualified bid APA redlines for potential stalking horse designation. | 1.30 | 900.00 | $1,170.00 |
| 01/25/2023 | HCK | AD | Further review DAP revised APA re operating losses. | 0.40 | 900.00 | $360.00 |
| 01/25/2023 | HCK | AD | Review Ankura bid comparison matrix and bidder analysis. | 0.70 | 900.00 | $630.00 |
| 01/25/2023 | HCK | AD | Review updated bid tracker from Ankura | 0.20 | 900.00 | $180.00 |
| 01/25/2023 | HCK | AD | Telephone call with S. Golden re qualified bid comparison and stalking horse selection. | 0.40 | 900.00 | $360.00 |
| 01/26/2023 | HCK | AD | Memos to / from S. Golden et al. re bid review pre-call. | 0.20 | 900.00 | $180.00 |
| 01/26/2023 | HCK | AD | Further review / compare qualified bids for stalking horse designation. | 0.80 | 900.00 | $720.00 |
| 01/26/2023 | HCK | AD | Telephone call with S. Golden re qualified bids evaluation. | 0.40 | 900.00 | $360.00 |
| 01/26/2023 | HCK | AD | Review Alliance APA for corrections / comments and annotate agreement for all-hands call. | 0.60 | 900.00 | $540.00 |
| 01/26/2023 | HCK | AD | Conference call with S. Golden, J. Pomerantz and FTI re pre-call discussion concerning qualified bids. | 0.50 | 900.00 | $450.00 |
| 01/26/2023 | HCK | AD | Follow-up with S. Golden re treatment of bid deposits and review edits of APA. | 0.40 | 900.00 | $360.00 |
| 01/26/2023 | HCK | AD | Memos to / from S. Golden re bid bullet points for Committee evaluation. | 0.40 | 900.00 | $360.00 |
| 01/26/2023 | HCK | AD | All-hands call with Debtor's counsel / advisors re qualified bid review and DHCS / HRSA update. | 0.70 | 900.00 | $630.00 |
| 01/26/2023 | HCK | AD | Review new bid resubmission. | 0.20 | 900.00 | $180.00 |
| 01/26/2023 | JNP | AD | Conference with Ankura, Dentons, FTI and Steven W. Golden regarding bidding process and strategy. | 0.80 | 900.00 | $720.00 |
| 01/26/2023 | JNP | AD | Conference with M. Bilbao and C. Zucker regarding bidding process. | 0.20 | 900.00 | $180.00 |
| 01/26/2023 | JNP | AD | Emails with Dentons regarding sale issues. | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    9

Invoice 131816

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2023 | JNP | AD | Conference with FTI, Henry C. Kevane and Steven W. Golden regarding bidding status and strategy. | 0.60 | 900.00 | $540.00 |
| 01/26/2023 | SWG | AD | Call with FTI team re: bid strategy | 0.30 | 900.00 | $270.00 |
| 01/26/2023 | SWG | AD | Call with T. Moyron re: bids received | 0.20 | 900.00 | $180.00 |
| 01/26/2023 | SWG | AD | Call with PSZJ and FTI teams re: bid strategy | 0.50 | 900.00 | $450.00 |
| 01/26/2023 | SWG | AD | Draft and send bullet-point bid summary to FTI | 0.70 | 900.00 | $630.00 |
| 01/26/2023 | SWG | AD | Call with Debtor and Committee professionals re: bids and sale strategy | 0.80 | 900.00 | $720.00 |
| 01/27/2023 | HCK | AD | Memos to / from S. Golden and M. Gray re overview of qualified bids for Committee. | 0.50 | 900.00 | $450.00 |
| 01/27/2023 | HCK | AD | Review / annotate DAP APA re clarifications. | 0.30 | 900.00 | $270.00 |
| 01/27/2023 | HCK | AD | Telephone calls with S. Golden re comments to DAP and review memo to S. Maizel and T. Moyron with markup. | 0.60 | 900.00 | $540.00 |
| 01/30/2023 | HCK | AD | Further review DAP APA re improvements and review other APA submissions re comparison of terms and conditions. | 1.40 | 900.00 | $1,260.00 |
| 01/30/2023 | JNP | AD | Emails regarding Asset Purchase Agreement. | 0.10 | 900.00 | $90.00 |
| 01/30/2023 | JNP | AD | Meeting with T.Moiran, L. Lee and C. Zucker regarding status of bid process. | 0.50 | 900.00 | $450.00 |
| 01/31/2023 | HCK | AD | Review Debtor's collective markup to APA and memos to / from S. Golden re same. | 0.50 | 900.00 | $450.00 |
| 01/31/2023 | HCK | AD | Further memos to / from S. Maizel and S. Golden re further redline and treatment of operating losses funding. | 0.80 | 900.00 | $720.00 |
| 01/31/2023 | HCK | AD | Analyze funding options for further revised APA. | 0.60 | 900.00 | $540.00 |
| 01/31/2023 | HCK | AD | Telephone calls with S. Golden re changes to APA and consolidated mark-up. | 0.40 | 900.00 | $360.00 |
| 01/31/2023 | HCK | AD | Memos to / from S. Maizel, et al. re operating cost funding mechanism and review APA redlines. | 1.10 | 900.00 | $990.00 |
| 01/31/2023 | HCK | AD | Memos to / from S. Maizel et al. re APA administrative expense for OPEX. | 0.20 | 900.00 | $180.00 |
| 01/31/2023 | HCK | AD | Briefly review markup to APA from Mr. Maizel. | 0.30 | 900.00 | $270.00 |
| 01/31/2023 | SWG | AD | Calls (2x) with H. Kevane re: stalking horse APA | 0.40 | 900.00 | $360.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    10

Invoice 131816

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2023 | SWG | AD | Review further turn of stalking horse APA (.2) and email Debtor's counsel re: same (.1) | 0.30 | 900.00 | $270.00 |
| | | | | 55.20 | | $49,680.00 |

### Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2023 | JNP | BL | Emails regarding call to discuss settlement status. | 0.10 | 900.00 | $90.00 |
| 01/03/2023 | JNP | BL | Conference with Dentons and Steven W. Golden regarding status and mediation and asset sale. | 0.30 | 900.00 | $270.00 |
| 01/09/2023 | JNP | BL | Emails regarding calls with Judge Montali. | 0.10 | 900.00 | $90.00 |
| 01/10/2023 | JNP | BL | Conference with Judge Montali, Steven W. Golden, T. Moyron and Samuel R. Maizel regarding settlement discussions and sale process. | 0.50 | 900.00 | $450.00 |
| 01/10/2023 | JNP | BL | Conference with Steven W. Golden after call with J. Montali regarding sale process and settlement. | 0.10 | 900.00 | $90.00 |
| 01/10/2023 | SWG | BL | Call with Judge Montali et al. re: mediation | 0.50 | 900.00 | $450.00 |
| 01/13/2023 | JNP | BL | Conference with J. Montali, DHCS, Debtor professionals and Steven W. Golden regarding sale process and settlement. | 1.00 | 900.00 | $900.00 |
| 01/13/2023 | JNP | BL | Conference with Steven W. Golden after meeting with DHCS. | 0.20 | 900.00 | $180.00 |
| 01/13/2023 | SWG | BL | Participate in mediation call with DHCS | 1.00 | 900.00 | $900.00 |
| 01/13/2023 | SWG | BL | Follow up call with J. Pomerantz re: settlement call with state | 0.20 | 900.00 | $180.00 |
| 01/18/2023 | SWG | BL | Attend hearing and status conference in case | 1.00 | 900.00 | $900.00 |
| 01/19/2023 | JNP | BL | Conference with Steven W. Golden (several) regarding recovery analysis, court hearing and related. | 0.50 | 900.00 | $450.00 |
| 01/19/2023 | JNP | BL | Review various versions of recovery analysis. | 0.50 | 900.00 | $450.00 |
| 01/20/2023 | JNP | BL | Conference with FTI and Steven W. Golden regarding financial analysis. | 0.10 | 900.00 | $90.00 |
| 01/25/2023 | JNP | BL | Conference with Steven W. Golden regarding call with DHCS regarding recoupment motion and status. | 0.10 | 900.00 | $90.00 |
| | | | | 6.20 | | $5,580.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 01/03/2023 | BDD | CA | Review docket and update critical dates memo re same (.70); email J. Pomerantz and S. Golden re same (.10) | 0.80 | 495.00 | $396.00 |
| 01/03/2023 | BDD | CA | Attend to calendaring matters with M. Kulick | 0.20 | 495.00 | $99.00 |
| 01/09/2023 | BDD | CA | Email S. Golden re 1/12 hearing | 0.10 | 495.00 | $49.50 |
| 01/10/2023 | BDD | CA | Call with R. Palluso re hearing on McKesson Motion for Admin Expenses and email J. Pomerantz and S. Golden re same (.20); email B. Anavim re same (.10) | 0.30 | 495.00 | $148.50 |
| 01/16/2023 | BDD | CA | Email S. Golden re 1/19 hearing | 0.10 | 495.00 | $49.50 |
| 01/17/2023 | BDD | CA | Email A. Thalassinos re 1/18 hearing and call to court clerk re same | 0.10 | 495.00 | $49.50 |
| 01/19/2023 | SWG | CA | Calls (2x) with J. Pomerantz re: yesterday's hearing | 0.50 | 900.00 | $450.00 |
| 01/25/2023 | BDD | CA | Review docket and update critical dates memo re same (.50); attend to calendaring matters re same (.10); email J. Pomerantz, T. Kapur and S. Golden re same (.10) | 0.70 | 495.00 | $346.50 |
| 01/31/2023 | BDD | CA | Review docket and update critical dates memo re same (.20); attend to calendaring matters re same (.10) | 0.30 | 495.00 | $148.50 |
| | | | | **3.10** | | **$1,737.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 01/18/2023 | SWG | CO | Substantively review filed claims. | 3.70 | 900.00 | $3,330.00 |
| 01/19/2023 | SWG | CO | Conference with M. Gray re: claims universe | 0.40 | 900.00 | $360.00 |
| 01/19/2023 | SWG | CO | Continue review and reconciliation of claims register | 1.80 | 900.00 | $1,620.00 |
| 01/19/2023 | SWG | CO | Call with Ankura re: claims waterfall for mediation purposes | 1.20 | 900.00 | $1,080.00 |
| 01/20/2023 | JNP | CO | Conference with Steven W. Golden regarding financial  analysis and claims estimation. | 0.30 | 900.00 | $270.00 |
| 01/20/2023 | SWG | CO | Call with J. Pomerantz re: GUC claims pool | 0.30 | 900.00 | $270.00 |
| 01/20/2023 | SWG | CO | Call with FTI re: claims reconciliation and waterfall analysis | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    -00002

Page:    12

Invoice 131816

January 31, 2023

|  |  |  |  | 8.00 |  | $7,200.00 |
|---|---|---|---|---|---|---|

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/11/2023 | BDD | CP | Emails J. Pomerantz and S. Golden re PSZJ Oct and Nov fee statements | 0.10 | 495.00 | $49.50 |
| 01/19/2023 | SWG | CP | Review and edit PSZJ December invoice | 0.90 | 900.00 | $810.00 |
| 01/20/2023 | BDD | CP | Review Dec invoice in preparation for monthly fee statement and emails J. Pomerantz and S. Golden re same | 0.30 | 495.00 | $148.50 |
| 01/23/2023 | BDD | CP | Email J. Pomerantz re PSZJ Dec fee statement | 0.10 | 495.00 | $49.50 |
| 01/24/2023 | BDD | CP | Begin working on PSZJ December monthly fee statement (.40); email V. Arias re same (.10) | 0.30 | 495.00 | $148.50 |
| 01/24/2023 | BDD | CP | Prepare Notice of Filing of PSZJ Dec monthly fee application (.30) and email S. Golden re same (.10) | 0.40 | 495.00 | $198.00 |
| 01/24/2023 | BDD | CP | Continue working on PSZJ Dec monthly fee statement (.50) and email S. Golden re same (.10) | 0.60 | 495.00 | $297.00 |
| 01/24/2023 | BDD | CP | Email R. Rothman re PSZJ Dec fee statement | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | JNP | CP | Review monthly statement for December bill. | 0.10 | 900.00 | $90.00 |
| 01/25/2023 | BDD | CP | Email S. Golden re PSZJ 3rd monthly fee statement | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | BDD | CP | Email J. Pomerantz re PSZJ 3rd monthly fee statement | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | BDD | CP | Email KCC re service of PSZJ 3rd monthly fee statement | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | SWG | CP | Review PSZJ December fee statement | 0.10 | 900.00 | $90.00 |
| 01/26/2023 | BDD | CP | Email D. Ortiz re PSZJ Ledes files (Oct-Dec 2022) | 0.10 | 495.00 | $49.50 |
| 01/26/2023 | BDD | CP | Email S. Golden re LEDES files (Oct-Dec) for PSZJ & FTI | 0.10 | 495.00 | $49.50 |
| 01/27/2023 | BDD | CP | Email S. Golden re PSZJ and FTI LEDES files | 0.10 | 495.00 | $49.50 |
| 01/27/2023 | BDD | CP | Email N. Brown re PSZJ Dec monthly fee statement | 0.10 | 495.00 | $49.50 |
| 01/27/2023 | BDD | CP | Email D. Ortiz at UST's office re PSZJ LEDES files (Oct - Dec 2022) | 0.10 | 495.00 | $49.50 |

|  |  |  |  | 3.80 |  | $2,326.50 |
|---|---|---|---|---|---|---|

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2023 | BDD | CPO | Revisions to FTI's 1st & 2nd fee statements and | 0.40 | 495.00 | $198.00 |

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | notices re same, and emails N. Brown re same | | | |
| 01/03/2023 | BDD | CPO | Email KCC re service of FTI Oct and Nov fee statements | 0.10 | 495.00 | $49.50 |
| 01/19/2023 | BDD | CPO | Email S. Golden re FTI Dec monthly fee statement | 0.10 | 495.00 | $49.50 |
| 01/19/2023 | BDD | CPO | Email C. Nelson and N. Ganti re FTI December fee statement | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | BDD | CPO | Email N. Ganti re FTI December fee statement | 0.10 | 495.00 | $49.50 |
| 01/26/2023 | BDD | CPO | Email N. Ganti re FTI's Dec fee statement | 0.10 | 495.00 | $49.50 |
| 01/26/2023 | BDD | CPO | Review FTI Dec fee statement and email M. Gray re same | 0.20 | 495.00 | $99.00 |
| 01/27/2023 | BDD | CPO | Prepare Notice of FTI Dec fee statement and emails N. Brown re same | 0.40 | 495.00 | $198.00 |
| 01/27/2023 | BDD | CPO | Email C. Nelson re FTI Oct-Dec fee statements | 0.10 | 495.00 | $49.50 |
| 01/27/2023 | BDD | CPO | Review FTI finalized Dec fee statement/exhibits/notice, and emails to/call with N. Brown re same | 0.30 | 495.00 | $148.50 |
| 01/27/2023 | BDD | CPO | Email J. Thomson re service of FTI Dec fee statement/notice | 0.10 | 495.00 | $49.50 |
| 01/30/2023 | BDD | CPO | Email M. Gray re FTI LEDES files (Oct-Dec 2022) | 0.10 | 495.00 | $49.50 |
| | | | | 2.10 | | $1,039.50 |

### Employee Benefit/Pension-B220

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2023 | JNP | EB | Review reply regarding objection to KEIP and KERP. | 0.10 | 900.00 | $90.00 |
| 01/17/2023 | JNP | EB | Conference with Steven W. Golden regarding tentative ruling on KEIP. | 0.10 | 900.00 | $90.00 |
| 01/17/2023 | SWG | EB | Call with Debtor's professionals re: KEIP Motion. | 0.60 | 900.00 | $540.00 |
| 01/18/2023 | SWG | EB | Call with N. Ganti re: KEIP Hearing | 0.40 | 900.00 | $360.00 |
| 01/18/2023 | SWG | EB | Call with Debtor's professionals re: KEIP in advance of hearing | 0.50 | 900.00 | $450.00 |
| | | | | 1.70 | | $1,530.00 |

### Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/17/2023 | SWG | EC | Review Cure Notice | 0.30 | 900.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    14
Invoice 131816
January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2023 | SWG | EC | Call with Debtor's counsel and contract counterparty re: cure schedule | 0.20 | 900.00 | $180.00 |
| | | | | 0.50 | | $450.00 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2023 | JNP | GC | Pre-call with FTI and Steven W. Golden. | 0.40 | 900.00 | $360.00 |
| 01/09/2023 | JNP | GC | Participate on committee call. | 1.00 | 900.00 | $900.00 |
| 01/09/2023 | SWG | GC | Participate in weekly Committee call | 1.10 | 900.00 | $990.00 |
| 01/09/2023 | SWG | GC | Pre-call with FTI and J. Pomerantz | 0.40 | 900.00 | $360.00 |
| 01/11/2023 | BDD | GC | Review docket and update critical dates memo re same (.60); email J. Pomerantz and S. Golden re same (.10) | 0.70 | 495.00 | $346.50 |
| 01/16/2023 | JNP | GC | Participate on committee call. | 0.70 | 900.00 | $630.00 |
| 01/16/2023 | SWG | GC | Participate in weekly Committee call | 0.70 | 900.00 | $630.00 |
| 01/23/2023 | SWG | GC | Call with Committee Member re: sale process | 0.20 | 900.00 | $180.00 |
| 01/27/2023 | JNP | GC | Review deck for committee meeting. | 0.20 | 900.00 | $180.00 |
| 01/27/2023 | JNP | GC | Conference with Steven W. Golden regarding FTI deck for committee meeting. | 0.10 | 900.00 | $90.00 |
| 01/27/2023 | JNP | GC | Participate in committee meeting. | 1.10 | 900.00 | $990.00 |
| 01/27/2023 | SWG | GC | Participate in weekly Committee call | 1.10 | 900.00 | $990.00 |
| 01/27/2023 | SWG | GC | Conference with J. Pomerantz regarding FTI deck for committee meeting | 0.10 | 900.00 | $90.00 |
| 01/31/2023 | SWG | GC | Draft and send email to Committee | 0.10 | 900.00 | $90.00 |
| 01/31/2023 | SWG | GC | Call with Committee member re: update on case matters | 0.30 | 900.00 | $270.00 |
| | | | | 8.20 | | $7,096.50 |

## Litigation (Non-Bankruptcy)

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2023 | JNP | LN | Review opposition to motion to amend complaint in Superior Court litigation against former insiders. | 0.10 | 900.00 | $90.00 |
| 01/23/2023 | BDD | LN | Email N. Brown re civil case docket updates | 0.10 | 495.00 | $49.50 |
| | | | | 0.20 | | $139.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    15

Borrego Comm. Health Found OCC

Invoice 131816

10283    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Operations [B210]** | | | | | | |
| 01/12/2023 | JNP | OP | Review Patient Ombudsman report. | 0.10 | 900.00 | $90.00 |
| 01/13/2023 | SWG | OP | Review Second PCO Report | 0.10 | 900.00 | $90.00 |
| | | | | **0.20** | | **$180.00** |
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 01/10/2023 | JNP | PD | Review motion to extend exclusivity. | 0.10 | 900.00 | $90.00 |
| 01/19/2023 | SWG | PD | Call with T. Moyron re: plan process and recap of hearing | 0.40 | 900.00 | $360.00 |
| | | | | **0.50** | | **$450.00** |
| **Ret. of Prof./Other** | | | | | | |
| 01/10/2023 | JNP | RPO | Review debtor reply to opposition to motion to approve procedure for ordinary course professionals. | 0.10 | 900.00 | $90.00 |
| | | | | **0.10** | | **$90.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$77,499.00**

Pachulski Stang Ziehl & Jones LLP

Borrego Comm. Health Found OCC

10283    - 00002

Page:    16

Invoice 131816

January 31, 2023

---

## **Expenses**

| | | | |
|---|---|---|---|
| 01/03/2023 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 01/31/2023 | PAC | Pacer - Court Research | 66.00 |
| | **Total Expenses for this Matter** | | **$68.90** |

Pachulski Stang Ziehl & Jones LLP
Borrego Comm. Health Found OCC
10283    - 00002

Page:    17
Invoice 131816
January 31, 2023

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **01/31/2023**

| | |
|---|---|
| **Total Fees** | **$77,499.00** |
| **Total Expenses** | **68.90** |
| **Total Due on Current Invoice** | **$77,567.90** |

**Outstanding Balance from prior invoices as of**    **01/31/2023**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 131394 | 10/31/2022 | $94,549.50 | $2,743.58 | $18,909.90 |
| 131451 | 11/30/2022 | $63,301.50 | $557.32 | $12,660.30 |
| 131594 | 12/31/2022 | $40,756.50 | $472.70 | $8,151.30 |

**Total Amount Due on Current and Prior Invoices:**        **$117,289.40**