Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re:

BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor and Debtor in Possession.

Case No.: 22-02384-LT11

Chapter 11

**FOURTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR: Borrego Community Health Foundation
Petition Date: September 12, 2022
Case No. 22-02384

**MONTHLY FEE APPLICATION SUMMARY**

APPLICANT: FTI Consulting, Inc.

REPRESENTING: Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT:** Docket No. 242

| Task Code | Category | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.8 | $600.00 |
| 2 | Cash & Liquidity Analysis | 6.1 | 4,575.00 |
| 6 | Asset Sales | 105.4 | 79,050.00 |
| 9 | Analysis of Employee Compensation Programs | 2.7 | 2,025.00 |
| 11 | Prepare for and Attendance at Court Hearings | 3.0 | 2,250.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 9.3 | 6,975.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 12.5 | 9,375.00 |
| 21 | General Meetings with Committee & Committee Counsel | 4.9 | 3,675.00 |
| 24 | Preparation of Fee Application | 11.5 | 8,625.00 |
| 26 | Strategic Communications | 19.0 | 14,250.00 |
| | **TOTAL** | **175.2** | **$131,400.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor and Debtor in Possession. | Chapter 11 Case<br><br>Case No. 22-02384<br><br>Judge: Hon. Laura S. Taylor |

**Monthly Fee Application**

FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI" or the "Firm"), submits its Fourth Monthly Fee Application for Allowance and Payment of Interim Compensation (the "Application") for the period January 1, 2023 – January 31, 2023 (the "Application Period"). In support of the Application, FTI respectfully represents as follows:

1. FTI is the financial advisor to the Official Committee of Unsecured Creditors (the "Committee"). FTI hereby applies to the Court for allowance and payment of interim compensation for services rendered during the Application Period.

2. FTI billed a total of $131,400.00 during the Application Period. The total fees represent 175.2 hours expended during the Application Period. These fees and are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2023 – January 31, 2023 | $131,400.00 | $0.00 | $131,400.00 |

3. Accordingly, FTI seeks allowance of interim compensation in the total amount of $105,120.00 at this time, which represents 80% of fees totaling

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

$131,400.00 for services rendered. No expenses were incurred during the Application Period.

4. To date, FTI has received a total of $317,460.00 in payment, which represents 80% of cumulative fees for the Firm's first, second, and third monthly fee applications.

5. Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period at the blended hourly rate approved for FTI for this Case. Attached hereto as **Exhibit "B"** is the detailed time and expense statements for the Application Period.

6. The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties"). The Application was mailed by first class mail, postage prepaid, on or about February 23, 2023. Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about February 23, 2023.

7. Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

8. The interim compensation sought in this Application is not final. Upon the conclusion of this Case, the Firm will seek fees and reimbursement of expenses incurred for the totality of the services rendered in this Case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, FTI respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated: February 23, 2023

FTI CONSULTING, INC.

By */s/ Cynthia Nelson*
Cynthia Nelson
350 S. Grand Avenue, Suite 3000
Los Angeles, CA 90071
Telephone: 213-689-1200
E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors of Borrego Community Health Foundation*

Submitted By:

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz

Counsel to the Official Committee of Unsecured Creditors

# EXHIBIT A

# EXHIBIT A
## Summary of Hours by Professional for Application Period
## (January 1, 2023 – January 31, 2023)

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Bilbao, Marc | Senior Managing Director | $ 750 | 17.3 | $ 12,975.00 |
| Nelson, Cynthia | Senior Managing Director | 750 | 12.6 | 9,450.00 |
| Zucker, Clifford | Senior Managing Director | 750 | 21.2 | 15,900.00 |
| Ganti, Narendra | Managing Director | 750 | 20.2 | 15,150.00 |
| Thalassinos, Angelo | Managing Director | 750 | 3.8 | 2,850.00 |
| Adeyanju, Michael | Senior Director | 750 | 4.9 | 3,675.00 |
| Delaney, Meaghan | Director | 750 | 0.5 | 375.00 |
| Gray, Michael | Senior Consultant | 750 | 46.8 | 35,100.00 |
| Labkoff, Nicole | Senior Consultant | 750 | 6.3 | 4,725.00 |
| Cho, Clare | Consultant | 750 | 32.6 | 24,450.00 |
| Hardey, Samantha | Consultant | 750 | 4.5 | 3,375.00 |
| Hellmund-Mora, Marili | Manager | 750 | 4.5 | 3,375.00 |
| **TOTAL** | | | **175.2** | **$131,400.00** |

# EXHIBIT B

**EXHIBIT B**
**Detailed Time Statement for Application Period**
**(January 1, 2023 – January 31, 2023)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/31/2023 | Zucker, Clifford | 0.8 | Review and analysis of 11/22 monthly operating report. |
| **1 Total** | | | **0.8** | |
| 2 | 1/2/2023 | Gray, Michael | 0.4 | Review and update Committee report re: revised 13-week cash flow. |
| 2 | 1/3/2023 | Ganti, Narendra | 0.7 | Provide comments on draft Committee report re: revised 13-week cash forecast. |
| 2 | 1/3/2023 | Gray, Michael | 0.3 | Correspondence with internal FTI team re: revised 13-week cash flow Committee report. |
| 2 | 1/5/2023 | Gray, Michael | 0.2 | Review professional fee summary to understand run rate and impact on liquidity. |
| 2 | 1/5/2023 | Cho, Clare | 0.4 | Review filed professional fees to date in the case to assess liquidity impact. |
| 2 | 1/6/2023 | Ganti, Narendra | 0.5 | Review budget to actual cash flow reporting package provided by Ankura. |
| 2 | 1/6/2023 | Zucker, Clifford | 0.3 | Review and analysis of budget/actual results to understand line-item variances and causes. |
| 2 | 1/12/2023 | Zucker, Clifford | 0.3 | Review and analysis of weekly liquidity variance report provided by Ankura for the week ending 1/6. |
| 2 | 1/12/2023 | Gray, Michael | 0.2 | Review latest liquidity reporting package provided by Ankura for the week ending 1/6. |
| 2 | 1/12/2023 | Gray, Michael | 0.4 | Prepare budget to actual variance analysis for the three weeks ending 1/6. |
| 2 | 1/12/2023 | Gray, Michael | 0.3 | Update Committee report re: cash forecast for the latest budget to actual analysis. |
| 2 | 1/20/2023 | Zucker, Clifford | 0.3 | Review and analysis of budget to actual results to understand variances on a by line-item basis. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/23/2023 | Gray, Michael | 0.3 | Review cash flow variance report provided by Ankura for the period ending 1/13. |
| 2 | 1/23/2023 | Gray, Michael | 0.4 | Prepare variance analysis on the cash flow information provided by Ankura for the period ending 1/13. |
| 2 | 1/26/2023 | Zucker, Clifford | 0.4 | Review comments to liquidity update reporting to committee. |
| 2 | 1/27/2023 | Zucker, Clifford | 0.5 | Review and analysis of budget to actual reporting package provided by Ankura. |
| 2 | 1/31/2023 | Gray, Michael | 0.2 | Correspondence with Ankura re: cash flow forecast refresh. |
| **2 Total** | | | **6.1** | |
| 6 | 1/4/2023 | Zucker, Clifford | 0.5 | Perform detailed review of latest sale process tracker to understand key updates and major developments. |
| 6 | 1/5/2023 | Zucker, Clifford | 0.5 | Review correspondence with Debtor and Committee counsel re: indications of interest. |
| 6 | 1/5/2023 | Gray, Michael | 0.3 | Review latest sale process update provided by Ankura to understand recent developments. |
| 6 | 1/6/2023 | Ganti, Narendra | 0.5 | Discuss the various IOIs received by the Debtor with Pachulski. |
| 6 | 1/6/2023 | Ganti, Narendra | 0.7 | Participate in call with Dentons, Ankura, and Pachulski to discuss IOIs. |
| 6 | 1/6/2023 | Zucker, Clifford | 0.8 | Review and analysis of indications of interest and support packages. |
| 6 | 1/6/2023 | Zucker, Clifford | 0.5 | Participate in call with Pachulski on indications of interest overview. |
| 6 | 1/6/2023 | Zucker, Clifford | 0.7 | Call with Dentons, Ankura, and Pachulski on sale process and offers. |
| 6 | 1/6/2023 | Gray, Michael | 2.9 | Perform extensive review of various indications of interest received by the Debtor to understand economic terms and other consideration. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/6/2023 | Gray, Michael | 0.7 | Participate in discussion with case professionals re: IOIs received. |
| 6 | 1/6/2023 | Gray, Michael | 2.6 | Prepare report to summarize the IOIs received. |
| 6 | 1/6/2023 | Gray, Michael | 0.9 | Review Committee report re: IOIs summary. |
| 6 | 1/6/2023 | Gray, Michael | 0.2 | Correspondence with Ankura re: IOIs received. |
| 6 | 1/6/2023 | Bilbao, Marc | 0.7 | Discuss IOIs received with Dentons, Ankura, and Pachulski re: considerations, contingencies, and next steps. |
| 6 | 1/6/2023 | Bilbao, Marc | 0.8 | Perform review of various indications of interest received by the Debtor re: key terms and consideration. |
| 6 | 1/6/2023 | Cho, Clare | 1.1 | Review certain indication of interest proposal to assess liquidity timing and economics. |
| 6 | 1/6/2023 | Cho, Clare | 1.7 | Review other various indications of interest proposals to understand bidder's financial capacity and other potential contingencies. |
| 6 | 1/8/2023 | Ganti, Narendra | 1.6 | Review IOIs received from bidders in connection with draft IOI summary Committee report. |
| 6 | 1/8/2023 | Ganti, Narendra | 0.8 | Provide comments to draft Committee report re: IOIs received. |
| 6 | 1/8/2023 | Nelson, Cynthia | 0.8 | Review IOI summary Committee report in advance of discussion with UCC. |
| 6 | 1/8/2023 | Gray, Michael | 1.2 | Prepare executive summary to provide overview of marketing process and IOIs received for Committee report. |
| 6 | 1/8/2023 | Gray, Michael | 0.7 | Update Committee report for FTI team comments re: IOIs received. |
| 6 | 1/9/2023 | Bilbao, Marc | 0.8 | Review IOIs received in preparation for Committee call. |
| 6 | 1/9/2023 | Ganti, Narendra | 1.0 | Participate in call with Committee to discuss indications of interest received. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/9/2023 | Ganti, Narendra | 0.3 | Participate in call with Pachulski re: indications of interest received. |
| 6 | 1/9/2023 | Ganti, Narendra | 0.5 | Review and revise draft follow-up questions for Dentons and Ankura related to bids submitted. |
| 6 | 1/9/2023 | Nelson, Cynthia | 0.3 | Review questions to present to the Debtor's advisors for buyers. |
| 6 | 1/9/2023 | Zucker, Clifford | 0.4 | Provide comments to draft UCC report re: IOIs. |
| 6 | 1/9/2023 | Zucker, Clifford | 1.0 | Attend discussion with Committee re: sales process and indications of interest updates. |
| 6 | 1/9/2023 | Zucker, Clifford | 0.3 | Call with Pachulski to discuss comparison of IOIs received. |
| 6 | 1/9/2023 | Zucker, Clifford | 0.4 | Review draft follow-up questions list in relation to the submitted IOIs. |
| 6 | 1/9/2023 | Gray, Michael | 0.3 | Prepare high level summary of bidding parties for inclusion as appendix to Committee report. |
| 6 | 1/9/2023 | Gray, Michael | 0.8 | Update Committee report re: IOIs received for comments from FTI and Pachulski teams. |
| 6 | 1/9/2023 | Gray, Michael | 0.3 | Participate in pre-Committee call discussion with Pachulski re: IOIs received. |
| 6 | 1/9/2023 | Gray, Michael | 1.0 | Discussion with Committee re: IOIs received. |
| 6 | 1/9/2023 | Gray, Michael | 0.6 | Review indications of interest for updates to Committee report. |
| 6 | 1/9/2023 | Gray, Michael | 1.7 | Prepare questions list for IOIs received. |
| 6 | 1/9/2023 | Bilbao, Marc | 1.0 | Participate in Committee call re: updates on sales process and submitted Indications of Interest. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/10/2023 | Zucker, Clifford | 0.3 | Review and analysis of sale process update provided by Ankura. |
| 6 | 1/10/2023 | Bilbao, Marc | 1.2 | Continue to perform detailed review of IOI to understand considerations and contingencies. |
| 6 | 1/11/2023 | Nelson, Cynthia | 1.3 | Review of the indications of interest received to obtain an understanding of excluded assets and liabilities. |
| 6 | 1/11/2023 | Zucker, Clifford | 0.4 | Review and analysis of bid comparison matrix provided by Ankura to understand bid consideration pro forma net value to the estate. |
| 6 | 1/12/2023 | Gray, Michael | 0.3 | Review sales process update memo provided by Ankura. |
| 6 | 1/12/2023 | Gray, Michael | 0.5 | Review IOI comparison matrix to understand consideration in each IOI. |
| 6 | 1/13/2023 | Nelson, Cynthia | 1.2 | Participate in call with Debtor's advisors regarding board comments on bids. |
| 6 | 1/13/2023 | Bilbao, Marc | 1.3 | Review IOI matrix provided by Ankura to understand economics and contingencies. |
| 6 | 1/13/2023 | Bilbao, Marc | 1.2 | Discuss the status of submitted IOIs with Debtor's advisors re: comments from the Borrego BOD. |
| 6 | 1/13/2023 | Cho, Clare | 1.2 | Attend meeting with Debtor's professionals re: discussion of submitted IOIs. |
| 6 | 1/13/2023 | Cho, Clare | 0.4 | Review IOI matrix provided by Ankura in advance of discussion with Debtor's professionals. |
| 6 | 1/13/2023 | Cho, Clare | 0.4 | Prepare summary of key topics of discussion during call with Ankura re: sale process. |
| 6 | 1/16/2023 | Ganti, Narendra | 0.6 | Participate in Committee call re: sale process and bid updates. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/16/2023 | Nelson, Cynthia | 0.6 | Participate in weekly call with UCC regarding status of sales process. |
| 6 | 1/17/2023 | Ganti, Narendra | 1.2 | Call with Pachulski, Ankura, and Dentons to discuss IOI and questions for bidders. |
| 6 | 1/17/2023 | Nelson, Cynthia | 0.3 | Correspond with internal FTI team re: outcome of call with debtor's advisors regarding status of sales process. |
| 6 | 1/17/2023 | Zucker, Clifford | 1.2 | Participate in call with case professionals re: bidder questions and IOI status. |
| 6 | 1/17/2023 | Bilbao, Marc | 1.2 | Discuss follow-up questions for bidders and IOIs with case professionals. |
| 6 | 1/17/2023 | Cho, Clare | 1.2 | Attend discussion with case professionals re: feedback given on indications of interest to bidders. |
| 6 | 1/17/2023 | Cho, Clare | 0.4 | Prepare summary of key topics of discussion during Ankura call re: indications of interest. |
| 6 | 1/18/2023 | Nelson, Cynthia | 0.3 | Correspondence with internal FTI team member re: approach with respect to stalking horse bidder selection. |
| 6 | 1/18/2023 | Gray, Michael | 0.3 | Review summary of key takeaways from recent discussions with Ankura re: sale process. |
| 6 | 1/20/2023 | Zucker, Clifford | 0.3 | Review follow up bidder diligence responses re: IOI questions list. |
| 6 | 1/23/2023 | Zucker, Clifford | 1.2 | Review and analysis of IOI responses and supplements. |
| 6 | 1/23/2023 | Bilbao, Marc | 1.4 | Review APA received from bidder for consideration and potential contingencies. |
| 6 | 1/23/2023 | Cho, Clare | 2.4 | Conduct analysis and review of key factors to include in bid analysis. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/23/2023 | Cho, Clare | 2.1 | Begin to review various bid proposals and related supporting documentation. |
| 6 | 1/24/2023 | Zucker, Clifford | 0.7 | Review and analysis of revised bid package from leading bidder. |
| 6 | 1/24/2023 | Gray, Michael | 0.8 | Review matrix summarizing bids received provided by Ankura. |
| 6 | 1/24/2023 | Bilbao, Marc | 1.3 | Perform assessment of bid proposals re: transition plan, bid protections, and inclusion of MSA. |
| 6 | 1/24/2023 | Cho, Clare | 0.8 | Review and analyze bid proposals re: purchase price, deposits, and cure costs. |
| 6 | 1/24/2023 | Cho, Clare | 2.3 | Review and analyze bid proposals re: covenants. |
| 6 | 1/24/2023 | Cho, Clare | 0.6 | Review and analyze bid proposals re: employee retention, Board members. |
| 6 | 1/24/2023 | Cho, Clare | 2.9 | Review and analyze bid proposals re: other considerations, including conditions, termination, and post-closing. |
| 6 | 1/24/2023 | Cho, Clare | 0.3 | Review and analyze bid proposals re: stalking-horse bidder and break-up fees. |
| 6 | 1/24/2023 | Cho, Clare | 2.2 | Prepare slides for UCC meeting re: bid proposals key factors. |
| 6 | 1/25/2023 | Ganti, Narendra | 1.2 | Review and comment on draft Committee report summarizing bids. |
| 6 | 1/25/2023 | Nelson, Cynthia | 1.6 | Review summary of binding bids prepared by Ankura. |
| 6 | 1/25/2023 | Zucker, Clifford | 1.4 | Review and analysis of bid comparison matrix prepared by Ankura. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/25/2023 | Zucker, Clifford | 0.8 | Review and analysis of Board of Trustee diligence evaluations. |
| 6 | 1/25/2023 | Gray, Michael | 1.3 | Review various bids received to understand key considerations and contingencies. |
| 6 | 1/25/2023 | Gray, Michael | 1.2 | Provide comments to bid summary report. |
| 6 | 1/25/2023 | Gray, Michael | 0.9 | Process updates to bid summary report. |
| 6 | 1/25/2023 | Cho, Clare | 2.3 | Prepare slides for UCC meeting re: bid summary key components. |
| 6 | 1/25/2023 | Cho, Clare | 2.1 | Continue to prepare slides for UCC meeting re: bid summary key components. |
| 6 | 1/25/2023 | Cho, Clare | 0.6 | Prepare executive summary of bid proposals for inclusion in Committee report. |
| 6 | 1/25/2023 | Cho, Clare | 2.8 | Update slides in Committee report re: bid summary key components for FTI team comments. |
| 6 | 1/26/2023 | Ganti, Narendra | 0.7 | Discuss state of the bids and sale process with case professionals. |
| 6 | 1/26/2023 | Ganti, Narendra | 2.8 | Begin to review, analyze, and compare all seven bids received by the Debtor. |
| 6 | 1/26/2023 | Ganti, Narendra | 1.1 | Continue to review, analyze, and compare all seven bids received by the Debtor. |
| 6 | 1/26/2023 | Nelson, Cynthia | 0.5 | Participate in call with Pachulski regarding the review of binding bids and to prep for call on same with Debtors' advisors. |
| 6 | 1/26/2023 | Nelson, Cynthia | 0.7 | Participate in call with Debtor's advisors with respect to next steps with respect to binding bids received. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/26/2023 | Nelson, Cynthia | 0.4 | Review and provide comments on draft bid summary prepared by FTI for UCC call. |
| 6 | 1/26/2023 | Zucker, Clifford | 0.6 | Review and analysis of calculation of cash bids value to Estate. |
| 6 | 1/26/2023 | Zucker, Clifford | 0.3 | Review comments to bid summary report to committee. |
| 6 | 1/26/2023 | Gray, Michael | 2.4 | Edit summaries of bids received re: Committee report. |
| 6 | 1/26/2023 | Gray, Michael | 0.7 | Participate in discussion on bid summaries with case professionals. |
| 6 | 1/26/2023 | Gray, Michael | 2.6 | Extensive review of seven bids in conjunction with preparation of Committee report to understand key issues and contingencies. |
| 6 | 1/26/2023 | Gray, Michael | 0.7 | Prepare bid overview for inclusion in Committee report. |
| 6 | 1/26/2023 | Gray, Michael | 0.6 | Summarize next steps for sale process in Committee report. |
| 6 | 1/26/2023 | Gray, Michael | 0.6 | Preliminary review of pro forma net value to estate calculation provided by Ankura. |
| 6 | 1/26/2023 | Bilbao, Marc | 0.5 | Discuss bid strategy with Committee professionals. |
| 6 | 1/26/2023 | Bilbao, Marc | 0.7 | Participate in discussion with case professionals re: next steps on bids received and sale process strategy. |
| 6 | 1/27/2023 | Ganti, Narendra | 1.5 | Review sale process Committee report in advance of discussion. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/27/2023 | Nelson, Cynthia | 0.2 | Prepare for UCC call in connection with binding bids received for Estate. |
| 6 | 1/27/2023 | Zucker, Clifford | 0.5 | Review comments to revised report to UCC on bid analysis. |
| 6 | 1/27/2023 | Gray, Michael | 0.4 | Process updates to bid summary Committee report for Pachulski comments. |
| 6 | 1/30/2023 | Bilbao, Marc | 1.4 | Review APA received by leading bidder to understand economics of proposed MSA. |
| 6 | 1/31/2023 | Ganti, Narendra | 0.7 | Review marked up APA from the leading bidder for key changes. |
| 6 | 1/31/2023 | Zucker, Clifford | 0.4 | Review comments to revised deck to UCC on bid comparison. |
| **6 Total** | | | **105.4** | |
| 9 | 1/18/2023 | Ganti, Narendra | 0.5 | Review KERP/KEIP tentative ruling. |
| 9 | 1/18/2023 | Zucker, Clifford | 0.4 | Review court's tentative ruling on the Debtor's KERP/KEIP motion. |
| 9 | 1/18/2023 | Nelson, Cynthia | 0.4 | Participate in call with Debtor's advisors regarding court's tentative ruling on KEIP. |
| 9 | 1/18/2023 | Gray, Michael | 0.4 | Review updated KEIP schedule to understand actual patient visits to date. |
| 9 | 1/18/2023 | Gray, Michael | 0.2 | Review tentative ruling re: KEIP/KERP. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 1/18/2023 | Gray, Michael | 0.4 | Participate in discussion with case professionals in advance of hearing re: KEIP/KERP. |
| 9 | 1/18/2023 | Bilbao, Marc | 0.4 | Participate in discussion with case professionals in advance of hearing to discuss tentative ruling. |
| **9 Total** | | | **2.7** | |
| 11 | 1/18/2023 | Ganti, Narendra | 1.0 | Attend court hearing telephonically for KERP/KEIP. |
| 11 | 1/18/2023 | Thalassinos, Angelo | 1.0 | Virtual attendance of KEIP/KERP court hearing and status conference. |
| 11 | 1/18/2023 | Cho, Clare | 1.0 | Attend court hearing via Zoom re: KERP/KEIP and status conference. |
| **11 Total** | | | **3.0** | |
| 14 | 1/17/2023 | Ganti, Narendra | 0.6 | Review cure amounts in comparison to amounts disclosed in the Debtor's Schedules. |
| 14 | 1/18/2023 | Zucker, Clifford | 0.3 | Call with Pachulski to discuss claims pool refinement analysis. |
| 14 | 1/20/2023 | Ganti, Narendra | 0.9 | Participate in call with Debtor's advisors re: estimation of total claims pool with respect to mediation settlement proposals. |
| 14 | 1/20/2023 | Nelson, Cynthia | 0.5 | Review claims analysis to understand methodology and sizing. |
| 14 | 1/20/2023 | Nelson, Cynthia | 0.7 | Correspondence with Pachulski re: claims analysis for mediation. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 1/20/2023 | Nelson, Cynthia | 0.9 | Participate in call with Debtor's professionals re: claims estimate for mediation. |
| 14 | 1/20/2023 | Zucker, Clifford | 0.9 | Call with case professionals on claims ranges and mediation status. |
| 14 | 1/20/2023 | Gray, Michael | 0.8 | Review claims reconciliation analysis for accuracy. |
| 14 | 1/20/2023 | Gray, Michael | 1.3 | Research filed claims to understand legitimacy of claim and stated amount. |
| 14 | 1/20/2023 | Bilbao, Marc | 0.9 | Participate in discussion with case professionals re: mediation update and waterfall analysis. |
| 14 | 1/24/2023 | Zucker, Clifford | 0.6 | Review comments to draft claims sensitivity analysis. |
| 14 | 1/31/2023 | Gray, Michael | 0.3 | Correspond internally re: claims reconciliation. |
| 14 | 1/31/2023 | Cho, Clare | 0.6 | Review cure costs schedule in comparison to claims. |
| **14 Total** | | | **9.3** | |
| 16 | 1/19/2023 | Zucker, Clifford | 0.8 | Review and analysis of draft recovery analysis to understand assets, claims, and recoveries under illustrative hypothetical scenarios. |
| 16 | 1/19/2023 | Zucker, Clifford | 0.4 | Review and analysis of claims pools to determine what total general unsecured claims might be re: waterfall analysis. |
| 16 | 1/19/2023 | Gray, Michael | 1.3 | Prepare recovery analysis based on latest available information under three illustrative sale price scenarios. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/19/2023 | Gray, Michael | 0.4 | Discussion with Pachulski re: claims and waterfall analysis. |
| 16 | 1/19/2023 | Gray, Michael | 0.7 | Review claims register to understand duplicate and potential rejections to estimate total GUC pool size re: waterfall analysis. |
| 16 | 1/19/2023 | Gray, Michael | 1.2 | Discussion with Ankura and Pachulski re: claims and waterfall analysis. |
| 16 | 1/19/2023 | Gray, Michael | 0.7 | Review waterfall recovery analysis and associated notes and support provided by Ankura. |
| 16 | 1/19/2023 | Ganti, Narendra | 0.3 | Review status of key mediation economics in connection with waterfall analysis. |
| 16 | 1/20/2023 | Zucker, Clifford | 0.4 | Review and analysis of revised recovery analysis. |
| 16 | 1/20/2023 | Gray, Michael | 1.1 | Update waterfall analysis for latest available information. |
| 16 | 1/20/2023 | Gray, Michael | 1.1 | Review updated recovery analysis, associated notes, and estimated claims calculation prior to discussion with case professionals. |
| 16 | 1/20/2023 | Bilbao, Marc | 0.9 | Review draft waterfall analysis to obtain understanding of assets, claims, and recoveries. |
| 16 | 1/23/2023 | Gray, Michael | 0.7 | Prepare illustrative bridge to distributable value for non-priority unsecured claims for Committee report re: waterfall analysis. |
| 16 | 1/23/2023 | Gray, Michael | 0.6 | Summarize operating and restructuring administrative expenses contemplated in the illustrative creditor recoveries for inclusion in Committee report re: waterfall analysis. |
| 16 | 1/23/2023 | Gray, Michael | 0.5 | Review supporting information provided by Ankura re: illustrative creditor recoveries. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/24/2023 | Gray, Michael | 0.4 | Provide comments to creditor recovery analysis for inclusion in report. |
| 16 | 1/31/2023 | Zucker, Clifford | 0.5 | Review and analysis of draft waterfall recovery analysis. |
| 16 | 1/31/2023 | Bilbao, Marc | 0.5 | Perform review of latest draft of waterfall recovery analysis. |
| **16 Total** | | | **12.5** | |
| 21 | 1/6/2023 | Ganti, Narendra | 0.5 | Participate in discussion with Pachulski re: status and summary of interviews. |
| 21 | 1/27/2023 | Nelson, Cynthia | 1.1 | Participate in weekly call with UCC regarding case status including in connection with summary of binding bids for Estate. |
| 21 | 1/27/2023 | Zucker, Clifford | 1.1 | Participate in Committee call re: financial and legal updates. |
| 21 | 1/27/2023 | Gray, Michael | 1.1 | Attend discussion with Committee re: bids received. |
| 21 | 1/27/2023 | Bilbao, Marc | 1.1 | Participate in Committee call re: bids received by the Debtor and strategy on same. |
| **21 Total** | | | **4.9** | |
| 24 | 1/4/2023 | Gray, Michael | 1.6 | Prepare December fee application exhibits. |
| 24 | 1/4/2023 | Cho, Clare | 2.8 | Conduct a detailed review of the draft December fee exhibits to comply with bankruptcy guidelines. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/5/2023 | Gray, Michael | 0.6 | Review December fee application exhibits. |
| 24 | 1/5/2023 | Gray, Michael | 0.8 | Prepare December fee application. |
| 24 | 1/11/2023 | Hellmund-Mora, Marili | 0.6 | Update and finalize the October fee application. |
| 24 | 1/11/2023 | Hellmund-Mora, Marili | 0.5 | Update and finalize the November fee application. |
| 24 | 1/11/2023 | Hellmund-Mora, Marili | 1.3 | Prepare the December fee application. |
| 24 | 1/23/2023 | Gray, Michael | 0.4 | Update December fee application for FTI team comments. |
| 24 | 1/26/2023 | Nelson, Cynthia | 0.6 | Review and provide edits to conform to time entry guidelines in connection with draft December fee application. |
| 24 | 1/27/2023 | Nelson, Cynthia | 0.2 | Follow-up with FTI team regarding additional information requested by US Trustee regarding FTI invoices. |
| 24 | 1/30/2023 | Hellmund-Mora, Marili | 0.6 | Update and finalize the December fee application. |
| 24 | 1/30/2023 | Hellmund-Mora, Marili | 0.8 | Prepare invoices for October, November, and December per request of the US Trustee. |
| 24 | 1/31/2023 | Hellmund-Mora, Marili | 0.7 | Continue to prepare invoices for October, November, and December per request of the US Trustee. |
| **24 Total** | | | **11.5** | |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/4/2023 | Thalassinos, Angelo | 0.4 | Continue to prepare communications strategy development. |
| 26 | 1/4/2023 | Adeyanju, Michael | 0.3 | Review schedule of next inflection points and strategize with FTI colleagues. |
| 26 | 1/5/2023 | Labkoff, Nicole | 0.3 | Monitor media articles re: Debtor's recent media activity. |
| 26 | 1/6/2023 | Thalassinos, Angelo | 0.4 | Develop communications strategy re: Chapter 11, sale process. |
| 26 | 1/6/2023 | Thalassinos, Angelo | 0.2 | Review sale process updates and implications re: communications strategy and related considerations. |
| 26 | 1/6/2023 | Adeyanju, Michael | 0.3 | Correspond with internal team to review inflection point schedule and strategizing on next steps. |
| 26 | 1/6/2023 | Delaney, Meaghan | 0.5 | Align with internal team on key communications for future deadlines. |
| 26 | 1/10/2023 | Thalassinos, Angelo | 0.2 | Coordinate communications outreach, inquiries updates with Borrego professionals. |
| 26 | 1/10/2023 | Hardey, Samantha | 0.3 | Monitor media activity on Debtor and circulate to FTI strategic communications team and Pachulski. |
| 26 | 1/10/2023 | Adeyanju, Michael | 0.5 | Correspond with Pachulski re: coordination on strategy updates. |
| 26 | 1/11/2023 | Thalassinos, Angelo | 0.3 | Review committee communications strategy and related considerations. |
| 26 | 1/17/2023 | Hardey, Samantha | 0.4 | Search for relevant news about Borrego Health for media clips to be shared with FTI strategic communications team and Pachulski. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/18/2023 | Thalassinos, Angelo | 0.4 | Participate in strategy discussion with Pachulski re: communications considerations focusing on Chapter 11 status, upcoming milestones. |
| 26 | 1/18/2023 | Thalassinos, Angelo | 0.4 | Analyze IOIs and potential bidders re: community, stakeholder support focusing on strategic communications considerations. |
| 26 | 1/18/2023 | Hardey, Samantha | 0.7 | Compile bidder, community, and stakeholder support analysis. |
| 26 | 1/18/2023 | Adeyanju, Michael | 0.4 | Participate in strategic communications discussion with Pachulski re: Chapter 11 status, sale process, and upcoming milestones. |
| 26 | 1/19/2023 | Hardey, Samantha | 0.7 | Compile bidder, community, and stakeholder support analysis. |
| 26 | 1/19/2023 | Labkoff, Nicole | 1.3 | Review strategic communications strategy re: community, stakeholder support. |
| 26 | 1/19/2023 | Adeyanju, Michael | 0.6 | Provide counsel to team members regarding community, stakeholder support exercise in relation to sales process. |
| 26 | 1/20/2023 | Hardey, Samantha | 0.4 | Continue to compile bidder, community, and stakeholder support analysis. |
| 26 | 1/20/2023 | Labkoff, Nicole | 2.7 | Continue to review community, stakeholder support exercise in relation to sales process. |
| 26 | 1/20/2023 | Adeyanju, Michael | 0.3 | Touch base with internal strategic communications team on community and stakeholder support review of bidder groups as well as review of the latest incoming bids. |
| 26 | 1/23/2023 | Hardey, Samantha | 0.8 | Conduct analysis on bidder, community, and stakeholder support. |
| 26 | 1/23/2023 | Labkoff, Nicole | 0.5 | Prepare analysis on bidder groups and latest incoming bids. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/23/2023 | Adeyanju, Michael | 0.5 | Review community/stakeholder support tied to bidders involved in the sale process. |
| 26 | 1/24/2023 | Thalassinos, Angelo | 0.2 | Review sale, bid status related to community, partner, elected official support and attendant considerations. |
| 26 | 1/24/2023 | Hardey, Samantha | 0.3 | Conduct analysis on bidding process re: bidder groups, incoming bids. |
| 26 | 1/24/2023 | Labkoff, Nicole | 1.0 | Process updates to bidder analysis re: bidder groups, bid status. |
| 26 | 1/24/2023 | Adeyanju, Michael | 0.6 | Provide additional feedback to bidder analysis re: community/stakeholder support tied to bidders involved in the sales process. |
| 26 | 1/25/2023 | Hardey, Samantha | 0.2 | Review actual bids received to update bidder, community, and stakeholder support analysis. |
| 26 | 1/25/2023 | Labkoff, Nicole | 0.5 | Provide updates to bidder analysis based on review of actual bids received. |
| 26 | 1/25/2023 | Adeyanju, Michael | 0.7 | Review and provide additional feedback on latest bidder analysis re: community/stakeholder support tied to bidders involved in the sales process. |
| 26 | 1/27/2023 | Hardey, Samantha | 0.4 | Review recent media developments about Debtor to share with internal FTI strategic communications team. |
| 26 | 1/27/2023 | Adeyanju, Michael | 0.4 | Connect with internal FTI strategic communications team to finalize bidder analysis re: community/stakeholder support tied to bidders involved in the sales process. |
| 26 | 1/29/2023 | Thalassinos, Angelo | 0.3 | Review external stakeholders, including elected official, support indicated by bidder and strategize re: engagement, outreach. |
| 26 | 1/30/2023 | Hardey, Samantha | 0.3 | Review media monitor re: recent developments on Borrego and bidding process. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 1/30/2023 | Adeyanju, Michael | 0.3 | Participate in internal strategizing session re: strategic communications strategy, bidding process. |
| **26 Total** | | | **19.0** | |
| **Grand Total** | | | **175.2** | |