# TENTATIVE RULING

## ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:        BORREGO COMMUNITY HEALTH FOUNDATION,

Number:      22-02384-LT11

Hearing:     10:00 AM  Wednesday, March 1, 2023

Motion:       MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSES FILED ON BEHALF OF MCKESSON
CORPORATION ON BEHALF OF ITSELF AND CERTAIN CORPORATE
AFFILIATES  (fr 2/22/23)


        By stipulation of the parties, this matter was continued to April 12, 2023, at
10:00 a.m. See Dkt. # 513. Appearances at the March 1, 2023, hearing are
excused.