**CSD 1001B** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Samuel R. Maizel (Bar No. 189301)
Tania M. Moyron (Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: 213-623-9300

Order Entered on
February 28, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Borrego Community Health Foundation

BANKRUPTCY NO. 22-02384-11

Debtor.

# ORDER SHORTENING TIME FOR HEARING ON

**Debtor's Motion to Approve Compromise Pursuant to Federal Rule Bankruptcy Procedure 9019**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __510__ .

//
//
//
//
//
//

DATED: February 28, 2023

Judge, United States Bankruptcy Court

**CSD 1001B**

**CSD 1001B** [07/01/18]**(Page 2)**
ORDER SHORTENING TIME FOR HEARING ON Debtor's Motion to Approve Compromise Pursuant to Federal Rule Bankruptcy Procedure 9019
DEBTOR: Borrego Community Health Foundation                          CASE NO: 22-02384-11

Upon review of the ex parte application for order shortening time for notice of hearing on the Debtor's Notice and Motion to Approve Compromise Among Debtor, Official Committee of Unsecured Creditors and California Department of Health Care Services Pursuant to Federal Rule 9019

and for good cause appearing therefore,

**It is ordered** that this Court will conduct a hearing on the Motion, and any opposition, thereto on March 1, 2023, at 10:00 a.m. in Department No. 3, Room 129 of the United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101-6991.

**It is further ordered** that the Notice of Motion and Motion must be filed and served no later than immediately upon entry of this order. Service will be deemed complete when delivered

[X]    personally, or

[X]    by electronic method, or

[X]    by first class or overnight mail, or

[X]    as provided for in the application for order shortening time.

**It is further ordered** that all opposition, if any, to the Motion must be filed and served no later than 5:00 p.m. on February 28, 2023, or orally at the hearing

**It is further ordered** that a reply, if any, to the opposition to the Motion will be heard orally at the hearing.

Opposition may include an objection that the timing of the Rule 9019 Settlement Motion materially impairs a party's ability to evaluate the settlement; such an objection must be accompanied by a substantive explanation why the settlement may be objectionable to the party.

**CSD 1001B**

Signed by Judge Laura Stuart Taylor February 28, 2023

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 22-02384-LT |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdfO1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |
| aty | + | Samuel Ruven Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5709 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Still | on behalf of Creditor California Physicians' Service dba Blue Shield of California astill@swlaw.com  kcollins@swlaw.com |
| Andrew B. Still | on behalf of Creditor Blue Shield of California Promise Health Plan astill@swlaw.com  kcollins@swlaw.com |
| Anthony Bisconti | on behalf of Interested Party San Ysidro Health tbisconti@bklwlaw.com admin@bienertkatzman.com;4579179420@filings.docketbird.com |
| Anthony Dutra | on behalf of Creditor Philip D. Szold  M.D., Inc. dba La Mesa Pediatrics adutra@hansonbridgett.com, SSingh@hansonbridgett.com |
| Bernard M. Hansen | on behalf of Creditor Premier Healthcare Management  Inc. bernardmhansen@sbcglobal.net |

Christine E. Baur
    on behalf of Creditor Greenway Health LLC christine@baurbklaw.com, admin@baurbklaw.com

Christine M. Fitzgerald
    on behalf of Creditor U.S. Department of Health and Human Services christine.fitzgerald@usdoj.gov brenda.seyler@usdoj.gov;Efile.dkt.civ@usdoj.gov

Christopher Celentino
    on behalf of Creditor Starr Indemnity & Liability Company christopher.celentino@dinsmore.com caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM

Daren Brinkman
    on behalf of Creditor Pourshirazi & Youssefi Dental Corporation firm@brinkmanlaw.com office@brinkmanlaw.com;7764052420@filings.docketbird.com

Darin L. Wessel
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass darin.wessel@doj.ca.gov

Darin L. Wessel
    on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass darin.wessel@doj.ca.gov

David Ortiz
    on behalf of United States Trustee United States Trustee david.a.ortiz@usdoj.gov USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov

David B. Golubchik
    on behalf of Ombudsman Patient Care Jacob Nathan Rubin dbg@lnbyg.com, dbg@ecf.inforuptcy.com

Dean T. Kirby, Jr.
    on behalf of Creditor Ramona Crossings LLC dkirby@fsl.law, jwilson@fsl.law

Gerald N. Sims
    on behalf of Creditor BETA Risk Management Authority jerrys@psdslaw.com bonniec@psdslaw.com

Gerald N. Sims
    on behalf of Creditor BETA Healthcare Group jerrys@psdslaw.com bonniec@psdslaw.com

H. Mark Mersel
    on behalf of Creditor AB Staffing Solutions LLC mark.mersel@bryancave.com, ginny.hamel@bryancave.com

Helen Yang
    on behalf of Interested Party Inland Empire Health Plan helen.yang@squirepb.com helen-h-yang-8259@ecf.pacerpro.com;PHX_DCKT@squirepb.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Interested Party McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey N. Pomerantz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com scho@pszjlaw.com

Kelly Ann Mai Khanh Tran
    on behalf of Creditor Anna Navarro kelly@smalllawcorp.com stefanny@smalllawcorp.com

Kenneth K. Wang
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Kenneth K. Wang
    on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Kirsten Martinez
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a/ Wells Fargo Auto kirsten.martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Leslie Gardner
    on behalf of Creditor U.S. Department of Health and Human Services leslie.gardner2@usdoj.gov brenda.seyler@usdoj.gov;Efile.dkt.civ@usdoj.gov

Michael B. Reynolds
    on behalf of Creditor Blue Shield of California Promise Health Plan mreynolds@swlaw.com kcollins@swlaw.com

Michael B. Reynolds
    on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com kcollins@swlaw.com

Michael I. Gottfried
    on behalf of Creditor Tower Energy Group Inc. mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,1648609420@filings.docketbird.com

Olivia Scott
    on behalf of Creditor AB Staffing Solutions LLC olivia.scott3@bclplaw.com, theresa.macaulay@bclplaw.com

Randye B. Soref
    on behalf of Interested Party Family Health Centers of San Diego rsoref@polsinelli.com

Shawn Christianson
    on behalf of Creditor Oracle America Inc. SII to NetSuite, Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Steve S Mattia
    on behalf of Creditor Ramin Amani steve@mattialaw.com

Susan C. Stevenson
    on behalf of Creditor BETA Healthcare Group sstevenson@psdslaw.com bonniec@psdslaw.com

Tania M. Moyron
    on behalf of Debtor BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tania M. Moyron
    on behalf of Attorney Dentons US LLP tania.moyron@dentons.com derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tania M. Moyron
    on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tanya Behnam
    on behalf of Interested Party Family Health Centers of San Diego tbehnam@polsinelli.com

Teddy Kapur
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 40