AMENDED TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:      BORREGO COMMUNITY HEALTH FOUNDATION

Number:     22-02384-LT11

Hearing:     03:00 PM  Wednesday, March 29, 2023

Motion:      HEARING SET BY COURT RE: SETTLEMENT DISPOSITION CONFERENCE RE: HHS OBJECTIONS (fr 3/1/23)

    By stipulation of the parties, this matter was continued to April 6, 2023, at 2:00 p.m..  See Dkt. # 586.  Appearances at the March 29, 2023, hearing are excused.