| | |
|---|---|
| In re<br>BORREGO COMMUNITY HEALTH FOUNDATION,<br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE NOTICE OF TRANSFER**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA

I, Sonia Zapien-Zelaya, do declare and state as follows:

    1.    I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

    2.    On April 3, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused copies of the following documents to be served on the parties attached hereto as **Exhibit A** via First Class Mail:

- *[Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket Nos. 569 and 571]*

*(Continued on Next Page)*

3. On April 3, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused copies of the following documents to be served on the parties attached hereto as **Exhibit B** via First Class Mail:

- *[Customized for Rule 3001(e)(1) or 3001(e)(3)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or 3001(e)(3) [Re Docket Nos. 572, 573, and 574]*

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of April, 2023, at El Segundo, CA.

/s/ *Sonia Zapien-Zelaya*
Sonia Zapien-Zelaya

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| CRG Financial LLC | 84 Herbert Ave. Building B, Suite 202 | | Closter | NJ | 07624 | $4,454.62 | $4,454.62 | 569 | Transferee |
| Cook Street Office, LP | P.O. Box 12920 | | Palm Desert | CA | 92255 | $4,454.62 | $4,454.62 | 569 | Transferor |
| Pioneer Funding Group, LLC | 232 W. 116th St. | P.O. Box 1735 | New York | NY | 10026 | $31,550.00 | $31,550.00 | 571 | Transferee |
| Talent Advisory Group | 24450 W 207th Street | | Spring Hill | KS | 66083 | $31,550.00 | $31,550.00 | 571 | Transferor |

In re Borrego Community Health Foundation, Case No. 22-02384 (LT)

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Funding Group, LLC | | 232 W. 116th St. | P.O. Box 1735 | New York | NY | 10026 | 91 | $32,935.00 | $32,935.00 | 572 | Transferee |
| Aghaloo, DDS, Inc. | Javad Aghaloo, DDS | 39620 Washington Street, Suite C | | Palm Desert | CA | 92211 | 91 | $32,935.00 | $32,935.00 | 572 | Transferor |
| Pioneer Funding Group, LLC | | 232 W. 116th St. | P.O. Box 1735 | New York | NY | 10026 | 92 | $30,570.00 | $30,570.00 | 573 | Transferre |
| Javad Aghaloo | | 1502 S. La Brucherie Road | | El Centro | CA | 92243 | 92 | $30,570.00 | $30,570.00 | 573 | Transferor |
| Pioneer Funding Group, LLC | | 232 W. 116th St. | P.O. Box 1735 | New York | NY | 10026 | 95 | $4,260.00 | $4,260.00 | 574 | Transferee |
| The School-Aged Gap Elimination Initiative, Inc. | Javad Aghaloo | 39620 Washington Street, Suite C | | Palm Desert | CA | 92211 | 95 | $4,260.00 | $4,260.00 | 574 | Transferor |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Sonia Zapien-Zelaya
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
424-456-8012

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Borrego Community Health Foundation,
                                    Debtor.

BANKRUPTCY NO. 22-02384

                                    Plaintiff(s)

ADVERSARY NO.

v.

                                    Defendant(s)

# PROOF OF SERVICE

I, Sonia Zapien-Zelaya am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 5, 2023, I served the following documents:

Certificate of Service by Kurtzman Carson Consultants, LLC RE Notice of Transfer

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 5, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐  Chapter 7 Trustee:

☑  For Chpt. 7, 11, & 12 cases:      ☐ For ODD numbered Chapter 13 cases:      ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE         DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com               admin@ch13.sdcoxmail.com
                                                                                  dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   April 5, 2023                     Sonia Zapien-Zelaya  /s/ Sonia Zapien-Zelaya
              (Date)                             (Typed Name and Signature)

                                                 222 N. Pacific Coast Highway, 3rd Floor
                                                 (Address)

                                                 El Segundo, CA 90245
                                                 (City, State, ZIP Code)

CSD 3010