Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
          tkapur@pszjlaw.com
          sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 22-02384-LT11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 |
| Debtor and Debtor in Possession. | **FIFTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023** |

DOCS_LA:348506.2 10283/002

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR:           Borrego Community Health Foundation
Petition Date:      September 12, 2022
Case No. 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:                         FTI Consulting, Inc.

REPRESENTING:                    Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT:** Docket No. 242

| Task Code | Category | Total Hours | Total Fees |
|:---:|---|---:|---:|
| 1 | Current Operating Results & Events | 1.2 | $ 900.00 |
| 2 | Cash & Liquidity Analysis | 19.9 | 14,925.00 |
| 6 | Asset Sales | 42.5 | 31,875.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.7 | 525.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 32.2 | 24,150.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 16.7 | 12,525.00 |
| 21 | General Meetings with Committee & Committee Counsel | 14.3 | 10,725.00 |
| 24 | Preparation of Fee Application | 15.6 | 11,700.00 |
| 25 | Travel Time | 12.0 | 9,000.00 |
| 26 | Strategic Communications | 7.7 | 5,775.00 |
| | **TOTAL** | **162.8** | **$122,100.00** |
| | Less: 50% discount for non-working travel time | | (4,500.00) |
| | **GRAND TOTAL** | **162.8** | **$117,600.00** |

2

DOCS_LA:348506.2 10283/002

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| BORREGO COMMUNITY HEALTH FOUNDATION, | ) | Case No. 22-02384 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge: Hon. Laura S. Taylor |

## **Monthly Fee Application**

FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI" or the "Firm"), submits its Fifth Monthly Fee Application for Allowance and Payment of Interim Compensation (the "Application") for the period February 1, 2023 – February 28, 2023 (the "Application Period"). In support of the Application, FTI respectfully represents as follows:

1.      FTI is the financial advisor to the Official Committee of Unsecured Creditors (the "Committee"). FTI hereby applies to the Court for allowance and payment of interim compensation for services rendered during the Application Period.

2.      FTI billed a total of $117,600.00 during the Application Period. The total fees represent 162.8 hours expended during the Application Period. These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2023 – February 28, 2023 | $117,600.00 | $1,605.41 | $119,205.41 |

3.      Accordingly, FTI seeks allowance of interim compensation in the total amount of $95,685.41 at this time. This total is comprised as follows: $94,080.00

DOCS_LA:348506.2 10283/002

3

(80% of the fees totaling $117,600.00 for services rendered), plus $1,605.41 (100% of the expenses incurred).

4.      To date, FTI has received a total of $422,580.00 in payment, which represents 80% of cumulative fees for the Firm's first, second, third and fourth monthly fee applications.

5.      Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period at the blended hourly rate approved for FTI for this Case.  Attached hereto as **Exhibit "B"** is the detailed time and expense statements for the Application Period.

6.      Attached as **Exhibit "C"** hereto is a schedule of the expense categories and total expenses in each category for the Application Period that FTI seeks reimbursement for. Attached hereto as **Exhibit "D"** are the expense records of FTI, which provide a daily summary of the expenses for which is seeking payment and an itemization thereof.

7.      The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties").  The Application was mailed by first class mail, postage prepaid, on or about April 10, 2023.  Notice of the filing of this Application was served on the Notice Parties by first class mail, postage prepaid, on or about April 10, 2023.

8.      Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten

(10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

9.    The interim compensation sought in this Application is not final.  Upon the conclusion of this Case, the Firm will seek fees and reimbursement of expenses incurred for the totality of the services rendered in this Case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, FTI respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to an in accordance with the terms of the Interim Compensation Procedures Order.

Dated: April 10, 2023

FTI CONSULTING, INC.

By */s/ Cynthia Nelson*
    Cynthia Nelson
    350 S. Grand Avenue, Suite 3000
    Los Angeles, CA 90071
    Telephone: 213-689-1200
    E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors of Borrego Community Health Foundation*

Submitted By:

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Jeffrey N. Pomerantz*
    Jeffrey N. Pomerantz

    Counsel to the Official Committee of Unsecured Creditors

5

# EXHIBIT A

**EXHIBIT A**
**Summary of Hours by Professional for Application Period**
**(February 1, 2023 – February 28, 2023)**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Bilbao, Marc | Senior Managing Director | $ 750 | 21.7 | $ 16,275.00 |
| Nelson, Cynthia A | Senior Managing Director | 750 | 7.1 | 5,325.00 |
| Zucker, Clifford | Senior Managing Director | 750 | 47.1 | 35,325.00 |
| Ganti, Narendra | Managing Director | 750 | 9.7 | 7,275.00 |
| Thalassinos, Angelo | Managing Director | 750 | 0.8 | 600.00 |
| Adeyanju, Michael | Senior Director | 750 | 3.4 | 2,550.00 |
| Gray, Michael | Senior Consultant | 750 | 41.3 | 30,975.00 |
| Labkoff, Nicole | Senior Consultant | 750 | 0.3 | 225.00 |
| Cho, Clare | Consultant | 750 | 25.9 | 19,425.00 |
| Hardey, Samantha | Consultant | 750 | 3.2 | 2,400.00 |
| Hellmund-Mora, Marili | Manager | 750 | 2.3 | 1,725.00 |
| **TOTAL** | | | **162.8** | **$122,100.00** |
| Less: 50% discount for non-working travel time | | | | (4,500.00) |
| **GRAND TOTAL** | | | **162.8** | **$117,600.00** |

# EXHIBIT B

**EXHIBIT B**
**Detailed Time Statement for Application Period**
**(February 1, 2023 – February 28, 2023)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/14/2023 | Zucker, Clifford | 0.5 | Review December monthly operating report to understand financial and operating activity. |
| 1 | 2/14/2023 | Gray, Michael | 0.7 | Review draft December MOR prior to filing to understand balance sheet status and payments. |
| **1 Total** | | | **1.2** | |
| 2 | 2/2/2023 | Zucker, Clifford | 0.4 | Review reporting package provided by Ankura re: actual cash flow results in comparison to budget for the week ending 1/27. |
| 2 | 2/7/2023 | Bilbao, Marc | 0.5 | Review latest 13-week cash flow forecast to understand Debtor's liquidity projections. |
| 2 | 2/9/2023 | Zucker, Clifford | 0.4 | Review reporting package provided by Ankura re: actual cash flow results in comparison to budget for the week ending 2/3. |
| 2 | 2/9/2023 | Gray, Michael | 0.3 | Review cash flow variance report for the week ending 2/3 provided by Ankura. |
| 2 | 2/13/2023 | Bilbao, Marc | 0.5 | Review revised 13-week cash flow provided by Ankura re: liquidity runway. |
| 2 | 2/14/2023 | Zucker, Clifford | 0.6 | Review and analysis of revised 13-week cash flow projection provided by Ankura re: liquidity runway. |
| 2 | 2/15/2023 | Bilbao, Marc | 0.7 | Review updated 13-week cash flow forecast to understand changes to key revenue and expense drivers. |
| 2 | 2/15/2023 | Gray, Michael | 0.4 | Review revised 13-week cash forecast provided by Ankura for changes to key drivers. |
| 2 | 2/15/2023 | Gray, Michael | 0.9 | Prepare analysis on revised 13-week cash forecast provided by Ankura. |
| 2 | 2/15/2023 | Gray, Michael | 0.7 | Begin to prepare draft Committee report re: revised 13-week cash flow forecast. |

| 2 | 2/16/2023 | Gray, Michael | 0.4 | Provide comments on draft bridging analysis from previous cash forecast to revised cash forecast provided by A&M. |
| 2 | 2/16/2023 | Gray, Michael | 0.3 | Conduct internal correspondence re: 13-week cash for analysis. |
| 2 | 2/16/2023 | Cho, Clare | 1.6 | Analyze updated 13-week cash flow forecast provided by Ankura. |
| 2 | 2/16/2023 | Cho, Clare | 1.9 | Conduct bridge analysis on cash flow variances for 6-week period ending 3/17/23. |
| 2 | 2/16/2023 | Cho, Clare | 1.8 | Prepare list of key follow-up diligence questions for Ankura re: revised 13-week cash flow. |
| 2 | 2/17/2023 | Zucker, Clifford | 0.4 | Review reporting package provided by Ankura re: actual cash flow results in comparison to budget for the week ending 2/10. |
| 2 | 2/17/2023 | Gray, Michael | 0.3 | Review weekly variance analysis for the week ending 2/10 provided by Ankura. |
| 2 | 2/17/2023 | Gray, Michael | 0.4 | Update bridge analysis to illustrate changes in cash flow as a result of updated forecasting. |
| 2 | 2/17/2023 | Gray, Michael | 0.8 | Update follow-up diligence questions for Ankura re: revised 13-week cash flow forecast. |
| 2 | 2/21/2023 | Zucker, Clifford | 0.5 | Review revised 13-week cash flow provided by Ankura for projection assumptions. |
| 2 | 2/21/2023 | Cho, Clare | 0.6 | Prepare analysis on total filed professional fees to understand run rates in relation to liquidity runway. |
| 2 | 2/22/2023 | Gray, Michael | 0.3 | Review follow-up answers provided by Ankura re: cash flow requests. |
| 2 | 2/22/2023 | Gray, Michael | 0.2 | Conduct correspondence with Ankura re: follow-up cash flow requests. |
| 2 | 2/22/2023 | Gray, Michael | 0.7 | Update cash flow Committee report for latest information available. |
| 2 | 2/22/2023 | Gray, Michael | 0.6 | Review latest draft of cash flow Committee report for accuracy and completeness. |
| 2 | 2/22/2023 | Cho, Clare | 2.2 | Prepare slides for Committee presentation re: cash forecast and bridge analysis. |

| | | | | |
|---|---|---|---|---|
| 2 | 2/23/2023 | Zucker, Clifford | 0.4 | Review reporting package provided by Ankura re: actual cash flow results in comparison to budget for the week ending 2/17. |
| 2 | 2/23/2023 | Ganti, Narendra | 0.4 | Review Debtor's budget to actual results for the week ending 2/17. |
| 2 | 2/24/2023 | Gray, Michael | 0.3 | Review cash flow variance report provided by Ankura for the week ending 2/17. |
| 2 | 2/27/2023 | Zucker, Clifford | 0.4 | Review comments to the draft Committee report re: revised 13-week cash flow and liquidity update. |
| **2 Total** | | | **19.9** | |
| 6 | 2/1/2023 | Nelson, Cynthia A | 1.2 | Participate in call with Debtor's advisors regarding mark-up to APA in connection with stalking horse bid. |
| 6 | 2/1/2023 | Bilbao, Marc | 1.2 | Participate in call with Debtor re: stalking horse bid. |
| 6 | 2/1/2023 | Zucker, Clifford | 0.5 | Review comments to revised stalking horse APA. |
| 6 | 2/1/2023 | Zucker, Clifford | 0.4 | Review correspondence with Pachulski re: MSA and funded losses. |
| 6 | 2/2/2023 | Nelson, Cynthia A | 0.2 | Obtain update from internal team re: stalking horse bidder designation in connection with APA. |
| 6 | 2/2/2023 | Zucker, Clifford | 0.5 | Review revised stalking horse APA. |
| 6 | 2/2/2023 | Zucker, Clifford | 0.4 | Review comments to cure cost language in APA from stalking horse. |
| 6 | 2/2/2023 | Gray, Michael | 0.3 | Review redline draft of stalking horse APA to understand updates cure claims language. |
| 6 | 2/3/2023 | Bilbao, Marc | 1.4 | Review stalking horse APA for consideration and key terms. |
| 6 | 2/3/2023 | Nelson, Cynthia A | 0.3 | Coordinate with FTI team members regarding schedule for auction and status of APA mark-up for stalking horse. |
| 6 | 2/4/2023 | Zucker, Clifford | 1.2 | Attend call with Debtor and Pachulski on bid comparisons and auction. |

DOCS_LA:348506.2 10283/002

| 6 | 2/5/2023 | Zucker, Clifford | 2.0 | Meet with Pachulski on bid comparison, cure costs, and other sale process issues. |
| 6 | 2/6/2023 | Ganti, Narendra | 0.5 | Participate in call with Committee to discuss auction updates. |
| 6 | 2/6/2023 | Zucker, Clifford | 1.5 | Meet with Pachulski to discuss bid comparisons and settlement discussions. |
| 6 | 2/6/2023 | Zucker, Clifford | 0.5 | Participate in Committee call on financial and legal updates re: sales process. |
| 6 | 2/6/2023 | Zucker, Clifford | 2.5 | Meet with parties to case on bid provisions and APAs. |
| 6 | 2/6/2023 | Zucker, Clifford | 2.0 | Meet with Debtor on bid comparisons, APA's cures. |
| 6 | 2/6/2023 | Zucker, Clifford | 0.4 | Attend call with UCC member on auction updates. |
| 6 | 2/6/2023 | Gray, Michael | 0.5 | Participate in discussion with Committee re: auction update. |
| 6 | 2/6/2023 | Bilbao, Marc | 2.9 | Attend 363 Auction meeting at Dentons Office. |
| 6 | 2/6/2023 | Bilbao, Marc | 0.5 | Attend call with Committee to discuss auction updates. |
| 6 | 2/6/2023 | Ganti, Narendra | 1.0 | Partial attendance of 363 Auction. |
| 6 | 2/6/2023 | Zucker, Clifford | 0.5 | Partial attendance of 363 Auction. |
| 6 | 2/6/2023 | Gray, Michael | 0.5 | Review draft management services agreement from stalking horse bid to understand terms and scope of services. |
| 6 | 2/6/2023 | Bilbao, Marc | 2.9 | Prepare for 363 Auction at Dentons Office. |
| 6 | 2/7/2023 | Bilbao, Marc | 0.8 | Conduct internal correspondence with FTI Team re: APA. |

| 6 | 2/7/2023 | Ganti, Narendra | 0.4 | Review updated waterfall on stalking horse bid. |
| 6 | 2/8/2023 | Zucker, Clifford | 0.6 | Review latest draft of management services agreement to understand reimbursement timing for expenses during transition. |
| 6 | 2/8/2023 | Bilbao, Marc | 0.9 | Review latest version of stalking horse APA for changes from previous iteration. |
| 6 | 2/8/2023 | Zucker, Clifford | 0.6 | Review and analysis of DAP revised APA. |
| 6 | 2/8/2023 | Ganti, Narendra | 0.5 | Participate in internal call with FTI team to discuss sale process. |
| 6 | 2/8/2023 | Zucker, Clifford | 0.7 | Review and analysis of revised APA from another bidder. |
| 6 | 2/8/2023 | Zucker, Clifford | 0.5 | Participate in internal discussion with FTI team on revised APA terms. |
| 6 | 2/8/2023 | Zucker, Clifford | 1.2 | Participate in call with Debtor and Pachulski on bid clarifications, open issues, and auction. |
| 6 | 2/8/2023 | Bilbao, Marc | 1.2 | Attend discussion with Debtor re: updates, open issues, and bid questions. |
| 6 | 2/9/2023 | Gray, Michael | 0.8 | Review latest APA received by bidder to understand changes in language and consideration. |
| 6 | 2/9/2023 | Ganti, Narendra | 0.5 | Participate in call with CRO to discuss bids, auction. |
| 6 | 2/9/2023 | Zucker, Clifford | 0.5 | Attend call with CRO on auction and sale process. |
| 6 | 2/9/2023 | Bilbao, Marc | 0.5 | Participate in call with CRO re: Auction. |
| 6 | 2/10/2023 | Nelson, Cynthia A | 0.3 | Internal correspondence to obtain an understanding of final offers submitted by bidders. |

| | | | | |
|---|---|---|---|---|
| 6 | 2/10/2023 | Zucker, Clifford | 0.8 | Review and analysis of responses and support provided by another bidder. |
| 6 | 2/10/2023 | Gray, Michael | 1.1 | Review responses from both bidders re: Debtor's board follow-ups on certain concerns. |
| 6 | 2/10/2023 | Zucker, Clifford | 1.3 | Participate in call with Debtor and Pachulski on bid responses and Auction. |
| 6 | 2/10/2023 | Bilbao, Marc | 1.3 | Participate in call with Debtor and Pachuski on Auction and BOD selection of win. |
| 6 | 2/13/2023 | Gray, Michael | 0.3 | Review correspondence with Pachulski re: auction status. |
| 6 | 2/14/2023 | Bilbao, Marc | 0.8 | Call with Pachulski on potential bidder objection and other sale process issues. |
| 6 | 2/16/2023 | Nelson, Cynthia A | 0.3 | Review media coverage related to announcement of winning bidder. |
| 6 | 2/16/2023 | Zucker, Clifford | 0.5 | Review and analysis of sale correspondence and press releases. |
| 6 | 2/28/2023 | Ganti, Narendra | 0.3 | Review tentative ruling for sale hearing. |
| **6 Total** | | | **42.5** | |
| 11 | 2/15/2023 | Bilbao, Marc | 0.7 | Attend status court hearing. |
| **11 Total** | | | **0.7** | |
| 14 | 2/1/2023 | Gray, Michael | 0.3 | Provide comments to draft cure claims analysis. |
| 14 | 2/1/2023 | Cho, Clare | 1.2 | Prepare analysis for cure costs vs. scheduled and filed claims. |

| 14 | 2/1/2023 | Cho, Clare | 0.7 | Update analysis for internal comments re: cure costs vs. scheduled/filed claims. |
| 14 | 2/2/2023 | Gray, Michael | 2.5 | Review and comment on cure claims variance analysis. |
| 14 | 2/2/2023 | Gray, Michael | 1.2 | Update cure claims variance analysis. |
| 14 | 2/2/2023 | Cho, Clare | 2.8 | Perform extensive QC of claims analysis for duplicates and accuracy re: cure costs vs. filed/scheduled claims analysis. |
| 14 | 2/3/2023 | Gray, Michael | 1.8 | Review certain scheduled and filed claims that were excluded from draft cure costs schedule. |
| 14 | 2/5/2023 | Zucker, Clifford | 0.7 | Review analysis prepared by internal team re: cure claim comparisons. |
| 14 | 2/5/2023 | Gray, Michael | 0.5 | Review cure claim variance analysis re: scheduled and filed claims in advance of distribution to internal team. |
| 14 | 2/5/2023 | Gray, Michael | 0.4 | Internal correspondence in relation to cure claim analysis to scheduled and filed claims. |
| 14 | 2/6/2023 | Cho, Clare | 0.7 | Review contract terms between Debtor and a vendor re: comparison to cure costs. |
| 14 | 2/6/2023 | Gray, Michael | 0.6 | Review data room documents to understand certain underlying contracts and agreements re: cure costs. |
| 14 | 2/6/2023 | Gray, Michael | 0.7 | Prepare summary of large filed unsecured claims to understand calculation and validity. |
| 14 | 2/6/2023 | Gray, Michael | 2.3 | Prepare analysis on estimated general unsecured claim pool under certain cure claim scenarios associated with bidders. |
| 14 | 2/6/2023 | Cho, Clare | 0.4 | Prepare analysis re: filed GUC claims over $250k. |
| 14 | 2/6/2023 | Cho, Clare | 2.3 | Prepare comparison analysis re: cure costs and filed claims with POC. |

| 14 | 2/6/2023 | Cho, Clare | 1.3 | Continue preparing comparison analysis on cure costs, scheduled/filed claims with POC. |
| 14 | 2/6/2023 | Cho, Clare | 1.4 | Continue reviewing filed claims over $250k and supporting documentation re: filed claim basis, amounts and terms. |
| 14 | 2/7/2023 | Gray, Michael | 0.3 | Begin to review summary of filed claims. |
| 14 | 2/8/2023 | Zucker, Clifford | 0.5 | Review cure cost analysis for magnitude, validity, and accuracy. |
| 14 | 2/8/2023 | Zucker, Clifford | 0.7 | Attend call with Pachulski re: claims pool analysis. |
| 14 | 2/8/2023 | Gray, Michael | 0.7 | Participate in discussion with Pachulski re: claims pool analysis. |
| 14 | 2/8/2023 | Gray, Michael | 0.6 | Refine claims pool analysis after discussion with Pachulski. |
| 14 | 2/8/2023 | Gray, Michael | 1.1 | Review contracts and POCs to assess potential lease rejection damage claims for certain landlords. |
| 14 | 2/9/2023 | Zucker, Clifford | 1.2 | Conduct a detailed review of filed vs scheduled claims. |
| 14 | 2/17/2023 | Gray, Michael | 0.6 | Update cure claims analysis re: winning bidder to assess changes from prior information. |
| 14 | 2/17/2023 | Gray, Michael | 0.8 | Provide comments on draft cure claims analysis on latest information received re: cures from winning bidder. |
| 14 | 2/17/2023 | Cho, Clare | 1.3 | Review Schedule 1.11(a) in comparison to cure costs schedule and claims. |
| 14 | 2/17/2023 | Cho, Clare | 2.6 | Prepare analysis and summary re: Schedule 1.11(a) cure costs. |

| 14 Total | | | 32.2 | |
|---|---|---|---|---|
| 18 | 2/6/2023 | Zucker, Clifford | 1.5 | Participate in discussion with State re: settlement proposal. |
| 18 | 2/7/2023 | Zucker, Clifford | 0.6 | Provide comments to mediation counter response. |
| 18 | 2/7/2023 | Gray, Michael | 1.6 | Prepare waterfall analysis to understand creditor recoveries under DHCS proposal and Committee counterproposal. |
| 18 | 2/7/2023 | Gray, Michael | 0.3 | Conduct internal correspondence in relation to DHCS settlement proposals and related waterfall analysis. |
| 18 | 2/7/2023 | Ganti, Narendra | 0.5 | Participate in call with counsel to discuss settlement agreement with DHCS. |
| 18 | 2/7/2023 | Ganti, Narendra | 0.5 | Participate in call with UCC counsel and FTI team re: waterfall and DHCS settlement. |
| 18 | 2/7/2023 | Nelson, Cynthia A | 0.5 | Participate in call with UCC counsel to discuss counter to settlement proposal from DHCS. |
| 18 | 2/7/2023 | Zucker, Clifford | 0.5 | Attend call with counsel re: DCHS redline response. |
| 18 | 2/7/2023 | Zucker, Clifford | 0.5 | Participate in call with counsel re: waterfall analysis, DHCS settlement. |
| 18 | 2/7/2023 | Bilbao, Marc | 0.5 | Participate in discussions with Committee Professionals on APA Auction next steps. |
| 18 | 2/7/2023 | Ganti, Narendra | 0.9 | Review draft versions of DHCS term sheets. |
| 18 | 2/7/2023 | Nelson, Cynthia A | 0.5 | Address waterfall of payments to various stakeholders under DHCS settlement proposal. |

| | | | | |
|---|---|---|---|---|
| 18 | 2/7/2023 | Nelson, Cynthia A | 0.3 | Review and respond to emails regarding status of sale hearing and settlement with DHCS. |
| 18 | 2/7/2023 | Gray, Michael | 0.3 | Refine language to define net sales proceeds re: settlement negotiations. |
| 18 | 2/7/2023 | Gray, Michael | 0.4 | Review settlement proposal from DHCS. |
| 18 | 2/7/2023 | Gray, Michael | 0.4 | Review draft settlement counter proposal intended to be distributed to DHCS. |
| 18 | 2/8/2023 | Zucker, Clifford | 0.6 | Review recovery analysis and related updates to estimated unsecured claims re: DHCS settlement. |
| 18 | 2/8/2023 | Zucker, Clifford | 0.3 | Review latest revisions to draft settlement term sheet prepared by Pachulski. |
| 18 | 2/8/2023 | Nelson, Cynthia A | 0.3 | Review status of settlement discussion counter to DHCS. |
| 18 | 2/10/2023 | Zucker, Clifford | 0.3 | Review latest revisions to draft settlement term sheet prepared by the Debtor. |
| 18 | 2/14/2023 | Gray, Michael | 0.3 | Review supporting analysis for distributable assets re: waterfall analysis under DHCS settlement. |
| 18 | 2/15/2023 | Zucker, Clifford | 0.5 | Review comments to admin expense schedule for DCHS re: settlement proposal. |
| 18 | 2/20/2023 | Zucker, Clifford | 0.5 | Provide comments to the latest settlement term sheet draft. |
| 18 | 2/24/2023 | Nelson, Cynthia A | 0.5 | Obtain update on settlement with DHCS and sale hearing. |
| 18 | 2/25/2023 | Ganti, Narendra | 0.5 | Review updated DHCS settlement agreement. |

| 18 | 2/27/2023 | Zucker, Clifford | 0.4 | Perform review of final term sheet to understand changes from previous draft. |
| 18 | 2/27/2023 | Bilbao, Marc | 1.0 | Review latest draft of DHCS settlement term sheet for changes to terms. |
| 18 | 2/27/2023 | Ganti, Narendra | 0.5 | Review updated settlement with DHCS. |
| 18 | 2/27/2023 | Nelson, Cynthia A | 0.2 | Obtain update on status of settlement with DHCS. |
| 18 | 2/27/2023 | Gray, Michael | 0.4 | Review presumably final term sheet re: DHCS mediation. |
| 18 | 2/28/2023 | Gray, Michael | 0.6 | Review filed 9019 settlement motion. |
| **18 Total** | | | **16.7** | |
| 21 | 2/2/2023 | Ganti, Narendra | 1.1 | Participate in call with Committee to re: sale process and mediation. |
| 21 | 2/2/2023 | Zucker, Clifford | 1.1 | Discuss financial and legal updates on sales process with the Committee. |
| 21 | 2/2/2023 | Gray, Michael | 1.1 | Participate in discussion with Committee re: status of mediation and sale process. |
| 21 | 2/2/2023 | Bilbao, Marc | 1.1 | Participate in Committee call re: updates on sales process and mediation. |
| 21 | 2/8/2023 | Ganti, Narendra | 1.0 | Attend Committee call re: updates on sale process and DHCS discussions. |
| 21 | 2/8/2023 | Nelson, Cynthia A | 1.0 | Participate in call with UCC to discuss auction and settlement updates. |

| 21 | 2/8/2023 | Zucker, Clifford | 1.0 | Attend Committee call re: financial and legal updates, status of auction. |
| 21 | 2/8/2023 | Gray, Michael | 1.0 | Participate in Committee call re: sale process and DHCS settlement updates. |
| 21 | 2/8/2023 | Bilbao, Marc | 1.0 | Participate in Committee call re: sales process, status of auction. |
| 21 | 2/8/2023 | Bilbao, Marc | 0.5 | Participate in follow up call with Committee pros re: bid questions and clarifications. |
| 21 | 2/9/2023 | Zucker, Clifford | 0.8 | Participate in call with Pachulski re: DCHS response and sale process updates. |
| 21 | 2/9/2023 | Bilbao, Marc | 0.8 | Participate in call with Pachulski re: auction and DCHS updates. |
| 21 | 2/22/2023 | Ganti, Narendra | 0.7 | Participate in call with Committee to discuss DHCS settlement, sale hearing. |
| 21 | 2/22/2023 | Nelson, Cynthia A | 0.7 | Participate in UCC call regarding case status including next steps with respect to DHCS settlement and sale hearing. |
| 21 | 2/22/2023 | Zucker, Clifford | 0.7 | Attend Committee call on financial and legal updates. |
| 21 | 2/22/2023 | Gray, Michael | 0.7 | Participate in discussion with Committee re: sale and mediation process updates. |

**21 Total**                              **14.3**

| 24 | 2/1/2023 | Hellmund-Mora, Marili | 0.6 | Prepare invoices for October, November, and December per request of the US Trustee. |
| 24 | 2/2/2023 | Hellmund-Mora, Marili | 0.5 | Prepare invoices for October, November, and December per request of the US Trustee. |

| 24 | 2/3/2023 | Hellmund-Mora, Marili | 0.6 | Prepare invoices for October, November, and December per request of the US Trustee. |
|---|---|---|---|---|
| 24 | 2/13/2023 | Gray, Michael | 2.8 | Prepare January fee application exhibits. |
| 24 | 2/14/2023 | Gray, Michael | 0.8 | Review draft January fee application for bankruptcy code compliance. |
| 24 | 2/14/2023 | Gray, Michael | 0.3 | Correspond with internal team re: January fee application. |
| 24 | 2/14/2023 | Gray, Michael | 0.9 | Prepare January fee application. |
| 24 | 2/14/2023 | Cho, Clare | 1.2 | Conduct a detailed review of the draft January fee exhibits to comply with bankruptcy guidelines. |
| 24 | 2/17/2023 | Nelson, Cynthia A | 0.5 | Review and edit January fee statement and exhibits. |
| 24 | 2/20/2023 | Gray, Michael | 0.2 | Process updates to January fee application and exhibits. |
| 24 | 2/21/2023 | Nelson, Cynthia A | 0.3 | Review and finalize January fee statement. |
| 24 | 2/21/2023 | Gray, Michael | 0.2 | Correspondence with Pachulski re: January fee application. |
| 24 | 2/22/2023 | Ganti, Narendra | 0.4 | Review fee application for January. |
| 24 | 2/22/2023 | Gray, Michael | 1.1 | Prepare interim fee application exhibits. |
| 24 | 2/23/2023 | Hellmund-Mora, Marili | 0.6 | Update and finalize the January fee application. |

| 24 | 2/24/2023 | Gray, Michael | 0.4 | Prepare January fee application invoice. |
| 24 | 2/27/2023 | Gray, Michael | 0.3 | Internal correspondence re: interim fee application. |
| 24 | 2/27/2023 | Cho, Clare | 1.0 | Prepare draft of First Interim FTI Fee Application. |
| 24 | 2/28/2023 | Gray, Michael | 1.6 | Process updates to interim fee application. |
| 24 | 2/28/2023 | Gray, Michael | 0.4 | Continue to prepare interim fee application exhibits. |
| 24 | 2/28/2023 | Cho, Clare | 0.9 | Update draft of First Interim FTI Fee Application and related exhibits. |
| **24 Total** | | | **15.6** | |
| 25 | 2/5/2023 | Zucker, Clifford | 6.0 | Travel to auction and meetings. |
| 25 | 2/7/2023 | Zucker, Clifford | 6.0 | Travel from auction and meetings. |
| **25 Total** | | | **12.0** | |
| 26 | 2/1/2023 | Hardey, Samantha | 0.1 | Monitor media for relevant news and share with counsel and team as needed. |
| 26 | 2/1/2023 | Adeyanju, Michael | 0.3 | Conduct communication by email with counsel regarding status update on sale process. |
| 26 | 2/2/2023 | Hardey, Samantha | 0.1 | Monitor media articles re: Debtor's recent media activity. |

| 26 | 2/2/2023 | Adeyanju, Michael | 0.2 | Conduct correspondence by email with counsel re: status update on sale process. |
| 26 | 2/3/2023 | Hardey, Samantha | 0.2 | Monitor media activity on Debtor and circulate to FTI strategic communications team and Pachulski. |
| 26 | 2/3/2023 | Adeyanju, Michael | 0.5 | Review Debtwire article about the sale process and draft and send email to counsel about the article and ongoing media relations strategy. |
| 26 | 2/6/2023 | Hardey, Samantha | 0.1 | Search for relevant news about Borrego Health for media clips to be shared with FTI strategic communications team and Pachulski. |
| 26 | 2/7/2023 | Hardey, Samantha | 0.1 | Review media monitor re: recent developments on Borrego and bidding process. |
| 26 | 2/8/2023 | Hardey, Samantha | 0.4 | Review recent media developments about Debtor to share with internal FTI strategic communications team. |
| 26 | 2/8/2023 | Hardey, Samantha | 0.2 | Prepare draft of statement to include in press release. |
| 26 | 2/8/2023 | Labkoff, Nicole | 0.3 | Prepare draft of media statement for the press. |
| 26 | 2/8/2023 | Adeyanju, Michael | 0.7 | Communicate with counsel and review draft holding statement on sale. |
| 26 | 2/9/2023 | Hardey, Samantha | 0.1 | Monitor media for relevant news regarding the Debtor, sales process and share with team as needed. |
| 26 | 2/10/2023 | Hardey, Samantha | 0.1 | Search for relevant news about Debtor and circulate to internal team and Pachulski. |
| 26 | 2/13/2023 | Hardey, Samantha | 0.1 | Review recent media articles and circulate same to Committee counsel. |

| 26 | 2/14/2023 | Hardey, Samantha | 0.1 | Review recent Borrego media coverage for any updates on sale process, bidders. |
|----|-----------|------------------|-----|--------------------------------------------------------------------------------|
| 26 | 2/15/2023 | Hardey, Samantha | 0.1 | Monitor media for relevant news and share with counsel and team as needed. |
| 26 | 2/16/2023 | Thalassinos, Angelo | 0.2 | Review sale process, timeline and strategize re related communications considerations. |
| 26 | 2/16/2023 | Hardey, Samantha | 0.3 | Conduct public searches to monitor media for relevant news and share with Pachulski and internal FTI team as needed. |
| 26 | 2/16/2023 | Adeyanju, Michael | 0.3 | Continue to conduct media monitoring and communicating with counsel. |
| 26 | 2/17/2023 | Adeyanju, Michael | 0.5 | Participate in call with Debtor re: strategic communications strategy moving forward. |
| 26 | 2/17/2023 | Thalassinos, Angelo | 0.3 | Develop communications strategy re sale, DHCS process ahead of March 1 sale hearing. |
| 26 | 2/17/2023 | Hardey, Samantha | 0.1 | Review and circulate relevant Borrego media stories to Committee advisors. |
| 26 | 2/20/2023 | Hardey, Samantha | 0.1 | Review relevant news developments and share with internal FTI strategic communications team and Pachulski. |
| 26 | 2/20/2023 | Hardey, Samantha | 0.2 | Prepare draft of statement to include in press release re: latest updates to sale process. |
| 26 | 2/21/2023 | Hardey, Samantha | 0.1 | Review latest media developments and articles re: Borrego Health, sales process. |
| 26 | 2/22/2023 | Hardey, Samantha | 0.1 | Monitor latest media activity on Debtor and circulate to internal FTI strategic communications team. |
| 26 | 2/23/2023 | Hardey, Samantha | 0.1 | Search for relevant news developments about Debtor to share with internal FTI strategic communications team. |

| 26 | 2/23/2023 | Hardey, Samantha | 0.2 | Update draft of statement to include in press release re: latest updates to sale process. |
|---|---|---|---|---|
| 26 | 2/23/2023 | Adeyanju, Michael | 0.5 | Review and revise draft media holding statement. |
| 26 | 2/24/2023 | Thalassinos, Angelo | 0.2 | Review and revise draft quote/media statement in preparation for potential bankruptcy court approval of sale to DAP Health. |
| 26 | 2/24/2023 | Hardey, Samantha | 0.1 | Conduct search for media developments on Debtor and share with internal FTI strategic communications team. |
| 26 | 2/24/2023 | Adeyanju, Michael | 0.2 | Review and finalize media holding statement. |
| 26 | 2/27/2023 | Hardey, Samantha | 0.1 | Monitor media for relevant news articles and share with counsel and internal FTI team. |
| 26 | 2/28/2023 | Thalassinos, Angelo | 0.1 | Review committee communication re: anticipated sale, settlement approval. |
| 26 | 2/28/2023 | Hardey, Samantha | 0.1 | Review media monitor re: recent developments on Borrego and sale process. |
| 26 | 2/28/2023 | Adeyanju, Michael | 0.2 | Participate in call with Debtor to provide communication strategy updates. |
| **26 Total** | | | **7.7** | |
| **Grand Total** | | | **162.8** | |

# EXHIBIT C

**EXHIBIT C**
**Summary Of Expenses**
**(February 1, 2023 – February 28, 2023)**

| Expense Type | Amount |
|---|---|
| Airfare | $ 727.80 |
| Lodging | 570.40 |
| Transportation | 307.21 |
| **Total** | **$1,605.41** |

# EXHIBIT D

**EXHIBIT D**
**Detailed Expense Statement for Application Period**
**(February 1, 2023 – February 28, 2023)**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/07/23 | Zucker, Clifford | Airfare | Airfare for economy class ticket between EWR - LAX for 2/5/2023 to 2/7/2023 to attend 363 Auction. | $727.80 |
| | | **Airfare Total** | | **$727.80** |
| 02/07/23 | Zucker, Clifford | Lodging | Lodging for 2/5/2023 through 2/7/2023 while attending 363 Auction. | 552.40 |
| 02/07/23 | Zucker, Clifford | Lodging | Tips for hotel staff at lodging while attending 363 Auction. | 18.00 |
| | | **Lodging Total** | | **$570.40** |
| 02/05/23 | Zucker, Clifford | Transportation | Uber from hotel to Denton's office while attending 363 Auction. | 57.23 |
| 02/05/23 | Zucker, Clifford | Transportation | Uber from home to airport to attend 363 Auction. | 60.00 |
| 02/06/23 | Bilbao, Marc | Transportation | Parking at Denton's office for 363 Auction. | 47.75 |
| 02/07/23 | Zucker, Clifford | Transportation | Uber from hotel to airport after attending 363 Auction. | 72.23 |
| 02/07/23 | Zucker, Clifford | Transportation | Uber from airport to home after attending 363 Auction. | 70.00 |
| | | **Transportation Total** | | **$307.21** |
| | | **Grand Total** | | **$1,605.41** |