**COOK STREET OFFICE LP**
41-865 Boardwalk, Suite 101
Palm Desert, CA 92211
760.346.9000 - Phone
760.346.9997 - Fax

April 19, 2023

US Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101

```
      ✓ FILED
      __ ENTERED
      __ LODGED
      __ RECEIVED

      APR 2 4 2023

   CLERK, U.S. BANKRUPTCY COURT
   SOUTHERN DISTRICT OF CALIFORNIA
BY LL                       DEPUTY
```

**RE: Borrego Community Health Foundation**
    **Case #22-02384-11 – Chapter 11 Case**

To whom it may concern,

In reference to the notice, filing of transfer of claim pursuant to federal rule of bankruptcy procedure 3001 (e) (1) or (3), please accept this letter as our objection to the transfer of the claim for Borrego Community Health Foundation, Case #22-02384-11 in the amount of $4,464.62.

Per the email to you on March 28, 2023, Albert Management's Property Manager received a check in the amount of $668.19 for the Borrego Community Health Foundation bankruptcy case. As mentioned, she misunderstood the documentation assuming Cook Street Office LP would collect $3,786.43.

Any settlement needs to be signed by an authorized general partner of the ownership, specifically myself, John Bertram. Therefore, the agreement to which she signed is not legally valid. Cook Street Office LP has no intention to settle on this amount of $4,454.62 owed by Borrego Community Health Foundation for their offices at 41865 Boardwalk, Palm Desert.

Sincerely,
John Bertram
Managing Member

DocuSigned by:
*John Bertram*  4/20/2023
2C5845957E63453...