Alexandre Ian Cornelius (SBN 213958)
CORNELIUS & KASENDORF, APC
23801 Calabasas Rd., Suite 100
Calabasas, CA 91302
Telephone: (818) 835-9159
Facsimile: (818) 396-3160
Email: cornelius@thecalaw.com

Limited Appearance for Purpose of Objecting to Motion Attorneys for DRC Citrus Office, LP

FILED
2023 APR 26 PM 3:56
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPCTY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re

BORREGO COMMUNITY HEALTH FOUNDATION

Debtor and Debtor in Possession.

Case No. 22-02384-LT11

LIMITED OBJECTION/CLARIFICATIONS TO MOTION TO REJECT LEASES

**Hearing**

Date: May 16, 2023
Time: 10:00 a.m.
Location: Department 3

DRC Citrus Office, LP, a Delaware limited partnership, a creditor/lessor in the above-captioned bankruptcy case hereby files its limited objection/clarifications to the Debtor's Motion to Reject Leases (Docket No. 612):

The unexpired leases as issue are for the properties located at:

1700 Iowa Ave, Suites 280 and 290, Riverside, California 92507; and

1600 Iowa Ave, Suites 210, 220, and 250, Riverside, California 92507 (collectively, the "Premises").

1
LIMITED OBJECTION TO MOTION TO REJECT LEASES

Contrary to the Motion, the Premises have not been surrendered to the Lessor. The Debtor is still in possession of the same. As a consequence of the same, the Debtor should be required to pay rent as an administrative expense through the date of any order granting the Motion or, at a minimum, through May 1, 2023.

It is also requested, that the Debtor be required to surrender all keys, fobs and other access keys or devices for the Premises.

Respectfully submitted.

Dated: April 26, 2023

By: _____
Alexander Ian Cornelius
CORNELIUS & KASENDORF, APC
Attorney for DRC Citrus Office, LP