CSD 3011 [07/01/18]
Name, Address, Telephone No. & I.D. No.
Ali M. M. Mojdehi (SBN 123846) | Allison M. Rego (SBN 272840)
Barnes & Thornburg LLP
655 West Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5000

Order Entered on
April 27, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Borrego Community Health Foundation

Debtor

BANKRUPTCY NO. 22-02384

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

## SUBSTITUTION OF ATTORNEY
## AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages.

//

//

//

//

DATED: April 27, 2023

Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [07/01/18](Page 2)
ORDER ON SUBSTITUTION OF ATTORNEY AND ORDER THEREON
DEBTOR: Borrego Community Health Foundation

CASE NO.: 22-02384
ADV. NO.:

1. The name of the party making this Substitution of Attorney is: Premier Healthcare Management, Inc.

2. The Present Attorney is substituted out as attorney or record.
   Specify name of Present Attorney: Stephen J. Fitch

3. In place and stead of the Present Attorney, the Party's new legal representative will be:
   ☑ New Attorney    ☐ Party representing self.

4. The name, address and telephone number of the New Attorney are:
   Attorney Name: Ali M. M. Mojdehi          State Bar Number: 123846
   Address: 655 West Broadway, Suite 1300
            San Diego, CA  92101
   Telephone: (619) 321-5000         Facsimile: (310) 284-3894
   E-Mail (Optional): amojdehi@btlaw.com

5. New Attorney hereby appears in the following matters:  ☑ Bankruptcy Case   ☐ The above Adversary Proceeding

I consent to this substitution.

Dated: April 10, 2023

Signature of Party

Type Name of Party: Premier Healthcare Management, Inc.

I consent to this substitution.

Dated: April 10, 2023

Signature of Present Attorney

Type Name of Present Attorney: Stephen J. Fitch

I consent to this substitution. I am duly admitted to practice in this district.

Dated: April 11, 2023

Signature of New Attorney

Type Name of New Attorney: Ali M. M. Mojdehi

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011

Signed by Judge Laura Stuart Taylor April 27, 2023