# TENTATIVE RULING

## ISSUED BY JUDGE LAURA S. TAYLOR

| | |
|---|---|
| Bankruptcy Case Name: | BORREGO COMMUNITY HEALTH FOUNDATION, |
| Bankruptcy Number: | 22-02384-LT11 |
| Hearing: | 05/02/2023 10:00 AM |
| Motion: | FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: PACHULSKI STANG ZIEHL & JONES |

The Court reviewed the first interim application for fees and costs of Pachulski Stang Ziehl & Jones ("Firm") dated April 4, 2023, (the "Application") and finds it appropriate as to form and content. The Court reviewed the Docket and determined that no opposition was filed. Therefore, the Court grants the Application and awards interim fees and costs as follows:

Fees for period September 30, 2022, through January 31, 2023: $276,106.50

Fees for period September 30, 2022, through January 31, 2023: $3,842.50

The Court thanks the Firm for its work on behalf of the Official Committee of Unsecured Creditors. Attendance at the hearing scheduled for May 2, 2023, at 10:00 a.m. is excused, and the Firm may submit its order forthwith.