CSD 1144 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted Pro Hac Vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Order Entered on
May 2, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

BANKRUPTCY NO. 22-02384-11

Date of Hearing: May 2, 2023
Time of Hearing: 10:00 am
Name of Judge: Hon. Laura S. Taylor

## ORDER APPROVING ☒ INTERIM ☐ FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The court orders as set forth on the continuation pages attached and numbered 1 through 2 with exhibits, if any, for a total of 2 pages. Motion Docket Entry No. 599.

//
//
//
//
//
//

DATED: May 2, 2023

Judge, United States Bankruptcy Court

CSD 1144

CSD 1144 [07/01/18] **(Page 2)**
ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
DEBTOR: Borrego Community Health Foundation                              CASE NO:22-02384-11

The ☒ interim ☐ final application for allowance of compensation and reimbursement of expenses of the party or parties named below came on regularly for hearing on the above date and time, the Honorable <u>Laura S. Taylor</u>, United States Bankruptcy Judge, presiding.

It appearing that proper notice was given and the Court having considered the application and papers filed in support thereof, and for good cause appearing therefor,

**It is hereby ordered** as follows:

1. The following interim fees and expenses for the period beginning <u>September 30, 2022</u> and ending <u>January 31, 2023</u> are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>: Pachulski Stang Ziehl & Jones LLP
(Include state bar number, if any, and type of professional)

|        | Amount Requested | Allowed     | Authorized for Payment |
|--------|------------------|-------------|------------------------|
| Fees:  | $ 276,106.50     | $ 276,106.50 | $ 276,106.50          |
| Costs: | $ 3,842.50       | $ 3,842.50  | $ 3,842.50             |
| Totals:| $ 279,949.00     | $ 279,949.00 | $ 279,949.00          |

2. The following interim fees and expenses were previously allowed but not authorized for payment and are now allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|        | Authorized for Payment |
|--------|------------------------|
| Fees:  | $                      |
| Costs: | $                      |
| Totals:| $                      |

3. The following final fees and expenses are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|        | Allowed and Authorized for Payment |
|--------|------------------------------------|
| Fees:  | $                                  |
| Costs: | $                                  |
| Totals:| $                                  |

The trustee is authorized to pay _____, without the need of an additional notice, hearing or court order, the actual amount accrued not to exceed $ _____ for compensation and costs of any miscellaneous work performed in connection with closing this case, subject to the trustee's review and approval of the additional fees and costs.

Payment of all fees and expenses will be made at the discretion of the trustee, if one has been appointed.

All fees and costs allowed by this order may be subject to disgorgement.

CSD 1144

Signed by Judge Laura Stuart Taylor May 2, 2023

United States Bankruptcy Court
Southern District of California

In re:  Case No. 22-02384-LT
BORREGO COMMUNITY HEALTH FOUNDATION,  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 3
Date Rcvd: May 02, 2023      Form ID: pdfO9      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |
| aty | + | Samuel Ruven Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5709 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

**Name**      **Email Address**

Ali Mojdehi
     on behalf of Creditor Premier Healthcare Management Inc. amojdehi@btlaw.com,
     jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com

Ali Mojdehi
     on behalf of Creditor Promenade Square LLC amojdehi@btlaw.com,
     jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com

Ali Mojdehi
     on behalf of Creditor DRP Holdings LLC amojdehi@btlaw.com,
     jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com

Ali Mojdehi
     on behalf of Creditor Inland Valley Investments LLC amojdehi@btlaw.com,
     jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com

Andrew B. Still

Andrew B. Still
    on behalf of Creditor California Physicians' Service dba Blue Shield of California astill@swlaw.com  kcollins@swlaw.com

    on behalf of Creditor Blue Shield of California Promise Health Plan astill@swlaw.com  kcollins@swlaw.com

Anthony Bisconti
    on behalf of Interested Party San Ysidro Health tbisconti@bklwlaw.com admin@bienertkatzman.com;4579179420@filings.docketbird.com

Anthony Dutra
    on behalf of Creditor Desert AIDS Project dba DAP Health adutra@hansonbridgett.com  SSingh@hansonbridgett.com

Anthony Dutra
    on behalf of Creditor Philip D. Szold  M.D., Inc. dba La Mesa Pediatrics adutra@hansonbridgett.com, SSingh@hansonbridgett.com

Bernard M. Hansen
    on behalf of Creditor Premier Healthcare Management  Inc. bernardmhansen@sbcglobal.net

Cheryl Skigin
    on behalf of Creditor Ally Bank   ca.ecf@aislegaltrac.com

Christine E. Baur
    on behalf of Creditor Greenway Health  LLC christine@baurbklaw.com, admin@baurbklaw.com

Christine M. Fitzgerald
    on behalf of Attorney Christine M. Fitzgerald christine@thersfirm.com  maria@thersfirm.com;amy@thersfirm.com

Daren Brinkman
    on behalf of Creditor Pourshirazi & Youssefi Dental Corporation firm@brinkmanlaw.com office@brinkmanlaw.com;7764052420@filings.docketbird.com

Darin L. Wessel
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES   by and through its Director, Michelle Baass darin.wessel@doj.ca.gov

Darin L. Wessel
    on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES   by and through its Director, Michelle Baass darin.wessel@doj.ca.gov

David Ortiz
    on behalf of United States Trustee United States Trustee david.a.ortiz@usdoj.gov USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov

David B. Golubchik
    on behalf of Ombudsman  Patient Care Jacob Nathan Rubin dbg@lnbyg.com, dbg@ecf.inforuptcy.com

Dean T. Kirby, Jr.
    on behalf of Creditor Ramona Crossings  LLC dkirby@fsl.law, jwilson@fsl.law

Gerald N. Sims
    on behalf of Creditor BETA Risk Management Authority jerrys@psdslaw.com  bonniec@psdslaw.com

Gerald N. Sims
    on behalf of Creditor BETA Healthcare Group jerrys@psdslaw.com  bonniec@psdslaw.com

H. Mark Mersel
    on behalf of Creditor AB Staffing Solutions  LLC mark.mersel@bryancave.com, ginny.hamel@bryancave.com

Haeji Hong
    on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Helen Yang
    on behalf of Interested Party Inland Empire Health Plan helen.yang@squirepb.com helen-h-yang-8259@ecf.pacerpro.com;PHX_DCKT@squirepb.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Interested Party McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey N. Pomerantz
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP jpomerantz@pszjlaw.com  scho@pszjlaw.com

Jeffrey N. Pomerantz
    on behalf of Other Prof. FTI Consulting  Inc. jpomerantz@pszjlaw.com, scho@pszjlaw.com

Jeffrey N. Pomerantz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation

jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com scho@pszjlaw.com

Kelly Ann Mai Khanh Tran
on behalf of Creditor Anna Navarro kelly@smalllawcorp.com emma@smalllawcorp.com

Kenneth K. Wang
on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Kenneth K. Wang
on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Kirsten Martinez
on behalf of Creditor Wells Fargo Bank N.A., d/b/a/ Wells Fargo Auto kirsten.martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Leslie Gardner
on behalf of Creditor U.S. Department of Health and Human Services leslie.gardner2@usdoj.gov brenda.seyler@usdoj.gov;Efile.dkt.civ@usdoj.gov

Michael B. Reynolds
on behalf of Creditor Blue Shield of California Promise Health Plan mreynolds@swlaw.com kcollins@swlaw.com

Michael B. Reynolds
on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com kcollins@swlaw.com

Michael I. Gottfried
on behalf of Creditor Tower Energy Group Inc. mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,1648609420@filings.docketbird.com

Olivia Scott
on behalf of Creditor AB Staffing Solutions LLC olivia.scott3@bclplaw.com, theresa.macaulay@bclplaw.com

Randye B. Soref
on behalf of Interested Party Family Health Centers of San Diego rsoref@polsinelli.com

Shawn Christianson
on behalf of Creditor Oracle America Inc. SII to NetSuite, Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Steve S Mattia
on behalf of Creditor Ramin Amani steve@mattialaw.com

Susan C. Stevenson
on behalf of Creditor BETA Healthcare Group sstevenson@psdslaw.com bonniec@psdslaw.com

Tania M. Moyron
on behalf of Debtor BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tania M. Moyron
on behalf of Attorney Dentons US LLP tania.moyron@dentons.com derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tania M. Moyron
on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Teddy Kapur
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com

United States Trustee
ustp.region15@usdoj.gov

Van C. Durrer, II
on behalf of Attorney Skadden Arps, Slate, Meagher & Flom LLP van.durrer@skadden.com, rebecca.ritchie@skadden.com;andrea.bates@skadden.com;brigitte.travaglini@skadden.com

TOTAL: 48