# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/22/2023 |
| Case: 22–02384–LT11 | Form ID: pdfO9 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Tania M. Moyron    tania.moyron@dentons.com

                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    BORREGO COMMUNITY HEALTH FOUNDATION,    587 Palm Canyon Dr.    Suite 208    Borrego Springs, CA 92004
aty    Samuel Ruven Maizel    Dentons US LLP    601 South Figueroa Street    Suite 2500    Los Angeles, CA 90017

                              TOTAL: 2