UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Jonathan J. Thomson, do declare and state as follows:

    1.    I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

    2.    On June 6, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served via Email upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

1

- *Seventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance and Payment of Interim Compensation for the Period April 1, 2023 Through April 30, 2023* [Docket No. 738]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 13th day of June, 2023, at El Segundo, CA.

/s/ *Jonathan J. Thomson*
Jonathan J. Thomson

# EXHIBIT A

Exhibit A
Fee App Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Barnes & Thornburg LLP | Ali M. M. Mojdehi | amojdehi@btlaw.com |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | tbisconti@bklwlaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for the Debtor and Debtor in Possession | Dentons US LLP | Samuel R Maizel & Tania M Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | dkirby@fsl.law |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics, Desert AIDS Project, Inc. dba DAP | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Counsel for Waleed Stephan, D.D.S., W.A. Stephan, a Dental Corporation, Marcelo G. Toledo, D.D.S. and Marcelo Toledo D.D.S., Inc. | Keith H. Rutman | | krutman@krutmanlaw.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | Darin.Wessel@doj.ca.gov |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner and Randy S. Grossman | leslie.gardner2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref | rsoref@polsinelli.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com; office@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | jerrys@psdslaw.com; sstevenson@psdslaw.com |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | helen.yang@squirepb.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | kelly.singer@squirepb.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |

# EXHIBIT B

Exhibit B
Fee App Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank, c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, XXXXXXXX5851, XXXXXX9419 | Oklahoma City | OK | 73118 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Barnes & Thornburg LLP | Ali M. M. Mojdehi | 655 West Broadway, Suite 1300 | | San Diego | CA | 92101 |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | 360 E. 2nd Street, Suite 625 | | Los Angeles | CA | 90012 |
| Debtor and Debtor in Possession | Borrego Community Health Foundation | | 655 Palm Canyon Dr | | Borrego Springs | CA | 92004 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | 2 North Central Avenue, Suite 2100 | | Phoenix | AZ | 85004 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | 1920 Main Street, Suite 1000 | | Irvine | CA | 92614-7276 |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | 18400 Von Karman Ave., Suite 800 | | Irvine | CA | 92612 |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | 444 West C Street | Suite 1750 | San Diego | CA | 92101 |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | 4301 W. Boy Scout Blvd. | Suite 800 | Tampa | FL | 33607 |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics, Desert AIDS Project, Inc. dba DAP | Hanson Bridgett LLP | Anthony J. Dutra | 425 Market Street, 26th Floor | | San Francisco | CA | 94105 |
| Counsel for Waleed Stephan, D.D.S., W.A. Stephan, a Dental Corporation, Marcelo G. Toledo, D.D.S. and Marcelo Toledo D.D.S., Inc. | Keith H. Rutman | | 501 West Broadway, Ste 1650 | | San Diego | CA | 92101-3541 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | 3775 Seaport Blvd. | | West Sacramento | CA | 95691 |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | 1210 S. Brookhurst St. | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | 600 West Broadway, Suite 1800 | P.O. Box 85266 | San Diego | CA | 92186-5266 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner and Randy S. Grossman | 880 Front Street, Room 6293 | | San Diego | CA | 92101-8893 |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | 10100 Santa Monica Blvd., 13th Floor | | Los Angeles | CA | 90067-4100 |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 1 of 2

**Exhibit B**
**Fee App Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | 543 Country Club Drive, Suite B | | Wood Ranch | CA | 93065 |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr. | Suite 120 | Lake Elsinore | CA | 92532 |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | 1620 Fifth Avenue, Suite 400 | | San Diego | CA | 92101 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | 501 W. Broadway, Suite 1360 | | San Diego | CA | 92101 |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | 600 Anton Blvd, Suite 1400 | | Costa Mesa | CA | 92626-7689 |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | 555 South Flower Street, 31st Floor | | Los Angeles | CA | 90071 |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | 2325 E. Camelback Road, Suite 700 | | Phoenix | AZ | 85016 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Haeji Hong | 880 Front Street, Third Floor, Suite 3230 | | San Diego | CA | 92101 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | 950 Civic Center Dr. | Suite B | Vista | CA | 92083 |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 2534 Mankas Corner Rd. | | Fairfield | CA | 94534 |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | 1444 Main Street | #581 | Ramona | CA | 92065 |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| | Debtor. | BANKRUPTCY NO. |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendant(s) | |

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐ Chapter 7 Trustee:

   ☐ For Chpt. 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☐ For ODD numbered Chapter 13 cases:
   THOMAS H. BILLINGSLEA, JR., TRUSTEE
   Billingslea@thb.coxatwork.com

   ☐ For EVEN numbered Chapter 13 cases:
   DAVID L. SKELTON, TRUSTEE
   admin@ch13.sdcoxmail.com
   dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____        _____
              (Date)                       (Typed Name and Signature)

                                           _____
                                           (Address)

                                           _____
                                           (City, State, ZIP Code)

CSD 3010