CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SAMUEL R. MAIZEL (Bar No. 189301)
TANIA M. MOYRON (Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone 213-623-9300

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BORREGO COMMUNITY HEALTH FOUNDATION

BANKRUPTCY NO. 22-02384-11

Tax I.D.(EIN)#: 33-0440021   /S.S.#:XXX-XX–_____   Debtor.

**NOTICE OF HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on July 27, 2023, at 9:30 a.m., in Department 3, Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Debtor, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of ☐ interim ☐ final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☑ Other [specify the nature of the matter]:

Motion for Entry of an Order Amending Key Employee Incentive Plan; Declaration of Isaac Lee in Support Thereof [Dkt No. 767].

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: July 5, 2023                         /s/ Tania M. Moyron
                                            [Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jonathan J. Thomson
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
424-445-9400

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Borrego Community Health Foundation,
                                                Debtor.

BANKRUPTCY NO. 22-02384

                                                Plaintiff(s)

ADVERSARY NO.

v.

                                                Defendant(s)

# PROOF OF SERVICE

I, Jonathan J. Thomson, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On June 29, 2023, I served the following documents:

Notice of Hearing and Motion re: Motion for Entry of an Order Amending Key Employee Incentive Plan; Declaration of Isaac Lee in Support Thereof

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 29, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐   Chapter 7 Trustee:

    ☑   For Chpt. 7, 11, & 12 cases:           ☐ For ODD numbered Chapter 13 cases:      ☐ For EVEN numbered Chapter 13 cases:
        UNITED STATES TRUSTEE                     THOMAS H. BILLINGSLEA, JR., TRUSTEE            DAVID L. SKELTON, TRUSTEE
        ustp.region15@usdoj.gov                   Billingslea@thb.coxatwork.com                  admin@ch13.sdcoxmail.com
                                                                                                 dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On  June 29, 2023  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  June 29, 2023  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  June 29, 2023           Jonathan J. Thomson /s/ Jonathan J. Thomson
         (Date)                         (Typed Name and Signature)

                                      222 N. Pacific Coast Highway, 3rd Floor
                                         (Address)

                                      El Segundo, CA 90245
                                         (City, State, ZIP Code)

CSD 3010

**NEF Service List**

| CreditorName | Email |
|---|---|
| Christine E. Baur on behalf of Creditor Greenway Health, LLC | christine@baurbklaw.com; admin@baurbklaw.com |
| Anthony Bisconti on behalf of Interested Party San Ysidro Health | tbisconti@bklwlaw.com; admin@bienertkatzman.com; 4579179420@filings.docketbird.com |
| Daren Brinkman on behalf of Creditor Pourshirazi & Youssefi Dental Corporation | firm@brinkmanlaw.com; office@brinkmanlaw.com; 7764052420@filings.docketbird.com |
| Shawn Christianson on behalf of Creditor Oracle America, Inc. SII to NetSuite, Inc. | schristianson@buchalter.com; cmcintire@buchalter.com |
| Van C. Durrer, II on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP | van.durrer@skadden.com; rebecca.ritchie@skadden.com; andrea.bates@skadden.com; brigitte.travaglini@skadden.com |
| Anthony Dutra on behalf of Creditor Desert AIDS Project dba DAP Health | adutra@hansonbridgett.com; SSingh@hansonbridgett.com |
| Anthony Dutra on behalf of Creditor Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | adutra@hansonbridgett.com; SSingh@hansonbridgett.com |
| Christine M. Fitzgerald on behalf of Attorney Christine M. Fitzgerald | christine@thersfirm.com; maria@thersfirm.com; amy@thersfirm.com |
| Leslie Gardner on behalf of Creditor U.S. Department of Health and Human Services | leslie.gardner2@usdoj.gov; brenda.seyler@usdoj.gov; Efile.dkt.civ@usdoj.gov |
| Jeffrey Garfinkle on behalf of Creditor McKesson Corporation, on behalf of itself and certain corporate affiliates | jgarfinkle@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com |
| Jeffrey Garfinkle on behalf of Interested Party McKesson Corporation | jgarfinkle@buchalter.com; lverstegen@buchalter.com; docket@buchalter.com |
| David B. Golubchik on behalf of Ombudsman, Patient Care Jacob Nathan Rubin | dbg@lnbyg.com; dbg@ecf.inforuptcy.com |
| Michael I. Gottfried on behalf of Creditor Tower Energy Group, Inc. | mgottfried@elkinskalt.com; rzur@elkinskalt.com; cavila@elkinskalt.com; 1648609420@filings.docketbird.com |
| Bernard M. Hansen on behalf of Creditor Premier Healthcare Management, Inc. | bernardmhansen@sbcglobal.net |
| Haeji Hong on behalf of United States Trustee United States Trustee | Haeji.Hong@usdoj.gov; USTP.Region15@usdoj.gov; tiffany.l.carroll@usdoj.gov |
| Teddy Kapur on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation | tkapur@pszjlaw.com; jpomerantz@pszjlaw.com; sgolden@pszjlaw.com |
| Dean T. Kirby, Jr. on behalf of Creditor Ramona Crossings, LLC | dkirby@fsl.law; jwilson@fsl.law |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

**NEF Service List**

| CreditorName | Email |
|---|---|
| Kirsten Martinez on behalf of Creditor Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Auto | kirsten.martinez@bonialpc.com; Notices.Bonial@ecf.courtdrive.com |
| Steve S Mattia on behalf of Creditor Ramin Amani | steve@mattialaw.com |
| H. Mark Mersel on behalf of Creditor AB Staffing Solutions, LLC | mark.mersel@bryancave.com; ginny.hamel@bryancave.com |
| Ali Mojdehi on behalf of Creditor DRP Holdings, LLC | amojdehi@btlaw.com; jgertz@btlaw.com; arego@btlaw.com; melissa.turpin@btlaw.com; docketinglitin@btlaw.com |
| Ali Mojdehi on behalf of Creditor Inland Valley Investments, LLC | amojdehi@btlaw.com; jgertz@btlaw.com; arego@btlaw.com; melissa.turpin@btlaw.com; docketinglitin@btlaw.com |
| Ali Mojdehi on behalf of Creditor Premier Healthcare Management, Inc. | amojdehi@btlaw.com; jgertz@btlaw.com; arego@btlaw.com; melissa.turpin@btlaw.com; docketinglitin@btlaw.com |
| Ali Mojdehi on behalf of Creditor Promenade Square, LLC | amojdehi@btlaw.com; jgertz@btlaw.com; arego@btlaw.com; melissa.turpin@btlaw.com; docketinglitin@btlaw.com |
| Tania M. Moyron on behalf of Attorney Dentons US LLP | tania.moyron@dentons.com; derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Tania M. Moyron on behalf of Debtor BORREGO COMMUNITY HEALTH FOUNDATION, | tania.moyron@dentons.com; derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Tania M. Moyron on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION, | tania.moyron@dentons.com; derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Jeffrey N. Pomerantz on behalf of Attorney Pachulski Stang Ziehl & Jones LLP | jpomerantz@pszjlaw.com; scho@pszjlaw.com |
| Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com; scho@pszjlaw.com |
| Jeffrey N. Pomerantz on behalf of Other Prof. FTI Consulting, Inc. | jpomerantz@pszjlaw.com; scho@pszjlaw.com |
| Michael B. Reynolds on behalf of Creditor Blue Shield of California Promise Health Plan | mreynolds@swlaw.com; kcollins@swlaw.com |
| Michael B. Reynolds on behalf of Creditor California Physicians' Service dba Blue Shield of California | mreynolds@swlaw.com; kcollins@swlaw.com |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

**NEF Service List**

| CreditorName | Email |
| --- | --- |
| Keith H. Rutman on behalf of Creditor Waleed Stephen, D.D.S. | krutman@krutmanlaw.com |
| Olivia Scott on behalf of Creditor AB Staffing Solutions, LLC | olivia.scott3@bclplaw.com; theresa.macaulay@bclplaw.com |
| Gerald N. Sims on behalf of Creditor BETA Healthcare Group | jerrys@psdslaw.com; bonniec@psdslaw.com |
| Gerald N. Sims on behalf of Creditor BETA Risk Management Authority | jerrys@psdslaw.com; bonniec@psdslaw.com |
| Cheryl Skigin on behalf of Creditor Ally Bank | caskigin@earthlink.net; ca.ecf@aislegaltrac.com |
| Randye B. Soref on behalf of Interested Party Family Health Centers of San Diego | rsoref@polsinelli.com |
| Susan C. Stevenson on behalf of Creditor BETA Healthcare Group | sstevenson@psdslaw.com; bonniec@psdslaw.com |
| Andrew B. Still on behalf of Creditor Blue Shield of California Promise Health Plan | astill@swlaw.com; kcollins@swlaw.com |
| Andrew B. Still on behalf of Creditor California Physicians' Service dba Blue Shield of California | astill@swlaw.com; kcollins@swlaw.com |
| Kelly Ann Mai Khanh Tran on behalf of Creditor Anna Navarro | kelly@smalllawcorp.com; emma@smalllawcorp.com |
| United States Trustee | ustp.region15@usdoj.gov |
| Kenneth K. Wang on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass | kenneth.wang@doj.ca.gov |
| Kenneth K. Wang on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass | kenneth.wang@doj.ca.gov |
| Darin L. Wessel on behalf of Creditor CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass | darin.wessel@doj.ca.gov |
| Darin L. Wessel on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass | darin.wessel@doj.ca.gov |
| Helen Yang on behalf of Interested Party Inland Empire Health Plan | helen.yang@squirepb.com; helen-h-yang-8259@ecf.pacerpro.com; PHX_DCKT@squirepb.com |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

First Class Mail Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, XXXXXXXX5851, XXXXXX9419 | Oklahoma City | OK | 73118 |
| Secured Creditors | Ally Auto | | PO Box 78369 | | Phoenix | AZ | 85062-8369 |
| Secured Creditors | Ally Auto | | 6716 Grade Lane | Building No 9, Suite 910 | Louisville | KY | 40213 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Barnes & Thornburg LLP | Ali M. M. Mojdehi | 655 West Broadway, Suite 1300 | | San Diego | CA | 92101 |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | 360 E. 2nd Street, Suite 625 | | Los Angeles | CA | 90012 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | 2 North Central Avenue, Suite 2100 | | Phoenix | AZ | 85004 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | 1920 Main Street, Suite 1000 | | Irvine | CA | 92614-7276 |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | 18400 Von Karman Ave., Suite 800 | | Irvine | CA | 92612 |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 |
| California Department of Industrial Relations | CA Department of Industrial Relations | Labor Law Enforcement | 1550 West Main Street | | El Centro | CA | 92243-2105 |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | PO Box 997377, MS 0500 | | Sacramento | CA | 95899-7377 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Special Operations Bankruptcy Team, MIC 74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 |
| California Division of Labor Standards Enforcement | CA Division of Labor Standards Enforcement | | 7575 Metropolitan Drive, Ste 210 | | San Diego | CA | 92108-4424 |
| California Employment Development Department | CA Employment Development Department | Bankruptcy Unit, MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| California Employment Development Department | CA Employment Development Department | | PO Box 120831 | | San Diego | CA | 92112-0831 |
| California Employment Development Department | CA Employment Development Office | | 800 Capitol Mall | | Sacramento | CA | 95814 |
| California Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section | PO Box 2952 | MS A-340 | Sacramento | CA | 95812-2952 |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | 1215 O Street | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | CA State Board of Pharmacy | | 1625 North Market | | Sacramento | CA | 95834 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | 90 - 7th Street, Suite 5-300 | | San Francisco | CA | 94103-6706 |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 |
| Secured Creditors | Enterprise Fleet Management | | 6330 Marindustry Dr, Ste 210 | | San Diego | CA | 92121 |
| Secured Creditors | First American Equipment Finance | | 211 High Point Drive | | Victor | NY | 14564 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | 444 West C Street | Suite 1750 | San Diego | CA | 92101 |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | 4301 W. Boy Scout Blvd. | Suite 800 | Tampa | FL | 33607 |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics, Desert AIDS Project, Inc. dba DAP | Hanson Bridgett LLP | Anthony J. Dutra | 425 Market Street, 26th Floor | | San Francisco | CA | 94105 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for Waleed Stephan, D.D.S., W.A. Stephan, a Dental Corporation, Marcelo G. Toledo, D.D.S. and Marcelo Toledo D.D.S., Inc. | Keith H. Rutman | | 501 West Broadway, Ste 1650 | | San Diego | CA | 92101-3541 |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | 2305 Historic Decatur Rd | Suite 100 | San Diego | CA | 92106 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | 3775 Seaport Blvd. | | West Sacramento | CA | 95691 |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | 1210 S. Brookhurst St. | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | 600 West Broadway, Suite 1800 | P.O. Box 85266 | San Diego | CA | 92186-5266 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner and Randy S. Grossman | 880 Front Street, Room 6293 | | San Diego | CA | 92101-8893 |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | 10100 Santa Monica Blvd., 13th Floor | | Los Angeles | CA | 90067-4100 |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | 543 Country Club Drive, Suite B | | Wood Ranch | CA | 93065 |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr. | Suite 120 | Lake Elsinore | CA | 92532 |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | 1620 Fifth Avenue, Suite 400 | | San Diego | CA | 92101 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Secured Creditors | Ricoh USA | | PO Box 31001-0850 | | Pasadena | CA | 91110 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | 501 W. Broadway, Suite 1360 | | San Diego | CA | 92101 |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | 600 Anton Blvd, Suite 1400 | | Costa Mesa | CA | 92626-7689 |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | 555 South Flower Street, 31st Floor | | Los Angeles | CA | 90071 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

First Class Mail Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | 2325 E. Camelback Road, Suite 700 | | Phoenix | AZ | 85016 |
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 90 - 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Haeji Hong | 880 Front Street, Third Floor, Suite 3230 | | San Diego | CA | 92101 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | 950 Civic Center Dr. | Suite B | Vista | CA | 92083 |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 2534 Mankas Corner Rd. | | Fairfield | CA | 94534 |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | 1444 Main Street | #581 | Ramona | CA | 92065 |
| Secured Creditors | Wells Fargo Dealer Services | | PO Box 51963 | | Los Angeles | CA | 90051-6263 |
| Secured Creditors | Wells Fargo Dealer Services | | 420 Montgomery Street | | San Francisco | CA | 94104 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Email Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Barnes & Thornburg LLP | Ali M. M. Mojdehi | amojdehi@btlaw.com |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | tbisconti@bklwlaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | dkirby@fsl.law |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics, Desert AIDS Project, Inc. dba DAP | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Waleed Stephan, D.D.S., W.A. Stephan, a Dental Corporation, Marcelo G. Toledo, D.D.S. and Marcelo Toledo D.D.S., Inc. | Keith H. Rutman | | krutman@krutmanlaw.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | Darin.Wessel@doj.ca.gov |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner and Randy S. Grossman | leslie.gardner2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref | rsoref@polsinelli.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com; office@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | jerrys@psdslaw.com; sstevenson@psdslaw.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

**Email Service List**

| Description | CreditorName | CreditorNoticeName | Email |
| --- | --- | --- | --- |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | helen.yang@squirepb.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | kelly.singer@squirepb.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll | tiffany.l.carroll@usdoj.gov; ustp.region15@usdoj.gov |
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)