UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>     Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>**CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE NOTICE OF TRANSFER**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Sonia Zapien-Zelaya, do declare and state as follows:

1. I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2. On June 30, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused copies of the following documents to be served on the parties attached hereto as **Exhibit A** via First Class Mail:

- *[Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket No. 764]*

*(Continued on Next Page)*

1

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of July, 2023, at El Segundo, CA.

/s/ *Sonia Zapien-Zelaya*
Sonia Zapien-Zelaya

2

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of Yashwant Chaudrhri, M.D. A Prof. Corp | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | $39,980.00 | $39,980.00 | 764 | Transferee |
| Yashwant Chaudrhri, M.D. A Prof. Corp | | Address Redacted | | | | | $39,980.00 | $39,980.00 | 764 | Transferor |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)                                                                                      Page 1 of 1

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Sonia Zapien-Zelaya
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
424-456-8012

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Borrego Community Health Foundation,
                                            Debtor.

BANKRUPTCY NO. 22-02384

                                            Plaintiff(s)

ADVERSARY NO.

v.

                                            Defendant(s)

# PROOF OF SERVICE

I, Sonia Zapien-Zelaya am a resident of the State of California, over the age of 18 years, and not a party to this action.

On July 18, 2023, I served the following documents:

Certificate of Service by Kurtzman Carson Consultants, LLC RE Notice of Transfer

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On July 18, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  July 18, 2023           Sonia Zapien-Zelaya  /s/ Sonia Zapien-Zelaya
             (Date)                  (Typed Name and Signature)

                                     222 N. Pacific Coast Highway, 3rd Floor
                                     (Address)

                                     El Segundo, CA 90245
                                     (City, State, ZIP Code)

CSD 3010