# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

**Debtor:** BORREGO COMMUNITY HEALTH FOUNDATION,
**Case Number:** 22-02384-LT11    **Chapter:** 11
**Date / Time / Room:** 07/27/2023 9:30 AM    DEPARTMENT 3
**Bankruptcy Judge:** Laura S. Taylor
**Courtroom Clerk:** Karen Fearce
**Reporter / ECR:** Jennifer Gibson

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 3/1/23)

2) NOTICE OF MOTION AND MOTION TO APPROVE COMPROMISE AMONG DEBTOR, GEORGE JARED, D.D.S., AND GEORGE JARED, D.D.S., INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FILED ON BEHALF OF BORREGO COMMUNITY HEAL TH FOUNDATION

3) NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER AMENDING KEY EMPLOYEE INCENTIVE PLAN FILED ON BEHALF OF BORREGO COMMUNITY HEAL TH FOUNDATION

4) NOTICE OF MOTION AND MOTION TO REJECT AN UNEXPIRED LEASE FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION

5) NOTICE OF MOTION AND MOTION TO REJECT AN UNEXPIRED LEASE AND AN UNEXPIRED SUBLEASE FILED ON BEHALF OF BORREGO COMMUNITY HEAL TH FOUNDATION

### Appearances:

SAMUEL MAIZEL, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION (video)
TANIA MOYRON, ATTORNEY FOR BORREGO COMMUNITY HEALTH (video)
ISAAC LEE, CHIEF RESTRUCTION OFFICER (video)
ANTHONY DUTRA, ATTORNEY FOR MICHAEL LATEEF-BUYER

GLEN DORGAN, U.S. ATTORNEY FOR HHS
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
DARIN WESSEL, ATTORNEY FOR DEPT OF HEALTH CARE SERVICES/DHCS

**_Disposition:_**

1) Hearing continued to 7/31/23 at 10:00 a.m. by zoom.  Sale to close next Monday.  The Court is ordering a HERSA agency from the General Counsel's office to be on the zoom to give a point of contact for the debtor. If there's no agency available the court will continue the matter.

2-5) Granted pursuant to the Court's Tentative Ruling.