Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         tkapur@pszjlaw.com
         sgolden@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Debtor and Debtor in Possession. | Case No.: 22-02384-LT11<br><br>Chapter 11<br><br>**PACHULSKI STANG ZIEHL & JONES LLP'S TENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2023 – JULY 31, 2023** |

DOCS_LA:351065.1 10283/002

CSD 1143 (04/28/96)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR:     Borrego Community Health Foundation

Petition Date:  September 12, 2022

Case No: 22-02384

## MONTHLY FEE APPLICATION SUMMARY

APPLICANT:     Pachulski Stang Ziehl & Jones LLP

REPRESENTING:   The Official Committee of Unsecured Creditors

**ORDER APPROVING EMPLOYMENT**: Docket No. 287

| CATEGORY | **APPLICATION PERIOD:** July 1, 2023 – July 31, 2023 | |
|---|---|---|
|  | HOURS | AMOUNT REQUESTED |
| Asset Disposition | 1.20 | $1,080.00 |
| Case Administration | 0.40 | $198.00 |
| Claims Admin/Objections | 16.50 | $14,850.00 |
| PSZJ Compensation | 0.90 | $445.50 |
| Other Professional Compensation | 0.30 | $148.50 |
| General Creditors' Committee | 0.70 | $630.00 |
| Hearings | 0.10 | $49.50 |
| Plan and Disclosure Statement | 11.50 | $10,350.00 |
| **TOTAL** | **31.60** | **$27,751.50** |

## MONTHLY FEE APPLICATION

Pachulski Stang Ziehl & Jones, LLP ("PSZJ" or the "Firm") submits its Tenth Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period July 1, 2023 – July 31, 2023 (the "Application Period"). In support of the Application, PSZJ respectfully represents as follows:

DOCS_LA:351065.1 10283/002

1.  The Firm is counsel to the Official Committee of Unsecured Creditors (the "Committee").  The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2.  The Firm billed a total of $27,892.46 during the Application Period.  The total fees represent 31.60 hours expended during the Application Period.  These fees and expenses are broken down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2023 – July 31, 2023 | $27,751.50 | $140.96 | $27,892.46 |

3.  Accordingly, the Firm seeks allowance of interim compensation in the total amount of $22,342.16 at this time.  This total is comprised as follows: $22,201.20 (80% of the fees totaling $27,751.50 for services rendered), plus $140.96 (100% of the expenses incurred).

4.  For the post-petition period, the Firm has been paid to date as follows:

| Fee Period | Fees | Expenses | Description |
|---|---|---|---|
| 9/30/22 – 10/31/2022 (First Monthly Fee Statement) | $94,549.50 | $2,743.58 | 100% fees and 100% of expenses |
| 11/1/22 – 11/30/22 (Second Monthly Fee Statement) | $63,301.50 | $557.32 | 100% fees and 100% of expenses |
| 12/1/22 – 12/31/22 (Third Monthly Fee Statement) | $40,756.50 | $472.70 | 100% fees and 100% of expenses |
| 1/1/23 – 1/31/23 (Fourth Monthly Fee Statement) | $77,499.00 | $68.90 | 100% fees and 100% of expenses |
| 2/1/23 – 2/28/23 (Fifth Monthly Fee Statement) | $101,185.60 | $41.44 | 80% fees and 100% of expenses |
| 3/1/23 – 3/31/23 (Sixth Monthly Fee Statement) | $13,042.80 | $3,100.48 | 80% fees and 100% of expenses |
| 4/1/23 – 4/30/23 (Seventh Monthly Fee Statement) | $15,973.20 | $1,027.68 | 80% fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$406,308.10** | **$8,012.10** | **$414,320.20** |

DOCS_LA:351065.1 10283/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application): $46,248.27, comprised of $12,987.50 (80% fees/100% expenses on account of its monthly fee statement for the period May 1-31, 2023, and $33,260.77 (80% fees/100% expenses on account of its monthly fee statement for the period June 1-30, 2023).

6. Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case (the "Case") during the Application Period and the hourly rate for each such professional. Attached hereto as **Exhibit "2"** is the detailed time and expense statements for the Application Period.

7. The Firm has served a copy of this Application on the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, the United States of America, and the State of California, and parties requesting special notice (collectively, the "Notice Parties"). The Application was mailed to the Notice Parties by first class mail, postage prepaid, on or about September 8, 2023.

8. Pursuant to this Court's *Order on Debtor's Motion for Entry of an Order Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* (the "Interim Compensation Procedures Order") that was entered on or about December 15, 2022 [Docket No. 299], the Debtor is authorized to make the payment requested herein with a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

9. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this Case, the Firm will seek fees and

4

DOCS_LA:351065.1 10283/002

reimbursement of the expenses incurred for the totality of the services rendered in this Case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Interim Compensation Procedures Order.

Dated: September 8, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz

Counsel to the Official Committee of Unsecured Creditors

DOCS_LA:351065.1 10283/002

# EXHIBIT 1

# EXHIBIT "1"

## Summary of Hours by Professional for Application Period
**(July 1, 2023 – July 31, 2023)**

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| Pomerantz, Jeffrey N. | Partner | 0.20 | $900.00 | $180.00 |
| Fried, Joshua M. | Partner | 13.60 | $900.00 | $12,240.00 |
| Pomerantz, Jason S. | Partner | 15.30 | $900.00 | $13,770.00 |
| Golden, Steven W. | Partner | 0.80 | $900.00 | $720.00 |
| Dassa, Beth D. | Paralegal | 1.70 | $495.00 | $841.50 |
| | | | | |
| **TOTAL** | | **31.60** | | **$27,751.50** |

# EXHIBIT "2"

## Detailed Time and Expense Statement for Application Period
## (July 1, 2023 – July 31, 2023)



Borrego Comm. Health Found OCC
JNP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

July 31, 2023
Invoice   133098
Client     10283.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2023

| | |
|---|---:|
| FEES | $27,751.50 |
| EXPENSES | $140.96 |
| **TOTAL CURRENT CHARGES** | **$27,892.46** |
| **BALANCE FORWARD** | **$107,297.15** |
| **TOTAL BALANCE DUE** | **$135,189.61** |

Pachulski Stang Ziehl & Jones LLP                                                                 Page:     2
Borrego Comm. Health Found OCC                                                                    Invoice 133098
Client  10283.00002                                                                               July 31, 2023

## Summary of Services by Professional

| ID  | Name                  | Title     | Rate   | Hours | Amount      |
|-----|-----------------------|-----------|--------|-------|-------------|
| BDD | Dassa, Beth D.        | Paralegal | 495.00 | 1.70  | $841.50     |
| JMF | Fried, Joshua M.      | Partner   | 900.00 | 13.60 | $12,240.00  |
| JNP | Pomerantz, Jeffrey N. | Partner   | 900.00 | 0.20  | $180.00     |
| JSP | Pomerantz, Jason S.   | Partner   | 900.00 | 15.30 | $13,770.00  |
| SWG | Golden, Steven W.     | Partner   | 900.00 | 0.80  | $720.00     |
|     |                       |           |        | 31.60 | $27,751.50  |

Pachulski Stang Ziehl & Jones LLP  Page:   3
Borrego Comm. Health Found OCC  Invoice 133098
Client  10283.00002  July 31, 2023

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 1.20 | $1,080.00 |
| CA | Case Administration | 0.40 | $198.00 |
| CO | Claims Administration and Objections | 16.50 | $14,850.00 |
| CP | PSZJ Compensation | 0.90 | $445.50 |
| CPO | Other Professional Compensation | 0.30 | $148.50 |
| GC | General Creditors' Committee | 0.70 | $630.00 |
| HE | Hearings | 0.10 | $49.50 |
| PD | Plan and Disclosure Statement | 11.50 | $10,350.00 |
| | | 31.60 | $27,751.50 |

Pachulski Stang Ziehl & Jones LLP          Page:    4
Borrego Comm. Health Found OCC             Invoice 133098
Client 10283.00002                         July 31, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research [E | $89.96 |
| Pacer - Court Research | $41.60 |
| Reproduction Expense - @0.10 per page | $9.40 |
| | $140.96 |

Pachulski Stang Ziehl & Jones LLP  
Borrego Comm. Health Found OCC  
Client 10283.00002

Page: 5  
Invoice 133098  
July 31, 2023

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | | |
| 07/08/2023 | JMF | AD | Review Patient Care Ombudsman report re sale/transition issues. | | 0.40 | 900.00 | $360.00 |
| 07/20/2023 | JMF | AD | Review amended settlement agreement with DHCS. | | 0.80 | 900.00 | $720.00 |
| | | | | | **1.20** | | **$1,080.00** |
| **Case Administration** | | | | | | | |
| 07/04/2023 | BDD | CA | Email N. Brown re autoforwarding emails to J. Fried | | 0.10 | 495.00 | $49.50 |
| 07/28/2023 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | | 0.10 | 495.00 | $49.50 |
| 07/31/2023 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | | 0.20 | 495.00 | $99.00 |
| | | | | | **0.40** | | **$198.00** |
| **Claims Administration and Objections** | | | | | | | |
| 07/03/2023 | JSP | CO | Prepare for (.5) and participate on (.4) call withT. Moyron and S. Maizel regarding claims/claim objections | | 0.90 | 900.00 | $810.00 |
| 07/04/2023 | JSP | CO | Analysis regarding objection to non-litigation dentist claims | | 0.80 | 900.00 | $720.00 |
| 07/05/2023 | JSP | CO | Correspondence regarding claims/claims objections, including S. Reitzel and J. Kerney | | 0.40 | 900.00 | $360.00 |
| 07/06/2023 | JSP | CO | Analysis regarding non-litigation dentist claims based on conferring with J. Kearney | | 1.60 | 900.00 | $1,440.00 |
| 07/07/2023 | JSP | CO | Confer with M. Gray regarding claims objections | | 0.20 | 900.00 | $180.00 |
| 07/07/2023 | JSP | CO | Confer with T. Moyron regarding claims objections | | 0.10 | 900.00 | $90.00 |
| 07/07/2023 | JSP | CO | Correspondence with S. Reitzel regarding claims objections | | 0.20 | 900.00 | $180.00 |
| 07/07/2023 | JSP | CO | Review revised report from M. Gray in connection with claims/claims objections | | 0.90 | 900.00 | $810.00 |
| 07/10/2023 | JSP | CO | Prepare for (.5) and participate on (.4) call with M. Gray regarding claims analysis | | 0.90 | 900.00 | $810.00 |

Pachulski Stang Ziehl & Jones LLP  
Borrego Comm. Health Found OCC  
Client 10283.00002

Page: 6  
Invoice 133098  
July 31, 2023

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/11/2023 | JSP | CO | Correspondence regarding claims/claims objections - M. Gray | 0.30 | 900.00 | $270.00 |
| 07/12/2023 | JSP | CO | Review updated claims information from M. Gray | 0.60 | 900.00 | $540.00 |
| 07/13/2023 | JSP | CO | Analysis regarding revised chart - M. Gray; review correspondence regarding same | 0.60 | 900.00 | $540.00 |
| 07/14/2023 | JSP | CO | Analysis regarding dental claims | 0.70 | 900.00 | $630.00 |
| 07/17/2023 | JSP | CO | Call with M. Gray regarding claims analysis | 0.30 | 900.00 | $270.00 |
| 07/17/2023 | JSP | CO | Review updated claims analysis from M. Gray | 0.60 | 900.00 | $540.00 |
| 07/18/2023 | JSP | CO | Correspondence from M. Gray regarding updated claims analysis | 0.40 | 900.00 | $360.00 |
| 07/19/2023 | JSP | CO | Review correspondence regarding non-litigation dental claims | 0.40 | 900.00 | $360.00 |
| 07/24/2023 | JNP | CO | Conference with Jason S. Pomerantz regarding status of claims objections. | 0.10 | 900.00 | $90.00 |
| 07/24/2023 | JSP | CO | Correspondence in connection with claims objections | 0.90 | 900.00 | $810.00 |
| 07/25/2023 | JSP | CO | Prepare for call with M. Gray regarding claims analysis | 0.70 | 900.00 | $630.00 |
| 07/26/2023 | JSP | CO | Prepare for (.6), participate on (.3) and review correspondence after (.3) call with M. Gray regarding claims objections; correspondence to J. Kearny in connection with same (.1) | 1.30 | 900.00 | $1,170.00 |
| 07/27/2023 | JSP | CO | Further analysis regarding non-litigation dental claims based on J. Kearney e-mail | 0.70 | 900.00 | $630.00 |
| 07/28/2023 | JSP | CO | Review correspondence from M. Gray regarding claim objections | 0.30 | 900.00 | $270.00 |
| 07/31/2023 | JMF | CO | Telephone call with S. Golden and J. Pomerantz re case issues/ status (.5); review open claims issues re dental proof of claim objections and emails re same (.6). | 1.10 | 900.00 | $990.00 |
| 07/31/2023 | JSP | CO | Prepare for (.4) and participate on (.4) call with S. Golden and J. Fried regarding claims analysis | 0.80 | 900.00 | $720.00 |
| 07/31/2023 | JSP | CO | Call with M. Gray regarding claims analysis | 0.20 | 900.00 | $180.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 7
Borrego Comm. Health Found OCC  Invoice 133098
Client 10283.00002  July 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/31/2023 | JSP | CO | Confer with J. Kearney regarding claims analysis | 0.20 | 900.00 | $180.00 |
| 07/31/2023 | JSP | CO | Review updated analysis of non-lit dental claims from M. Gray | 0.30 | 900.00 | $270.00 |
|  |  |  |  | **16.50** |  | **$14,850.00** |

**PSZJ Compensation**

| 07/28/2023 | BDD | CP | Emails R. Rothman and L. Gardziabal re PSZJ May & June fee statements | 0.10 | 495.00 | $49.50 |
|---|---|---|---|---|---|---|
| 07/31/2023 | BDD | CP | Review May pre-bill in preparation of PSZJ May fee statement (.30); emails S. Golden, J. Fried, R. Rothman, and V. Arias re same (.20); begin working on May fee statement (.30) | 0.80 | 495.00 | $396.00 |
|  |  |  |  | **0.90** |  | **$445.50** |

**Other Professional Compensation**

| 07/28/2023 | BDD | CPO | Revisions to FTI June fee application (.10) and emails S. Golden and M. Gray re same (.10) | 0.20 | 495.00 | $99.00 |
|---|---|---|---|---|---|---|
| 07/31/2023 | BDD | CPO | Email S. Golden re FTI June fee statement | 0.10 | 495.00 | $49.50 |
|  |  |  |  | **0.30** |  | **$148.50** |

**General Creditors' Committee**

| 07/31/2023 | SWG | GC | Draft and send update email to Committee | 0.20 | 900.00 | $180.00 |
|---|---|---|---|---|---|---|
| 07/31/2023 | SWG | GC | Participate in catch-up call with PSZJ team. | 0.50 | 900.00 | $450.00 |
|  |  |  |  | **0.70** |  | **$630.00** |

**Hearings**

| 07/27/2023 | BDD | HE | Email S. Golden re 7/31 hearing | 0.10 | 495.00 | $49.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.10** |  | **$49.50** |

**Plan and Disclosure Statement**

| 07/06/2023 | JMF | PD | Draft edits to Plan. | 3.20 | 900.00 | $2,880.00 |
|---|---|---|---|---|---|---|
| 07/07/2023 | JNP | PD | Conference with Joshua M. Fried regarding Plan. | 0.10 | 900.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP                                Page:     8
Borrego Comm. Health Found OCC                                   Invoice 133098
Client  10283.00002                                              July 31, 2023

|            |     |    |                                                                                                                          | Hours | Rate   | Amount      |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
| 07/09/2023 | JMF | PD | Draft plan and liquidating trust provisions.                                                                             | 1.80  | 900.00 | $1,620.00   |
| 07/12/2023 | JMF | PD | Draft Plan.                                                                                                              | 2.60  | 900.00 | $2,340.00   |
| 07/14/2023 | JMF | PD | Review plan edits re turnback to Denton's re edits and modifications                                                     | 1.20  | 900.00 | $1,080.00   |
| 07/24/2023 | JMF | PD | Review plan edits and sale closing/tsa issues.                                                                           | 1.40  | 900.00 | $1,260.00   |
| 07/27/2023 | JMF | PD | Telephone call with J. Pomerantz re case issues (.3); review emails re closing issues re sale and state approval re same (.2). | 0.50  | 900.00 | $450.00     |
| 07/28/2023 | JMF | PD | Review stipulation and State comments to same.                                                                           | 0.60  | 900.00 | $540.00     |
| 07/31/2023 | SWG | PD | Draft and send email to Debtor's counsel re: Plan                                                                        | 0.10  | 900.00 | $90.00      |
|            |     |    |                                                                                                                          | 11.50 |        | $10,350.00  |

**TOTAL SERVICES FOR THIS MATTER:**                                                                      $27,751.50

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 9 |
| Borrego Comm. Health Found OCC | | | Invoice 133098 |
| Client 10283.00002 | | | July 31, 2023 |

**Expenses**

| | | | |
|---|---|---|---|
| 07/06/2023 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 07/06/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/07/2023 | LN | 10283.00002 Lexis Charges for 07-07-23 | 5.63 |
| 07/17/2023 | LN | 10283.00002 Lexis Charges for 07-17-23 | 3.70 |
| 07/17/2023 | LN | 10283.00002 Lexis Charges for 07-17-23 | 3.73 |
| 07/17/2023 | LN | 10283.00002 Lexis Charges for 07-17-23 | 15.76 |
| 07/18/2023 | LN | 10283.00002 Lexis Charges for 07-18-23 | 1.11 |
| 07/18/2023 | LN | 10283.00002 Lexis Charges for 07-18-23 | 0.74 |
| 07/19/2023 | LN | 10283.00002 Lexis Charges for 07-19-23 | 16.28 |
| 07/19/2023 | LN | 10283.00002 Lexis Charges for 07-19-23 | 3.33 |
| 07/19/2023 | LN | 10283.00002 Lexis Charges for 07-19-23 | 21.02 |
| 07/20/2023 | LN | 10283.00002 Lexis Charges for 07-20-23 | 2.59 |
| 07/21/2023 | LN | 10283.00002 Lexis Charges for 07-21-23 | 2.59 |
| 07/21/2023 | LN | 10283.00002 Lexis Charges for 07-21-23 | 5.26 |
| 07/25/2023 | LN | 10283.00002 Lexis Charges for 07-25-23 | 2.59 |
| 07/25/2023 | LN | 10283.00002 Lexis Charges for 07-25-23 | 0.37 |
| 07/25/2023 | LN | 10283.00002 Lexis Charges for 07-25-23 | 5.26 |
| 07/31/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/31/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/31/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/31/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/31/2023 | PAC | Pacer - Court Research | 41.60 |

| | |
|---|---|
| **Total Expenses for this Matter** | **$140.96** |

Pachulski Stang Ziehl & Jones LLP  
Borrego Comm. Health Found OCC  
Client 10283.00002

Page: 10  
Invoice 133098  
July 31, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 07/31/2023**　　**(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 132012 | 02/28/2023 | $25,296.40 | $0.00 | $25,296.40 |
| 132424 | 03/31/2023 | $3,260.70 | $0.00 | $3,260.70 |
| 132588 | 04/30/2023 | $19,966.50 | $1,027.68 | $20,994.18 |
| 132906 | 05/31/2023 | $16,114.50 | $95.90 | $16,210.40 |
| 132933 | 06/30/2023 | $41,373.50 | $161.97 | $41,535.47 |

**Total Amount Due on Current and Prior Invoices:**　　**$135,189.61**