**CSD 1144** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jeffrey N. Pomerantz (State Bar No. 143717)
Teddy M. Kapur (State Bar No. 242486)
Steven W. Golden (Admitted Pro Hac Vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Order Entered on
October 23, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

BANKRUPTCY NO. 22-02384-11

Date of Hearing: October 11, 2023
Time of Hearing: 10:30 am
Name of Judge: Hon. Laura S. Taylor

## ORDER APPROVING ☒ INTERIM ☐ FINAL APPLICATION OF
## FTI CONSULTING, INC.
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The court orders as set forth on the continuation pages attached and numbered <u>1</u> through <u>2</u> with exhibits, if any, for a total of <u>2</u> pages. Motion Docket Entry No. <u>905</u>.

//
//
//
//
//
//

DATED: October 23, 2023

Judge, United States Bankruptcy Court

ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
DEBTOR: Borrego Community Health Foundation                     CASE NO:22-02384-11

The ☒ interim ☐ final application for allowance of compensation and reimbursement of expenses of the party or parties named below came on regularly for hearing on the above date and time, the Honorable <u>Laura S. Taylor</u>, United States Bankruptcy Judge, presiding.

It appearing that proper notice was given and the Court having considered the application and papers filed in support thereof, and for good cause appearing therefor,

**It is hereby ordered** as follows:

1. The following interim fees and expenses for the period beginning <u>February 1, 2023</u> and ending <u>July 31, 2023</u> are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>: FTI Consulting, Inc.
(Include state bar number, if any, and type of professional)

|        | Amount Requested | Allowed     | Authorized for Payment |
|--------|------------------|-------------|------------------------|
| Fees:  | $ 355,200.00     | $ 355,200.00 | $ 355,200.00          |
| Costs: | $ 1,605.41       | $ 1,605.41  | $ 1,605.41             |
| Totals:| $ 356,805.41     | $ 356,805.41 | $ 356,805.41          |

2. The following interim fees and expenses were previously allowed but not authorized for payment and are now allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|        | Authorized for Payment |
|--------|------------------------|
| Fees:  | $                      |
| Costs: | $ _____               |
| Totals:| $                      |

3. The following final fees and expenses are allowed and authorized for immediate payment to applicant.

<u>Applicant</u>:
(Include state bar number, if any, and type of professional)

|        | Allowed and Authorized for Payment |
|--------|------------------------------------|
| Fees:  | $                                  |
| Costs: | $ _____                           |
| Totals:| $                                  |

The trustee is authorized to pay _____, without the need of an additional notice, hearing or court order, the actual amount accrued not to exceed $ _____ for compensation and costs of any miscellaneous work performed in connection with closing this case, subject to the trustee's review and approval of the additional fees and costs.

Payment of all fees and expenses will be made at the discretion of the trustee, if one has been appointed.

All fees and costs allowed by this order may be subject to disgorgement.