# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 10/23/2023 |
| Case: 22–02384–LT11 | Form ID: pdfO9 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Tania M. Moyron     tania.moyron@dentons.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     BORREGO COMMUNITY HEALTH FOUNDATION,     587 Palm Canyon Dr.     Suite 208     Borrego Springs, CA 92004
aty     Samuel Ruven Maizel     Dentons US LLP     601 South Figueroa Street     Suite 2500     Los Angeles, CA 90017

TOTAL: 2