**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Samuel R. Maizel (Bar No. 189301); Tania M. Moyron (Bar No. 235736); Rebecca M. Wicks (Bar No. 313608)
DENTONS US LLP, 601 S. Figueroa St., #2500, Los Angeles, CA 90017-5704
Telephone: 213/623-9300

   Attorneys for Chapter 11 Debtor and Debtor in Possession

Jeffrey N. Pomerantz (Bar No. 143717); Steven W. Golden (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067
Telephone: 310/277-6910

   Attorneys for Official Committee of Unsecured Creditors

Order Entered on November 17, 2023 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

BANKRUPTCY NO. 22-02384-LT11

# ORDER ON
# JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE
# OF UNSECURED CREDITORS TO DISALLOW CLAIM NO. 64
# FILED BY TOWER ENERGY GROUP

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 949.

//

//

//

//

//

//

//

DATED: November 16, 2023

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISALLOW CLAIM NO. 64 FILED BY TOWER ENERGY GROUP

DEBTOR: BORREGO COMMUNITY HEALTH FOUNDATION   CASE NO: 22-02384-LT11

On October 2, 2023, Borrego Community Health Foundation (the "Debtor") and the Official Committee of Unsecured Creditors of Borrego Community Health Foundation filed a *Joint Motion to Disallow Claim No. 64 Filed by Tower Energy Group* [Dkt. 949] (the "Motion").

The Court, having considered the Motion and the Declaration of Isaac Lee in support thereof, HEREBY ORDERS as follows:

1. The Motion is **GRANTED**.

2. Claim No. 64, filed by Tower Energy Group ("Claim 64"), is disallowed and expunged.

3. The disallowance of Claim 64 shall be reflected on the official claims register maintained by Kurtzman Carson Consultants, LLC.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

