# Notice Recipients

District/Off: 0974–3  User: Admin.  Date Created: 11/17/2023
Case: 22–02384–LT11  Form ID: pdfO1  Total: 69

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | WIPFLI, LLP | |
| op | Creative Media Group, LLC | |
| op | Jarrard Phillips Cate & Hancock | |
| cr | Ramin Amani | |
| op | FORVIS, LLP | |
| aty | Theodora Oringher, PC | |
| aty | Hooper, Lundy & Bookman, P.C. | |
| aty | Feldesman Tucker Leifer Fidell LLP | |
| cr | Argo Partners | |
| sp | Hooper, Lundy & Bookman, P.C. | |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Ali Mojdehi | amojdehi@btlaw.com |
| aty | Andrew B. Still | astill@swlaw.com |
| aty | Anthony Bisconti | tbisconti@bklwlaw.com |
| aty | Anthony Dutra | adutra@hansonbridgett.com |
| aty | Cheryl Skigin | caskigin@earthlink.net |
| aty | Christine E. Baur | christine@baurbklaw.com |
| aty | Christine M. Fitzgerald | christine@thersfirm.com |
| aty | Daren Brinkman | firm@brinkmanlaw.com |
| aty | Darin L. Wessel | darin.wessel@doj.ca.gov |
| aty | David B. Golubchik | dbg@lnbyg.com |
| aty | Dean T. Kirby, Jr. | dkirby@fsl.law |
| aty | Gerald N. Sims | jerrys@psdslaw.com |
| aty | H. Mark Mersel | mark.mersel@bclplaw.com |
| aty | Helen Yang | helen.yang@squirepb.com |
| aty | Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| aty | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com;tkapur@pszjlaw.com;sgolden@pszjlaw.com |
| aty | Keith H. Rutman | krutman@krutmanlaw.com |
| aty | Kelly Ann Mai Khanh Tran | kelly@smalllawcorp.com |
| aty | Kenneth K. Wang | kenneth.wang@doj.ca.gov |
| aty | Kirsten Martinez | kirsten.martinez@bonialpc.com |
| aty | Leslie Gardner | leslie.gardner2@usdoj.gov |
| aty | Michael B. Reynolds | mreynolds@swlaw.com |
| aty | Michael I. Gottfried | mgottfried@elkinskalt.com |
| aty | Olivia Scott | olivia.scott3@bclplaw.com |
| aty | Randye B. Soref | rsoref@polsinelli.com |
| aty | Shawn Christianson | schristianson@buchalter.com |
| aty | Steven W Golden | sgolden@pszjlaw.com |
| aty | Susan C. Stevenson | sstevenson@psdslaw.com |
| aty | Tania M. Moyron | tania.moyron@dentons.com |
| aty | Van C. Durrer, II | van.durrer@skadden.com |
| aty | William P. Fennell | william.fennell@fennelllaw.com |

TOTAL: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | BORREGO COMMUNITY HEALTH FOUNDATION, 587 Palm Canyon Dr. Suite 208 Borrego Springs, CA 92004 | | |
| ombh | Jacob Nathan Rubin 4955 Van Nuys Boulevard #308 Sherman Oaks, CA 91403 | | |
| cr | Ally Bank, c/o AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 | | |
| cr | Ramona Crossings, LLC Attn: Carrie Arendt 14908 Gavan Vista Road Poway, CA 92064 | | |
| cr | Greenway Health, LLC c/o Law Office of Christine E. Baur 4653 Carmel Mountain Road Suite 308 #332 San Diego, CA 92130 | | |
| cr | Anna Navarro c/o Small Law PC 501 W. Broadway Ste. 1360 501 W. Broadway, Ste. 1360 San Diego, CA 92101 | | |
| pty | Angelea Nguyen Kcc 222 N. Pacific Coast Highway Suite 300 El Segundo, CA 90245 | | |
| cr | AB Staffing Solutions, LLC c/o Bryan Cave Leighton Paisner LLP c/o Mark Mersel and Olivia Scott 1920 Main Street, Ste. 1000 Irvine, CA 92614 UNITED STATES | | |
| cr | Pourshirazi & Youssefi Dental Corporation Brinkman Law Group, PC 543 Country Club Dr. Suite B Wood Ranch, CA 93065 | | |
| cr | Oracle America, Inc. SII to NetSuite, Inc. Buchalter PC c/o Shawn M. Christianson 425 Market St., Suite 2900 San Francisco, Ca 94105 | | |
| cr | U.S. Department of Health and Human Services U.S. Attorney's Office 880 Front Street Room 6293 San Diego, CA 92101 | | |

| | | |
|---|---|---|
| cr | McKesson Corporation, on behalf of itself and certain corporate affiliates | c/o Buchalter     Attn: Jeffrey K. Garfinkle     18400 Von Karman Ave.     Suite 800     Irvine, CA 92612–0514 |
| intp | Family Health Centers of San Diego | 823 Gateway Circle Way     San Diego, CA 92102 |
| aty | Dentons US LLP | 601 S. Figueroa Street, Suite 2500     Los Angeles, CA 90017 |
| pty | Sarah Rogers | 5346 Grandridge Rd     El Cajon, CA 92004 |
| cr | Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Auto | 3160 Crow Canyon Place, Suite 215     San Ramon, CA 94583 |
| aty | Higgs Fletcher & Mack LLP | 401 West A Street, #2600     San Diego, CA 92101 |
| cr | Starr Indemnity & Liability Company | c/o Christopher Celentino, Esq.     Dinsmore & Shohl LLP     655 W. Broadway, Suite 800     San Diego, CA 92101 |
| cr | Desert AIDS Project dba DAP Health | 1695 N. SUNRISE WAY     Palm Springs, CA 92264 UNITED STATES OF AMERICA |
| cr | CRG Financial LLC | 84 Herbert Ave     Building B – Suite 202     Closter, NJ 07624 |
| cr | Pioneer Funding Group, LLC | 232 W. 116th St.     Box 1735     New York, NY 10026 |
| cr | John Bertram | c/o Cook Street Office LP     41–865 Broadwalk, Suite 101     Palm Desert, CA 92211 |
| cr | FAIR HARBOR CAPITAL LLC | PO Box 237037     New York, NY 10023 US |
| cr | James Wermers | 10851 Calavo Drive     La Mesa, CA 91941 |
| cr | Internal Revenue Service | U.S. Attorney's Office     880 Front St.     Rm. 6293     San Diego, CA 92101 |
| aty | Alexandre Ian Cornelius | 23801 Calabasas Rd., Suite 100     Calabasas, CA 91302 |
| aty | Samuel Ruven Maizel | Dentons US LLP     601 South Figueroa Street     Suite 2500     Los Angeles, CA 90017 |

TOTAL: 27