**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Samuel R. Maizel (Bar No. 189301); Tania M. Moyron (Bar No. 235736);
Rebecca M. Wicks (Bar No. 313608)
DENTONS US LLP, 601 S. Figueroa St., #2500, Los Angeles, CA 90017-5704

Telephone: 213/623-9300

   Attorneys for Chapter 11 Debtor and Debtor in Possession

Jeffrey N. Pomerantz (Bar No. 143717); Steven W. Golden (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Blvd., 13th Floor,
Los Angeles, CA 90067
Telephone: 310/277-6910

   Attorneys for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BORREGO COMMUNITY HEALTH FOUNDATION,

Debtor.

BANKRUPTCY NO. 22-02384-LT11

**ORDER ON
JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO DISALLOW THE
SCHEDULED CLAIM OF STERICYCLE**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 943.

//
//
//
//
//
//
//

DATED: November 17, 2023

Judge, United States Bankruptcy Court

CSD 1001A

DEBTOR: BORREGO COMMUNITY HEALTH FOUNDATION  CASE NO: 22-02384-LT11

On September 29, 2023, Borrego Community Health Foundation (the "Debtor") and the Official Committee of Unsecured Creditors of Borrego Community Health Foundation filed a *Joint Motion to Disallow the Scheduled Claim of Stericycle* [Dkt. 943] (the "Motion").

The Court, having considered the Motion and the Declaration of Isaac Lee in support thereof, HEREBY ORDERS as follows:

1. The Motion is **GRANTED**.

2. The claim of Stericycle, as scheduled by the Debtor (the "Scheduled Claim"), is disallowed and expunged.

3. The disallowance of the Scheduled Claim shall be reflected on the official claims register maintained by Kurtzman Carson Consultants, LLC.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.



Signed by Judge Laura Stuart Taylor November 17, 2023