SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
REBECCA M. WICKS (SBN 313608)
rebecca.wicks@dentons.com
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Chapter 11 Debtor and Debtor In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor and Debtor In Possession. | Case No. 22-02384<br><br>Chapter 11 Case<br><br>(Voluntary Petition Filed September 12, 2022)<br><br>**DENTONS US LLP'S FOURTEENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>Judge: Hon. Laura S. Taylor |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

CSD 1143 (04/28/96)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DEBTOR: Borrego Community Health Foundation PETITION DATE: September 12, 2022

CASE NO.: 22-02384

**MONTHLY FEE APPLICATION SUMMARY**

APPLICANT: Dentons US LLP REPRESENTING: Debtor

**ORDER APPROVING EMPLOYMENT:** Docket No. 292

| **CATEGORIES** | **October 1, 2023 – October 31, 2023 (APPLICATION PERIOD)** | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Administration | 1.30 | $1,040.00 |
| Case Administration | 15.30 | $11,232.70 |
| Asset Analysis and Recovery | 0.30 | $240.00 |
| Asset Disposition | 6.90 | $5,520.00 |
| Fee / Employment Applications | 10.10 | $6,307.80 |
| Assumption / Rejection of Leases and Contracts | 0.80 | $606.00 |
| Business Operations | 0.40 | $252.00 |
| Financing/Cash Collections | 0.60 | $480.00 |
| Claims and Plan | 0.20 | $99.90 |
| Claims Administration and Objections | 39.10 | $27,805.10 |
| Plan and Disclosure Statement (incl. Business Plan) | 104.10 | $72,967.60 |
| DHCS Litigation | 10.00 | $6,657.00 |
| Employee Matters | 1.40 | $882.00 |
| **TOTALS:** | **190.50** | **$134,090.10** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# MONTHLY FEE APPLICATION

Dentons US LLP (the "Firm") submits its *Fourteenth Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 1, 2023 – October 31, 2023* for services rendered during the chapter 11 case (this "Case") of the above-captioned debtor (the "Debtor") for the Debtor. In support of the foregoing application (the "Application"), the Firm respectfully represents as follows:

1. The Firm is bankruptcy counsel to the Debtor. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period of October 1, 2023 – October 31, 2023 (the "Application Period").

2. The Firm billed a total of $135,695.10 in fees and expenses during the Application Period. The total fees represent 190.50 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Application Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2023 – October 31, 2023 | $134,090.10 | $1,605.00 | $135,695.10 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $108,877.08 at this time. This total is comprised as follows: $107,272.08 (80% of the fees for services rendered), plus $1,605.00 (100% of the expenses incurred).

4. Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with these cases during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit "2"** are the detailed time and expense statements for the Application Period.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5. The Firm has served a copy of this Application on the Office of the United States Trustee (the "U.S. Trustee"), the Debtor, counsel to the Debtor, counsel to the Patient Care Ombudsman, and counsel to the Official Committee of Unsecured Creditors appointed in this Case. The Application was mailed by first class mail, postage prepaid, on or about December 4, 2023. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in this Case as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about December 4, 2023.

6. Pursuant to this Court's *Order On Debtor's Notice Of Motion And Motion for Entry Of An Order Establishing Procedures For Monthly Payment Of Fees And Expense Reimbursement* entered on December 15, 2022 (the "Order Establishing Monthly Fee Procedures") [Docket No. 299], the Debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

7. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this Case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this Case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**WHEREFORE**, the Firm respectfully requests that the Debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Order Establishing Monthly Fee Procedures.

Dated: December 4, 2023

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By /s/ *Tania M. Moyron*
Tania M. Moyron

Attorneys for the Chapter 11 Debtor and Debtor In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**EXHIBIT "1"**

**(Summary of Hours by Professional for Application Period October 1, 2023 – October 31, 2023)**

| Name of Professional | Title | Hours | Rate | Total Billed |
|---|---|---|---|---|
| John Harrington | Partner | 1.30 | $800.00 | $1,040.00 |
| Samuel R. Maizel | Partner | 16.80 | $800.00 | $13,440.00 |
| Tania M. Moyron | Partner | 26.90 | $800.00 | $21,520.00 |
| Geoffrey M. Miller | Partner | 35.70 | $729.00 | $26,025.30 |
| Lauren Macksoud | Partner | 15.90 | $729.00 | $11,591.10 |
| Robert Richards | Partner | 1.70 | $800.00 | $1,360.00 |
| Sandra McCandless | Partner | 7.30 | $800.00 | $5,840.00 |
| John A. Moe, II | Partner | 8.10 | $720.00 | $5,832.00 |
| Rebecca M. Wicks | Senior Managing Associate | 73.20 | $630.00 | $46,116.00 |
| Samantha Ruben | Associate | 0.60 | $499.50 | $299.70 |
| George L. Medina | Senior Paralegal | 3.00 | $342.00 | $1,026.00 |
| **Totals:** | | **190.50** | | **$134,090.10** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT "2"

**(Detailed Time and Expense Statements for Application Period October 1, 2023 – October 31, 2023)**

DENTONS

SNR Denton US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

dentons.com

Isaac Lee
Chief Restructuring Officer
Borrego Community Health Foundation
isaac.lee@ankura.com

November 30, 2023

**Invoice No. 2687822**

Client: 15810746

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 135,695.10 |
| Amounts Received, Available to Apply Against Current or Future Invoices | | 100,000.00 |
| Amount Due | $ | 135,695.10 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP<br>8000 Sears Tower<br>Chicago, IL 60606 | OR | SNR Denton US LLP<br>Attention: Accounting<br>233 South Wacker Drive<br>Chicago, IL 60604-6404 |

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference Invoice # and/or client matter #

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

DENTONS

SNR Denton US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704
dentons.com

Isaac Lee
Chief Restructuring Officer
Borrego Community Health Foundation
isaac.lee@ankura.com

November 30, 2023

**Invoice No. 2687822**

---

For Professional Services Rendered through October 31, 2023:

Matter: 15810746-000002
Postpetition

B100 - Administration

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/03/23 | J. Harrington | 1.30 | 1,040.00 | B100 | Review trust and subtrust agreement; analyze potential US tax issues; discuss same with T. Moyron. |
| | Subtotal | 1.30 | 1,040.00 | | |

B110 - Case Administration

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | S. Maizel | 0.10 | 80.00 | B110 | Review and respond to emails re KPC loan obligation to BCHF. |
| 10/03/23 | T. Moyron | 0.60 | 480.00 | B110 | Participate in legal status call, including plan matters, audit, etc. |
| 10/03/23 | G. Miller | 0.30 | 218.70 | B110 | Emails with M. Reynolds and C. Pease re payment of Blue Shield cure costs. |
| 10/03/23 | S. Maizel | 0.60 | 480.00 | B110 | Zoom conference with I. Lee, etc. re pending legal issues. |
| 10/04/23 | S. Maizel | 0.20 | 160.00 | B110 | Review procedural tentative rulings re upcoming hearing. |
| 10/04/23 | T. Moyron | 0.10 | 80.00 | B110 | Review procedural tentative rulings re upcoming hearing. |
| 10/04/23 | R. Wicks | 0.10 | 63.00 | B110 | Analyze procedural tentative rulings issued by the court. |
| 10/04/23 | T. Moyron | 0.50 | 400.00 | B110 | Conference call with S. Maizel regarding DS and plan and proposed structure and upcoming fee hearings. |
| 10/06/23 | T. Moyron | 0.50 | 400.00 | B110 | Call with R. Wicks regarding pending matters, including plan, Ankura reports, DHCS stipulation. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/06/23 | R. Wicks | 0.50 | 315.00 | B110 | Call with T. Moyron analyzing plan and disclosure statement, Ankura compensation report, and DHCS stipulation. |
| 10/06/23 | G. Miller | 0.60 | 437.40 | B110 | Call with T. Moyron and R. Wicks re Liquidating Trust and Combined Plan and Disclosure Statement. |
| 10/08/23 | G. Miller | 2.50 | 1,822.50 | B110 | Prepare Liquidation Trust Agreement. |
| 10/08/23 | S. Ruben | 0.10 | 49.95 | B110 | Analyze docket for orders to monitor compliance with case notices. |
| 10/09/23 | G. Medina | 0.60 | 205.20 | B110 | Correspond with R. Wicks and edit stipulation with Allure Dental Associates and send to R. Wicks for review (0.2); file stipulation and upload order (0.4). |
| 10/10/23 | G. Medina | 0.20 | 68.40 | B110 | Address upcoming calendar dates with docketing. |
| 10/10/23 | S. Ruben | 0.10 | 49.95 | B110 | Analyze docket for orders to monitor compliance with case notices. |
| 10/10/23 | T. Moyron | 1.00 | 800.00 | B110 | Participate in legal status call with R. MacIsaac, I. Lee, J. Kearney, et al., regarding pending matters, including chapter 11 plan matters and order, billing, and other matters. |
| 10/10/23 | R. Wicks | 0.30 | 189.00 | B110 | Review orders entered by court approving stipulation, extending exclusivity, and approving fee applications. |
| 10/10/23 | S. Maizel | 0.80 | 640.00 | B110 | Telephone conference with T. Moyron re pending issues. |
| 10/11/23 | S. Maizel | 0.60 | 480.00 | B110 | Zoom conference with R. MacIsaac, I. Lee, J. LaMagna, etc. re Medicare billing concerns. |
| 10/17/23 | T. Moyron | 0.30 | 240.00 | B110 | Participate in legal status update call regarding pending matters, including DAP, deposits, and related matters. |
| 10/17/23 | S. Maizel | 0.40 | 320.00 | B110 | Zoom conference with I. Lee, R. MacIssaac, etc. re pending issues. |
| 10/18/23 | R. Wicks | 0.10 | 63.00 | B110 | Correspond with A. Guerra regarding service of order issued in case. |
| 10/23/23 | R. Wicks | 0.10 | 63.00 | B110 | Correspond with I. Lee to discuss Medi-cal receipts and POR updates. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/24/23 | S. Maizel | 0.50 | 400.00 | B110 | Zoom conference with R. MacIssac, I. Lee, etc., re pending legal issues. |
| 10/24/23 | T. Moyron | 0.50 | 400.00 | B110 | Zoom conference with R. MacIssac, I. Lee, et al., regarding pending legal issues. |
| 10/25/23 | S. Ruben | 0.10 | 49.95 | B110 | Analyze docket for orders to monitor compliance with case notices. |
| 10/26/23 | G. Miller | 1.30 | 947.70 | B110 | Draft liquidating trust agreement. |
| 10/31/23 | S. Ruben | 0.10 | 49.95 | B110 | Analyze docket for orders to monitor compliance with case notices. |
| 10/31/23 | S. Maizel | 0.60 | 480.00 | B110 | Telephone conference with T. Moyron re Feldesman Tucker Leifer Fidell LLP additional representation (.1); telephone conference with T. Waters and T. Moyron re same (.3); review and respond to emails re same (.2). |
| 10/31/23 | S. Maizel | 0.70 | 560.00 | B110 | Zoom conference with R. MacIsaac, I. Lee, etc. re pending legal issues. |
| 10/31/23 | S. Maizel | 0.30 | 240.00 | B110 | Review and respond to emails re DAP CHOWs. |
| | Subtotal | 15.30 | 11,232.70 | | |

B120 - Asset Analysis and Recovery

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/11/23 | S. Maizel | 0.30 | 240.00 | B120 | Review and respond to emails re ARPA report for Riverside County. |
| | Subtotal | 0.30 | 240.00 | | |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

B130 - Asset Disposition

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/19/23 | T. Moyron | 0.40 | 320.00 | B130 | Analyze proposed correspondence regarding CHOW to CHOW and comments thereto (.1); provide additional comment (.1); correspond with J. LaMagna, et al., re same and analyze related emails (.2). |
| 10/24/23 | T. Moyron | 1.00 | 800.00 | B130 | Zoom conference regarding matters related to closing and CHOW (.5); analyze related emails from J. LaMagna, et al. re post-closing matters (.5). |
| 10/24/23 | S. Maizel | 0.40 | 320.00 | B130 | Zoom conference re continuing closing issues. |
| 10/24/23 | S. Maizel | 0.50 | 400.00 | B130 | Review and respond to emails re post-closing issues to be resolved. |
| 10/25/23 | S. Maizel | 0.60 | 480.00 | B130 | Zoom conference with I. Lee, etc. re DAP Health and CHOW issues (.4); review and respond to emails re same (.2). |
| 10/25/23 | T. Moyron | 0.20 | 160.00 | B130 | Analyze email from J. LaMagna re DAP responses to open issues (.1); prepare email to J. LaMagna regarding call (.1). |
| 10/26/23 | T. Moyron | 0.30 | 240.00 | B130 | Analyze J. LaMagna, et al., emails regarding post-sale and billing matters (.2); analyze additional emails regarding same from Hanson Bridget (.1). |
| 10/27/23 | T. Moyron | 1.30 | 1,040.00 | B130 | Telephone conference with HLB counsel regarding DAP CHOW submissions and related issues(.4); zoom conference with D. Habig, et al., regarding same (.6); analyze correspondence regarding DAP CHOW status and related matters (.3). |
| 10/27/23 | T. Moyron | 0.30 | 240.00 | B130 | Analyze proposed correspondence to DAP from S. Maizel, and related emails re CHOW. |
| 10/27/23 | S. Maizel | 1.60 | 1,280.00 | B130 | Telephone conference with HLB attorneys, etc. re DAP CHOW submissions, etc. (.4); zoom conference with D. Habig, etc. re same (.6); research re FQHC standards re CHOW (.3); review and revise correspondence re DAP CHOW status (.3). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/30/23 | S. Maizel | 0.30 | 240.00 | B130 | Review and respond to emails re DAP submission of CHOWs. |
| | Subtotal | 6.90 | 5,520.00 | | |

B160 - Fee/Employment Applications

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | R. Wicks | 0.20 | 126.00 | B160 | Call with CJ Pease regarding compensation for reconstituted board. |
| 10/03/23 | R. Wicks | 0.20 | 126.00 | B160 | Correspond with J. Kearney regarding second interim fee applications. |
| 10/04/23 | R. Wicks | 0.10 | 63.00 | B160 | Call with T. Moyron regarding supplement to second interim fee application. |
| 10/04/23 | R. Wicks | 0.20 | 126.00 | B160 | Correspond with T. Moyron and S. Maizel regarding upcoming hearing on fee applications. |
| 10/04/23 | T. Moyron | 0.20 | 160.00 | B160 | Call with R. Wicks regarding supplement to second interim fee application (.1); correspond with R. Wicks, et al., re hearing on fee applications (.1). |
| 10/05/23 | S. Maizel | 0.10 | 80.00 | B160 | Review and respond to emails re court orders re fee applications. |
| 10/05/23 | R. Wicks | 2.00 | 1,260.00 | B160 | Prepare notice regarding second interim fee application. |
| 10/05/23 | R. Wicks | 0.30 | 189.00 | B160 | Review tentative rulings granting fee applications. |
| 10/05/23 | R. Wicks | 0.20 | 126.00 | B160 | Correspond with T. Moyron and S. Maizel regarding tentative ruling granting Dentons fee application. |
| 10/05/23 | R. Wicks | 0.40 | 252.00 | B160 | Prepare proposed order granting Dentons second interim fee application. |
| 10/06/23 | T. Moyron | 0.30 | 240.00 | B160 | Analyze order authorizing fees and costs (.1) and correspond with S. Maizel, et al., re same (.2). |
| 10/06/23 | G. Medina | 0.30 | 102.60 | B160 | Correspond with R. Wicks and edit and upload order granting DUS fee application. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/06/23 | R. Wicks | 0.30 | 189.00 | B160 | Prepare and finalize order granting Dentons second interim fee application. |
| 10/06/23 | R. Wicks | 0.20 | 126.00 | B160 | Correspond with CJ Pease, I. Lee, et. al regarding Ankura September compensation report. |
| 10/10/23 | R. Wicks | 0.30 | 189.00 | B160 | Prepare order on Hooper Lundy second interim fee application. |
| 10/10/23 | S. Maizel | 0.20 | 160.00 | B160 | Review and respond to emails re PCO final fee applications. |
| 10/11/23 | R. Wicks | 0.20 | 126.00 | B160 | Prepare order on Hooper Lundy second interim fee application. |
| 10/11/23 | R. Wicks | 0.10 | 63.00 | B160 | Correspond with J. Pomerantz regarding order approving stipulation to resolve Dr. Shah claim. |
| 10/12/23 | R. Wicks | 0.10 | 63.00 | B160 | Correspond with I. Lee regarding preparing Ankura August compensation report. |
| 10/12/23 | R. Wicks | 0.40 | 252.00 | B160 | Prepare Ankura August compensation report. |
| 10/12/23 | R. Wicks | 0.20 | 126.00 | B160 | Correspond with G. Medina regarding finalizing and filing Ankura August compensation report. |
| 10/12/23 | G. Medina | 0.60 | 205.20 | B160 | Correspond with R. Wicks and prepare, assemble and file Ankura August staffing and compensation report. |
| 10/13/23 | R. Wicks | 0.10 | 63.00 | B160 | Correspond with US Trustee regarding Ankura Ledes files. |
| 10/25/23 | R. Wicks | 0.10 | 63.00 | B160 | Correspond with T. Reid regarding Hooper Lundy August and September fee applications. |
| 10/25/23 | T. Moyron | 0.10 | 80.00 | B160 | Analyze email from B. Dassa regarding order approving FTI fees and send same to CJ Pease and I. Lee. |
| 10/27/23 | R. Wicks | 1.10 | 693.00 | B160 | Prepare Hooper Lundy August fee application and notice. |
| 10/27/23 | R. Wicks | 1.00 | 630.00 | B160 | Prepare Hooper Lundy September fee application and notice. |
| 10/30/23 | R. Wicks | 0.30 | 189.00 | B160 | Prepare August and September monthly fee applications for Hooper Lundy and respective notices. |

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/31/23 | S. Maizel | 0.30 | 240.00 | B160 | Review and respond to correspondence re secured tax bill. |
| | Subtotal | 10.10 | 6,307.80 | | |

B185 - Assumption/Rejection of Leases and Contracts

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/19/23 | T. Moyron | 0.60 | 480.00 | B185 | Analyze issues related to stipulation and resolution of rejection damages re Wermers (.1); analyze calculation of rejection damages (.1); analyze emails from Counsel, CJ Pease, regarding same (.2); correspond with R. Wicks re stipulation, damages, etc. (.2). |
| 10/30/23 | R. Wicks | 0.20 | 126.00 | B185 | Analyze settlement proposal from J. Wermers regarding rejection damages claim. |
| | Subtotal | 0.80 | 606.00 | | |

B210 - Business Operations

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | R. Wicks | 0.10 | 63.00 | B210 | Correspond with CJ Pease and C. Dougherty regarding September bank statements and July monthly operating report. |
| 10/17/23 | R. Wicks | 0.10 | 63.00 | B210 | Correspond with T. Moyron and CJ Pease regarding CHOW issues. |
| 10/18/23 | R. Wicks | 0.20 | 126.00 | B210 | Correspond with CJ Pease, T. Moyron, and I. Lee regarding outstanding issues including CHOW and Medi-cal receipts. |
| | Subtotal | 0.40 | 252.00 | | |

B230 - Financing/Cash Collections

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/11/23 | S. Maizel | 0.60 | 480.00 | B230 | Review emails re status of claims objections (.2); zoom conference re claims objections (.4). |
| | Subtotal | 0.60 | 480.00 | | |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

B300 - Claims and Plan

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | S. Ruben | 0.20 | 99.90 | B300 | Correspond with R. Wicks re Aldairi complaint. |
| | Subtotal | 0.20 | 99.90 | | |

B310 - Claims Administration and Objections

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 09/28/23 | T. Moyron | 0.30 | 240.00 | B310 | Analyze Vitamin D objection and comment (.2); and correspond with L. Macksoud re same (.1). |
| 10/02/23 | R. Wicks | 0.40 | 252.00 | B310 | Call with L. Macksoud regarding preparing dentist defendant claim objections. |
| 10/02/23 | R. Wicks | 0.20 | 126.00 | B310 | Review T. Moyron's comments to Vitamin D claim objection. |
| 10/02/23 | R. Wicks | 0.20 | 126.00 | B310 | Review filed objections to claims. |
| 10/02/23 | R. Wicks | 0.30 | 189.00 | B310 | Correspond with L. Macksoud, T. Moyron, and S. McCandless regarding Vitamin D claim objection. |
| 10/02/23 | R. Wicks | 0.30 | 189.00 | B310 | Review T. Moyron's comments to Vitamin D Claim Objection. |
| 10/02/23 | R. Wicks | 1.30 | 819.00 | B310 | Research potential waiver of confidentiality protections by filing proof of claim. |
| 10/02/23 | R. Wicks | 0.60 | 378.00 | B310 | Review and analyze non-bankruptcy complaints in connection with preparing claim objections. |
| 10/02/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with S. Ruben regarding non-bankruptcy litigation in connection with claim objections. |
| 10/02/23 | R. Wicks | 0.30 | 189.00 | B310 | Correspond with L. Macksoud regarding dentist defendant claims and pulling related documents. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | L. Macksoud | 1.40 | 1,020.60 | B310 | Call with R. Wicks to discuss dental litigation claims (.5) and attention to drafting same (.5); confer with T. Moyron and S. McCandless regarding Vitamin D objection and potential information regarding confidential employee information (.3); draft email to committee counsel re same (.1). |
| 10/02/23 | S. McCandless | 1.30 | 1,040.00 | B310 | Initial review and analysis of Objection to Vitamin D contractor claim and related documentation (.90); communicate with T. Moyron and L Macksoud regarding potential privacy implications of current version of Objection to Vitamin D claim (.40). |
| 10/02/23 | T. Moyron | 0.30 | 240.00 | B310 | Correspond with L. Macksoud, et al., regarding Vitamin D objection. |
| 10/03/23 | S. McCandless | 1.90 | 1,520.00 | B310 | Review complaint and proof of claim for privacy analysis of current version of objection to proof of claim (.90); review detailed information and case research received from R. Wicks as background to same (1.00). |
| 10/03/23 | L. Macksoud | 2.60 | 1,895.40 | B310 | Confer with KCC regarding Proofs of Claim filed under seal and request to access same (.4); review unredacted claim (.3) and draft objection to New Millennium claim (1.5); confer with R. Wicks regarding additional research for Vitamin D claim objection and for New Millennium objection (.4). |
| 10/03/23 | T. Moyron | 0.30 | 240.00 | B310 | Analyze objections for filing and correspond regarding same with J. Pomerantz, et al. |
| 10/03/23 | R. Wicks | 0.20 | 126.00 | B310 | Call with L. Macksoud regarding Vitamin D claim objection. |
| 10/03/23 | R. Wicks | 1.20 | 756.00 | B310 | Research waiver of confidentiality by filing proof of claim. |
| 10/03/23 | R. Wicks | 0.30 | 189.00 | B310 | Review draft dentist defendant claim objection. |
| 10/04/23 | L. Macksoud | 1.00 | 729.00 | B310 | Call with CJ Pease to discuss dental litigation claims and objections thereto (.5); further review claims analysis and spread sheet of supporting information and confer with R. Wicks re same (.5). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/04/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with L. Macksoud regarding claim objections for dentist defendant claims. |
| 10/05/23 | R. Wicks | 0.20 | 126.00 | B310 | Analyze claims reconciliation prepared by CJ Pease. |
| 10/05/23 | R. Wicks | 0.30 | 189.00 | B310 | Call with L. Macksoud regarding defendant dentist claim objections. |
| 10/05/23 | R. Wicks | 0.20 | 126.00 | B310 | Analyze S. McCandless discussion of confidentiality in Vitamin D claim objection. |
| 10/05/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with L. Macksoud regarding preparing claim objections. |
| 10/05/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with B. Dassa and CJ Pease regarding finalizing claim objection. |
| 10/05/23 | L. Macksoud | 0.90 | 656.10 | B310 | Emails with S. McCandless regarding Vitamin D claim (.3); call with R. Wicks regarding dental claim objections (.4) and draft email to T. Moyron and S. Maizel regarding same (.2). |
| 10/05/23 | S. McCandless | 2.90 | 2,320.00 | B310 | Provide detailed response to Dentons team regarding current draft of Objection to Vitamin D claim in context of privacy concerns and propose revisions to same (1.60); further related detailed review and analysis of current draft of Objection and related Complaint and other background information for revisions to same (1.00); further communicate with L. Macksoud regarding same (.30). |
| 10/06/23 | S. McCandless | 1.20 | 960.00 | B310 | Telephone call with L. Macksoud regarding privacy issues posed by current draft of Vitamin D objection (.70); prepare for same (.30); communicate with L. Macksoud and Dentons team following same (.20). |
| 10/06/23 | L. Macksoud | 1.70 | 1,239.30 | B310 | Emails with committee and working group on various pools of claims objections (.6); follow up with J. Pomerantz re same (.2); call with S. McCandless regarding employee issues in Vitamin D claim objection (.5); confer with T. Moyron re same (.2) and communicate with committee counsel regarding claim objection (.2). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/06/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with CJ Pease and L. Macksoud regarding Vitamin D claim. |
| 10/06/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with L. Macksoud and T. Moyron regarding claim objections. |
| 10/06/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with T. Moyron, S. Golden, J. Pomerantz, et. al regarding claims reconciliation, including Vitamin D claim objection. |
| 10/09/23 | R. Wicks | 0.30 | 189.00 | B310 | Prepare order approving Dr. Shah stipulation resolving claim. |
| 10/09/23 | L. Macksoud | 0.50 | 364.50 | B310 | Confer with C. Pease regarding claim objections. |
| 10/10/23 | L. Macksoud | 2.20 | 1,603.80 | B310 | Calls and emails with J. Pomerantz regarding Vitamin D objection and draft email to CJ Pease regarding follow up. |
| 10/11/23 | R. Wicks | 0.10 | 63.00 | B310 | Analyze chart of litigation defendant claims sent by T. Moyron. |
| 10/11/23 | R. Wicks | 0.30 | 189.00 | B310 | Call with L. Macksoud, T. Moyron, and S. Maizel regarding dental claim objections. |
| 10/11/23 | L. Macksoud | 0.70 | 510.30 | B310 | Confer with Ankura regarding additional information required to analyze claims (.2); emails with committee counsel regarding same (.2); call with Dentons working group to discuss dentist claim objections (.3). |
| 10/11/23 | T. Moyron | 0.30 | 240.00 | B310 | Zoom meeting with L. Macksoud, et al., regarding claim objections and related issues. |
| 10/12/23 | T. Moyron | 0.10 | 80.00 | B310 | Analyze email from L. Macksoud re claim objections and next steps. |
| 10/12/23 | L. Macksoud | 1.80 | 1,312.20 | B310 | Further draft objection to dentist claims, review complaint and confer with R. Wicks regarding research needed for objection. |
| 10/12/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with L. Macksoud regarding objection to dental defendant claim. |
| 10/12/23 | R. Wicks | 0.50 | 315.00 | B310 | Review draft claim objection to dentist defendant claim. |
| 10/13/23 | R. Wicks | 1.50 | 945.00 | B310 | Research supporting case law for dentist defendant claim objection. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/13/23 | R. Wicks | 0.60 | 378.00 | B310 | Prepare dentist defendant claim objection with additional supporting case law. |
| 10/16/23 | R. Wicks | 0.20 | 126.00 | B310 | Analyze T. Cazares claim reconciliations. |
| 10/17/23 | R. Wicks | 0.30 | 189.00 | B310 | Correspond with T. Moyron and L. Macksoud regarding claim objections to defendant dentists. |
| 10/17/23 | R. Wicks | 0.20 | 126.00 | B310 | Analyze claims payment data from D. Wessel regarding dentists. |
| 10/17/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with H. Hammi regarding potential stipulation to settle J. Wermers rejection claim. |
| 10/17/23 | L. Macksoud | 1.20 | 874.80 | B310 | Review case law provided by R. Wicks (.6) and finalize draft objection (.5); draft email to T. Moyron and S. Maizel re same (.1). |
| 10/17/23 | L. Macksoud | 0.50 | 364.50 | B310 | Review email and reconciliation schedules for various claims as provided by Ankura. |
| 10/18/23 | R. Wicks | 0.40 | 252.00 | B310 | Analyze potential stipulation to resolve J. Wermer's rejection claim. |
| 10/19/23 | L. Macksoud | 0.50 | 364.50 | B310 | Review additional information re claims provided by DOJ. |
| 10/19/23 | R. Wicks | 0.30 | 189.00 | B310 | Analyze claims reconciliation of J. Wermers rejection damages claim. |
| 10/19/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with H. Hammi regarding J. Wermers rejection damages claim. |
| 10/19/23 | R. Wicks | 0.50 | 315.00 | B310 | Analyze HIPAA issues related to potential claim objections for dentist claims. |
| 10/23/23 | R. Wicks | 0.10 | 63.00 | B310 | Correspond with M. Gray, T. Moyron, et. al regarding Douglas Ness claim objection. |
| 10/24/23 | R. Wicks | 0.10 | 63.00 | B310 | Review notice of withdrawal of Blue Cross Blue Shield claim. |
| 10/25/23 | L. Macksoud | 0.30 | 218.70 | B310 | Review email and attached spreadsheet from C. Pease regarding Vitamin D claim. |
| 10/27/23 | R. Wicks | 0.10 | 63.00 | B310 | Analyze T. Cazares claim's reconciliations. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/30/23 | T. Moyron | 0.80 | 640.00 | B310 | Correspond with L. Macksoud regarding call to discuss Vitamin D and claims (.2); call with L. Macksoud and R. Wicks regarding same and analyze related issues (.4); analyze prior emails and issues related to Vitamin D objection and potential resolution (.2). |
| 10/30/23 | R. Wicks | 0.40 | 252.00 | B310 | Call with T. Moyron and L. Macksoud regarding Vitamin D claim objections and defendant dentist claim objections. |
| 10/30/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with L. Macksoud regarding dentist defendant claim objections. |
| 10/30/23 | R. Wicks | 0.20 | 126.00 | B310 | Correspond with J. Kearney, L. Macksoud, et. al regarding dentist defendant claim objections. |
| 10/30/23 | L. Macksoud | 0.60 | 437.40 | B310 | Confer with C. Pease regarding various claims (.2); call with T. Moyron and R. Wicks to discuss claim objection strategies (.4). |
| | Subtotal | 39.10 | 27,805.10 | | |

B320 - Plan and Disclosure Statement (incl. Business Plan)

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | T. Moyron | 0.20 | 160.00 | B320 | Correspond with S. Golden, et al., regarding plan. |
| 10/02/23 | G. Miller | 4.50 | 3,280.50 | B320 | Draft combined plan and disclosure statement. |
| 10/02/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with T. Moyron, S. Golden, et. al regarding setting time to discuss plan and liquidating trust agreement. |
| 10/03/23 | T. Moyron | 1.80 | 1,440.00 | B320 | Teams meeting with Ankura, S. Maizel, et al., regarding structure proposed by Committee in plan and trust agreements (.7); correspond with R. Richards regarding proposed structure including tax implication (.1); call with J. Harrington regarding same (.1); further analysis of plan matters and proposed structure (.8); correspond with R. Wicks, et al., regarding motion to shorten time (.1). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/03/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with G. Medina regarding order uploaded for motion to shorten time. |
| 10/03/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with D. Kalve regarding order uploaded for motion to shorten time. |
| 10/03/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron, R. MacIsaac, et. al regarding motion to shorten time. |
| 10/03/23 | R. Richards | 1.30 | 1,040.00 | B320 | Review liquidating trust agreement and redline of changes in subtrust agreement (0.7); review Chapter 11 plan markup (0.4); emails re tax analysis of subtrust (0.2). |
| 10/03/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron, I. Lee, et. al regarding liquidating trust agreement and structure. |
| 10/03/23 | G. Miller | 4.50 | 3,280.50 | B320 | Draft combined plan and disclosure statement. |
| 10/03/23 | G. Medina | 0.20 | 68.40 | B320 | Correspond with R. Wicks regarding Order on Motion to shorten time and review docket. |
| 10/03/23 | S. Maizel | 1.70 | 1,360.00 | B320 | Zoom conference with Ankura re plan provisions on trust (.7); review draft combined plan and disclosure statement (1.0). |
| 10/04/23 | S. Maizel | 0.50 | 400.00 | B320 | Telephone conference with T. Moyron re plan preparation. |
| 10/04/23 | T. Moyron | 0.30 | 240.00 | B320 | Correspond with R. Wicks, et al., re combined plan and disclosure statement (.1); correspond with S. Rinaldi re proposed plan structure (.2). |
| 10/04/23 | G. Miller | 1.20 | 874.80 | B320 | Prepare combined plan and disclosure statement. |
| 10/04/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron and G. Miller regarding combined plan and disclosure statement. |
| 10/04/23 | T. Moyron | 0.40 | 320.00 | B320 | Analyze email from Ankura regarding sub-trust proposal (.1) and respond to same (.1); attention to status of combined DS and plan (.2). |
| 10/05/23 | R. Wicks | 1.50 | 945.00 | B320 | Prepare order on motion for shortened time. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/05/23 | R. Wicks | 0.10 | 63.00 | B320 | Call with T. Moyron regarding preparing order on motion for order shortening time. |
| 10/05/23 | R. Wicks | 0.50 | 315.00 | B320 | Call with T. Moyron, S. Golden, et. al. regarding liquidating plan and trust agreement. |
| 10/05/23 | G. Miller | 1.60 | 1,166.40 | B320 | Draft combined plan and disclosure statement. |
| 10/05/23 | G. Medina | 0.30 | 102.60 | B320 | Correspond with R. Wicks and edit and send proposed order on motion to shorten time. |
| 10/05/23 | T. Moyron | 1.30 | 1,040.00 | B320 | Zoom meeting with S. Golden, C. Zucker, I. Lee, et al., regarding proposed plan structure (.5); teams meeting with Ankura team re same (.4); call with C. Zucker re plan structure (.3); follow-up calls with I. Lee re plan structure (.1). |
| 10/05/23 | T. Moyron | 0.50 | 400.00 | B320 | Conference call with Courtroom Deputy re order on OST re combined DS and Plan (.1); analyze and provide comments on order (.2); call and correspond with R. Wicks regarding same (.2). |
| 10/05/23 | T. Moyron | 0.10 | 80.00 | B320 | Analyze email from Lauren re claim objections and next steps and respond to same. |
| 10/06/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze co-trustee structure for combined plan and disclosure statement from S. Rinaldi. |
| 10/06/23 | R. Wicks | 0.40 | 252.00 | B320 | Call with T. Moyron and G. Miller regarding combined chapter 11 plan and disclosure statement and liquidating trust agreement. |
| 10/06/23 | T. Moyron | 0.70 | 560.00 | B320 | Correspondence with Ankura, S. Golden, et al., re updated plan (.2); call with I. Lee re same (.1); zoom meeting with G. Miller and R. Wicks regarding updating combined DS and Plan, including language with respect to co-trustee (.4). |
| 10/08/23 | R. Wicks | 2.00 | 1,260.00 | B320 | Prepare combined disclosure statement and plan to remove sub-trust concept. |
| 10/09/23 | R. Wicks | 2.70 | 1,701.00 | B320 | Prepare combined disclosure statement and plan to incorporate co-trustee concept. |
| 10/09/23 | G. Miller | 8.70 | 6,342.30 | B320 | Draft Liquidating Trust Agreement. |

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/09/23 | T. Moyron | 0.50 | 400.00 | B320 | Analyze updated plan structure, including OC, co-trustees, and other changes (.3); correspond with R. Wicks re same (.2). |
| 10/10/23 | G. Miller | 2.20 | 1,603.80 | B320 | Draft liquidating trust agreement. |
| 10/10/23 | T. Moyron | 0.30 | 240.00 | B320 | Call with R. Wicks regarding plan and other matters. |
| 10/10/23 | R. Wicks | 2.20 | 1,386.00 | B320 | Prepare combined plan and disclosure statement to include co-trustee concept. |
| 10/10/23 | R. Wicks | 0.10 | 63.00 | B320 | Call with T. Moyron regarding status of combined disclosure statement and chapter 11 plan. |
| 10/10/23 | R. Wicks | 0.50 | 315.00 | B320 | Prepare order granting third motion to extend exclusivity. |
| 10/10/23 | R. Wicks | 0.20 | 126.00 | B320 | Review order granting motion for shortened time. |
| 10/10/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with R. MacIsaac et al regarding order granting motion to shorten time. |
| 10/10/23 | G. Medina | 0.40 | 136.80 | B320 | Correspond with R. Wicks and edit order on third exclusivity motion and upload. |
| 10/11/23 | G. Miller | 1.30 | 947.70 | B320 | Draft Liquidating Trust Agreement. |
| 10/12/23 | R. Wicks | 1.30 | 819.00 | B320 | Prepare combined chapter 11 plan and disclosure statement. |
| 10/13/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron, S. Maizel, and G. Miller regarding combined disclosure statement and plan. |
| 10/13/23 | G. Miller | 0.60 | 437.40 | B320 | Review revised combined plan and disclosure statement. |
| 10/13/23 | G. Miller | 1.00 | 729.00 | B320 | Draft liquidating trust agreement. |
| 10/14/23 | G. Miller | 2.40 | 1,749.60 | B320 | Draft liquidating trust agreement. |
| 10/15/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with S. Maizel regarding comments to combined chapter 11 plan and disclosure statement. |
| 10/15/23 | S. Maizel | 2.00 | 1,600.00 | B320 | Review and prepare combined plan and disclosure statement. |
| 10/16/23 | S. Maizel | 0.70 | 560.00 | B320 | Review draft combined plan and disclosure statement. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/16/23 | T. Moyron | 1.30 | 1,040.00 | B320 | Analyze redline of plan (.3); analyze S. Maizel comments (.2); analyze updated plan and provide comment (.8). |
| 10/16/23 | R. Wicks | 0.60 | 378.00 | B320 | Analyze comments to combined plan and disclosure statement from S. Maizel. |
| 10/16/23 | R. Wicks | 2.00 | 1,260.00 | B320 | Prepare combined chapter 11 disclosure statement and plan by incorporating S. Maizel's comments. |
| 10/16/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with T. Moyron and S. Maizel regarding combined plan and disclosure statement. |
| 10/17/23 | R. Wicks | 0.30 | 189.00 | B320 | Correspond with J. Moe, T. Moyron, and S. Maizel regarding solicitation procedures motion. |
| 10/18/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with J. Moe regarding preparing ballots, notices, and solicitation procedures motion. |
| 10/18/23 | R. Wicks | 1.10 | 693.00 | B320 | Prepare solicitation procedures motion. |
| 10/18/23 | J.A. Moe, II | 0.40 | 288.00 | B320 | Confer with R. Wicks on solicitation and creation of ballots (.10); research form of Ballots (.30). |
| 10/19/23 | J.A. Moe, II | 1.50 | 1,080.00 | B320 | Additional review of form of Ballots (.10); telephone conference with attorneys S. Maizel, T. Moyron and R. Wicks on preparation of and soliciting a Plan Of Liquidation (.30); overall review of the proposed combined Disclosure Statement and Plan Of Liquidation (.10); review, annotate and flag the combined Disclosure Statement and Plan Of Liquidation (1.00). |
| 10/19/23 | G. Miller | 2.00 | 1,458.00 | B320 | Draft liquidating trust agreement. |
| 10/19/23 | R. Wicks | 0.30 | 189.00 | B320 | Correspond with T. Moyron, G. Miller, et. al regarding liquidating trust agreement and combined plan and disclosure statement. |
| 10/19/23 | R. Wicks | 0.30 | 189.00 | B320 | Call with T. Moyron, J. Moe, and S. Maizel regarding solicitation materials. |
| 10/19/23 | R. Wicks | 2.50 | 1,575.00 | B320 | Prepare motion for approval of solicitation procedures. |
| 10/19/23 | R. Wicks | 0.10 | 63.00 | B320 | Review voicemail from J. Moe regarding solicitation procedures motion. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/19/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with T. Moyron, J. Moe, and S. Maizel regarding setting time to discuss solicitation procedures motion. |
| 10/19/23 | S. Maizel | 0.30 | 240.00 | B320 | Zoom conference with J. Moe, T. Moyron, etc. re solicitation planning for plan. |
| 10/19/23 | T. Moyron | 1.30 | 1,040.00 | B320 | Prepare further updates and changes to plan of liquidation. |
| 10/19/23 | T. Moyron | 0.50 | 400.00 | B320 | Correspond with G. Miller regarding updated liquidating trust agreement (.2); analyze redline of updated liquidating trust agreement (.3). |
| 10/20/23 | R. Wicks | 0.50 | 315.00 | B320 | Analyze proposed changes to liquidating trust agreement. |
| 10/20/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron, B. Richards, et. al regarding tax consequences of plan and liquidating trust agreement. |
| 10/20/23 | R. Richards | 0.40 | 320.00 | B320 | Review markup of liquidating trust agreement. |
| 10/23/23 | R. Wicks | 2.10 | 1,323.00 | B320 | Prepare proposed order granting motion to combine plan and disclosure statement. |
| 10/23/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with J. Moe regarding ballots and notices. |
| 10/23/23 | R. Wicks | 1.10 | 693.00 | B320 | Prepare solicitation procedures motion. |
| 10/23/23 | T. Moyron | 0.20 | 160.00 | B320 | Correspond with M. Gray regarding claim objections and language therein regarding reservation of rights (.1); analyze email from CJ Pease regarding details related to former employee and claim (.1). |
| 10/23/23 | J.A. Moe, II | 0.70 | 504.00 | B320 | Review a second time and outline the procedures for the return of Ballots and create outline of "opt out" provisions identified on seven pages of the proposed Joint Disclosure Statement And Chapter 11 Plan Of Liquidation. |
| 10/24/23 | R. Wicks | 3.60 | 2,268.00 | B320 | Prepare solicitation procedures motion. |
| 10/24/23 | R. Wicks | 0.30 | 189.00 | B320 | Prepare order granting motion to combine disclosure statement and plan. |
| 10/24/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with T. Moyron regarding plan and liquidating trust agreement. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/25/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with T. Moyron to analyze plan and liquidating trust agreement. |
| 10/25/23 | R. Wicks | 0.70 | 441.00 | B320 | Analyze proposed revisions to combined plan and disclosure statement. |
| 10/25/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with G. Miller regarding liquidating trust agreement. |
| 10/25/23 | J.A. Moe, II | 0.60 | 432.00 | B320 | Review again the proposed Combined Disclosure Statement And Chapter 11 Plan Of Liquidation in regard to an Opt Out Form and the procedures for returning Ballots, and create new outline of the Opt Out Form and interlineate into the Opt Out Form the Plan's instructions on returning Ballots. |
| 10/25/23 | J.A. Moe, II | 1.40 | 1,008.00 | B320 | Prepare first draft of the Ballot for Class 3 Claimants. |
| 10/25/23 | J.A. Moe, II | 0.40 | 288.00 | B320 | Research contents of an Opt Out Selection Form for parties to opt out of third party releases in regard to the Chapter 11 Plan Of Liquidation. |
| 10/25/23 | T. Moyron | 0.40 | 320.00 | B320 | Correspond with R. Wicks regarding plan and liquidating trust agreement (.2); analyze R. Wicks email re LTA (.1); analyze email from J. Moe re plan (.1). |
| 10/26/23 | T. Moyron | 1.40 | 1,120.00 | B320 | Call with R. Wicks regarding LTA (.2); analyze issues related to LTA (.3) and correspondence with G. Miller, et al., regarding same (.2); analyze proposed order (.1) and correspond with R. Wicks regarding order (.1); correspond with S. Golden re plan (.1); analyze updated plan and redlines (.4). |
| 10/26/23 | J.A. Moe, II | 1.40 | 1,008.00 | B320 | Revise the first complete draft of the Ballot to vote for or against the proposed Plan Of Liquidation (1.10); revise the second complete draft of the Ballot (.30). |
| 10/26/23 | J.A. Moe, II | 1.00 | 720.00 | B320 | Prepare first rough draft (with inserts to be later added) of the Opt Out Form in regard to Third Party Releases in connection with the proposed Plan Of Liquidation (.60); revise the first complete draft of the Opt Out Form, including the four inserts from the Combined Disclosure Statement And Chapter 11 Plan Of Liquidation (.40). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/26/23 | R. Wicks | 0.20 | 126.00 | B320 | Call with T. Moyron regarding liquidating trust agreement. |
| 10/26/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with J. Moe regarding solicitation procedures. |
| 10/26/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze correspondence with T. Moyron, G. Miller, et. al regarding liquidating trust agreement. |
| 10/26/23 | R. Wicks | 0.40 | 252.00 | B320 | Prepare order granting motion to combine. |
| 10/26/23 | R. Wicks | 0.10 | 63.00 | B320 | Call with G. Miller regarding liquidating trust agreement. |
| 10/26/23 | R. Wicks | 2.20 | 1,386.00 | B320 | Prepare combined chapter 11 plan and disclosure statement. |
| 10/26/23 | R. Wicks | 0.20 | 126.00 | B320 | Correspond with S. Golden, J. Pomerantz, et. al regarding combined plan and disclosure statement and liquidating trust agreement. |
| 10/26/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with I. Lee, CJ Pease, et. al regarding combined plan and disclosure statement and liquidating trust agreement. |
| 10/26/23 | G. Medina | 0.40 | 136.80 | B320 | Review and edit proposed order granting motion to continue and upload with the court. |
| 10/27/23 | R. Wicks | 0.20 | 126.00 | B320 | Call with J. Moe to discuss ballot and opt-out provisions of plan and disclosure statement. |
| 10/27/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with S. Golden regarding combined plan and disclosure statement and liquidating trust agreement. |
| 10/27/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze solicitation procedures with J. Moe. |
| 10/27/23 | R. Wicks | 0.50 | 315.00 | B320 | Call with J. Moe and T. Moyron regarding opt-out provisions and ballot provisions in combined plan and disclosure statement. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/27/23 | J.A. Moe, II | 0.70 | 504.00 | B320 | Prepare for conference call with R. Wicks and T. Moyron on term of the proposed Plan Of Liquidation, including additional review of the provisions related to the return of Ballots and the Opt Out Form (.30); telephone call with R. Wicks and then with Ms. Wicks and T. Moyron reviewing the proposed Plan Of Liquidation, focusing on the procedures for returning Ballots and the provisions in the Plan on the procedures to Opt Out (.30); brief return telephone call with R. Wick on the procedures for the return of Ballots and review of the pages of the proposed Plan that explain the Opt Out procedures (.10). |
| 10/27/23 | T. Moyron | 1.20 | 960.00 | B320 | Analyze R. Wicks, et al., correspondence regarding plan and disclosure statement (.1); attention to solicitation procedures and plan (.6); conference call with J. Moe and R. Wicks regarding opt-out provisions and ballot provisions in combined plan and disclosure statement (.5). |
| 10/30/23 | S. Maizel | 0.30 | 240.00 | B320 | Zoom conference re schedule related to plan confirmation with I. Lee, T. Moyron, etc. |
| 10/30/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze order granting motion to combine. |
| 10/30/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze correspondence with S. Golden regarding chapter 11 plan and disclosure statement. |
| 10/30/23 | R. Wicks | 0.40 | 252.00 | B320 | Call with T. Moyron, I. Lee, S. Maizel, and CJ Pease regarding plan and liquidating trust agreement. |
| 10/30/23 | R. Wicks | 0.30 | 189.00 | B320 | Analyze local rules for noticing plan and disclosure statement and conditional approval motion. |
| 10/30/23 | T. Moyron | 1.00 | 800.00 | B320 | Analyze entered order on motion to combine DS and plan and related deadlines (.1); analyze deadlines and related timing matters (.2); correspond with I. Lee and CJ Pease regarding same (.2); conference call regarding DS and plan, upcoming deadlines, board meeting and related documents (.4); correspond with S. Golden re plan (.1). |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/31/23 | T. Moyron | 1.70 | 1,360.00 | B320 | Correspond with S. Golden re updated plan and LTA and timing of filing (.1); analyze Committee counsel comments to plan and LTA (1.3); correspond with I. Lee, et al., regarding plan, LTA and comments from Committee counsel (.2); prepare email to G. Miller re LTA (.1). |
| 10/31/23 | G. Miller | 1.00 | 729.00 | B320 | Review revised Liquidating Trust Agreement and Combined Plan and Disclosure Statement. |
| 10/31/23 | R. Wicks | 0.20 | 126.00 | B320 | Analyze correspondence with I. Lee, CJ Pease, et. al regarding Ankura's potential comments to the combined plan and disclosure statement and liquidating trust agreement. |
| 10/31/23 | R. Wicks | 0.40 | 252.00 | B320 | Analyze draft ballots and release opt-out election form for combined plan and disclosure statement. |
| 10/31/23 | R. Wicks | 0.50 | 315.00 | B320 | Analyze proposed changes to combined plan and disclosure statement from S. Golden. |
| 10/31/23 | R. Wicks | 3.90 | 2,457.00 | B320 | Prepare combined plan and disclosure statement. |
| 10/31/23 | R. Wicks | 0.10 | 63.00 | B320 | Correspond with S. Ruben and G. Medina regarding deadlines set by order granting motion to combine plan and disclosure statement. |
| 10/31/23 | T. Moyron | 0.30 | 240.00 | B320 | Analyze email from J. Moe and attached ballots and third party release opt out. |
| 10/31/23 | S. Maizel | 0.70 | 560.00 | B320 | Review combined plan and disclosure statement with comments from UCC. |
| 10/31/23 | R. Wicks | 0.10 | 63.00 | B320 | Analyze correspondence with S. Golden, T. Moyron, et. al regarding combined plan and disclosure statement. |
| 10/31/23 | R. Wicks | 0.10 | 63.00 | B320 | Analyze correspondence with T. Moyron, G. Miller, et. al regarding changes to liquidating trust agreement. |
| | Subtotal | 104.10 | 72,967.60 | | |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

DHCS - DHCS Litigation

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | T. Moyron | 0.20 | 160.00 | DHCS | Confer with R. Wicks, et al., regarding DHCS settlement and dismissal of AP. |
| 10/02/23 | S. Maizel | 0.20 | 160.00 | DHCS | Review and respond to emails re resolving pending adversary proceeding. |
| 10/02/23 | R. Wicks | 0.20 | 126.00 | DHCS | Review DHCS settlement agreement regarding dismissal of adversary and vacatur of orders. |
| 10/02/23 | R. Wicks | 0.20 | 126.00 | DHCS | Correspond with S. Maizel and T. Moyron regarding DHCS settlement agreement and dismissal of adversary and vacatur of orders. |
| 10/03/23 | R. Wicks | 1.80 | 1,134.00 | DHCS | Prepare joint stipulation vacating order and dismissing adversary proceeding. |
| 10/03/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with T. Moyron and S. Maizel regarding joint stipulation vacating order and dismissing adversary proceeding. |
| 10/06/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with S. Golden and D. Wessel regarding stipulation vacating orders and dismissing adversary in accordance with settlement. |
| 10/06/23 | R. Wicks | 0.20 | 126.00 | DHCS | Prepare stipulation vacating orders and dismissing adversary proceeding. |
| 10/11/23 | T. Moyron | 0.60 | 480.00 | DHCS | Call with R. MacIsaac, J. LaMagna, T. Waters, et al., regarding DHCS, TSA, billing, and related matters. |
| 10/14/23 | R. Wicks | 0.20 | 126.00 | DHCS | Correspond with S. Maizel, D. Wessel, et. al regarding stipulation to vacate orders and dismiss adversary proceeding. |
| 10/16/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with S. Golden regarding stipulation vacating orders and dismissing adversary proceeding. |
| 10/16/23 | R. Wicks | 0.60 | 378.00 | DHCS | Prepare order approving stipulation to vacate orders and dismiss adversary proceeding. |
| 10/17/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with T. Moyron and S. Maizel regarding stipulation to vacate order and dismiss adversary proceeding. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/17/23 | R. Wicks | 0.40 | 252.00 | DHCS | Prepare order granting stipulation to vacate orders and dismiss adversary proceeding. |
| 10/17/23 | R. Wicks | 0.50 | 315.00 | DHCS | Finalize and file stipulation to vacate orders and dismiss adversary proceeding. |
| 10/17/23 | S. Maizel | 0.20 | 160.00 | DHCS | Review and revise stipulation vacating memorandum and dismissing adversary proceeding. |
| 10/18/23 | R. Wicks | 0.20 | 126.00 | DHCS | Analyze order vacating adversary orders and dismissing adversary proceeding. |
| 10/18/23 | R. Wicks | 0.20 | 126.00 | DHCS | Correspond with T. Moyron and S. Maizel regarding order vacating adversary orders and dismissing adversary proceeding and dismissal of appeal. |
| 10/18/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with D. Wessel, S. Golden, et. al. regarding order vacating adversary orders and dismissing adversary proceeding and dismissal of appeal. |
| 10/18/23 | T. Moyron | 0.20 | 160.00 | DHCS | Correspond with R. Wicks re order vacating findings of fact and dismissing adversary. |
| 10/19/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with D. Wessel regarding dismissal of appeal. |
| 10/25/23 | R. Wicks | 0.10 | 63.00 | DHCS | Analyze correspondence with D. Wessel regarding stipulation to dismiss appeal. |
| 10/25/23 | R. Wicks | 0.20 | 126.00 | DHCS | Correspond with R. MacIsaac regarding executed DHCS settlement. |
| 10/25/23 | T. Moyron | 0.20 | 160.00 | DHCS | Analyze email from D. Wessel re join motion to dismiss bankruptcy appeal (.1); analyze email from R. MacIsaac regarding DHCS settlement (.1). |
| 10/26/23 | R. Wicks | 0.50 | 315.00 | DHCS | Analyze proposed stipulation to dismiss appeal. |
| 10/26/23 | R. Wicks | 1.00 | 630.00 | DHCS | Prepare stipulation to dismiss appeal. |
| 10/26/23 | S. Maizel | 0.50 | 400.00 | DHCS | Review and revise joint motion to dismiss DHCS appeal. |
| 10/28/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with S. Maizel and T. Moyron regarding stipulation to dismiss appeal. |
| 10/31/23 | R. Wicks | 0.10 | 63.00 | DHCS | Correspond with D. Wessel et. al regarding stipulation to dismiss appeal. |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/31/23 | R. Wicks | 0.80 | 504.00 | DHCS | Prepare stipulation to dismiss appeal. |
| | Subtotal | 10.00 | 6,657.00 | | |

EMP - Employee matters

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 10/02/23 | R. Wicks | 1.40 | 882.00 | EMP | Prepare memorandum in support of insider compensation. |
| | Subtotal | 1.40 | 882.00 | | |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Harrington | $ 800.00 | 1.30 | $ 1,040.00 |
| S. Maizel | $ 800.00 | 16.80 | $ 13,440.00 |
| T. Moyron | $ 800.00 | 26.90 | $ 21,520.00 |
| G. Miller | $ 729.00 | 35.70 | $ 26,025.30 |
| L. Macksoud | $ 729.00 | 15.90 | $ 11,591.10 |
| R. Richards | $ 800.00 | 1.70 | $ 1,360.00 |
| S. McCandless | $ 800.00 | 7.30 | $ 5,840.00 |
| J.A. Moe, II | $ 720.00 | 8.10 | $ 5,832.00 |
| R. Wicks | $ 630.00 | 73.20 | $ 46,116.00 |
| S. Ruben | $ 499.50 | 0.60 | $ 299.70 |
| G. Medina | $ 342.00 | 3.00 | $ 1,026.00 |
| Totals | | 190.50 | $ 134,090.10 |

Borrego Community Health Foundation
Matter: 15810746-000002
Invoice No.: 2687822

November 30, 2023

SUMMARY OF AMOUNT DUE BY TASK CODE

| Task Code | Task Code Name | Fees |
|---|---|---|
| B100 | Administration | 1,040.00 |
| B110 | Case Administration | 11,232.70 |
| B120 | Asset Analysis and Recovery | 240.00 |
| B130 | Asset Disposition | 5,520.00 |
| B160 | Fee/Employment Applications | 6,307.80 |
| B185 | Assumption/Rejection of Leases and Contracts | 606.00 |
| B210 | Business Operations | 252.00 |
| B230 | Financing/Cash Collections | 480.00 |
| B300 | Claims and Plan | 99.90 |
| B310 | Claims Administration and Objections | 27,805.10 |
| B320 | Plan and Disclosure Statement (incl. Business Plan) | 72,967.60 |
| DHCS | DHCS Litigation | 6,657.00 |
| EMP | Employee matters | 882.00 |
| | Total This Matter | $134,090.10 |

DISBURSEMENT DETAIL

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| 9/30/2023 | LITIGATION SUPPORT VENDORS PACER-FEES | | 30.00 |
| | | SUBTOTAL | 30.00 |
| 10/2/2023 | WESTLAW WICKS\REBECCA | | 375.00 |
| 10/3/2023 | WESTLAW WICKS\REBECCA | | 225.00 |
| 10/13/2023 | WESTLAW WICKS\REBECCA | | 975.00 |
| | | SUBTOTAL | 1,575.00 |
| | Total Disbursements | | $1,605.00 |

Borrego Community Health Foundation November 30, 2023
Invoice #: 2687822

COMBINED TOTALS

| | | |
|---|---|---|
| Total Hours | | 190.50 |
| Fee Total, all Matters | $ | 134,090.10 |
| Disbursement Total, all Matters | $ | 1,605.00 |
| Invoice Total, all Matters | $ | 135,695.10 |
| Amounts Received, Available to Apply Against Current or Future Invoices | | 100,000.00 |
| Amount Due | $ | 135,695.10 |

DENTONS

SNR Denton US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704
snrdenton.com

Isaac Lee
Chief Restructuring Officer
Borrego Community Health Foundation
isaac.lee@ankura.com

November 30, 2023

Client #: 15810746

Statement of Account

According to our records, as of November 30, 2023, the amounts shown below are outstanding.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 09/30/23 | 2672266 | $ 98,005.95 | $ 0.00 | $ 98,005.95 |
| 10/31/23 | 2679858 | $ 129,875.45 | $ 0.00 | $ 129,875.45 |
| 11/30/23 | 2687822 | $ 135,695.10 | $ 0.00 | $ 135,695.10 |
| | | Total Outstanding Invoices | | $ 363,576.50 |
| | | Credits On Account | | $ 100,000.00 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

009196/020