SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
REBECCA M. WICKS (SBN 313608)
rebecca.wicks@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   213 623 9300
Facsimile:    213 623 9924

Attorneys for Chapter 11 Debtor
and Debtor In Possession

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor and Debtor In Possession. | Case No. 22-02384<br><br>Chapter 11 Case<br>(Voluntary Petition filed September 12, 2022)<br><br>**NOTICE OF DENTONS US LLP'S FOURTEENTH MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>Judge: Hon. Laura S. Taylor |

- 1 -

125621129\V-1

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE PATIENT CARE OMBUDSMAN, PARTIES REQUESTING SPECIAL NOTICE, THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that the professional listed on the chart below (the "Professional") has applied to the United States Bankruptcy Court for the Southern District of California for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing October 1, 2023, through October 31, 2023 (the "Application Period"). As detailed below, the Professional seeks allowance and payment of interim compensation for 80% of the fees for services rendered, plus 100% of the expenses incurred during the Application Period.

| Professional's Name and Address | Position | Application Period | Total (100%) Fees Incurred | Total (100%) Expenses Incurred | 80% of Fees Incurred | Total Requested in this Application (80% of Fees and 100% of Expenses) | Hold Back (20% of fees) |
|---|---|---|---|---|---|---|---|
| DENTONS US LLP 601 South Figueroa Street, Suite 2500 Los Angeles, CA 90017 | Debtor's Bankruptcy Counsel | October 1, 2023 – October 31, 2023 | $134,090.10 | $1,605.00 | $107,272.08 | $107,272.08 + $1,605.00 = $108,877.08 | $26,818.00 |

Pursuant to this Court's *Order On Debtor's Notice Of Motion And Motion for Entry Of An Order Establishing Procedures For Monthly Payment Of Fees And Expense Reimbursement* entered on December 15, 2022 [Docket No. 299], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection upon the Professional whose Monthly Fee Application is the subject of the objection, as well as on the Office of the United States Trustee, the Debtor, the

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

125621129\V-1

Debtor's counsel, counsel for the Patient Care Ombudsman, and counsel for the Official Committee of Unsecured Creditors within ten (10) calendar days of the date this Notice was mailed.

If an objection is timely filed and served, the Debtor will pay the Professional whose application is the subject of an objection only the applicable percentage of those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

Dated: December 4, 2023

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  /s/ *Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtor and Debtor In Possession

125621129\V-1