SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
REBECCA M. WICKS (SBN 313608)
rebecca.wicks@gmail.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300
Facsimile:     213 623 9924

Attorneys for Chapter 11 Debtor and
Debtor In Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>Debtor and Debtor In Possession. | Case No. 22-02384<br><br>Chapter 11 Case<br><br>**COMPENSATION AND STAFFING REPORT FOR ANKURA CONSULTING GROUP, LLC FOR THE PERIOD OF SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**<br><br>Judge:  Hon. Laura S. Taylor |
|---|---|

Borrego Community Health Foundation (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Case"), hereby files this Compensation and Staffing Report (the "Report") for services performed by Ankura Consulting Group, LLC ("Ankura") from September 1, 2023, through September 30, 2023 (the "Billing Period"). In support of this Report, the Debtor respectfully states as follows:

On October 12, 2022, the Debtor filed the *Application to Employ Ankura Consulting Group, LLC to (I) Provide the Debtor a Chief Restructuring Officer and*

1

US_ACTIVE\125453380\V-1

*Certain Other Personnel; and (II) Designating Isaac Lee as Chief Restructuring Officer for the Debtor* (the "Retention Application") [Docket No. 87]. On November 16, 2022, the Court entered the *Order on Application to Employ Ankura Consulting Group, LLC and Designate Isaac Lee as Chief Restructuring Officer*, which granted the Retention Application (the "Retention Order") [Docket No. 176].

The Retention Application, as approved by the Retention Order, provides that Ankura shall be retained under § 363 of the Bankruptcy Code[1] and will file a Report monthly reflecting the Ankura professionals who worked on the engagement for the previous month and compensation earned and expenses incurred on a monthly basis including (i) detailed time entry records identifying activities or issues that individual addressed on a daily basis, grouped to the nearest one-tenth (0.1) of an hour for each activity category each day, and (ii) detailed expenses records. Retention Application, at ¶ 16.

Notice of the Report is to be provided to: (i) the Office of the United States Trustee; (ii) counsel to the Official Committee of Unsecured Creditors; and (iii) counsel to any other official committees appointed in this Case. *See* Retention Application, at ¶ 16.

Attached as Exhibits A-C hereto are the summary charts and other items required. As reflected in Exhibits A-C, Ankura incurred $196,794.00 in fees in connection with the service provided in accordance with the Retention Application and $0.00 in expenses during Billing Period.

---

[1] Unless otherwise stated, all references to "section," "§" or "chapter" herein are to 11 U.S.C. §§ 101, *et seq.*, as amended. All references to "Rules" are to the Federal Rules of Bankruptcy Procedure. All references to the "LBR" are to the Local Rules and Administrative Procedures for the Southern District of California.

US_ACTIVE\125453380\V-1

| | |
|---|---|
| Dated: December 4, 2023 | DENTONS US LLP<br>SAMUEL R. MAIZEL<br>TANIA M. MOYRON<br><br>By: */s/ Tania M. Moyron*<br>　　Tania M. Moyron<br><br>Attorneys for the Chapter 11 Debtor and Debtor In Possession |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

3

US_ACTIVE\125453380\V-1

**Exhibit A**

**Exhibit A**

**EXHIBIT A**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., *et al.* - CASE NO. 22-02384 (LT11)**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Lee, Isaac | Managing Director | 1,065.00 | 29.0 | $ 30,885.00 |
| Rinaldi, Scott | Managing Director | 750.00 | 5.3 | 3,975.00 |
| Hull, Sarah | Managing Director | 555.00 | 8.8 | 4,884.00 |
| Pease, Charles | Senior Director | 775.00 | 128.4 | 99,510.00 |
| Cazares, Trevor | Senior Associate | 530.00 | 143.8 | 76,214.00 |
| Petruolo, Michelle | Paraprofessional | 380.00 | 8.4 | 3,192.00 |
| **Subtotal** | | | **323.7** | **$218,660.00** |
| Less: 10% Fee Accommodation | | | | (21,866.00) |
| **Grand Total** | | | **323.7** | **$196,794.00** |

**Exhibit B**

**EXHIBIT B**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**SUMMARY OF COMPENSATION EARNED BY CATEGORY**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Time Category | Hours | Fees |
|---|---|---|---|
| 1 | Asset Analysis and Disposition | 4.3 | $ 3,332.50 |
| 2 | Case Administration | 10.0 | 4,751.00 |
| 3 | Claims Analysis and Administration | 150.7 | 95,670.00 |
| 4 | Case-Related Reporting and Compliance | 14.7 | 7,791.00 |
| 5 | Court Hearings - Filings, Preparation and Participation | 28.4 | 25,785.50 |
| 6 | Creditor and Vendor Matters | 7.8 | 6,527.00 |
| 7 | Interim Management - Business Operations | 40.4 | 31,786.00 |
| 8 | Interim Management - Financial Management and Liquidity | 58.6 | 38,133.00 |
| 9 | Board Meetings - Preparation and Participation | - | - |
| 10 | Revenue Cycle and Finance Dept. Support | 8.8 | 4,884.00 |
| **Subtotal** | | **323.7** | **$ 218,660.00** |
| **Grand Total** | | **323.7** | **$ 218,660.00** |

**Exhibit C**

EXHIBIT C
BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)
COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED
TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER
FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 1 | 9/7/23 | Pease, Charles | Participate on calls with buyer and buyer's agent regarding change of ownership forms; draft emails regarding same; review CHOW requirements. | 2.6 | 775.00 | 2,015.00 |
| 1 | 9/7/23 | Pease, Charles | Review Medicare accounts receivable information; draft email to buyer regarding Medicare receipts and CHOW process. | 1.7 | 775.00 | 1,317.50 |
| **1 Subtotal** | | | | **4.3** | | **3,332.50** |
| 2 | 9/6/23 | Petruolo, Michelle | Correspond with Ankura team regarding open items for inclusion in the August staffing report. | 0.3 | 380.00 | 114.00 |
| 2 | 9/6/23 | Petruolo, Michelle | Create August staffing report including latest time report. | 0.3 | 380.00 | 114.00 |
| 2 | 9/6/23 | Petruolo, Michelle | Update August staffing report for time detail provided by Ankura team. | 1.1 | 380.00 | 418.00 |
| 2 | 9/7/23 | Petruolo, Michelle | Update time descriptions for the time period 8/1/23 - 8/7/23 including meetings for inclusion in the August staffing report. | 1.2 | 380.00 | 456.00 |
| 2 | 9/13/23 | Petruolo, Michelle | Update time descriptions for the time period 8/8/23 - 8/14/23 including meetings for inclusion in the August staffing report. | 1.1 | 380.00 | 418.00 |
| 2 | 9/18/23 | Lee, Isaac | Review draft Ankura staffing report, prepare comments. | 0.3 | 1,065.00 | 319.50 |
| 2 | 9/18/23 | Petruolo, Michelle | Prepare draft August staffing report exhibits A through E prior to sending to CRO for review and comment. | 0.6 | 380.00 | 228.00 |
| 2 | 9/18/23 | Petruolo, Michelle | Update time descriptions for the time period 8/15/23 - 8/31/23 including meetings for inclusion in the August staffing report. | 3.0 | 380.00 | 1,140.00 |
| 2 | 9/19/23 | Lee, Isaac | Review final draft of Ankura August staffing report and support schedules. | 0.3 | 1,065.00 | 319.50 |
| 2 | 9/19/23 | Petruolo, Michelle | Finalize August staffing report exhibits A through E prior to sending to CRO. | 0.8 | 380.00 | 304.00 |
| 2 | 9/20/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding engagement staffing, buyer financial reporting / TSA services. | 0.5 | 1,065.00 | 532.50 |
| 2 | 9/20/23 | Pease, Charles | Participate on call with CRO regarding engagement staffing, buyer financial reporting / TSA services. | 0.5 | 775.00 | 387.50 |
| **2 Subtotal** | | | | **10.0** | | **4,751.00** |
| 3 | 9/1/23 | Cazares, Trevor | Troubleshoot IT, call Microsoft to diagnose Microsoft MFA issues, call Javier Pastrana (DAP) for IT support, delete and re-download apps on phone and on laptop. | 2.1 | 530.00 | 1,113.00 |
| 3 | 9/1/23 | Pease, Charles | Review final settlement offer from certain dental counterparty; prepare final analysis and draft email to management regarding same. | 2.2 | 775.00 | 1,705.00 |
| 3 | 9/5/23 | Cazares, Trevor | Correspond with M. Gray (FTI) regarding POC 135 regarding possible POC amendment, review POC 135 for comprehensive response. | 0.3 | 530.00 | 159.00 |
| 3 | 9/5/23 | Pease, Charles | Participate on call with prior landlord regarding cure cost; participate on call with FTI regarding cure cost; draft email to buyer regarding cure cost. | 2.2 | 775.00 | 1,705.00 |
| 3 | 9/8/23 | Cazares, Trevor | Draft email to send PTO payout proof to UCC financial advisors. | 0.3 | 530.00 | 159.00 |
| 3 | 9/8/23 | Pease, Charles | Participate on call with J. Pomerantz (Pachulski) regarding dental claims; perform diligence regarding dental claims; draft two separate emails to UCC advisors regarding updates to claims analysis. | 4.1 | 775.00 | 3,177.50 |
| 3 | 9/11/23 | Lee, Isaac | Review FTI claims schedule and email. | 0.3 | 1,065.00 | 319.50 |
| 3 | 9/11/23 | Pease, Charles | Review claims analysis (580+ claims lines) for potential unpaid cure costs; reconcile same to list of assumed contracts. | 2.7 | 775.00 | 2,092.50 |
| 3 | 9/11/23 | Pease, Charles | Review email and two separate claims worksheets provided by FTI; review, perform diligence, and draft responses to each line of creditor inquiry; draft email response to other questions. | 2.3 | 775.00 | 1,782.50 |
| 3 | 9/12/23 | Cazares, Trevor | Participate on call with A. Taylor (DAP) regarding Intergy walkthrough and demonstration. | 0.5 | 530.00 | 265.00 |
| 3 | 9/14/23 | Cazares, Trevor | Continue to reconcile bankruptcy claims from non-litigant dentist claimants against Debtor's records. | 1.9 | 530.00 | 1,007.00 |
| 3 | 9/14/23 | Cazares, Trevor | Continue to reconcile bankruptcy claims from non-litigant dentist claimants against Debtor's records using Intergy software. | 2.4 | 530.00 | 1,272.00 |
| 3 | 9/14/23 | Cazares, Trevor | Reconcile bankruptcy claims from non-litigant dentist claimants against Debtor's records. | 3.1 | 530.00 | 1,643.00 |
| 3 | 9/15/23 | Cazares, Trevor | Continue to reconcile dentist bankruptcy claims by referencing EHR records to compare to claimant records. | 3.6 | 530.00 | 1,908.00 |
| 3 | 9/15/23 | Cazares, Trevor | Reconcile dentist bankruptcy claims using Debtor's Intergy software. | 3.5 | 530.00 | 1,855.00 |
| 3 | 9/18/23 | Cazares, Trevor | Continue to work on claims reconciliations. | 2.3 | 530.00 | 1,219.00 |
| 3 | 9/18/23 | Cazares, Trevor | Work on reconciling bankruptcy claims submitted by non-litigant dentists. | 3.8 | 530.00 | 2,014.00 |
| 3 | 9/19/23 | Cazares, Trevor | Continue to reconcile claims using debtor's internal accounting records. | 4.4 | 530.00 | 2,332.00 |
| 3 | 9/19/23 | Cazares, Trevor | Complete claims reconciliation for one non-litigant dentist claim, continue to reconcile claims submitted by other non-litigant dentists. | 3.3 | 530.00 | 1,749.00 |
| 3 | 9/19/23 | Cazares, Trevor | Reconcile non-litigant dentist bankruptcy claims. | 3.1 | 530.00 | 1,643.00 |
| 3 | 9/19/23 | Lee, Isaac | Review draft claim objections, prepare comments. | 0.4 | 1,065.00 | 426.00 |
| 3 | 9/19/23 | Pease, Charles | Prepare claims analysis for certain claim objections. | 2.0 | 775.00 | 1,550.00 |
| 3 | 9/20/23 | Cazares, Trevor | Continue to prepare non-litigant dentist claims reconciliations. | 3.0 | 530.00 | 1,590.00 |
| 3 | 9/20/23 | Cazares, Trevor | Continue to reconcile non-litigant dentist claims using debtor's accounting records. | 3.1 | 530.00 | 1,643.00 |
| 3 | 9/21/23 | Cazares, Trevor | Continue to update bankruptcy claims reconciliations by continuing to reconcile claims submitted. | 3.0 | 530.00 | 1,590.00 |
| 3 | 9/21/23 | Cazares, Trevor | Reconcile bankruptcy claims submitted by non-litigant dentist. | 2.9 | 530.00 | 1,537.00 |
| 3 | 9/21/23 | Cazares, Trevor | Review and reconcile bankruptcy claims submitted by non-litigant dentists. | 3.2 | 530.00 | 1,696.00 |
| 3 | 9/21/23 | Pease, Charles | Perform further diligence and prepare further analysis of certain claims. | 2.1 | 775.00 | 1,627.50 |
| 3 | 9/21/23 | Pease, Charles | Review three files sent by UCC advisors regarding claim objections, perform payment diligence for each claimant, and draft response for each file. | 2.4 | 775.00 | 1,860.00 |
| 3 | 9/22/23 | Cazares, Trevor | Begin new bankruptcy claim reconciliation submitted by non-litigant dentist. | 1.9 | 530.00 | 1,007.00 |
| 3 | 9/22/23 | Cazares, Trevor | Continue to update bankruptcy claim reconciliations. | 1.2 | 530.00 | 636.00 |
| 3 | 9/22/23 | Cazares, Trevor | Reconcile bankruptcy claims using Debtor's Intergy health records software. | 3.1 | 530.00 | 1,643.00 |
| 3 | 9/25/23 | Cazares, Trevor | Begin reconciliation for next non-litigant dentist's claim. | 1.2 | 530.00 | 636.00 |

**EXHIBIT C**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 3 | 9/25/23 | Cazares, Trevor | Complete reconciliation of a non-litigant dentist's claim. | 3.8 | 530.00 | 2,014.00 |
| 3 | 9/25/23 | Cazares, Trevor | Continue to update claims reconciliation. | 2.1 | 530.00 | 1,113.00 |
| 3 | 9/25/23 | Lee, Isaac | Review comments to draft claim objections and draft declarations. | 0.3 | 1,065.00 | 319.50 |
| 3 | 9/25/23 | Pease, Charles | Participate on call with J. Pomerantz (PSZJ) regarding claim objection pleadings; review pleadings and draft email response to J. Pomerantz. | 0.7 | 775.00 | 542.50 |
| 3 | 9/25/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 1 - 3 (some of which might not have been filed after proper diligence). | 4.2 | 775.00 | 3,255.00 |
| 3 | 9/25/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 4 - 5 (some of which might not have been filed after proper diligence). | 2.6 | 775.00 | 2,015.00 |
| 3 | 9/26/23 | Cazares, Trevor | Complete reconciliation of third non-litigant dentist's claim. | 2.9 | 530.00 | 1,537.00 |
| 3 | 9/26/23 | Cazares, Trevor | Continue updating non-litigant dentist claim reconciliations. | 1.1 | 530.00 | 583.00 |
| 3 | 9/26/23 | Cazares, Trevor | Format updates to claims reconciliations, continue updating claims reconciliations by checking claims against Debtor's EHR files. | 4.0 | 530.00 | 2,120.00 |
| 3 | 9/26/23 | Lee, Isaac | Review comments to draft claim objections and draft declarations, claims reconciliation schedules. | 0.3 | 1,065.00 | 319.50 |
| 3 | 9/26/23 | Pease, Charles | Review contract dental analysis; draft email to UCC advisors regarding same. | 1.3 | 775.00 | 1,007.50 |
| 3 | 9/26/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 13 - 17 (some of which might not have been filed after proper diligence). | 4.7 | 775.00 | 3,642.50 |
| 3 | 9/26/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 6 - 7 (some of which might not have been filed after proper diligence). | 2.8 | 775.00 | 2,170.00 |
| 3 | 9/26/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 7 - 8 (some of which might not have been filed after proper diligence). | 1.6 | 775.00 | 1,240.00 |
| 3 | 9/26/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 9 - 12 (some of which might not have been filed after proper diligence). | 2.3 | 775.00 | 1,782.50 |
| 3 | 9/27/23 | Cazares, Trevor | Begin reconciliation of another non-litigant dentist's claim. | 3.1 | 530.00 | 1,643.00 |
| 3 | 9/27/23 | Lee, Isaac | Review comments to draft claim objections and draft declarations; provide C. Pease (ACG) regarding comments. | 0.4 | 1,065.00 | 426.00 |
| 3 | 9/27/23 | Pease, Charles | Review comments to draft claim objections and draft declarations; provide CRO regarding comments. | 0.5 | 775.00 | 387.50 |
| 3 | 9/27/23 | Pease, Charles | Review set I of finalized pleadings provided by UCC and Debtor's counsel. | 0.4 | 775.00 | 310.00 |
| 3 | 9/27/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 18 - 22 (some of which might not have been filed after proper diligence). | 2.7 | 775.00 | 2,092.50 |
| 3 | 9/27/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 23 - 30 (some of which might not have been filed after proper diligence). | 3.9 | 775.00 | 3,022.50 |
| 3 | 9/27/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 31 - 35 (some of which might not have been filed after proper diligence). | 2.6 | 775.00 | 2,015.00 |
| 3 | 9/28/23 | Cazares, Trevor | Manipulate, enter and use data for claims reconciliations. | 4.0 | 530.00 | 2,120.00 |
| 3 | 9/28/23 | Cazares, Trevor | Prepare claims reconciliations, manipulate data for use in claims reconciliations, reconcile claims. | 4.0 | 530.00 | 2,120.00 |
| 3 | 9/28/23 | Lee, Isaac | Review draft claim objections. | 0.4 | 1,065.00 | 426.00 |
| 3 | 9/28/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 36 - 40 (some of which might not have been filed after proper diligence). | 2.5 | 775.00 | 1,937.50 |
| 3 | 9/28/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 41 - 45 (some of which might not have been filed after proper diligence). | 2.2 | 775.00 | 1,705.00 |
| 3 | 9/28/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 46 - 50 (some of which might not have been filed after proper diligence). | 1.6 | 775.00 | 1,240.00 |
| 3 | 9/28/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 51 - 54 (some of which might not have been filed after proper diligence). | 1.2 | 775.00 | 930.00 |
| 3 | 9/28/23 | Pease, Charles | Review, edit, perform diligence and complete certain sections of pleadings regarding claim objections - pleadings 55 - 63 (some of which might not have been filed after proper diligence). | 2.1 | 775.00 | 1,627.50 |
| 3 | 9/29/23 | Cazares, Trevor | Complete next non-litigant dentist's claims reconciliation. | 2.9 | 530.00 | 1,537.00 |
| 3 | 9/29/23 | Cazares, Trevor | Continue to reconcile claims against Debtor's EHR files. | 3.6 | 530.00 | 1,908.00 |
| **3 Subtotal** | | | | **150.7** | | **95,670.00** |
| 4 | 9/8/23 | Cazares, Trevor | Begin to prepare Q2 OCP accrued fees exhibit. | 1.3 | 530.00 | 689.00 |
| 4 | 9/8/23 | Cazares, Trevor | Collect and redact August Operating Account and Money Market Account bank statements. | 1.0 | 530.00 | 530.00 |
| 4 | 9/11/23 | Cazares, Trevor | Complete Q2 OCP accrual and payment tracker by entering invoices into model, update formatting to fit on single page. | 3.9 | 530.00 | 2,067.00 |
| 4 | 9/11/23 | Cazares, Trevor | Update Q2 OCP accrual and payment tracker with two ordinary course professionals and relating invoice data. | 1.2 | 530.00 | 636.00 |
| 4 | 9/12/23 | Cazares, Trevor | Correspond with C. Pease (ACG) regarding professional fees. | 0.3 | 530.00 | 159.00 |

EXHIBIT C
BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)
COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED
TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER
FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 4 | 9/12/23 | Cazares, Trevor | Review Q2 OCP accrual and payment tracker prior to submitting for engagement management review. | 0.6 | 530.00 | 318.00 |
| 4 | 9/12/23 | Cazares, Trevor | Update Q2 OCP accrual and payment tracker with additional ordinary course professionals and relating invoice data. | 0.9 | 530.00 | 477.00 |
| 4 | 9/12/23 | Cazares, Trevor | Update Q2 OCP Excel by bifurcating Jarrard OCP into two OCP lines to show split between OCP and non-OCP work performed by Jarrard. | 2.1 | 530.00 | 1,113.00 |
| 4 | 9/12/23 | Cazares, Trevor | Update Q2 OCP Excel by updating dates of invoices to dates of approvals, noting invoice date. | 2.7 | 530.00 | 1,431.00 |
| 4 | 9/13/23 | Cazares, Trevor | Update Q2 OCP report by updating syntax and including footnotes, prepare document in PDF format. | 0.7 | 530.00 | 371.00 |
| **4 Subtotal** | | | | **14.7** | | **7,791.00** |
| 5 | 9/5/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding litigation mediation. | 0.3 | 1,065.00 | 319.50 |
| 5 | 9/5/23 | Pease, Charles | Participate on call with CRO regarding litigation mediation. | 0.3 | 775.00 | 232.50 |
| 5 | 9/5/23 | Lee, Isaac | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO) and C. Pease (ACG) regarding bankruptcy and litigation matters update. | 0.7 | 1,065.00 | 745.50 |
| 5 | 9/5/23 | Pease, Charles | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO) and CRO regarding bankruptcy and litigation matters update. | 0.7 | 775.00 | 542.50 |
| 5 | 9/6/23 | Lee, Isaac | Review Travelers mediation statements in preparation for mediation hearing. | 0.7 | 1,065.00 | 745.50 |
| 5 | 9/7/23 | Lee, Isaac | Review draft motion to extend exclusivity and declaration. | 0.3 | 1,065.00 | 319.50 |
| 5 | 9/8/23 | Lee, Isaac | Participate in Travelers mediation hearing. | 7.0 | 1,065.00 | 7,455.00 |
| 5 | 9/12/23 | Lee, Isaac | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO), C. Pease (ACG) regarding bankruptcy and litigation matters update. | 0.4 | 1,065.00 | 426.00 |
| 5 | 9/12/23 | Pease, Charles | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO), CRO regarding bankruptcy and litigation matters update. | 0.4 | 775.00 | 310.00 |
| 5 | 9/13/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding comments to OCP filing, update on close of July financials. | 0.5 | 1,065.00 | 532.50 |
| 5 | 9/13/23 | Pease, Charles | Participate on call with CRO regarding comments to OCP filing, update on close of July financials. | 0.5 | 775.00 | 387.50 |
| 5 | 9/13/23 | Lee, Isaac | Review drafts of OCP filing, prepare comments. | 0.4 | 1,065.00 | 426.00 |
| 5 | 9/13/23 | Pease, Charles | Review Ordinary Course Professional report; perform diligence regarding OCP declarations; review prior monthly operating reports regarding OCP payments and accruals. | 1.5 | 775.00 | 1,162.50 |
| 5 | 9/14/23 | Lee, Isaac | Review drafts of Travelers settlement agreement. | 0.3 | 1,065.00 | 319.50 |
| 5 | 9/20/23 | Pease, Charles | Review emails and draft responses regarding insurance claim to / from insurance carrier. | 1.5 | 775.00 | 1,162.50 |
| 5 | 9/20/23 | Pease, Charles | Review, prepare edits / fill-in-the-blanks, and draft email response to Debtor's counsel and UCC advisors regarding draft templates for claim objections. | 2.1 | 775.00 | 1,627.50 |
| 5 | 9/25/23 | Lee, Isaac | Review draft motion to combine filing of disclosure statement and plan and declaration. | 0.3 | 1,065.00 | 319.50 |
| 5 | 9/25/23 | Pease, Charles | Review claims section of Combined Plan and Disclosure Statement. | 0.8 | 775.00 | 620.00 |
| 5 | 9/26/23 | Lee, Isaac | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO), C. Pease (ACG) regarding bankruptcy and litigation matters update. | 0.5 | 1,065.00 | 532.50 |
| 5 | 9/26/23 | Pease, Charles | Participate on call with T. Moyron, S. Maizel (Dentons), J. Kearney, J. LaMagna (HLB), R. MacIsaac (CEO), CRO regarding bankruptcy and litigation matters update. | 0.5 | 775.00 | 387.50 |
| 5 | 9/28/23 | Lee, Isaac | Review PSZJ comments to Plan, draft trust agreements, prepare comments. | 0.9 | 1,065.00 | 958.50 |
| 5 | 9/28/23 | Rinaldi, Scott | Commence review of the draft Liquidating Trust Agreement, GUC Claims Sub-Trust Agreement, and Services agreement in preparation for conference call to discuss same. | 0.6 | 750.00 | 450.00 |
| 5 | 9/29/23 | Cazares, Trevor | Participate on call with CRO, S. Rinaldi, C. Pease (ACG) regarding comments to draft liquidating trustee agreement (partial attendance). | 1.2 | 530.00 | 636.00 |
| 5 | 9/29/23 | Lee, Isaac | Participate on call with S. Rinaldi, C. Pease, T. Cazares (ACG) regarding comments to draft liquidating trustee agreement. | 1.5 | 1,065.00 | 1,597.50 |
| 5 | 9/29/23 | Pease, Charles | Participate on call with S. Rinaldi, CRO, T. Cazares (ACG) regarding comments to draft liquidating trustee agreement. | 1.5 | 775.00 | 1,162.50 |
| 5 | 9/29/23 | Rinaldi, Scott | Participate on call with CRO, C. Pease, T. Cazares (ACG) regarding comments to draft liquidating trustee agreement. | 1.5 | 750.00 | 1,125.00 |
| 5 | 9/29/23 | Rinaldi, Scott | Continue to read and review the draft Liquidating Trust Agreement, GUC Claims Sub-Trust Agreement, and Services agreement in preparation for conference call to discuss same. | 0.3 | 750.00 | 225.00 |
| 5 | 9/29/23 | Rinaldi, Scott | Summarize comments, questions and notes related to the to the Liquidating Trust Agreement and GUC Claims Sub-Trust Agreement in advance of call regarding the same. | 0.4 | 750.00 | 300.00 |
| 5 | 9/29/23 | Rinaldi, Scott | Prepare for call with CRO, C. Pease, T. Cazares (ACG) regarding comments to draft liquidating trustee agreement. | 0.3 | 750.00 | 225.00 |
| 5 | 9/30/23 | Lee, Isaac | Participate on call with T. Moyron (Dentons) regarding comments to draft liquidating trust agreement. | 0.5 | 1,065.00 | 532.50 |
| **5 Subtotal** | | | | **28.4** | | **25,785.50** |
| 6 | 9/12/23 | Cazares, Trevor | Participate on call with CRO, C. Pease (ACG) regarding comments to FTI information request/diligence questions (partial attendance). | 0.4 | 530.00 | 212.00 |

**EXHIBIT C**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 6 | 9/12/23 | Lee, Isaac | Participate on call with C. Pease, T. Cazares (ACG) regarding comments to FTI information request/diligence questions. | 0.6 | 1,065.00 | 639.00 |
| 6 | 9/12/23 | Pease, Charles | Participate on call with CRO, T. Cazares (ACG) regarding comments to FTI information request/diligence questions. | 0.6 | 775.00 | 465.00 |
| 6 | 9/12/23 | Lee, Isaac | Review draft professional fees schedule and responses to FTI questions, prepare comments. | 0.4 | 1,065.00 | 426.00 |
| 6 | 9/12/23 | Pease, Charles | Prepare detailed forecast of professional fee build-up at the request of FTI; review other questions, perform diligence, and draft response. | 2.3 | 775.00 | 1,782.50 |
| 6 | 9/13/23 | Pease, Charles | Review emails, perform internal accounting diligence, and draft email to pharmacy provider regarding open checks and invoices. | 0.8 | 775.00 | 620.00 |
| 6 | 9/14/23 | Pease, Charles | Review invoices and email from 340b pharmacy supplier; perform internal accounting diligence and draft response. | 0.7 | 775.00 | 542.50 |
| 6 | 9/28/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding disclosure statement support schedules, plan comments, trust agreement comments, receipts reconciliation schedule update, comments to draft claim objections. | 1.0 | 1,065.00 | 1,065.00 |
| 6 | 9/28/23 | Pease, Charles | Participate on call with CRO regarding disclosure statement support schedules, plan comments, trust agreement comments, receipts reconciliation schedule update, comments to draft claim objections. | 1.0 | 775.00 | 775.00 |
| **6 Subtotal** | | | | **7.8** | | **6,527.00** |
| 7 | 9/5/23 | Lee, Isaac | Participate on calls with C. Pease (ACG) regarding landlord cure costs, wind down operations, update on call with FTI. | 0.7 | 1,065.00 | 745.50 |
| 7 | 9/5/23 | Pease, Charles | Participate on calls with CRO regarding landlord cure costs, wind down operations, update on call with FTI. | 0.7 | 775.00 | 542.50 |
| 7 | 9/5/23 | Cazares, Trevor | Correspond with internal parties at DAP (former Borrego parties) regarding IT issues surrounding Microsoft MFA and with Citrix. | 0.6 | 530.00 | 318.00 |
| 7 | 9/5/23 | Cazares, Trevor | Correspond with Jose Pastrana and Javier Pastrana (DAP) via instructions to log into Borrego remote network. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Cazares, Trevor | Draft email to J. Pastrana (DAP) and other DAP IT team members to describe IT issues. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Cazares, Trevor | Draft email to J. Pastrana (DAP) to reschedule call. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Cazares, Trevor | Participate on call with J. Pastrana (DAP) regarding IT issues with Microsoft and Citrix. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Cazares, Trevor | Participate on call with J. Pastrana (DAP) regarding Microsoft Authenticator MFA. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Cazares, Trevor | Prepare for call with J. Pastrana (DAP) by reviewing IT issues to discuss. | 0.3 | 530.00 | 159.00 |
| 7 | 9/5/23 | Pease, Charles | Participate on call with Buyer regarding contract medical; review database for contract medical agreements. | 1.0 | 775.00 | 775.00 |
| 7 | 9/5/23 | Pease, Charles | Review 340(b) invoices; draft several emails to Buyer regarding same. | 1.4 | 775.00 | 1,085.00 |
| 7 | 9/5/23 | Pease, Charles | Review Oracle platform proposal (for legacy storage of financial documents), including mechanics of such; draft email responses to Oracle members; participate on call with Buyer's IT partners regarding same. | 3.1 | 775.00 | 2,402.50 |
| 7 | 9/6/23 | Lee, Isaac | Participate on calls with C. Pease (ACG) regarding reconciliation schedule, update on calls with buyer representatives, disclosure statement workstream. | 1.1 | 1,065.00 | 1,171.50 |
| 7 | 9/6/23 | Pease, Charles | Participate on calls with CRO regarding reconciliation schedule, update on calls with buyer representatives, disclosure statement workstream. | 1.1 | 775.00 | 852.50 |
| 7 | 9/6/23 | Cazares, Trevor | Search for Borrego contract in VDR to fulfill a request from C. Velasquez (DAP). | 0.6 | 530.00 | 318.00 |
| 7 | 9/6/23 | Pease, Charles | Finalize agreements with Oracle; draft email to management regarding contract; draft email to buyer regarding TSA matters relative to the Oracle agreement. | 0.9 | 775.00 | 697.50 |
| 7 | 9/6/23 | Pease, Charles | Review invoices for printer company; participate on call with buyer regarding status of such printers; draft email to buyer management regarding same. | 1.6 | 775.00 | 1,240.00 |
| 7 | 9/7/23 | Lee, Isaac | Participate on call with R. MacIsaac (CEO), S. Hull, C. Pease (ACG), A. Taylor, E. Tigard, and J. Stith (DAP) regarding receivables collections. | 1.1 | 1,065.00 | 1,171.50 |
| 7 | 9/7/23 | Pease, Charles | Participate on call with R. MacIsaac (CEO), CRO, S. Hull (ACG), A. Taylor, E. Tigard, and J. Stith (DAP) regarding receivables collections. | 1.1 | 775.00 | 852.50 |
| 7 | 9/8/23 | Cazares, Trevor | Participate on call with C. Pease (ACG) regarding status update of various workstreams. | 0.6 | 530.00 | 318.00 |
| 7 | 9/8/23 | Pease, Charles | Participate on call with T. Cazares (ACG) regarding status update of various workstreams. | 0.6 | 775.00 | 465.00 |
| 7 | 9/13/23 | Pease, Charles | Review request for documents from Buyer; perform diligence and draft several emails with requested documents and information (under the terms of the TSA). | 1.4 | 775.00 | 1,085.00 |
| 7 | 9/14/23 | Lee, Isaac | Participate on call with S. Rinaldi (ACG) regarding wind down operations and liquidating trust. | 0.3 | 1,065.00 | 319.50 |
| 7 | 9/14/23 | Rinaldi, Scott | Participate on call with CRO regarding wind down operations and liquidating trust. | 0.3 | 750.00 | 225.00 |
| 7 | 9/14/23 | Pease, Charles | Participate on call with CNB bank representative regarding change in relationship; participate on call with Buyer's management regarding Debtor's account receivables. | 1.6 | 775.00 | 1,240.00 |
| 7 | 9/14/23 | Pease, Charles | Perform diligence and draft several emails regarding Debtor's not-for-profit status. | 1.2 | 775.00 | 930.00 |
| 7 | 9/14/23 | Pease, Charles | Review invoices from proposed OCP; draft email to their billing department regarding the required declaration. | 0.8 | 775.00 | 620.00 |
| 7 | 9/15/23 | Lee, Isaac | Review audit engagement letter, AR collections email from S. Hull (ACG). | 0.3 | 1,065.00 | 319.50 |
| 7 | 9/18/23 | Cazares, Trevor | Participate on call with CRO, S. Rinaldi, C. Pease (ACG) regarding wind down work schedule, liquidating trust workstreams. | 1.0 | 530.00 | 530.00 |
| 7 | 9/18/23 | Lee, Isaac | Participate on call with S. Rinaldi, C. Pease, T. Cazares (ACG) regarding wind down work schedule, liquidating trust workstreams. | 1.0 | 1,065.00 | 1,065.00 |
| 7 | 9/18/23 | Pease, Charles | Participate on call with S. Rinaldi, CRO, T. Cazares (ACG) regarding wind down work schedule, liquidating trust workstreams. | 1.0 | 775.00 | 775.00 |

**EXHIBIT C**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 7 | 9/18/23 | Rinaldi, Scott | Participate on call with CRO, T. Cazares, C. Pease (ACG) regarding wind down work schedule, liquidating trust workstreams. | 1.0 | 750.00 | 750.00 |
| 7 | 9/18/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding wind down work schedule, comments to draft Ankura staffing report. | 0.4 | 1,065.00 | 426.00 |
| 7 | 9/18/23 | Pease, Charles | Participate on call with CRO regarding wind down work schedule, comments to draft Ankura staffing report. | 0.4 | 775.00 | 310.00 |
| 7 | 9/18/23 | Cazares, Trevor | Participate on call with M. Bropleh (ACG), D. Baldwin (DAP), and Oracle NetSuite implementation team regarding new instance of NetSuite to be installed. | 0.5 | 530.00 | 265.00 |
| 7 | 9/18/23 | Pease, Charles | Participate on several calls with Buyer's management regarding needs under the TSA. | 1.5 | 775.00 | 1,162.50 |
| 7 | 9/19/23 | Pease, Charles | Review documents, perform diligence, and draft emails regarding insurance related matters. | 2.1 | 775.00 | 1,627.50 |
| 7 | 9/20/23 | Pease, Charles | Review emails, perform diligence, and draft response to Buyer regarding employee related health insurance bills. | 2.4 | 775.00 | 1,860.00 |
| 7 | 9/21/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding claim objections; buyer financial reporting / TSA services | 0.5 | 1,065.00 | 532.50 |
| 7 | 9/21/23 | Pease, Charles | Participate on call with CRO regarding claim objections; buyer financial reporting / TSA services. | 0.5 | 775.00 | 387.50 |
| 7 | 9/25/23 | Lee, Isaac | Participate on call with R. MacIsaac (CEO), C. Pease, S. Hull (ACG) regarding AR write-off. | 0.9 | 1,065.00 | 958.50 |
| 7 | 9/25/23 | Pease, Charles | Participate on call with R. MacIsaac (CEO), CRO, S. Hull (ACG) regarding AR write-off. | 0.9 | 775.00 | 697.50 |
| 7 | 9/25/23 | Cazares, Trevor | Participate on call with K. Haffer (Oracle) regarding NetSuite setup. | 0.5 | 530.00 | 265.00 |
| 7 | 9/26/23 | Cazares, Trevor | Correspond with D. Baldwin (DAP) and K. Haffer (Oracle) regarding NetSuite setup and administrator access. | 0.4 | 530.00 | 212.00 |
| 7 | 9/27/23 | Lee, Isaac | Review accounts receivable report. | 0.3 | 1,065.00 | 319.50 |
| 7 | 9/28/23 | Rinaldi, Scott | Read various case correspondence related to accounting systems, post-effective date transition and general wind down matters. | 0.3 | 750.00 | 225.00 |
| 7 | 9/28/23 | Rinaldi, Scott | Read motion to combine disclosure statement and plan and schedule combined confirmation hearing, and review anticipated timeline for the case. | 0.3 | 750.00 | 225.00 |
| 7 | 9/28/23 | Rinaldi, Scott | Review the draft wind down workstreams and tasks. | 0.3 | 750.00 | 225.00 |
| 7 | 9/29/23 | Lee, Isaac | Review buyer receipts reconciliation report. | 0.3 | 1,065.00 | 319.50 |
| **7 Subtotal** | | | | **40.4** | | **31,786.00** |
| 8 | 9/1/23 | Pease, Charles | Review certain invoices for proration between buyer and Debtor. | 0.9 | 775.00 | 697.50 |
| 8 | 9/1/23 | Pease, Charles | Review emails and documents regarding pharmacy receipts through third party credit card administrator. | 1.4 | 775.00 | 1,085.00 |
| 8 | 9/5/23 | Cazares, Trevor | Correspond with parties at Borrego to request data for use in updating liquidity model. | 0.3 | 530.00 | 159.00 |
| 8 | 9/5/23 | Cazares, Trevor | Gather and inspect additional data to be included in the update to the liquidity model. | 0.4 | 530.00 | 212.00 |
| 8 | 9/5/23 | Cazares, Trevor | Update liquidity model for professional fees submitted through court filings and reconciling to Debtor's NetSuite account. | 1.1 | 530.00 | 583.00 |
| 8 | 9/6/23 | Cazares, Trevor | Create Adequate Assurance Utilities Deposit tracker to track status of deposit returns back to the Borrego estate. | 0.5 | 530.00 | 265.00 |
| 8 | 9/6/23 | Cazares, Trevor | Draft email to send weekly liquidity variance analysis to restructuring team for review. | 0.3 | 530.00 | 159.00 |
| 8 | 9/6/23 | Cazares, Trevor | Draft emails to internal parties at DAP (former Borrego parties) to inquire about receipts from prior weeks. | 0.3 | 530.00 | 159.00 |
| 8 | 9/6/23 | Cazares, Trevor | Gather invoices from vendor and send to engagement management. | 0.3 | 530.00 | 159.00 |
| 8 | 9/6/23 | Cazares, Trevor | Prepare weekly liquidity variance analysis to share with Borrego UCC. | 0.7 | 530.00 | 371.00 |
| 8 | 9/6/23 | Cazares, Trevor | Search Debtor's NetSuite for bank deposits from specific counterparties the Debtor is expecting to receive. | 0.4 | 530.00 | 212.00 |
| 8 | 9/6/23 | Cazares, Trevor | Update liquidity model for prior week's actuals, inspect disbursements to ensure no payments were made for services after sale-close. | 2.7 | 530.00 | 1,431.00 |
| 8 | 9/6/23 | Lee, Isaac | Review draft august payment reconciliation schedule and forecast support schedules, prepare comments. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/6/23 | Pease, Charles | Participate on call with buyer regarding the Debtor's capitation payments. | 1.0 | 775.00 | 775.00 |
| 8 | 9/6/23 | Pease, Charles | Prepare draft of the September reconciliation between buyer and Debtor (closing reconciliation, TSA fees, pharmaceutical recons, and other accounts payable matters). | 1.5 | 775.00 | 1,162.50 |
| 8 | 9/7/23 | Cazares, Trevor | Address comments to liquidity variance report from team. | 0.3 | 530.00 | 159.00 |
| 8 | 9/7/23 | Cazares, Trevor | Collect and redact August payroll bank account data. | 0.4 | 530.00 | 212.00 |
| 8 | 9/7/23 | Cazares, Trevor | Investigate deposit refund expected to have been received. | 0.5 | 530.00 | 265.00 |
| 8 | 9/7/23 | Cazares, Trevor | Research Rural Health Care Telecommunications Program to understand cash flows relating to program. | 1.7 | 530.00 | 901.00 |
| 8 | 9/7/23 | Cazares, Trevor | Review liquidity analysis prior to submitting to engagement management for review. | 0.4 | 530.00 | 212.00 |
| 8 | 9/7/23 | Lee, Isaac | Review draft of weekly cash flow forecast variance analysis. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/8/23 | Cazares, Trevor | Participate on call with L. Hill (Lumen) regarding Rural Health Care Telecommunication Program credit payment. | 0.4 | 530.00 | 212.00 |
| 8 | 9/8/23 | Cazares, Trevor | Review liquidity analysis prior to submitting to UCC financial advisors. | 0.4 | 530.00 | 212.00 |
| 8 | 9/8/23 | Pease, Charles | Participate on calls with buyer's management regarding open financial items related to the TSA. | 2.0 | 775.00 | 1,550.00 |
| 8 | 9/8/23 | Pease, Charles | Prepare template and perform analysis of utility invoices split between buyer and Debtor. | 0.7 | 775.00 | 542.50 |
| 8 | 9/11/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding comments to draft sources and uses schedule. | 0.5 | 1,065.00 | 532.50 |

**EXHIBIT C**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 8 | 9/11/23 | Pease, Charles | Participate on call with CRO regarding comments to draft sources and uses schedule. | 0.5 | 775.00 | 387.50 |
| 8 | 9/11/23 | Lee, Isaac | Review draft sources and uses detail schedule, prepare comments. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/11/23 | Pease, Charles | Draft detailed breakdown of wind down and administrative costs at the request of FTI. | 1.9 | 775.00 | 1,472.50 |
| 8 | 9/11/23 | Pease, Charles | Review and provide authority to pay to DAP (through the TSA) the payment of Debtor's administrative expenses (legal invoices, operating invoices, etc.). | 1.1 | 775.00 | 852.50 |
| 8 | 9/11/23 | Pease, Charles | Review email from Greenway counsel; review language and accompanying documents regarding billing; draft email to management regarding same. | 1.3 | 775.00 | 1,007.50 |
| 8 | 9/11/23 | Pease, Charles | Review liquidity documents, prepare analysis, and draft email response to FTI regarding inquiry on outstanding accounts receivable. | 0.9 | 775.00 | 697.50 |
| 8 | 9/12/23 | Cazares, Trevor | Review prior week's bank transactions and checkbook transactions to update liquidity model, draft email to A. Fuentes (DAP / Borrego) regarding specific transaction from prior week, prep checkbook data. | 0.9 | 530.00 | 477.00 |
| 8 | 9/12/23 | Pease, Charles | Review invoices with split dates between Debtor and Seller; draft updates to August reconciliation. | 1.9 | 775.00 | 1,472.50 |
| 8 | 9/13/23 | Cazares, Trevor | Continue updating liquidity model with prior week's actuals. Investigate two specific transactions. | 1.1 | 530.00 | 583.00 |
| 8 | 9/13/23 | Cazares, Trevor | Correspond with parties from City National Bank regarding IT log-in issues, account permissions, and other banking items with IT team, Business Online Team, and Relationship Managers. | 1.2 | 530.00 | 636.00 |
| 8 | 9/13/23 | Cazares, Trevor | Prepare model-to-bank reconciliation to ensure model accuracy. | 0.4 | 530.00 | 212.00 |
| 8 | 9/13/23 | Cazares, Trevor | Prepare Post-Close Administrative Fees Owed to DAP model for the month of August; format sheet to be client-facing, scrub receipts for receipts to be excluded from calculation. | 2.2 | 530.00 | 1,166.00 |
| 8 | 9/13/23 | Cazares, Trevor | Prepare weekly variance analysis, scrub expenses for cutoff date of 7/31/23 to ensure the Estate does not continue to pay for operational expenses not incurred by the Estate. | 1.9 | 530.00 | 1,007.00 |
| 8 | 9/13/23 | Cazares, Trevor | Update liquidity model with prior week's actuals from bank statements and from check data. | 0.8 | 530.00 | 424.00 |
| 8 | 9/13/23 | Pease, Charles | Review liquidity updates and draft response regarding same. | 0.6 | 775.00 | 465.00 |
| 8 | 9/14/23 | Lee, Isaac | Participate on call with C. Pease (ACG) regarding comments to OCP filing, July financials, post close financial reporting. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/14/23 | Pease, Charles | Participate on call with CRO regarding comments to OCP filing, July financials, post close financial reporting. | 0.3 | 775.00 | 232.50 |
| 8 | 9/14/23 | Lee, Isaac | Review draft of weekly cash flow forecast variance analysis and support schedules, prepare comments. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/15/23 | Pease, Charles | Review June balance sheet and draft response to management regarding accounting entries for sale proceeds. | 0.4 | 775.00 | 310.00 |
| 8 | 9/18/23 | Pease, Charles | Review, perform diligence, and approve unpaid administrative expenses. | 0.6 | 775.00 | 465.00 |
| 8 | 9/20/23 | Cazares, Trevor | Update liquidity model with prior week's actuals, investigate expenses to ensure estate does not pay for expenses incurred by DAP, prepare weekly liquidity deliverables to share with UCC financial advisors. | 3.2 | 530.00 | 1,696.00 |
| 8 | 9/21/23 | Cazares, Trevor | Review liquidity deliverables, draft email to submit to team for review. | 0.3 | 530.00 | 159.00 |
| 8 | 9/21/23 | Pease, Charles | Review accounts payable materials and draft email regarding payment of such (including payment of certain professional fees based on recent fee applications). | 1.2 | 775.00 | 930.00 |
| 8 | 9/22/23 | Cazares, Trevor | Draft email to UCC financial advisors to send weekly liquidity deliverables. | 0.4 | 530.00 | 212.00 |
| 8 | 9/22/23 | Cazares, Trevor | Prepare historical liquidity actuals to share with team when sending the weekly liquidity deliverables for review. | 0.8 | 530.00 | 424.00 |
| 8 | 9/22/23 | Lee, Isaac | Review draft of weekly cash flow forecast variance analysis and support schedules. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/26/23 | Pease, Charles | Review and offer approval for certain account payable matters, attention to insurance matters, attention to employee health claims, and diligence regarding other finance matters. | 0.6 | 775.00 | 465.00 |
| 8 | 9/27/23 | Cazares, Trevor | Prepare alternative August Cash Receipt model using different data source to assist with pharmacy receipt reconciliations. | 2.8 | 530.00 | 1,484.00 |
| 8 | 9/27/23 | Cazares, Trevor | Prepare August Cash Receipt model to assist in pharmacy receipt reconciliations with DAP. | 0.8 | 530.00 | 424.00 |
| 8 | 9/27/23 | Cazares, Trevor | Update liquidity model with prior week's actuals, reconcile model to bank, and prepare the weekly liquidity variance analysis. | 2.9 | 530.00 | 1,537.00 |
| 8 | 9/27/23 | Pease, Charles | Review, perform diligence, and draft email responses to buyer regarding cash reconciliation. | 2.6 | 775.00 | 2,015.00 |
| 8 | 9/28/23 | Cazares, Trevor | Prepare Borrego actuals through 9/22/23 report to share with engagement leadership. | 0.9 | 530.00 | 477.00 |
| 8 | 9/28/23 | Cazares, Trevor | Review model and liquidity deliverables, submit deliverables for review. | 0.4 | 530.00 | 212.00 |
| 8 | 9/28/23 | Lee, Isaac | Review draft of weekly cash flow forecast variance analysis and support schedules. | 0.3 | 1,065.00 | 319.50 |
| 8 | 9/29/23 | Cazares, Trevor | Review liquidity deliverables and draft email to FTI to share liquidity update. | 0.3 | 530.00 | 159.00 |
| 8 | 9/29/23 | Cazares, Trevor | Update August Borrego cash receipt model by reclassifying certain receipts. | 0.4 | 530.00 | 212.00 |
| 8 | 9/29/23 | Pease, Charles | Review August cash transactions and reconcile to further reconciliation provided by Buyer; participate on call with Buyer regarding cash reconciliation; draft email to management regarding amount due to Buyer. | 1.8 | 775.00 | 1,395.00 |
| **8 Subtotal** | | | | **58.6** | | **38,133.00** |
| 10 | 9/1/23 | Hull, Sarah | Review and document email support for grant audit for Ryan White Part B. | 0.3 | 555.00 | 166.50 |
| 10 | 9/7/23 | Hull, Sarah | Participate on call with R. MacIsaac (CEO), CRO, C. Pease (ACG), A. Taylor, E. Tigard, and J. Stith (DAP) regarding receivables collections. | 1.1 | 555.00 | 610.50 |
| 10 | 9/15/23 | Hull, Sarah | Participate in weekly call with Greenway, DAP and legacy Borrego team members, with follow-up communication. | 1.1 | 555.00 | 610.50 |

**EXHIBIT C**
**BORREGO COMMUNITY HEALTH FOUNDATION, LLC., et al. - CASE NO. 22-02384 (LT11)**
**COMPLETE ACCOUNTING OF PROFESSIONAL FEES FOR ADDITIONAL PERSONNEL INCLUDING ITEMIZED TIME RECORDS BY CATEGORY IN CHRONOLOGICAL ORDER**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Code | Date | Professional | Activity | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 10 | 9/18/23 | Hull, Sarah | Participate on call with S. Smith (DAP) and P. Tadros (Auditor) regarding Ryan White Audit Findings and needs. | 1.3 | 555.00 | 721.50 |
| 10 | 9/18/23 | Hull, Sarah | Participate on call with S. Smith (DAP) regarding next steps for Ryan White grant compliance. | 0.3 | 555.00 | 166.50 |
| 10 | 9/19/23 | Hull, Sarah | Participate on call with S. Smith (DAP) regarding Ryan White Audit needs. | 1.0 | 555.00 | 555.00 |
| 10 | 9/21/23 | Hull, Sarah | Complete Indirect analysis for the two Ryan White periods to comply with auditor request. | 0.5 | 555.00 | 277.50 |
| 10 | 9/21/23 | Hull, Sarah | Participate on call with R. MacIsaac (CEO) regarding Ryan White audit and FY23 cost report needs. | 0.8 | 555.00 | 444.00 |
| 10 | 9/22/23 | Hull, Sarah | Participate on weekly status call with Borrego, DAP, and Greenway. | 0.7 | 555.00 | 388.50 |
| 10 | 9/25/23 | Hull, Sarah | Participate on call with R. MacIsaac (CEO), CRO, C. Pease (ACG) regarding AR write-off (partial attendance). | 0.6 | 555.00 | 333.00 |
| 10 | 9/27/23 | Hull, Sarah | Participate on month end simplification reporting call with A. Taylor (DAP) and Greenway. | 0.3 | 555.00 | 166.50 |
| 10 | 9/29/23 | Hull, Sarah | Participate on weekly status call with Borrego and Greenway. | 0.8 | 555.00 | 444.00 |
| **10 Subtotal** | | | | **8.8** | | **4,884.00** |
| **Grand Total** | | | | **323.7** | | **$ 218,660.00** |