AMENDED TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

| | |
|---|---|
| Bankruptcy Case Name: | BORREGO COMMUNITY HEALTH FOUNDATION, |
| Bankruptcy Number: | 22-02384-LT11 |
| Hearing: | 12/06/2023 9:30 AM |
| Motion: | JOINT NOTICE OF MOTION AND MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) GRANTING INTERIM APPROVAL OF THE ADEQUACY OF DISCLOSURES IN THE COMBINED JOINT DISCLOSURE STATEMENT AND PLAN; (II) APPROVING SOLICITATION PACKAGES AND PROCEDURES; (III) APPROVING THE FORMS OF BALLOTS; (IV) SETTING RELATED DEADLINES AND (V) GRANTING RELATED RELIEF FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION |

GRANT subject to agreed amendments and concessions.

The concessions made by the Plan Proponents as incorporated into the amended confirmation documents resolve all pending objections.

Appearances at the December 6, 2023, hearing are excused; the hearing date is vacated. The Court acknowledges the Objection of a Creditor Group for the matter to continue as status and declines this request. There is no emergency supporting the request. Further, the Court sees it only as an opportunity for this Creditor Group, the subject of pending litigation before the District Court, to question the Plan Proponents on intent and strategy issues with the Court as an audience. As the Court will not compel Plan Proponent responses in the context of a last minute « status conference », there is no purpose to such a status conference.