# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION |
| **Case Number:** | 22-02384-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | 01/17/2024 10:00 AM    DEPARTMENT 3 |
| **Bankruptcy Judge:** | Laura S. Taylor |
| **Courtroom Clerk:** | Russ Paluso |
| **FTR/ ECRO:** | Cynthia Lam |

### Matters:

FIRST AMENDED JOINT COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION FILED ON BEHALF OF BORREGO COMMUNITY HEALTH FOUNDATION

### Appearances:

SAMUEL MAIZEL, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
TANIA MOYRON, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
REBECCA WICKS, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
DARIN L. WESSEL, ATTORNEY FOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES
JEFFREY POMERANTZ, ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### Disposition:

Plan confirmed as set forth on the record.

Order to be submitted by Mr. Maizel.